# Exhibit 8

Case4:14-cv-00570-DMR Document1-3 Filed02/07/14 Page1 of 36

US007027411B1

(12) **United States Patent**
Pulsipher et al.

(10) Patent No.: **US 7,027,411 B1**
(45) **Date of Patent:** **Apr. 11, 2006**

(54) **METHOD AND SYSTEM FOR IDENTIFYING AND PROCESSING CHANGES TO A NETWORK TOPOLOGY**

(75) Inventors: **Eric A Pulsipher**, Ft Collins, CO (US); **Joseph R Hunt**, Loveland, CO (US)

(73) Assignee: **Hewlett-Packard Development Company, L.P.**, Houston, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 961 days.

(21) Appl. No.: **09/703,942**

(22) Filed: **Oct. 31, 2000**

(51) **Int. Cl.**
*H04L 12/28* (2006.01)

(52) **U.S. Cl.** ..................... **370/254**; 370/403; 370/402; 370/351; 714/717; 709/223; 709/224

(58) **Field of Classification Search** ............... 370/229, 370/216, 217, 221, 225, 254, 255, 256, 257, 370/258, 410, 403, 402, 350, 400, 252, 351; 709/224, 223, 238; 714/717, 4; 340/825.52; 715/735

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,644,532 A | * | 2/1987 | George et al. ............... 370/255 |
| 5,023,871 A | * | 6/1991 | Stevenson et al. ............. 714/4 |
| 5,727,157 A | * | 3/1998 | Orr et al. ..................... 709/224 |
| 5,729,685 A | * | 3/1998 | Chatwani et al. ........... 709/224 |
| 5,732,086 A | * | 3/1998 | Liang et al. ................ 370/410 |
| 5,740,346 A | * | 4/1998 | Wicki et al. ................. 714/22 |
| 5,886,643 A | | 3/1999 | Diebboll et al. |
| 6,108,702 A | * | 8/2000 | Wood ........................ 709/224 |
| 6,160,796 A | * | 12/2000 | Zou ........................... 370/257 |
| 6,295,541 B1 | * | 9/2001 | Bodnar et al. .............. 707/203 |
| 6,347,336 B1 | * | 2/2002 | Song et al. ................ 709/223 |

| | | | |
|---|---|---|---|
| 6,405,248 B1 | * | 6/2002 | Wood ........................ 709/223 |
| 6,636,981 B1 | * | 10/2003 | Barnett et al. ................. 714/4 |
| 6,791,948 B1 | * | 9/2004 | Desnoyers et al. ......... 370/254 |
| 6,885,644 B1 | * | 4/2005 | Knop et al. ................ 370/254 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 830047 A2 | 3/1998 |
| JP | 2000-76209 | 3/2000 |
| WO | WO98/44400 | 10/1998 |

* cited by examiner

*Primary Examiner*—Wellington Chin
*Assistant Examiner*—Chuong Ho

(57) **ABSTRACT**

A method and system are disclosed for mapping the topology of a network having interconnected nodes by identifying changes in the network and updating a stored network topology based on the changes. The nodal connections are represented by data tuples that store information such as a host identifier, a connector interface, and a port specification for each connection. A topology database stores an existing topology of a network. A topology converter accesses the topology database and converts the existing topology into a list of current tuples. A connection calculator calculates tuples to represent connections in the new topology. The topology converter receives the new tuples, identifies changes to the topology, and updates the topology database using the new tuples. The topology converter identifies duplicate tuples that appear in both the new tuples and the existing tuples and marks the duplicate tuples to reflect that no change has occurred to these connections. The topology converter attempts to resolve swapped port conditions and searches for new singly-heard and multi-heard host link tuples in the list of existing tuples. The topology converter also searches for new conflict link tuples in the existing tuples. The topology converter updates the topology database with the new topology.

**18 Claims, 26 Drawing Sheets**





FIG. 1

Case4:14-cv-00570-DMR Document1-8 Filed02/06/14 Page4 of 36





# FIG. 2



# FIG. 3



FIG. 4

FIG. 5

Case4:14-cv-00570-DMR   Document1-8   Filed02/06/14   Page8 of 36

FIG. 6





FIG. 7



FIG. 8



FIG. 9            FIG. 10



FIG. 11



FIG. 12a



FROM BLOCK 420
OF FIG. 12a

FIG. 12b

430
FOR EACH
CONNECTOR IN
TUPLES
(CONN1)

DONE → TO BLOCK 444
OF FIG. 12c

432
FOR
EACH OTHER
CONNECTOR IN
CONN-TO-CONN
TUPLES
(CONN2)

DONE

DO

434
CONN1 TO
CONN2
EXISTS IN
TUPLES
?

YES

438
CONN2
HEARS CONN3
ON UNIQUE
PORT
?

NO

NO

YES

436
FOR
EACH CONN2 TO
OTHER CONNECTOR
(CONN3) IN CONN-
TO-CONN
LINKS

DONE

440
CONN1
HEARS CONN3
?

NO →

DO

YES

442
CREATE CONN1 TO CONN2
TUPLE IN CONN TO CONN
LINKS



FROM BLOCK 430 OF FIG. 12b

444
FOR EACH CONN TO CONN LINKS TUPLE

DONE → TO BLOCK 456 OF FIG. 12d

DO

446
INCOMPLETE GROUP/ PORT DATA FOR CONN2?

NO

448
YES

LOOK FOR DIFFERENT TUPLE INVOLVING CONN1 IN EHL ON DIFFERENT GROUP/PORT

450
DIFFERENT TUPLE FOUND ?

NO

YES

452
CONN2 ALSO HEARS HOST ?

NO

454
YES

FILL IN MISSING GROUP/PORT FOR CONN2

FIG. 12c

FROM BLOCK 444 OF FIG. 12c

FIG. 12d





FIG. 13



FIG. 14



FIG. 15



FIG. 16a

# FIG. 16b



# FIG. 17





FIG. 18a

FOR EACH NODE IN TOPOLOGY — 550
DONE
DO

IS NODE A CONN? — 552
NO → TO BLOCK 580 OF FIG. 18b

FOR EACH CONNECTED INTERFACE (CONNIFACE) OF CONN (CONN1) — 554
DONE → FROM BLOCKS 582,590, 598 OF FIG. 18b
DO

IS CONNIFACE CONNECTED TO A STAR SEGMENT ? — 556
NO
YES

FOR EACH OTHER INTERFACE IN SEGMENT — 558
DONE
DO

EXISTING SHS "TOPO TUPLE" FOR SEGMENT ? — 560
YES
NO

CREATE A TOPO SHS TUPLE — 562

ADD TUCO FOR INTERFACE'S HOST TO TOPO SHS — 564

CONNIFACE CONNECTED TO A BUS SEGMENT ? — 566
NO
YES

EXISTING MHS FOR CONN1 ? — 568
YES
NO

CREATE A TOPO MHS TUPLE — 570

ADD TUCO FOR HOST TO MHS TUPLE — 572

CONNIFACE CONNECTED TO A ANOTHER CONN (CONN2) ? — 574
NO
YES

EXISTING CONN LINKS TUPLE FOR CONN1 & CONN2? — 576
YES
NO

CREATE CONN LINKS TUPLE FOR CONN1 & CONN2 — 578



FIG. 18b

# FIG. 19





FIG. 20a

FIG. 20b





FIG. 20c

FIG. 20d



US 7,027,411 B1

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**METHOD AND SYSTEM FOR IDENTIFYING AND PROCESSING CHANGES TO A NETWORK TOPOLOGY**

FIELD OF INVENTION

The present invention relates generally to computer networks. More particularly, it relates to a method and system for identifying changes to a network topology and for acting upon the network based on the changes.

BACKGROUND

As communications networks, such as the Internet, carry more and more traffic, efficient use of the bandwidth available in the network becomes more and more important. Switching technology was developed in order to reduce congestion and associated competition for the available bandwidth. Switching technology works by restricting traffic. Instead of broadcasting a given data packet to all parts of the network, switches are used to control data flow such that the data packet is sent only along those network segments necessary to deliver it to the target node. The smaller volume of traffic on any given segment results in few packet collisions on that segment and, thus, the smoother and faster delivery of data. A choice between alternative paths is usually possible and is typically made based upon current traffic patterns.

The intelligent routing of data packets with resultant reduction in network congestion can only be effected if the network topology is known. The topology of a network is a description of the network which includes the location of and interconnections between nodes on the network. The word "topology" refers to either the physical or logical layout of the network, including devices, and their connections in relationship to one another. Information necessary to create the topology layout can be derived from tables stored in network devices such as hubs, bridges, and switches. The information in these tables is in a constant state of flux as new entries are being added and old entries time out. Many times there simply is not enough information to determine where to place a particular device.

Switches examine each data packet that they receive, read the source addresses, and log those addresses into tables along with the switch ports on which the packets were received. If a packet is received with a target address without an entry in the switches table, the switch receiving it broadcasts that packet to each of its ports. When the switch receives a reply, it will have identified where the new node lies.

In a large network with multiple possible paths from the switch to the target node, this table can become quite large and may require a significant amount of the switch's resources to develop and maintain. As an additional complication, the physical layout of devices and their connections are typically in a state of constant change. Devices are continually being removed from, added to, and moved to new physical locations on the network. To be effectively managed, the topology of a network must be accurately and efficiently ascertained, as well as maintained.

Existing mapping methods have limitations that prevent them from accurately mapping-topological relationships. Multiple connectivity problems are one sort of difficulty encountered by existing methods. For example, connectors such as routers, switches, and bridges may be interconnected devices in a network. Some existing methods assume that these devices have only a single connection between them.

In newer devices, however, it is common for manufacturers to provide multiple connections between devices to improve network efficiency and to increase capacity of links between the devices. The multiple connectivity allows the devices to maintain connection in case one connection fails. Methods that do not consider multiple connectivity do not present a complete and accurate topological map of the network.

Another limitation of existing topology methods is the use of a single reference to identify a device. Existing methods use a reference interface or a reference address in a set of devices to orient all other devices in the same area. These methods assumed that every working device would be able to identify, or "hear," this reference and identify it with a particular port of the device. With newer devices, however, it is possible that the same address or reference may be heard out of multiple ports of the same device. It is also possible that the address or reference may not be heard from any ports, for example, if switching technology is used.

Still another limitation of existing mapping systems is that they require a complete copy of the topological database to be stored in memory. In larger networks, the database is so large that this really is not feasible, because it requires the computer to be very large and expensive.

Still another difficulty with existing systems is that they focus on the minutia without considering the larger mapping considerations. Whenever an individual change in the system is detected, existing methods immediately act on that change, rather than taking a broader view of the change in the context of other system changes. For example, a device may be removed from the network temporarily and replaced with its ports reversed. In existing systems, this swapped port scenario could require hundreds or thousands of changes because the reference addresses will have changed for all interconnected devices.

Still another disadvantage of existing methods is that they use a continuous polling paradigm. These methods continuously poll network addresses throughout the day and make decisions based on those continuous polling results. This creates traffic on the network that slows other processes.

Still another limitation of existing methods is the assumption that network parts of a particular layer would be physically separated from other parts. Network layer 1 may represent the physical cabling of the network, layer 2 may represent the device connectivity, and layer 3 may represent a higher level of abstraction, such as the groupings of devices into regions. Existing methods assume that all layer 3 region groupings are self-contained, running on the same unique physical networking. However, in an internet protocol (IP) network, multiple IP domains may co-exist on the same lower layer networking infrastructure. It has become common for a network to employ a virtual local area network (LAN) to improve security or to simplify network maintenance, for example. Using virtual LANs, a system may have any number of different IP domains sharing the same physical connectivity. As a result, existing methods create confusion with respect to topological mapping because networks with multiple IP addresses in different subnets for the infrastructure devices cannot be properly represented because they assume the physical separation of connectivity for separate IP domains. Still another limitation of existing methods is that they do not allow topological loops, such as port aggregation or trunking, and switch meshing.

US 7,027,411 B1

3

## SUMMARY OF INVENTION

A method and system are disclosed for mapping the topology of a network having interconnected nodes by identifying changes in the network and updating a stored network topology based on the changes. The nodal connections are represented by data tuples that store information such as a host identifier, a connector interface, and a port specification for each connection. A topology database stores an existing topology of a network. A topology converter accesses the topology database and converts the existing topology into a list of current tuples. A connection calculator calculates tuples to represent connections in the new topology. The topology converter receives the new tuples, identifies changes to the topology, and updates the topology database using the new tuples. The topology converter identifies duplicate tuples that appear in both the new tuples and the existing tuples and marks the duplicate tuples to reflect that no change has occurred to these connections. The topology converter attempts to resolve swapped port conditions and searches for new singly-heard and multi-heard host link tuples in the list of existing tuples. The topology converter also searches for new conflict link tuples in the existing tuples. The topology converter updates the topology database with the new topology.

## SUMMARY OF DRAWINGS

FIG. **1** is a drawing of a typical topological bus segment for representing the connectivity of nodes on a network.

FIG. **2** is a drawing of a typical topological serial segment for representing the interconnection of nodes on a network.

FIG. **3** is a drawing of a typical topological star segment for representing the connectivity of nodes on a network.

FIG. **4** is a drawing of another typical topological star segment for representing the connectivity of nodes on a network.

FIG. **5** is a drawing of the connectivity of an example network system.

FIG. **6** is a drawing of the connectivity of another example network system.

FIG. **7** is a block diagram of the system.

FIG. **8** is a flow chart of the method of the system.

FIG. **9** is a flow chart of the method used by the tuple manager.

FIG. **10** is a flow chart of the method used by the connection calculator.

FIG. **11** is a flow chart of the first weeding phase of the method used by the connection calculator.

FIGS. **12**a–d are flow charts of an infrastructure-building phase of the method used by the connection calculator.

FIG. **13** is a flow chart of a second weeding phase of the method used by the connection calculator.

FIG. **14** is a flow chart of the noise reduction phase of the method used by the connection calculator.

FIG. **15** is a flow chart of the look-for phase of the method used by the connection calculator.

FIGS. **16**a–b are flow charts of the consolidation phase of the method used by the connection calculator.

FIG. **17** is a flow chart of the method used by the topology converter.

FIGS. **18**a–b are flow charts of the morph topo phase of the method used by the topology converter.

FIG. **19** is a flow chart of the duplication discard phase of the method used by the topology converter.

FIGS. **20**a–d are flow charts of the identify different tuples phase of the method used by the topology converter.

4

## DETAILED DESCRIPTION

The system provides an improved method for creating topological maps of communication networks based. Connectivity information is retrieved from the network nodes and stored as "tuples" to track specifically the desired information necessary to map the topology. These light weight data structures may store the host identifier, interface index, and a port. From this tuple information, the topology may be determined. A tuple may be a binary element insofar as it has two parts representing the two nodes on either end of a network link or segment. A "tuco" refers to a tuple component, such as half of a binary tuple.

As used herein, a node is any electronic component, such as a connector or a host, or combination of electronic components with their interconnections. A connector is any network device other than a host, including a switching device. A switching device is one type of connector and refers to any device that controls the flow of messages on a network. Switching devices include, but are not limited to, any of the following devices: repeaters, hubs, routers, bridges, and switches.

As used herein, the term "tuple" refers to any collection of assorted data. Tuples may be used to track information about network topology by storing data from network nodes. In one use, tuples may include a host identifier, interface information, and a port specification for each node. The port specification (also described as the group/port) may include a group number and a port number, or just a port number, depending upon the manufacturer's specifications. A binary tuple may include this information about two nodes as a means of showing the connectivity between them, whether the nodes are connected directly or indirectly through other nodes. A "conn-to-conn" tuple refers to a tuple that has connectivity data about connector nodes. A "conn-to-host" tuple refers to a tuple that has connectivity data about a connector node and a host node. In one use, tuples may have data about more than two nodes; that is, they may be n-ary tuples, such as those used with respect to shared media connections described herein.

A "singly-heard host" (shh) refers to a host, such as a workstation, PC, terminal, printer, other device, etc., that is connected directly to a connector, such as a switching device. A singly heard host link (shhl) refers to the link, also referred to as a segment, between a connector and an shh. A "multi-heard host" (mhh) refers to hosts that are heard by a connector on the same port that other hosts are heard. A multi-heard host link (mhhl) refers to the link between the connector and an mhh. A link generally refers to the connection between nodes. A segment is a link that may include a shared media connection.

FIG. **1** is a drawing of a typical topological bus segment **100** for representing the connectivity of nodes on a network **110**. In FIG. **1**, first and second hosts **121**, **122**, as well as a first port **131** of a first connector **140** are interconnected via the network **110**. The bus segment **100** comprises the first and second hosts **121**, **122** connected to the first port **131** of the first connector **140**.

FIG. **2** is a drawing of a typical topological serial segment **200** for representing the connectivity of nodes on the network **110**. In FIG. **2**, the first host **121** comprises a second port **132** on a second connector **145** which is connected via the network **110** to the first port **131** on the first connector **140**. The serial segment **200** comprises the second port **132** on the second connector **145** connected to the first port **131** on the first connector **140**. FIG. **2** is an example of a connector-to-connector ("conn-to-conn") relationship.

US 7,027,411 B1

5

FIG. **3** is a drawing of a typical topological star segment **301** for representing the connectivity of nodes on the network **110**. In FIG. **3**, the first host **121** is connected to the first port **131** of the first connector **140**. The star segment **301** comprises the first host **121** connected to the first port **131** of the first connector **140**. FIG. **3** is an example of a connector-to-host ("conn-to-host") relationship.

FIG. **4** is a drawing of another typical topological star segment **301** for representing the connectivity of nodes on the network **110**. In addition to the connections described with respect to FIG. **3**, a third host **123** is connected to a third port **133** of the first connector **140** and a fourth host **124** is connected to a fourth port **134** of the first connector **140**. In FIG. **4**, the star segment **301** comprises the first host **121** connected to the first port **131** of the first connector **140**, the third host **123** connected to the third port **133** of the first connector **140**, and the fourth host **124** connected to the fourth port **134** of the first connector **140**. Thus, the star segment **301** comprises, on a given connector, at least one port, wherein one and only one host is connected to that port, and that host. In the more general case, the star segment **301** comprises, on a given connector, all ports having one and only one host connected to each port, and those connected hosts. Since the segments, or links, drawn using the topological methods of FIG. **4** resemble a star, they are referred to as star segments.

For illustrative purposes, nodes in the figures described above and in subsequent figures are shown as individual electronic devices or ports on connectors. Also, in the figures the nodes are represented as terminals. However, they could also be workstations, personal computers, printers, scanners, or any other electronic device that can be connected to networks **110**.

FIG. **5** is a drawing of the connectivity of an example network system. In FIG. **5**, first, third, and fourth hosts **121**, **123**, **124** are connected via the network **110** to first, third, and fourth ports **131**, **133**, **134** respectively, wherein the first, third, and fourth ports **131**, **133**, **134** are located on the first connector **140**.

The first, third and fourth hosts **121**, **123**, **124** are singly-heard hosts connected to separate ports **131**, **133**, **134** of a common connector **140**—the first connector **140**. The fifth and sixth hosts **125**, **126** are singly-heard hosts connected to the third and fourth connectors **142**, **143**. The seventh and eighth hosts **127**, **128** are multi-heard hosts connected to the same port **139** of the fifth connector **144**. The multi-heard hosts **127**, **128** illustrate a shared media segment **180**, also referred to as a bus **180**.

The second, third, fourth, and fifth connectors **141**, **142**, **143**, **144** are interconnected and illustrate a switch mesh **181**. Each of the connectors in the switch mesh **181** is connected to each other, either directly or indirectly, to create a fully meshed connection. In the mesh, traffic may be dynamically routed to create an efficient flow.

FIG. **5** also shows an example of a port aggregation **182**, also referred to as trunking **182**. The first connector **140** is connected via the network **110** to the second connector **141** by two direct links, each of which is connected to different ports on the connectors. One link is connected to the sixth port **136** of the first connector **140** and to the seventh port of the second connector **137**. The other link is connected to fifth port **135** of the first connector **140** and to the eighth port **138** of the second connector **141**. In this example, two connectors illustrate the multiple connectivity between nodes. Depending upon the device specifications, devices such as connectors may be connected via any number of connectors.

6

As explained herein, the system resolves multiple connectivity problems by tracking port information for each connection.

FIG. **6** is a drawing of the connectivity of a portion of a network having three connectors **171**, **172**, **173**. A first host **151** is connected directly to the first port **161** of the first connector **171** and the second host **152** is connected to a sixth port **166** of the third connector **173**. The second port **162** of the first connector **171** is connected directly to the third port **163** of the second, or intermediate, connector **172**. The fourth port **164** of the intermediate connector **172** is connected directly to the fifth port **165** of the third connector **173**.

FIG. **7** shows a block diagram of the system. FIG. **8** shows a flow chart of the method used by the system to retrieve and update the topology of the network. A tuple manager **300**, also referred to as a data miner **300**, gathers **902** data from network nodes and builds **904** tuples to update the current topology. The topology database "topodb" **350** stores the current topology for use by the system. The "neighbor data" database **310** stores new tuple data retrieved by the tuple manager **300**. The connection calculator **320** processes the data in the neighbor data database **310** to determine the new network topology. The connection calculator **320** reduces **906** the tuple data and sends it to the reduced topology relationships database **330**. The topology converter **340** then updates **908** the topology database **350** based on the new tuples sent to the reduced topology relationships database **330** by the connection calculator **320**.

FIG. **9** shows a flow chart of one operation of the tuple manager **300**, as described generally by the data gathering **902** and tuple building **904** steps of the method shown in FIG. **8**. The tuple manager **300** receives **910** a signal to gather tuple data. The tuple manager **300** then retrieves **912** node information of the current topology stored in the topology database **350**. This information tells the tuple manager **300** which devices or nodes are believed to exist in the system based on the nodes that were detected during a previous query. The tuple manager **300** then queries **914** the known nodes to gather the desired information. For example, the connectors may maintain forwarding tables that store connectivity data used to perform the connectors' ordinary functions, such as switching. Other devices may allow the system to perform queries to gather information about the flow of network traffic. This data identifies the devices heard by a connector and the port on which the device was heard. The tuple manager **300** gathers this data by accessing forwarding tables and other information sources for the nodes to determine such information as their physical address, interface information, and the port from which they "hear" other devices. Based on this information, the tuple manager **300** builds **916** tuples and stores **918** them in the "neighbor data" database **310**. Some nodes may have incomplete information. In this case, the partial information is assembled into a tuple and may be used as a "hint" to determine its connectivity later, based on other connections. The tuple manager **300** may also gather **920** additional information about the network or about particular nodes as needed. For example, the connection calculator **320** may require additional node information and may signal the tuple manager **300** to gather that information.

After the data is gathered and the tuples are stored in the neighbor database **310**, the connection calculator **320** processes the tuples to reduce them to relationships in the topology. FIG. **10** shows a flow chart of the process of the connection calculator **320**, as shown generally in the reduction step **906** of the method shown in FIG. **8**. The connection

US 7,027,411 B1

7

calculator **320** performs a first weeding phase **922** to identify singly-heard hosts to distinguish them from multi-heard hosts. Singly-heard hosts refer to host devices connected directly to a connector. The connection calculator **320** then performs an infrastructure-building phase **924** to remove redundant connector-to-connector links and to complete the details for partial tuples that are missing information. Then, the connection calculator **320** performs a second weeding phase **926** to resolve conflicting reports of singly-heard hosts. The connection calculator **320** then performs a noise reduction phase **928** to remove redundant neighbor information for connector-to-host links. If clarification of device connectivity is required, the connection calculator **320** performs a "look for" phase **930** to ask the tuple manager **300** to gather additional data. The tuple data is then consolidated **932** into segment and network containment relationships. The connection calculator **320** may also tag redundant tuples to indicate their relevance to actual connectivity. These redundant tuples may still provide hints to connectivity of other tuples. As part of the consolidation phase **932**, the connection calculator **320** creates new n-ary tuples (tuples having references to three or more tucos) for shared media segments.

FIG. **11** is a flow chart of the connection calculator's first weeding process **922** for distinguishing singly-heard hosts. The purpose of the first weeding process **922** is to identify the direct connections between connectors and hosts; that is, those tuples having a first tuco that is a connector and a second tuco that is a host. The connection calculator **320** looks through the tuple list in the neighbor database **310**, and for each tuple **402**, the connection calculator **320** determines **404** whether the tuple is a connector-to-host (conn-to-host) link tuple. If it is not a conn-to-host link, the connection calculator **320** concludes **418** that it is a conn-to-conn link and processes **402** the next tuple. If the tuple is a conn-to-host link tuple, then the connection calculator **320** determines **406** whether the connector hears only this particular host on the port identified in the tuple. If the connector hears other hosts on this port, then the tuple is classified **416** as a multi-heard host link (mhhl) tuple.

If the connector hears only the one host on the port—that is, if the host is a singly-heard host—then the connection calculator **320** determines **408** whether the host is heard singly by any other connectors. If no other connectors hear the host as a singly-heard host, then the tuple is classified as a singly-heard host link (shhl) tuple **412** and other tuples for this host are classified **414** as extra host links (ehl). Another tuple for this host may be, for example, an intermediate connector connected indirectly to a host. For example, FIG. **6** shows three connectors **171, 172, 173** the first connector **171** is connected directly to the first host **151**. This connection therefore forms an shhl tuple. The intermediate connector **172** is indirectly connected to the first host **151**. The tuple data indicates that the intermediate connector **172** is indirectly connected to the host and hears the host from a particular port. An extra host links tuple is created so that this data may be used later in conjunction with other extra host links tuples from devices across the network, to verify connectivity by providing hints about connections.

The first weeding process also attempts to identify conflicts. If other connectors hear the host as a singly-heard host, then a conflict arises and the tuple is classified **410** as a singly-heard conflict link (shcl) tuple to be resolved later. This conflict may arise, for example, if a host has been moved within the network, in which case the forwarding table data may no longer be valid. Certain connectors previously connected directly to the host may still indicate

8

that the moved host is connected. When all tuples have been processed **402** to identify singly-heard host links, the first weeding phase **922** is complete.

FIGS. **12***a–d* show a flow chart of the infrastructure building phase **924** of the connection calculator **320**. The purpose of the infrastructure building phase **924** is to determine how the connectors are set up in the network. The first part of the infrastructure building phase **924** manufactures tuples based on the list of singly-heard host link tuples identified in the first weeding phase **922**. The purpose is to identify the relationship between the connectors in the extra host links tuples and the connectors directly connected to the singly-heard hosts. For each singly-heard host link **420**, the connection calculator **320** processes **422** each extra host link that refers to the host. In the illustration of FIG. **6**, a conn-to-conn link tuple would represent the connection between the first connector **171** and the intermediate connector **172**. An extra host link tuple would represent the indirect connection between the intermediate connector **172** and the first host **151**. The conn-to-conn link tuple between the first connector **171** and the intermediate connector **172** is an example of an ehlConn-to-shhlConn tuple. If a conn-to-conn link tuple exists **424** for the extra host link connector to the singly-heard host link connector (ehlConn-to-shhlConn), then the connection calculator **320** updates **428** the tuple if it is incomplete. It is possible that the tuple data may be incomplete and a conn-to-conn link may not exist. In that case, a conn-to-conn tuple does not exist for the ehlConn-to-shhlConn, then such a tuple is created **426**.

After processing extra host links for singly-heard host links, the connection calculator **320** considers **430** each connector (referred to as conn1) in the tuples to determine the relationship between connectors. As illustrated in FIG. **6**, a single connector may be connected directly and indirectly to multiple other connectors. In FIG. **6**, the first connector **151** is connected to the intermediate connector **171** directly and also to the third connector **173** indirectly. The third connector **173** hears the first host **151** on the same part **165** that it hears the first connector **171** and the intermediate connector **172**. The infrastructure building phase **924** tries to determine the relationship between other connectors heard on the same port of conn1. In a series of interconnected connectors, the connector on one end may not hear a connector on another end, but it may hear intermediate connectors, that in turn hear their own intermediate connectors. Tuples are created to represent the interconnection of conn-to-conn relationships. Based on this data, the connection calculator **320** can make inferences regarding the overall connection between connectors.

For every conn1, the connection calculator **320** considers **432** every other connector (conn2) to determine whether a conn1-to-conn2 tuple exists. If conn1-to-conn2 does not exist, then the connection calculator **320** considers **436** every other conn-to-conn tuple containing conn2. The other connector on this tuple may be referred to as conn3. If conn2 hears conn3 on a unique port **438** and if conn1 also hears conn3 **440**, then the connection calculator **320** creates **442** a tuple for conn1-to-conn2 in the connector-to-connector links tuple list.

After processing all of the conn1 tuples, the connection calculator **320** processes **444** each conn1-to-conn2 links tuple to ensure that they have complete port data. For each incomplete tuple **446**, the connection calculator **320** looks **448** for a different tuple involving conn1 in the extra host links tupleson a different port. If a different tuple is found **450**, then the connection calculator **320** determines **452** whether conn2 also hears the host. If conn2 does hear the

**9**

host, then the connection calculator **320** completes the missing port data for conn2. If conn2 does not also hear the host **452**, then the connection calculator **320** continues looking **448** through different tuples involving conn1 in extra host links on different ports.

After attempting to complete the missing data in each of the conn-to-conn links tuples, the connection calculator **320** processes **456** each conn-to-conn links tuple. The purpose of this sub-phase is to attempt to disprove invalid conn-to-conn links. The connection calculator **320** considers **458** conn1 and conn2 of each conn-to-conn links tuple. Every other connector in conn-to-conn links may be referred to as testconn. For each testconn **460**, the connection calculator **320** determines **462** whether the testconn hears conn1 and conn2 on different groups/ports. If testconn hears conn1 and conn2 on different ports, then the tuple is moved to extra-connlinks (ecl) **464**. Otherwise, the connection calculator **320** continues processing **460** the remaining testconns.

FIG. **13** shows a flow chart of the second weeding phase **926**. The purpose of the second weeding phase **926** is to attempt to resolve conflicts involving singly-heard hosts identified in the first weeding phase **922**. In the situation described herein in which more than one connector reports that a host is singly-heard, the second weeding phase **926** reviews the tuples created during the infrastructure-building phase **924** involving the connector and host in question and attempts to disprove the reported conflict. The connection calculator **320** processes **466** each singleConflictLinks (scl) tuple (sometimes referred to as the search tuple) and considers **468** conn1 and host1 of the tuple. For each extra host links tuple containing host1 **470**, the connection calculator **320** considers **472** conn2 of the tuple. If there is a tuple in conn-to-conn links for conn2 and conn1 **474**, and if there is a conn2-to-conn1 tuple in the extra host links tuples **476**, and if the port is the same for conn2 hearing conn1 and host1 **478**, then the search tuple is moved **480** into the singly heard host links and other tuples containing host1 are removed **482** from the singleConflictLinks.

FIG. **14** shows a flow chart of the noise reduction phase **928**. The purpose of the noise reduction phase **928** is to handle those connections in which a connector is not directly connected to a host or to another connector. For example, networking connectors may employ shared media connections between connectors, rather than dedicated media connectors. With a shared media connection, the entries in the forwarding tables for connectors attached to the shared media connection will include every node accessing the shared media connection and may not present a useful or accurate representation of the nodal connection. For example, if the network configuration in FIG. **6** used a shared media connection between the first connector **171** and the intermediate connector **172**, then the first connector is not really connected directly to the intermediate connector because other devices (not shown in FIG. **6**) may also use the shared media connection. These other devices may include web servers, other connectors, other subnetworks, etc. Tuples will be created for the connectors **171**, **172** on opposing ends of the shared media. In this situation, it is inefficient to maintain point-to-point binary tuples for every connection. The noise reduction phase **928** disproves invalid tuples created by the shared media connections.

For each multi-heard host links (mhhl) tuple, also referred to as multiHeardLinks (mhl) tuples (sometimes referred to as the search tuple) **484**, conn1 and host1 are considered **486**. For each extra host links tuple containing host1 **488**, conn2 is considered **490**. If there is a tuple in conn-to-conn links for conn2 and conn1 **492**, and if there is a conn2-to-

**10**

host1 tuple in extraHostLinks **494**, and if the group/port for conn2 hearing conn1 and host1 is different **496**, then the search tuple is moved **498** to extraHostLinks.

FIG. **15** shows a flow chart for the "look for" phase **930**. The purpose of this phase is to complete missing data for mhhl tuples. There may exist connections on the network that have incomplete tuple data. For example, the network may simply have no traffic between certain nodes, in which case data might not be stored in forwarding tables. In another example, a forwarding table may not have sufficient room to store all of the required information and might delete data on a FIFO basis. In the look for phase **930**, the connection calculator **320** instructs the tuple manager **300** to query specific nodes to retrieve the missing data. Data that was not stored in a forwarding table on the first interrogation may be present on a subsequent query. For each mhhl tuple **500**, the connection calculator **320** considers **502** conn1 and host1. If the conn1 group/port is already in an "alreadyDid-Lookfors" list, then a list is created **508** for all connectors in conn-to-conn links that are heard by conn1 on the same group/port as host1. For each connector (conn2) in the list **510**, the connection calculator **320** determines **512** whether there is a conn2-to-host1 tuple in the mhhl tuples. If there is not such a tuple, then the connection calculator **320** initiates a look-for for conn2-to-host1 via the tuple manager **300**. When each connector in the list has been processed **510**, the conn1 group/port tuco is added **516** to an alreadyDidLook-fors list. As an additional portion of the look for phase **930** (not shown in figures) the system may ask a user to verify or clarify information about connectivity. For example, the system may show the user the perceived connectivity or the unresolved connectivity issues and request the user to add information as appropriate.

The connection calculator **330** process described above collects the tuple information from the tuple manager **300**, builds tuples new tuples and removes redundant or unnecessary tuples to produce the new topology. This topology may have incomplete tuples possibly resulting from extraneous information that the connection calculator **330** could not disprove. To refine the new topology, the connection calculator **330** can request the tuple manager **300** to obtain additional information about particular nodes or it may also request a user to refine the topology by adding or removing tuples. Using the process of the connection calculator **330**, tuples marked as non-essential may be removed from the new topology to save space and to simply the topology. The connection calculator **330** is not confused by multiple connectivity situations such as port aggregation **182** or switch meshing **181** as shown in FIG. **5**, because the tuples represent point-to-point, or neighbor-to-neighbor, connectivity showing each connection in the network. This point-to-point connectivity concept also helps enable the system to avoid difficulties that occur in systems that track higher levels of abstraction, such as layer **3** connectivity. Also, the tuples may contain only selected information to minimize the storage space required for the topology.

FIGS. **16***a–b* show a flow chart of the consolidation phase **932**. The purpose of this phase is to consolidate the tuples that involve shared media connections. After the noise reduction phase **928**, a considerable number of tuples involving shared media may remain. Rather than maintaining a binary tuple for each of the connections, an n-ary tuple is created for the link using a tuco for each connector and each host connected thereto. For each mhhl tuple **518**, conn1 and host1 are considered **520**. If there are more conn1 group/port tuples in multiHeardLinks, and if are not any n-ary multi-HeardSegments (mhs) tuples **524**, then an mhs tuple is

11

created **526**. If host1 is not already in this particular mhs tuple **528**, then conn2 of the tuple is considered **534**. If there is a conn1-to-conn2 conn-to-connLinks tuple on the same port as conn1-to-host1 **536**, then all multiHeardLinks tuples for conn2-to-host1 with the same conn2 group/port as the conn 1-to-conn2 are added **538** to the current mhs tuple.

After processing each mhhl tuple **518**, each singly-heard host links (shhl) tuple, also referred to as a singlyHeardLinks (shl) tuple, is considered **540**. For each shhl tuple, the connector and host are considered **542**. If there is no existing singlyHeardSegments (shs) tuple for the connector **544**, then an shs tuple is created **546**. The host tuco is then added to the shs **548**.

FIG. **17** shows a flow chart of the method used by the topology converter **340**, as described generally by the topology update step **908** of the method shown in FIG. **8**. The topology converter **340** converts **934** the topology into tuple lists, also referred to as the "morph topo" phase **934**. It then compares **936** the list from the topology currently stored in the topology database **350** with the new list generated by the connection calculator **320** and discards **936** identical tuples in what is also referred to as the "discard duplicates" phase **936**. It then takes action **938** on the changes in the topology as determined by the changes in the tuple lists, in what is also referred to as the "identify different tuples" phase **938**.

FIG. **18**a shows a flow chart for the "morph topo" phase **934**. For each node in the topology **550**, the topology converter **340** determines **552** whether the node is a connector. If the node is a connector, then for each connected interface (conniface) of the connector (conn1) **554**, the topology converter **340** determines **556** whether the conniface is connected to a star segment. If it is connected to a star segment, then for every other interface in the segment **558**, the topology converter **340** determines **560** whether there is an existing shs tuple, referred to as the "topo tuple" for the segment. If there is no such tuple, then the topology converter **340** creates **562** a topo shs tuple. The tuco for the interface's host-to-topo shs is then added **564** to the topo shs tuple.

If the connector node is not connected to a star segment **556** and is connected to a bus segment **566**, the topology converter **340** determines **568** whether there is an existing mhs tuple for conn1. If there is not an existing mhs tuple for conn1, then a topo mhs tuple is created **570**. A tuco is added **572** for the host to the mhs tuple.

If the connector node is not connected to either a star segment **556** or to a bus segment **566**, then the topology converter knows that it is connected to another connector (conn2). If such a connector does not already have an existing connLinks tuple for conn1 and conn2 **576**, then a connLinks tuple is created **578**. After processing the bus segment, star segment, and conn-to-conn segment, for each conniface **554**, the topology converter **340** proceeds to the next node **550**.

FIG. **18**b shows a continuation of the flow chart of FIG. **18**a showing the steps of the method when the topology converter **340** determines that the node is not a connector **552**. If the node is in the default segment, then an "unheard-OfLinks" tuple is created **582** and the topology converter proceeds to the next node **550**. If the node is not in the default segment **580**, then the topology converter **340** determines whether the node is in a star segment **584**. If the node is in a star segment, then if there is not already an shs tuple, the topology converter **340** creates **588** an shs tuple. The tuco for the node is then added **590** to the shs tuple, and the topology converter **340** proceeds to the next node **550**.

12

If the node is not in a star segment, then the topology converter **340** knows that it is in the bus segment. If there is not already an mhs tuple for the node, **594**, then the topology converter **340** creates **596** an mhs tuple. The tuco for the node is then added **598** to the mhs tuple, and the topology converter proceeds to the next node **550**.

FIG. **19** shows a flow chart for the discard duplicates phase **936** of the topology converter **340**. For each tuple in the new tuples (nt) **600**, the topology converter looks for **602** an exact match in the current tuples stored in the topodb. If an exact match is found **604**, then the new tuple is marked **606** as "no change" indicating that this is an identical tuple.

FIGS. **20**a–d show a flow chart for the identify different tuples phase **938**. The system looks through each tuple in the new SinglyHeardSegments (newSHS) tuple list **608** and tries to identify and fix **610** swapped ports on connectors. Swapped ports are identified by considering those segment tuples in both the new topology and the existing topology that differ only by the port specification in the tuco. Each tuple that is fixed as a swapped port is marked **612** as "handled." The system also looks through each tuple in the new multiHeardSegments tuple list (newMHS) **614** and tries to identify and fix **616** swapped ports on connectors. Each tuple that is fixed as a swapped port is marked **618** as "handled."

The system then processes **620** each unmarked tuple in the newSHL tuples. Four cases are possible for the host of the newSHL tuples. The host of the newSHL can be found in the current singlyHeardLinks (curSHL) **622**, the current multiHeardLinks (curMHL) **630**, the current connlinks (curCL) **638**, or the current UnheardOfLinks (curUOL) **642**. If the host of a newSHL tuple is found **622** in the current SinglyHeardLinks (curSHL) tuples, then the system determines **624** if there is a matching connector tuco between the newSHL tuples and the curSHL tuples. If there is a matching tuco, then the system changes **626** the host connection attribute. If there is not a matching tuco, then the host connection is moved **628** in the topology.

If the host is found in the curMHL tuples **630**, then the system determines **632** whether there is a matching connector tuco between the newSHL tuples and the curSHL tuples. If there is a matching connector, then the segment type of connection is changed **634**. If there is not a matching connector, then the host connection is moved **636** in the topology. If the host is found in the curCL tuples **638**, then the host is moved **640** into a star segment of the connector. If it is found in the curUOL **642**, then the host is moved **644** into the star segment of the connector.

FIG. **20**c shows another stage of the processing undertaken during the identify different tuples phase **938**. For each unmarked tuple in the new multiHeardLinks tuples (newMHL) **946**, four cases are possible for the host of the newMHL. The host of the newMHL may be found in the curSHL **648**, the curMHL **656**, the curCL **664**, or the curUOL **668**. If the host is found in the curSHL **648**, then the system determines **650** whether there is a matching connector tuco between the newMHL and the curMHL. If there is a matching tuco, then the segment type of connection is changed **652**. If there is not a matching tuco, then the host connection is moved **654** in the topology.

If the host is found in the curMHL tuples **656**, then the system determines **658** whether there is a matching connector tuco in both the curMHL tuples and the newMHL tuples. If there is a matching connector tuco, then the host connection attribute is changed **660**. If there is not a matching tuco, then the host connection is moved **662** in the topology. If the host is found in the curCL tuples **664**, then the host is moved

US 7,027,411 B1

13

into a bus segment of a connector. If the host is found in the curUOL tuples **668**, then the host connection is moved **670** in the topology.

FIG. **20***d* shows another portion of the identify different tuples phase **938**. For each unmarked tuple in the newCL tuples **672**, there are three possibilities for the connector. The connector of the unmarked tuple in newCL can be found in the curSHL or curMHL **674**, in the curCL **678**, or in the curUOL **682**. If each connector is found in the curSHL or curMHL list **674**, then the system creates **676** a new point-to-point segment for the connectors. If the connectors are found in the curCL **678**, then the connection attributes of the connectors are changed **680**. If each connector is found in the curUOL tuples **682**, then the host connection is moved **684** in the topology.

Another part of the identify different tuples phase **938** is shown in blocks **686** and **688** of FIG. **20***d*. For each unmarked tuple in the newUOL tuples **686**, the system checks **688** the timer/configuration to determine whether the host/conn should move into the default segment from its current segment.

An advantage of the system is that it may be schedulable. The system may map network topology continuously, as done by existing systems, or it may be scheduled to run only at certain intervals, as desired by the user. A further advantage of the system is that it is capable of processing multiple connections between the same devices and of processing connection meshes, because it tracks each nodal connection independently, without limitations on the types of connections that are permitted to exist.

Although the present invention has been described with respect to particular embodiments thereof, variations are possible. The present invention may be embodied in specific forms without departing from the essential spirit or attributes thereof. It is desired that the embodiments described herein be considered in all respects illustrative and not restrictive and that reference be made to the appended claims for determining the scope of the invention.

What is claimed is:

**1**. In a network having interconnected nodes with data tuples that represent nodal connections, a method for mapping a network topology by identifying changes between an existing topology and a new topology, the method comprising:

creating a list of existing tuples from an existing topology representing nodal connections of a network at a prior time;

creating a new list of a plurality of tuples for a topology of the network at a current time, wherein the new list of tuples represent nodal connections of the network at the current time, and wherein each of the tuples comprises a host identifier, interface information, and a port specification;

receiving new tuples list that represent new nodal connections; and

comparing the list of existing tuples with the new tuples list to identify changes to the topology.

**2**. The method of claim **1**, further comprising updating a topology database with a new topology corresponding to the list of existing tuples modified by the changes to the topology.

**3**. The method of claim **1**, further comprising taking action on the changes to the topology.

**4**. The method of claim **1**, wherein the step of creating a new list of tuples comprises identifying duplicate tuples that

14

appear both in the list of existing tuples and in the new tuples, and maintaining a current status of the topology for these tuples.

**5**. The method of claim **1**, wherein the step of creating a new list of tuples comprises identifying a swapped port condition on a connector.

**6**. The method of claim **1**, wherein the step of creating a new list of tuples comprises identifying a new singly-heard host link tuple or a new multi-heard host link tuple in the list of existing tuples.

**7**. A system for mapping a network topology by identifying changes between an existing topology and a new topology, based on changes to data tuples that represent nodal connections comprising:

a topology database that stores an existing topology of a network using tuples, wherein each tuple includes a host identifier, interface information, and a port specification for a node in the network from the existing topology representing nodal connections of the network at a prior time; and

a topology converter connected to the topology database the receives new tuples that represent new nodal connections for a topology of the network at a current time, compares the new tuples with the existing tuples to identify changes in the network by comparing the host identifiers, the interface information, and the port specifications, and determines differences between the new tuples with the existing tuples representing nodal connections of the network at the prior time,

wherein the topology converter creates the new tuples for the topology of the network.

**8**. The system of claim **7**, wherein the topology converter updates the topology database with a new topology based on the new tuples.

**9**. The system of claim **7**, wherein the topology converter attempts to identify swapped ports on connectors.

**10**. The system of claim **7**, wherein the topology converter identifies duplicate tuples that appear both in the list of existing tuples and in the new tuples, and maintains a current status of the topology for these tuples.

**11**. The system of claim **7**, wherein the topology converter searches for a host of a new singly-heard host link tuple or a new multi-heard host link tuple in the list of existing tuples.

**12**. The system of claim **7**, wherein the topology converter searches for a connector of a new conflict links tuple in the list of existing tuples.

**13**. A computer-readable medium having computer-executable instructions for performing a method for mapping a network topology by identifying changes between an existing topology and a new topology in a network having interconnected nodes, the method comprising:

creating a list of existing tuples from an existing topology representing nodal connections of a network at a prior time;

creating a new list of a plurality of tuples for a topology of the network at a current time, wherein the new list of tuples represent nodal connections of the network at the current time and wherein each of the tuples comprises a host identifier, interface information, and a port specification;

receiving new tuples list that represent new nodal connections;

US 7,027,411 B1

**15**

comparing the list of existing tuples with the new tuples list to identify changes to the topology; and

updating a topology database with a new topology based on the comparing.

**14**. The medium of claim **13**, wherein a topology converter receives the new tuples list from a connection calculator that calculates connections between nodes.

**15**. The medium of claim **13**, wherein the step of creating the new tuples list comprises identifying duplicate tuples that appear both in the list of existing tuples and in the new tuples list, and maintaining a current status of the topology for these duplicate tuples.

**16**

**16**. The medium of claim **13**, wherein the step of creating the new tuples list comprises identifying a swapped port condition on a connector.

**17**. The medium of claim **13**, wherein the step of creating the new tuples list comprises searching for a host of a new singly-heard host link tuple or a new multi-heard link tuple in the list of existing tuples.

**18**. The medium of claim **13**, wherein the steps of creating the new tuples list comprises searching for a connector of a new conflict links tuple in the list of existing tuples.

* * * * *