1  MARK D. FLANAGAN (SBN 130303)
   mark.flanagan@wilmerhale.com
2  MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
3  JOSEPH F. HAAG (SBN 248749)
   joseph.haag@wilmerhale.com
4  EVELYN C. MAK (SBN 258086)
   evelyn.mak@wilmerhale.com
5  WILMER CUTLER PICKERING
      HALE AND DORR LLP
6  950 PAGE MILL ROAD
   PALO ALTO, CALIFORNIA  94304
7  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
8
   Attorneys for Plaintiff
9  HEWLETT-PACKARD COMPANY

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13

14 | HEWLETT-PACKARD COMPANY, a
   | Delaware corporation,
15 |                                          Case No.
   |              Plaintiff,
16 |                                          **JURY TRIAL DEMANDED**
   |       v.
17 |                                          **HEWLETT-PACKARD COMPANY'S**
   | SERVICENOW, INC., a Delaware             **CERTIFICATION OF INTERESTED**
18 | corporation,                             **ENTITIES OR PERSONS (CIVIL L.R. 3-**
   |                                          **15)**
19 |              Defendant.

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

2   named parties, there is no such interest to report.

3

4

5   Dated:  February 6, 2014                     WILMER CUTLER PICKERING
                                                    HALE AND DORR LLP

6
                                                 */s/* Mark D. Flanagan                                 
7                                                Mark D. Flanagan (SBN 130303)
                                                 (mark.flanagan@wilmerhale.com)
                                                 950 Page Mill Road
8                                                Palo Alto, CA  94304
                                                 Telephone:  (650) 858-6000
9                                                Facsimile:  (650) 858-6100

10                                               *Attorneys for Plaintiff*
                                                 *Hewlett-Packard Co.*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28