UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HEWLETT PACKARD COMPANY, | ) | Case No. 5:14-cv-00570-PSG |
| Plaintiff, | ) ) | **ORDER OF RECUSAL** |
| v. | ) ) | |
| SERVICENOW, INC., | ) ) | |
| Defendant. | ) ) ) | |

I hereby recuse myself from hearing or determining any matters in the above case. The

Clerk of Court shall remove the undersigned.

**IT IS SO ORDERED.**

Dated: February 7, 2014

PAUL S. GREWAL
United States Magistrate Judge

United States District Court
For the Northern District of California

1

Case No. 5:14-cv-00570-PSG
ORDER OF RECUSAL