| | |
|---|---|
| Mark D. Flanagan (SBN 130303)<br>  mark.flanagan@wilmerhale.com<br>Mark D. Selwyn (SBN 244180)<br>  mark.selwyn@wilmerhale.com<br>Joseph F. Haag (SBN 248749)<br>  joseph.haag@wilmerhale.com<br>Nathan L. Walker (SBN 206128)<br>  nathan.walker@wilmerhale.com<br>Evelyn C. Mak (SBN 258086)<br>  evelyn.mak@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone:  (650) 858-6000<br>Facsimile:   (650) 858-6100<br><br>*Attorneys for Plaintiff*<br>HEWLETT-PACKARD COMPANY | Michael G. Rhodes (SBN 116127)<br>  rhodesmg@cooley.com<br>COOLEY LLP<br>101 California Street. 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone:  (415) 693-2000<br>Facsimile:   (415) 693-2222<br><br>Heidi L. Keefe (SBN 178960)<br>  hkeefe@cooley.com<br>Mark R. Weinstein (SBN 193043)<br>  mweinstein@cooley.com<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone:  (650) 843-5000<br>Facsimile:   (650) 849-7400<br><br>*Attorneys for Defendant*<br>SERVICENOW, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>        Plaintiff,<br>v.<br><br>SERVICENOW, INC., a Delaware corporation,<br>        Defendant. | **Civil Action No.  14-cv-00570 (BLF)**<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE** |

1  Plaintiff Hewlett-Packard Company ("HP") and defendant ServiceNow, Inc.
2  ("ServiceNow") stipulate to and respectfully ask the Court to reschedule the early Case
3  Management Conference that is currently scheduled for May 21, 2014, to June 26, 2014, or the
4  earliest date thereafter that is convenient to the Court.
5  Good cause exists for this requested relief, due to a scheduling conflict identified by HP,
6  as set forth in the accompanying declaration of Nathan L. Walker in support of this stipulated
7  request.

Dated: May 1, 2014

Respectfully submitted,

HEWLETT-PACKARD COMPANY

By its attorneys,

Mark D. Flanagan (SBN 130303)
 mark.flanagan@wilmerhale.com
Mark D. Selwyn (SBN 244180)
 mark.selwyn@wilmerhale.com
Joseph F. Haag (SBN 248749)
 joseph.haag@wilmerhale.com
Nathan L. Walker (SBN 206128)
 nathan.walker@wilmerhale.com
Evelyn C. Mak (SBN 258086)
 evelyn.mak@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Respectfully submitted,

SERVICENOW, INC.

By its attorneys,

*/s/ Heidi L. Keefe*

Michael G. Rhodes (SBN 116127)
 rhodesmg@cooley.com
COOLEY LLP
101 California Street. 5th Floor
San Francisco, CA 94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

Heidi L. Keefe (SBN 178960)
 hkeefe @cooley.com
Mark R. Weinstein (SBN 193043)
 mweinstein@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: May 1, 2014                        By: /s/ Beth Labson Freeman
                                                  Honorable Beth L. Freeman

1     ATTESTATION

2     Pursuant to Civil Local Rule 5.1, the undersigned attests that all parties have concurred in

3     the filing of this Stipulation And [Proposed] Order To Reschedule Initial Case Management

4     Conference .

5

6     Dated:  May 1, 2014                                   */s/ Mark D. Flanagan*
                                                             Mark D. Flanagan (SBN 130303)
7                                                              mark.flanagan@wilmerhale.com
                                                             WILMER CUTLER PICKERING
8                                                              HALE AND DORR LLP
9                                                            950 Page Mill Road
                                                             Palo Alto, CA  94304
10                                                           Telephone:  (650) 858-6000
                                                             Facsimile:   (650) 858-6100
11

12

13

14    106592069 v1