UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT PACKARD COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SERVICENOW, INC.,<br><br>　　　　Defendant. | Case No. 14-cv-00570-BLF<br><br>**ORDER REFERRING CASE TO ADR UNIT FOR TELEPHONE CONFERENCE** |

On June 5, 2014, the parties filed a Stipulation and Proposed Order Selecting ADR Process. (*See* ECF 41)  The parties checked the box for Court Mediation pursuant to ADR Local Rule 6, but they added a sentence requesting that the mediation be conducted by Magistrate Judge Grewal. (*Id.*)  This request is inappropriate.  Rule 6 provides that "[a]fter entry of an order referring a case to mediation, the ADR Unit will appoint from the Court's panel a mediator who is available during the appropriate period and has no apparent conflict of interest."  ADR L.R. 6(a). The rule makes no provision for appointment of a magistrate judge to conduct a mediation.  On occasion, the Court may refer a case for a settlement conference conducted by a magistrate judge; however, "[t]he Court limits the number of cases referred to Magistrate Judges for early settlement conferences."  ADR L.R. 7-2 Comm.

The parties also requested that their ADR obligation be deferred until sixty days after issuance of a claim construction order.  While such a request may be appropriate in some cases, the Court lacks sufficient information to evaluate whether this case might benefit from an earlier ADR window.

Accordingly, the case is HEREBY REFERRED to the ADR Unit for a telephone conference. If the ADR Unit's schedule permits, the telephone conference shall be conducted prior to the Case Management Conference set for June 26, 2014.

**IT IS SO ORDERED.**

Dated: June 11, 2014

_____
BETH LABSON FREEMAN
United States District Judge