UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HEWLETT PACKARD COMPANY,

    Plaintiff,

  v.

SERVICENOW, INC.,

    Defendant.

Case No.  14-cv-00570-BLF

**CASE MANAGEMENT ORDER**

On June 26, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 09/04/2014 at 1:30 pm |
| Case Management Statement due | 08/28/2014 |
| Claims Construction Tutorial | 06/05/2015 at 9:00 am |
| Claims Construction Hearing | 06/12/2015 at 9:00 am |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the Parties are to meet, confer, and submit a stipulated proposed schedule regarding deadlines to Claims Construction Hearing.

Dated:  June 26, 2014

_____
BETH LABSON FREEMAN
United States District Judge