# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT PACKARD COMPANY,<br><br>　　　Plaintiff,<br><br>　v.<br><br>SERVICENOW, INC.,<br><br>　　　Defendant. | Case No.  14-cv-00570-BLF<br><br>**CASE MANAGEMENT ORDER** |

On September 4, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | February 5, 2014 at 1:30 p.m. |
| Service of Amended Infringement Contentions | November 18, 2014 |
| Service of Invalidity Contentions | January 9, 2015 |
| Parties exchange proposed claim terms for construction | January 23, 2015 |
| Parties exchange proposed constructions for the identified claim terms and identify all supporting evidence and experts | February 13, 2015 |
| Deadline for filing of requests to have more than 10 claim terms construed | February 23, 2015 |

| | |
|---|---|
| Joint Claim Construction and Prehearing Statement due | March 10, 2015 |
| Deadline to complete all discovery related to claim construction | April 9, 2015 |
| HP's opening claim construction brief due | April 24, 2015 |
| ServiceNow's responsive claim construction brief due; the responsive brief shall address the disputed claim terms in the same order set forth in the opening brief. | May 8, 2015 |
| HP's reply claim construction brief due | May 15, 2015 |
| Amended, final Joint Claim Construction Statement due | May 22, 2015 |
| Claim Construction Tutorial. Each party is granted 120 minutes to present its tutorial. | June 5, 2015 at 9:00 a.m. |
| Deadline to exchange copies of demonstrative exhibits and visual aids to be used at the claim construction hearing | 48 hours prior to commencement of the claim construction hearing |
| Claim Construction Hearing | June 12, 2015 at 9:00 a.m. |
| Deadline for disclosure of materials associated with any opinion of counsel upon which the party intends to rely | 50 days after Court issues claim construction ruling |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

2

IT IS FURTHER ORDERED THAT:

1. The parties shall meet and confer with respect to the post Claim Construction case schedule and shall submit a stipulation proposing all relevant dates, including a trial date, consistent with the discussion held on the record at the Case Management Conference.

2. ServiceNow may begin conducting discovery related to invalidity on October 18, 2014.

3. The parties' disputes regarding the total number of depositions and deposition hours, the total number of interrogatories, and limitations on requests for admissions are deferred.

4. All other disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

5. The parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT:

6. The Court concludes that, for reasons of judicial efficiency and economy, and to permit the Court to manage this case in an orderly fashion, it is necessary at this stage in the proceedings to impose preliminary limits on the total number of asserted claims and distinct prior art references at issue.

7. The parties have agreed, and the Court now orders, that ServiceNow shall provide to HP a spreadsheet disclosing unit sales and revenues with respect to each accused product. The spreadsheet shall be provided to HP on or before September 19, 2014. The Court is confident that the parties, working together in good faith, will be able to resolve any differences with respect to the precise form and scope of the disclosure. If the parties are unable to do so, they shall file simultaneous letter briefs, not to exceed two pages, requesting guidance from the Court.

8. On or before October 3, 2014, the parties shall meet and confer regarding appropriate preliminary limits as discussed in paragraphs 6, above.

1   9.   On or before October 10, 2014, the parties shall file a joint stipulation proposing
2        preliminary limits on the total number of asserted claims and distinct prior art
3        references or, if the parties cannot reach agreement, separate letter briefs not to
4        exceed two pages.

Dated: September 5, 2014

_____
BETH LABSON FREEMAN
United States District Judge