UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT PACKARD COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>SERVICENOW, INC.,<br><br>    Defendant. | Case No.  14-cv-00570-BLF<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE ADDITIONAL MOTION FOR SUMMARY JUDGMENT**<br><br>[Re: ECF 66] |

The Court has received Defendant's administrative motion for leave to file an additional motion for summary judgment beyond the one motion for summary judgment per party permitted by the Court's Standing Order Re Civil Cases. Defendant seeks leave to file a motion for summary judgment of invalidity under 35 U.S.C. § 101 with respect to four patents-in-suit while reserving its right to file a future motion for summary judgment with respect to other issues in this case, if appropriate. Plaintiff opposes Defendant's administrative motion and requests that in the event the administrative motion is granted, Defendant be precluded from filing any future requests for claim construction or summary judgment with respect to the four patents that are the subject of the § 101 motion.

Defendant's administrative motion for leave to file an additional motion for summary judgment is GRANTED. Plaintiff's requests to limit Defendant's future filings are DENIED. While Defendant of course will be precluded from filing a future motion rearguing invalidity under § 101 with respect to the four patents in question, Defendant will not be precluded from seeking any other appropriate relief in this case.

After reviewing the briefing on the motion for summary judgment, the Court may schedule a tutorial prior to or in conjunction with the hearing on the motion.

**IT IS SO ORDERED.**

Dated:  November 26, 2014

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California