COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street. 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

PHILLIP E. MORTON (*pro hac vice*)
(pmorton@cooley.com)
Reston Town Center, 11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000

HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
ANDREW C. MACE (284484)
(amace@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400

Attorneys for Defendant ServiceNow, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SERVICENOW, INC., a Delaware Corporation, <br><br> Defendant. | Case No.  14-cv-00570-BLF <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT SERVICENOW, INC.'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. SECTION 101** <br><br> DATE:     January 29, 2015 <br> TIME:     9:00 a.m. <br> CTRM:    3 <br> JUDGE:   Beth Labson Freeman |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

112255987 v1

1

**PROPOSED ORDER GRANTING MSJ**
**CASE NO. 14-CV-00570-BLF**

Defendant ServiceNow, Inc. Motion for Summary Judgment of Invalidity under 35 U.S.C. § 101 ("Motion") came on for hearing before this Court on January 29, 2015. Based on the papers submitted by the parties and the arguments made by counsel at the hearing, IT IS HEREBY ORDERED that the Motion is **GRANTED** and that the asserted claims of U.S. Patent No. 8,224,683, U.S. Patent No. 7,890,802, U.S. Patent No. 7,610,512, and U.S. Patent No. 6,321,229 are invalid under 35 U.S.C. § 101.

**IT IS SO ORDERED.**

DATED: _____      _____
                            HONORABLE BETH LABSON FREEMAN
                            UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

112255987 v1               2.

**PROPOSED ORDER GRANTING MSJ**
**CASE NO. 14-CV-00570-BLF**