COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street. 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

PHILLIP E. MORTON (*pro hac vice*)
(pmorton@cooley.com)
Reston Town Center, 11951
Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000

HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
ANDREW C. MACE (284484)
(amace@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendant ServiceNow, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SERVICENOW, INC., a Delaware Corporation,<br><br>Defendant. | Case No.  14-cv-00570-BLF<br><br>**DECLARATION OF PHILLIP E. MORTON IN SUPPORT OF DEFENDANT SERVICENOW, INC'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. SECTION 101**<br><br>DATE:      January 29, 2015<br>TIME:      9:00 a.m.<br>CTRM:      3<br>JUDGE:     Beth Labson Freeman |

1  I, Phillip E. Morton, declare as follows:

2  1.  I am an attorney with the law firm of Cooley LLP, counsel for Defendant

3  ServiceNow, Inc. ("ServiceNow").  I am duly licensed to practice law in the State of Virginia.  I

4  have personal knowledge of the following facts and, if called upon to testify, I could and would

5  testify competently thereto.

6  2.  Attached as **Exhibit 1** is a true and correct copy of United States Patent Number

7  8,224,683.

8  3.  Attached as **Exhibit 2** is a true and correct copy of United States Patent Number

9  7,890,802.

10  4.  Attached as **Exhibit 3** is a true and correct copy of United States Patent Number

11  7,610,512.

12  5.  Attached as **Exhibit 4** is a true and correct copy of United States Patent Number

13  6,321,229.

14  6.  Attached as **Exhibit 5** is a true and correct copy of excerpts from Noel Bruton,

15  *Effective User Support: How to Manage the IT Helpdesk* (1995).

16  7.  Attached as **Exhibit 6** is a true and correct copy of excerpts from *Best Practice for*

17  *Service Support* (2000).

18  8.  Attached as **Exhibit 7** is a true and correct copy of excerpts from Gary Walker, *IT*

19  *Problem Management* (2001).

20  9.  Attached as **Exhibit 8** is a true and correct copy of an Office Action Summary,

21  dated November 19, 2008, from the file history of United States Patent Application 10/615,054.

22  10.  Attached as **Exhibit 9** is a true and correct copy of an Amendment and Response

23  Under 37 C.F.R. §1.11, dated February 18, 2009, from the file history of United States Patent

24  Application 10/615,054.

25  11.  Attached as **Exhibit 10** is a true and correct copy of an Office Action Summary,

26  dated May 6, 2009, from the file history of United States Patent Application 10/615,054.

27

28

2.

12.     Attached as **Exhibit 11** is a true and correct copy of excerpts from Plaintiff Hewlett-Packard Company's Amended Disclosure of Asserted Claims and Infringement Contentions.

13.     Attached as **Exhibit 12** is a true and correct copy of excerpts from Stefan Jablonski, and Christoph Bussler, *Workflow Management: Modeling Concepts, Architecture and Implementation* (1996).

14.     Attached as **Exhibit 13** is a true and correct copy of excerpts from *Microsoft Sourcebook for the Help Desk,* Second Edition (1997).

15.     Attached as **Exhibit 14** is a true and correct copy of excerpts from Lois Mai Chan, *Cataloging and Classification: An Introduction*, Second Edition (1994).

16.     Attached as **Exhibit 15** is a true and correct copy of excerpts from Classified Catalogue of the Carnegie Library of Pittsburg (1907).

17.     Attached as **Exhibit 16** is a true and correct copy of United States Patent Number 7,133,879.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.  Executed this 17th day of December, 2014 at Reston, Virginia.

*/s/ Phillip E. Morton*
Phillip E. Morton