# EXHIBIT 5



# Effective User Support

## HOW TO MANAGE THE IT HELPDESK

### NOEL BRUTON

# Effective User Support
## HOW TO MANAGE THE IT HELPDESK

### NOEL BRUTON

*'This book won't tell you how to get your printer working with your word processor – it's better than that. It tells you how to deploy your Support staff so as to have the best chance of preventing or fixing such problems. If you're in charge of a PC Support group, or would like to be one day, get this book and read it.'*
**Dr Alan Solomon, Chairman, S&S International**

Are you overworked, unappreciated and under-resourced? **Effective User Support** understands you, and provides years and years of User Support experience packed into one volume. The 'How To' book that every IT department needs, it will help turn your helpdesk into a company asset. Noel Bruton clearly shows how the helpdesk can increase the productivity of its clients as well as solving problems, and, using simple calculations, he demonstrates how to justify User Support expenditure. This book will help you design and launch your helpdesk and Support services, measure their success and ensure the user's satisfaction.

**Effective User Support** gives you techniques for:

♦ Justifying staff and other expenditure
♦ Gaining senior management support
♦ Getting the users on your side
♦ Running a motivated and productive team
♦ Designing and managing services and service levels

**How to be successful at probably the most stressful job in IT!** This book offers tools for measuring productivity and features ten key steps for successful support, while User Support successes and failures are revealed in true life case studies.

### The Author
**Noel Bruton** is a specialist consultant and trainer with over fifteen years' experience in the support and helpdesk industries. He writes with knowledge, experience, pragmatism and enthusiasm.

X000KJO7JH
EFFECTIVE USER SUPPOR
Used, Very Good
228

## McGRAW·HILL BOOK COMPANY

# Effective User Support

# Effective User Support

## How to Manage the IT Helpdesk

Noel Bruton

McGRAW-HILL BOOK COMPANY

**London** · New York · St Louis · San Francisco · Auckland · Bogotá · Caracas
Lisbon · Madrid · Mexico · Milan · Montreal · New Delhi · Panama · Paris
San Juan · São Paulo · Singapore · Tokyo · Toronto

Published by

McGRAW-HILL Book Company Europe
Shoppenhangers Road, Maidenhead, Berkshire SL6 2QL, England
Telephone 01628 23432
Fax 01628 770224

British Library Cataloguing in Publication Data
Bruton, Noel
Effective Computer User Support: How to Manage the IT Helpdesk
I. Title
004.0688

ISBN 0–07–707953–1

Library of Congress Cataloging-in-Publication Data
Bruton, Noel,
Effective computer user support: how to manage the IT helpdesk/Noel Bruton.
p.  cm.
ISBN 0–07–707953–1 (pbk.: acid-free paper)
1. Information technology—Management. 2. Customer services—Management. I. Title.
T58.64.B78   1995
004'.068'8—dc20                                                                    95-15658
                                                                                    CIP

Copyright © 1995 Noel Bruton.
All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise, without the
prior permission of Noel Bruton and McGraw-Hill Book Company International.

12345 CUP 98765

Typeset by Nick Allen Editorial Services.

Printed and bound in Great Britain at the University Press, Cambridge.

Printed on permanent paper in compliance with ISO Standard 9706.

*This book is dedicated to all those professionals who understand that there is much more to User Support than just solving computer problems. They are the visionaries who have realized that wherever business needs computers, it thus needs professional User Support. Nothing less than the future of information technology in the office is in their hands.*

*Karen my love; thanks for your patience, your encouragement and for looking after Alex while I spent those long hours in the study.*

# Contents

**Introduction**                                                  xiii
      Objectives of the book                                xiv
      Who should read this?                                  xv
      Structure of the book                                 xvi
      Acknowledgements                                       xvi

**PART ONE   WHAT IS 'SUPPORT'?**                               1

**1      Defining computer user support**                        3
      1.1    Support is a business matter                     4
      1.2    User productivity is the key                     4
      1.3    Is support just for problem solving?             4
      1.4    Specialists supporting lay users?               5
      1.5    A new definition needed                          5
      1.6    Defining the business goals                      6

**2      Support as an IT function**                             7
      2.1    Living with the IT department                    7
      2.2    Living with the developers                       8
      2.3    Specialized network support                      8
      2.4    User training                                    8
      2.5    Deciding IT strategy                             8
      2.6    Keeping the users at bay                          9
      2.7    Support understands the users                     9
      2.8    Robbing Peter to pay Paul                         9
      2.9    Support's higher goal                           10

**3      Forms of support**                                     11
      3.1    Helpdesk                                        11
             Case Study 3.1                                  13
      3.2    Technical support                               14
      3.3    Research and development                        16
      3.4    Information centre (IC)                         17
      3.5    User Support Centre (USC)                       17
             Case Study 3.2                                  18
      3.6    Technical library                               19
      3.7    User group representative                       20

                                                            vii

viii   *Contents*

| | | |
|---|---|---|
| 3.8 | Workstation management | 21 |
| 3.9 | System maintenance | 22 |
| | Case Study 3.3 | 23 |
| 3.10 | User training | 24 |

**4   Typical support structures** — 25
| | | |
|---|---|---|
| 4.1 | Who supports what? | 25 |
| 4.2 | Support scenario 1: computer sales | 25 |
| 4.3 | Support scenario 2: retail chain | 28 |
| 4.4 | Support scenario 3: manufacturer | 29 |

**5   Support functions** — 31
| | | |
|---|---|---|
| 5.1 | Ten key steps for successful support | 31 |

**PART TWO   CLIENT MANAGEMENT** — 33

**6   What is a 'customer'?** — 35
| | | |
|---|---|---|
| 6.1 | A matter of terminology? | 35 |
| 6.2 | Do not forget non-customers | 35 |
| 6.3 | Clients and customers | 36 |
| | Case Study 6.1 | 37 |
| 6.4 | Basic types of customer | 38 |
| 6.5 | Customers—the main priority? | 39 |
| | Case Study 6.2 | 40 |

**7   What do they want?** — 41
| | | |
|---|---|---|
| 7.1 | All customers need managing . . . | 41 |
| 7.2 | . . . Not just the computer users | 41 |
| 7.3 | A varied market | 42 |
| 7.4 | Focus on the expectation | 44 |
| 7.5 | How are we being measured? | 44 |
| 7.6 | Key concepts | 44 |
| 7.7 | Great, or lesser expectations? | 45 |
| 7.8 | Your measure or theirs? | 46 |
| | Case Study 7.1 | 46 |

**8   Prioritizing clients** — 48
| | | |
|---|---|---|
| 8.1 | The purpose of client prioritization | 48 |
| 8.2 | Where client priorities come from | 49 |

**9   Keeping in contact** — 51
| | | |
|---|---|---|
| 9.1 | Why keep in contact? | 51 |
| 9.2 | Communications routes around User Support | 52 |
| 9.3 | The means of communication | 53 |
| 9.4 | Other communications methods | 55 |
| 9.5 | The effective newsletter | 56 |
| 9.6 | Customer surveys | 57 |

Case Study 9.1     60

**10   Customer service in IT support**     62
10.1   Serve your customers, or the competition will     62
10.2   What is customer service?     63
10.3   When customer service is wasted     63
10.4   Who benefits?     64
10.5   How to deliver good support customer service     64
10.6   How to deal with complaints     65
10.7   Seeing things from the user's viewpoint     66
Case Study 10.1     67

**11   A view from above**     69
11.1   Casual observers     69
11.2   A board's eye view     70
11.3   Board-level priorities     70

**12   Marketing the Support Department**     72
12.1   Support service, who are you?     72
12.2   A managed image     73
12.3   To strive for perfection?     74
12.4   Marketing and support     74

**PART THREE   SERVICE MANAGEMENT**     77

**13   Analysing service needs**     79
13.1   Where to start?     80
13.2   Who will fix their own problems?     80
13.3   What level of support?     81
13.4   Assistance levels     85
13.5   General questions for support service design     86
13.6   Transferring knowledge     86
13.7   I haven't time for all this!     87

**14   Putting services in place**     89
14.1   The pragmatic approach     89
Case Study 14.1     89
14.2   Designing a service     91
14.3   Stand back . . .     92
14.4   Invent what is needed, not what is possible     92
14.5   Not just a service, but a 'service product'     93
14.6   Service variety     93
14.7   Service identity     95
14.8   Value     95
14.9   Service deliverables     96
14.10   Service production methods     96
14.11   Ownership     97

14.12   Blanket, *ad hoc* or premium service?                     97
14.13   Handling a new service request                           98
14.14   Launching a service                                      99
        Case Study 14.2                                         100

**15   Excellence in support service**                          102
15.1    But my company doesn't want excellence . . .            103

**16   Service level agreements**                               105
16.1    What is a service level agreement?                      105
16.2    Where SLAs work                                         106
        Case Study 16.1                                         106
16.3    Content and format                                      107
16.4    Managing the SLA                                        109
16.5    SLAs in User Support                                    109
        Case Study 16.2                                         110
16.6    SLAs and authority                                      111
        Case Study 16.3                                         111
16.7    In conclusion                                           112

**17   Support from outside**                                   114
17.1    The users' 'local support'                              115
17.2    Software written in-house                               116
17.3    Outsourced Support                                      117
17.4    Support from IT suppliers                               118
17.5    Support from PC distributors                            119
17.6    The rules of supplier support                           119
17.7    User or product support?                                119

**18   The international dimension**                             121
18.1    Does internationalization mean poor quality?            121
18.2    Internationalization and alienation                     122
18.3    An alien experience                                     123
18.4    What are you supporting?                                124
18.5    Choosing locations                                      124
18.6    International politics                                   125

**PART FOUR   WORKLOAD MANAGEMENT**                             127

**19   Reactivity and proactivity**                             129
19.1    The benefits of reactivity and proactivity              129
19.2    Staffing for reactivity                                 130
19.3    Examining the 'over-reactivity' problem                 131
19.4    What does helpdesk proactivity look like?               132
19.5    Staffing for proactivity                                134
        Case Study 19.1                                         134

**20    Managing the queue**                                          136
 20.1   The cost of a queue                                      136
 20.2   Why queues are needed                                    138
 20.3   Making the queue work for you                            138
 20.4   Eradicating queues                                       139
 20.5   Controlled queues                                        141

**21    Delegation and escalation**                                   142
 21.1   Why delegate?                                            142
 21.2   How to delegate                                          142
 21.3   Problem escalation                                       143
 21.4   Authority escalation                                     143
 21.5   When to 'authority escalate'                             144
 21.6   Resolution escalation                                    144
 21.7   Back to the supplier?                                    144
 21.8   When escalation fails                                    145
  Case Study 21.1                                           146

**22    Measurement and reporting**                                   148
 22.1   Taking measurements                                      149
 22.2   Statistics are not everything                            149
 22.3   Using helpdesk management software                       150
 22.4   Key helpdesk and support statistics                      151
 22.5   Reporting                                                152

**23    Controlling the workflow**                                    156
 23.1   Procedures and standards                                 156
 23.2   Designing support procedures                             157
 23.3   Chart the workflow                                       158
 23.4   Prioritization                                           160
 23.5   Not worth doing? Then don't do it!                       161
  Case Study 23.1                                           162
 23.6   Putting support priorities into effect                   163
 23.7   Managing multiple support task priorities                164
 23.8   Controlling demand                                       165
 23.9   Escalation routes                                        166

**PART FIVE   RESOURCES MANAGEMENT**                                  169

**24    Justifying user support expenditure**                         171
 24.1   Continued relevance                                      171
 24.2   How to stay relevant                                     173
 24.3   Financial justification                                  173
 24.4   Support cost justification example 1: return on support investment   174
 24.5   Support cost justification example 2: lost user productivity   175
 24.6   Support cost justification example 3: risk assessment    175

| | | |
|---|---|---|
| **25** | **Knowledge** | 177 |
| | 25.1   Acquiring knowledge | 179 |
| | 25.2   Where should the knowledge be? | 180 |
| | 25.3   The future of technical knowledge | 181 |
| **26** | **Equipment** | 183 |
| | 26.1   Who manages these resources? | 183 |
| | 26.2   Inventory and assets | 184 |
| | Case Study 26.1 | 185 |
| | 26.3   Space—the final frontier | 186 |
| | 26.4   The support library | 187 |
| **PART SIX** | **STAFF MANAGEMENT** | 191 |
| **27** | **The ideal support person** | 193 |
| | 27.1   Inherited staff | 195 |
| | 27.2   Hijack the knowledge matrix | 196 |
| | 27.3   How much professionalism? | 196 |
| **28** | **Motivation and productivity** | 198 |
| | 28.1   Inspire and aim | 198 |
| | 28.2   Money does not motivate | 199 |
| | 28.3   Staff attitude | 200 |
| | 28.4   How to motivate technicians | 200 |
| | 28.5   Avoiding burnout | 201 |
| | 28.6   Individual productivity | 201 |
| | 28.7   Dealing with prima donnas | 204 |
| | Case Study 28.1 | 205 |
| **29** | **Staffing and structure** | 207 |
| | 29.1   How many people? | 207 |
| | 29.2   User support group structures | 208 |
| | 29.3   Organizational flattening | 210 |
| | 29.4   The 'boss plus' structure | 210 |
| | 29.5   Teamwork and individualism | 211 |
| | 29.6   User representatives | 212 |
| **30** | **User support management considerations** | 213 |
| | 30.1   Why Support Managers fail | 213 |
| | 30.2   The Support Manager as leader | 215 |
| | 30.3   Some closing comments | 215 |
| **Bibliography** | | 217 |
| **Index** | | 218 |

# Service level agreements

The key to providing a 'satisfactory service' lies in satisfaction as much as it does in service. It is no good providing a good support service if your clients do not appreciate the service as being 'good'. They will measure the service, either against benchmarks or against their instincts (the latter is far more common) and draw conclusions based on that measurement. The fact that they use their instincts as a measure introduces all kinds of emotional and experiential variables that, on the face of it, you can do little or nothing about. Logically, if you want them to measure your service accurately and favourably, you must manage not just the service but the clients' *expectations* of the service. It is for the support provider to give the client the benchmarks by which the service is to be measured. By formalizing the measurement in this way, there is less room, less credibility, and less acceptability for the more instinctive and emotional ways of measuring and appreciating the service.

This is where service level agreements (SLAs) come in. They are the ultimate in formalizing the service relationship between provider and client.

## 16.1 What is a service level agreement?

A SLA is a formal, written, and signed contract between a service provider and a service client. It lists and describes the services to be provided, by whom, with what frequency, and to what standard. It will usually also describe what the service provider is to receive from the client in return. Once compiled and agreed, the SLA forms the sole terms of reference against which the effectiveness or otherwise of the service provider is measured. The SLA satisfies two main needs in the service relationship. Firstly, it sets expectations on both sides. The client has a concrete description of what the supplier can be expected to offer; the supplier has a description of the client's role in the relationship, e.g. how technically competent the users are supposed to be, what level of diagnosis should have been done before reporting a fault, what information should accompany a service request, and so on. Secondly, the SLA sets in stone the parameters under which the service provider should operate: not only what they should provide, but also what they should not—and these restrictions make it easier to forecast resource requirements, budgets, and so on.

The benefits of a SLA can go beyond the control of client expectations, however. By forcing users and Support to discuss the services required and the consequences of providing or not providing them, the Support Department is brought that much closer to the real business reasons for having IT support. In other words, the process of setting up SLAs provides the starkest possible description, if one were needed, of the fact that Support is not needed simply to

support the computers—but to support the way the company's staff use the computers in order to produce turnover and profit. The SLA can and should also show what is over-provision, so that the Support Department does not waste effort giving the users more than they need (as I have seen some helpdesks do in the thick of a newly born customer-service ethic). The SLA must necessarily stand up to objective analysis—after all, its prime intention is to bring some objectivity to the service relationship. This enables it to be understood by outside onlookers, such as board directors and others who have a financial or managerial interest in the service provision but take no part in it. The SLA can make the job and benefits of the helpdesk more easily understood by these interested onlookers.

## 16.2 Where SLAs work

Service level agreements are at their best in an environment where the amount of work is predictable and the type of work similar. For example, they are invariably the backbone of a relationship between a company which uses computers and the company that repairs the computers: 'all calls will receive a response within one hour, a technician will attend within eight (working) hours, 85 per cent of faults will be fixed on the first visit', and so on. The SLA is most suited to the computer repair environment because of the relatively safe assumptions which can be made about the type of fault: that the users will understand their computers well enough to tell a mechanical breakdown from another functional aberration; that it will be an item of hardware which has failed; that the failure will either be instantly obvious or will be isolated by standard diagnostic techniques; that a repair can usually be effected by replacement of the faulty part, and that part will be one of a standard catalogue. The SLA is less effective where the root of the problem is more nebulous—for instance where the fault lies not with the machine but with the user's misunderstanding of the machine; where the evidence for a fault is circumstantial; where the fault is a software one, due to circumstances the programmer did not foresee and requiring not a replacement but a rewrite to fix; where the speed and efficacy of the fix will depend on the ability of the user to grasp the implementation of the fix rather than depending on the ability of the service provider to describe the fix.

## Case Study 16.1: the ignored helpdesk

*The Computer Department had existed for years before the helpdesk was conceived of, and Helpdesk Manager Charlie had always known it was going to be difficult to persuade a company this size to start using a helpdesk when for so long the users had been used to a direct line to, well just about anybody. It had been the arrival of the PC that had made the helpdesk necessary. To some of the more cynical computer staff, the average age of the users had suggested that this new technology would present a few problems; some of those guys had been out there for twenty years, and they had been used to having it all done for them by the mainframe. They were not going to take to downloading data into Lotus that easily. Sure enough, the number of calls to the Computer Department had gone through the roof. The developers could not get anything done for being interrupted and when the complaints started to damage the IT director's Friday afternoons (golf with the chairman) the helpdesk was hauled, kicking and screaming into existence.*

*It made no difference. The users had their habitual routes for support and the number of interruptions did not even slacken. User training was brought in. No difference. Common attitude—why go on a two-day course just to hear something, half of which I already know and the other half I can get when I need it just by picking up the phone? Something, the Computer Department managers mused, had to be done. Looking at the problem objectively, the users would benefit from the helpdesk if only they would use it—which they would not by choice. Similarly, they would benefit from training, if only they would take it—which they would not by choice. Drastic action was needed—but not for ever, just to change the habits of the world outside.*

*It began with the IT director pulling a few strings, and it has to be said, hooking and slicing a few shots to get the Old Man in a good mood. That did the trick—the order came down from the board: section heads would now be measured on the computing competence of their staff. Training took off like a moonshot. Over in User Support, Charlie was busy drafting his service level agreements, which stipulated, among other things, no support for undertrained users. In the Development Department, changes to telephone numbers and hunt groups accompanied a reorganization to make the developers less accessible while implementing a long-overdue plan for improving PC software development.*

*The SLAs were eagerly awaited. They contained detailed descriptions of the helpdesk service, concentrating on the benefits of a centralized service and the reliability of a dedicated service over that of a favoured contact in the development team. It had been thought that marketing consultants would have to be brought in to sell the new Support structure, but in the end it was not necessary. The initial hunch had been right. Once the culture shifted onto using the help-desk, only determined effort would ever shake it off again. Later on, the bureaucratic grip of the SLAs was slackened—they had brought about the change they were meant to.*

---

SLAs work in large organizations which are committed to tight control of costs, especially those in service departments. SLAs work where there is sufficient resource and management time to manage the agreements, for there is a considerable overhead to maintaining them. SLAs work where the relationship is essentially two-way, e.g. where there is a financial charge for services provided. SLAs work where bureaucracy does; that statement is not meant to be judgmental, though my feelings on bureaucracy are certainly biased—but in those companies where bureaucracy thrives, SLAs will usually fit well. SLAs work where there is the authority to design and represent them.

## 16.3 Content and format

What needs to be in the SLA? There is no prescribed format—it is a matter of what best suits the relationship you want between the users and the Support Department. Certain things are clearly vital to the SLA in order to set the terms of the service relationship. The agreement should contain the following:

- Names of the departments or groups in the relationship.

- Names of the representatives or authorities within those groups.
- Descriptions of the services to be provided, frequency and service level; this can go to several levels of detail, from a simple statement of the minimum level acceptable through to describing what would be 'over-provision'.
- Business reasons why the services are needed, outlining relative priorities of the services and of individual members of the user group.
- Outlines of the business risks as a consequence of a service target not being met.
- Allowances for peaks and troughs in demand.
- Details of 'special' coverage, e.g. outside normal working hours.
- Descriptions of the role played by the users in the provision of these services, e.g. minimum level of technical knowledge users must attain, troubleshooting to be tried, and information to be gathered before reporting a problem.
- Descriptions of the methods of monitoring measuring performance against these target levels, format and frequency of reports and review meetings.
- Acknowledgement of who polices the SLA, who arbitrates disputes.
- Change control methods—how to update the agreement to allow for change, such as new technology, user staff, or needs—for change both within the life of the agreement and while negotiating a new or additional agreement.
- Descriptions of what is not provided, especially if there are some services which have been perhaps unreasonably expected in the past, or if the Support Department has a range of services, some of which this user has declined to take.

The format of the SLA will depend entirely on who is using it and for what. At one extreme there is the almost legal document, there to describe in the most formal terms the relationship between two departments who might otherwise be virtual strangers. This may be necessary in the case of extremely large user groups or where numerous remote sites are to be supported. It may be a feature of the culture of the corporation that formality is the usual way of setting standards of practice. Such an SLA will be large, detailed, and designed to cover or control every eventuality. These more formal SLAs are not meant for general consumption, and if they or their content are to be communicated to ranks other than those who negotiated the agreement, then they will usually have to be reworked into a more digestible form. Such SLAs will usually require more management time in maintenance and performance measuring. The risk with them is that they will be inflexible, and that the challenge of renegotiating them in the face of a change in circumstances will be too daunting. This may in turn cause future service opportunities to be lost in favour of keeping control of the present.

At the other extreme, there are SLAs which use the minimum of formality. They are designed to be communicated to staff at all levels, on both sides of the agreement, with the minimum amount of effort in preparation, negotiation, and maintenance. Such less stringent SLAs can be more flexible; but this can backfire. Where the circumstances generate too many exceptions to the SLAs, this can result in constant renegotiation to deal with the exceptions. So either with a formal or an informal SLA, the parties must both commit their time and their priorities to regular reviews, discussion, and maintenance of the document in order that it stays useful. This commitment should be stated in the agreement—after all, the maintenance of the SLA is both one of the services to be provided and part of the price the client has to pay for the service.

## 16.4 Managing the SLA

All SLAs need managing. Issues of management include monitoring: who keeps an eye on the provision of the service to make sure that it always complies to the stated agreement? How often should this monitoring take place, or if it is continuous, how often should it be examined? It is impractical to have the client's representative deeply involved in the day-to-day performance of the helpdesk—he or she will have their own job to do. Even a monthly examination of figures might be too time consuming. The solution many organizations arrive at is to report on exceptions only, dealing with the exceptions as they crop up. Ideally, the monitoring system will be automated to throw up where the targets have been missed. Most commercially available helpdesk management software packages now have a means of setting target response times and reporting on a failure to meet them. However, this only covers helpdesk and resolver responses, and is less likely to cover the other services a Support Department might offer.

There is the issue of policing: what happens if the service department fails to meet the agreed service targets and who polices that? In a user company, where the service provider and the client both get their budgets from the same place, policing such as this can be especially difficult. Certainly it is hard to saddle the Support Manager with a financial penalty, as that could merely result in making it even harder for the helpdesk to meet the targets it is already failing to meet, thus harming the very users the desk has been put there to help! In the end, this will come down to the professional commitment of all concerned, and especially the Support team. They will attempt to meet targets not because they are under some financial pressure to do so (although some companies do 'incentivize' helpdesk staff), but because they are professionals who have been made aware of the consequences of their success or failure to the success of the business which employs them.

## 16.5 SLAs in User Support

As we have already seen, the SLA is a very effective way of managing and measuring the service relationship where the work is predictable and the company culture amenable to such formality. Even where such formality is not the company norm, where the Support Department is under particular financial pressure, or where user expectations are completely out of control, a SLA may still be an appropriate measure, even if only for a short period of time, of getting the service provision back onto an even keel. Once SLAs have been accepted as the means of doing this, it will usually become clear that there is a tendency of most consumers of the service to leave the responsibility of deciding the service level to the Support Department. This abdication represents an opportunity for the Support Manager to set the service levels unilaterally in effect. But because the SLA has to be agreed, this one-sided draft becomes the basis of, rather than the result of, a negotiation.

However, in User Support, it is rare that the work is predictable enough for an SLA to be workable. In the computer-repair environment we are dealing with failures of machines; in the User Support Department we are often dealing with the failings of more nebulous entities, such as people's skills, organizational systems, and software suites. Often the diagnosis is not a matter of running a utility to indicate where the failure is; it is a matter of interpreting an individual user's way of working to find out where they have a problem with the technology, rather than where the technology itself has failed. Often the solution requires some change in

skill on the part of the users themselves, which they may be momentarily unwilling or unable to do. Often the solution is in two parts: firstly, to get the user productive again, then only secondly, to address the support effort to the technological problem at hand. All this vagueness, interpretation, and inexactitude make the service level very difficult to define, often too much so to make a SLA effective in such an environment. Where the circumstances look like this, the SLA which started life as a tool for managing client expectations can actually come to distract us from that very purpose, so we end up pursuing the SLA for its own sake rather than for the benefit we intended to derive from it. SLAs have their place in a User Support Department—but only where the service is appropriate to such a control and measurement methodology and only as one tool in a more varied kit bag.

## Case Study 16.2: the Support SLA at the Department of Fiction

*Like the name of the organization, the story of the service level agreement between the User Support Section and the 2500-odd users of desktop computers at the UK's State Department of Fiction is a complete fabrication. Here, the SLA is laid out precisely like a legal contract. This establishment went through the SLA process at the very highest level: senior managers negotiating with one another, based on detailed statistical information supplied to them by the service department. Figures of helpdesk usage, average response times, query categories, numbers of staff, average time to fix, and so on were all taken into account. Under-managers were asked to consult their staff for input. It must be said that some of these under-managers did perform something of a consultation—but many did not, either realizing that they knew too little about what their staff did to make an intelligent contribution, or having neither the time nor the communications channels to talk to 150 people.*

*The SLA, when it was written, was an extremely lengthy document—over 200 pages—and no user below Section Head ever saw it, although they all knew the process had been taking place. Of course the appropriate Government Minister was sent a copy, which of course she never read. That is not to say that she did not make use of the SLA; it was waved in front of the Opposition Benches on at least two occasions, as concrete proof of how the DoF was labouring hard to control overhead costs and sharpen up management practice, by taking such a hard lesson in contractual stringency from the private sector; at a stroke improving services, controlling headcount and limiting the DoF's demand on the Public Sector Borrowing Requirement. And all this in the Computer Section, showing how switched on the Minister was to information technology.*

*The impact on the quality of user services? Uniformly agreed to have been negligible. The exercise had the worst possible effect: raising user expectations, then dashing them immediately after. In addition, it was deemed to have severely alienated the users, both from their own managers and from the IT department. And the Minister? Less than a year later she was promoted to a prestigious Cabinet position in the highly spendthrift Department of National Medicine.*

## 16.6 SLAs and authority

When drawing up the SLA, one of the main considerations should be whether the provider and client representatives have the authority to make an agreement which will impact those whom they represent. In this case, the one with the 'authority' is not necessarily the most senior manager of either side. Authority, although often assigned, needs also to be invested by those whose interests are represented—and a senior manager, speaking purely with the authority of her post in the company, may not be the best representative of her staff's needs. She may not have enough knowledge at a low enough level. She may never have been a computer user in the department she manages, so she will be ignorant of the real, day-to-day problems and difficulties with which real users need frequent help. Putting somebody from the top of the management pyramid in charge of the negotiation for services needed mostly at the bottom of the pyramid is extremely dangerous. A very likely result is that the wrong set of expectations will be represented in the resulting SLA—and the inevitable consequence of that is that even if the terms of the SLA are met by the service provider, still the users remain dissatisfied with the service. In such a case, the main purpose of the SLA—to set the users' expectations—is negated.

The user representative, drawing up and negotiating the SLA, needs authority lent not by position, but by the equally important qualifications of (i) in-depth knowledge of the users' true needs at the very lowest level; (ii) a full comprehension of the relative priorities of each of those needs; (iii) the confidence and complicity of the users themselves with the chosen representative; and (iv) proven negotiating skills. The representative of the service provider also needs to be a good negotiator, and here the other necessary authority comes from (i) complete understanding of what is possible given existing and obtainable resources, and (ii) as complete a comprehension of the users' true needs as they have themselves. Once these authorities have been exercised, then the senior managers can play their more appropriate role of formalizing the agreement, and agreeing the usually considerable sums of money which must change hands.

## Case Study 16.3: the wrong authority

*'The costs of general support services in this company are out of control' said the Managing Director. 'We must get some control over which department uses how much of what, or by this time next year our staff budget will go haywire.' The result of this apparently simple philosophy was profound. All over the company, service departments like Personnel, Accounts, Facilities, and Marketing suddenly had to invest more time and effort than ever before in justifying their contribution to the sales effort, deemed by the board to be the only one which brought any money in.*

*Nowhere was this more profoundly felt than in IT. The developers did not have it so bad, because they did everything on a project-by-project basis in any case, but the helpdesk was seen as an overhead which now had to control the amount of service it delivered. The received wisdom was that service level agreements were the way forward. Nick, the Support Manager, was sent on an SLA training course—and what he learned there made him suspect all the more that SLAs were not the way. Still, ours is to do.*

*Nick had done much of the groundwork anyway—he knew which users needed what and who the most senior person in each department was. He began by drawing up sample SLAs and putting them out to the department heads. Meanwhile, he had to provide Accounts with several figures they would use to calculate how the cross-charging of the SLAs would be done.*

*There was not much evidence to convince Nick this SLA business was really workable. Most of the department heads did not reply to his draft SLAs. They were often too busy with all the other SLAs to deal with Nick's, and as long as Nick's people kept answering the telephone, the helpdesk SLA was a low priority. In the restaurant, Nick bumped into Cheryl, a heavy user of the Sales Ledger Records and Forecasting system. 'Has my boss replied to your SLA yet, Nick?' she asked. 'The agreement he made with the warehouse just showed how little he knows about what my team does. I've been all afternoon trying to redraft it, and even then I'll have to get it past the boss without showing him up.'*

*Over the next couple of weeks, Cheryl's boss turned out to be one of the hardest to come to some agreement with. He was never in his office, then he kept changing his mind about what he wanted; finally he said 'You tell me what I want, Nick—I'll trust your judgement.' This annoyed Nick—not only was it an abdication of the SLA process, but it meant that the whole affair was a waste of time and effort, because guessing what the user managers wanted was what Nick had always done. But Nick was even more annoyed at himself for doing what he was told to do even though he had known in his heart it would not work. By the end of the quarter, the whole SLA thing had been quietly forgotten.*

## 16.7 In conclusion

If pressed, I have to say that I find SLAs in most user Support Departments to be at best a sledgehammer to crack a nut, at worst a nightmare of excessive bureaucracy and management overhead. They are usually implemented with the best of intentions: to set user expectations, to control support costs, to define service parameters, to enable accurate support resource forecasting. But more often than not, you can do all that in a much more user-friendly way and with much less bilateral effort than is the case with many SLAs. The SLA can be the logical conclusion of a project to try and do everything right in one go. That is why it does not work. Nothing is ever right first time, you invent something and then improve it once you see how it works in real life.

A major flaw in the SLA concept as regards helpdesks is that an SLA has to be two-sided. Two departments set out the rules that only one of them will have to comply with. The provider ends up being restricted; the client ends up in a negotiation about which he or she is essentially ignorant. Then these two have to meet again and again, to make sure everything is going smoothly. In my opinion it is a recipe for conflict. For managing external suppliers, excellent. For relationships between two members of the same company, potential disaster.

The work in the average helpdesk or User Support operation is just too non-standard for SLAs. An SLA is at its best where the work is repetitive or formulaic. The problem-solving ethic of most Support Departments means their work is certainly not repetitive; and every six months, new technology causes much to change.

Rationally, there is a need for a statement of what the Support provider will provide. He or she will need such a thing for laying out the internal objectives of the Support Department anyway.

Support Managers will have to know or have a pretty good idea of what their customers need anyway, or they are not doing their job. So they can describe pretty accurately the services their clients will need without necessarily getting user managers involved. They can make and publish that list of services. I call this approach the *service level statement.*

The users will often prefer this approach. They do not want the hassle of designing support services when there is somebody there to do it for them, more accurately than they could anyway. And any user who sees the statement and thinks it is not enough for his or her needs; well maybe he or she needs a private, little, manageable SLA for his exceptions to the company norm. What about policing? No problem. The Support Manager is a professional—he or she will make sure the service gets delivered. They know the risks to their company if they fail.

**Why force somebody to negotiate an agreement—when a simple statement will do?**

# CHAPTER 23

# Controlling the workflow

The need for control is a point already made in the previous chapter—essentially that if you do not control the workload, it controls you, to the benefit of nobody. Measurement provides an indication of what is happening; this chapter looks at the issues of controlling and managing workflow and considers some of your options.

## 23.1 Procedures and standards

As in other parts of industry, formal procedures and standards for helpdesks and technical support offices have become increasingly fashionable in the last few years. Probably the most notable influence on the movement, at least in the UK, is the popularity (if that is the right word) of the BS 5750 standard of operational management, which conforms internationally to ISO 9000. For our purposes, the terms 'BS 5750' and 'ISO 9000' are interchangeable. Under this standard, formal procedures are required to be fully documented and accompanied by a *quality manual*. Evidence must be produced from time to time that these procedures are being adhered to, otherwise the company risks the loss of its accreditation of compliance with the standard. Another standard, aimed squarely at IT, is in use at an increasing number of IT Support desks in the UK Civil Service as well as non-governmental and private sectors. These are the methods described in a set of manuals known as the *Information Technology Infrastructure Library* (ITIL), published by the UK government's Central Computer and Tele-communications Agency (CCTA). ITIL has been taken a stage further, by becoming the subject of training programmes leading to academic qualifications, which are themselves recognized by some companies.

There is no doubt that much benefit is to be gained from formalizing procedures, and ISO 9000 offers a way to measure standards of management regardless of industry. Compliance with ISO 9000 or BS 5750 purports to be an indicator of professionalism and completeness in the way the business is run, and this can imply that the work done by a holder of BS 5750 accreditation is of high quality. However, BS 5750 does not tell a company how to do its job; it cannot, the standard is too general and applicable to too wide a range of industries. BS 5750 offers an opportunity to set in stone the current standards of your work, and document them to ensure strict compliance. Ostensibly, this ensures consistency of work; and if a high quality were documented at the outset, then BS 5750 would apparently ensure consistent high quality. That means, however, that the opposite is also true—that if BS 5750 documented procedures which produced a low quality of work, then what would be produced would be a consistently low quality. In ISO 9000 as in BS 5750 it is consistency which is produced, not quality.

156

ITIL differs from this in that it does actually purport to show Support and other IT managers how to do their job; it describes techniques and methods. Personally, I have some strong differences with ITIL; I find it inward looking, uncommunicative, not customer-oriented, and too focused on technical issues to be considered a complete operational guide for a helpdesk or IT support service environment. ITIL does not do enough to inculcate into the helpdesk the fact that there are real people out there among the user population. The result is that it worries too much about staffing and knowledge, and not enough about user expectations, communication, and motivation. Do not misunderstand my views on ITIL—it has much to recommend it. On matters of internal organization and workflow control in a User Support Department, it is unsurpassed. Its volumes *Helpdesk* and *Problem Management* should be required reading for all UK Support Managers and anybody outside the UK who can obtain them. However, I have stated often in this book that I feel these issues are at best of equal importance to the marketing of the helpdesk. ITIL is decidedly weak on anything to do with client management, and I see this weakness to be fundamental.

Having read my thoughts, should you ever have cause to study ITIL as well, you may find much of my reasoning at odds with much of theirs; that is good, you will have the opportunity to make up your own mind.

It is this opportunity to make up your own mind which leads me to my conclusion on external standards such as ISO 9000 and ITIL: that they can never be absolutely right for anybody. The firmness with which ISO 9000 sets procedures has trapped some compliant firms; they have not allowed for enough flexibility in their procedures, so they have restricted their options for change in a changing world. The dilemma of some ISO 9000-compliant firms is either to remain compliant, thus missing market opportunities by being unable to change fast, or to risk losing accreditation by failing to remain compliant, thus becoming less attractive to those clients for whom ISO 9000 compliance is a main requirement in a supplier. Either way it is clearly a loss of flexibility and the only way to deal with it is to build into the formal procedures the anticipation of change. Change management procedures are notoriously difficult to document; after all, BS 5750 strives to maintain consistency, and so I find BS 5750 inherently at odds with change. If I may be momentarily flippant, I have yet to see in a BS 5750 procedures manual the procedure 'In the event of rapid and unforeseen market change, this procedures manual shall be consigned immediately to a swiftly-forgotten pit in a distant corner of the company car park' because that would probably be judged to be a non-compliant procedure.

In the absence of an external demand for you to formulate and abide by procedural standards ordained by an external authority, the best procedures for you and your own customers will always be the ones you design for yourself. By all means take advice in the design of your procedures, but in the end they should be yours. If they are not yours, the risk is that you will find them difficult to comply with, and very difficult to sell to your staff. Computer technicians are notorious for their resolve to retain their freedom of action. And if your procedures and standards look to them like unnecessary imposition—then somebody else's procedures may look like an occupying foreign army. Imposition incites resistance.

## 23.2 Designing support procedures

It is unfortunate that in some cases, the very real benefits of operating to some extent under formal procedures have been hijacked by the often self-serving motives of external consultants

peddling this or that 'corporate standard'. This drive to comply with ISO 9000 and other standards becomes a burden on the department rather than delivering true improvements in the quality of work. Procedures do bring about benefits, but not, as is so often the case under BS 5750 and others, where one assesses the compliance of the procedures to the BS 5750 standard rather than assessing the benefits that the procedures deliver to the business. My advice is: never lock yourself into any management methodology unless you can categorically prove that it is doing some good to your Support Department or its customers. So the first rule of designing your own support procedures manual is to ask yourself what benefits you want the manual to deliver.

This could be an opportunity to adjust some ways of doing things. There is a temptation when constructing procedures to make the improvements you know are needed, and procedurize the new way rather than the old as a way of making the new way stick. This is a temptation I would recommend you avoid. You can get trapped into a vicious circle of each event waiting on the other: we will make the procedural change when we write the procedures but we will write the procedures when we are ready to change the way we do things. Procedures ensure things happen. They force you to analyse where the cracks are, and by formalizing the procedures, you are then forced to plug the gap. For the sake of completeness of service, if the procedures are worth writing, they are worth writing now. If it is important that a job gets done, documenting the fact will go a long way towards ensuring that happens. This may mean that you end up formalizing some of the old and replaceable procedures. Do not let that stop you—if you have written the procedures well enough, changing them when the time comes will be a piece of cake compared to writing them in the first place.

Not everything will be worth documenting as a formal procedure. The nature of problem solving in a technical support environment will mean that you may not, for example, be able to formalize or even describe some of the things you do. Take problem diagnosis: how would you procedurize the network technician's brilliant flash of lateral thinking that produces an answer from exploring an unlikely avenue? To even try to formalize this would bog you down. In general, unless you are striving for external assessment, only document formal procedures for what has to happen, not necessarily for everything that actually does happen.

When composing procedures, take into account the amount of effort that will be needed to keep them up to date and to make sure everybody who needs to know has the most up-to-date copy. Procedures manuals fail by being unmaintainable as well as being irrelevant.

## 23.3 Chart the workflow

A good place to start is to draw up a chart of how the work flows through the Support Department. At the points in the chart where a decision has to be made and a specific action results, these are where formal procedures may be needed.

Figure 23.1 is an example of the sort of flowchart one might use to document part of the work in a User Support environment. This chart shows the workflow as seen from the problem resolver's point of view. A number of queries have arrived at the helpdesk and, answers being unavailable, the queries have been escalated. The resolver examines the resulting queue of outstanding queries and this flowchart describes the way he or she handles them. All the time the resolver is solving these problems, new ones are being delivered and the state of those



*Figure 23.1   Strategy for managing a self-replenishing problem queue*

queries already outstanding is also being changed by the arrival of new resources or information.

The resolver claims a query from the list of outstanding ones. This act of 'claiming' probably means the resolver has to notify the Helpdesk ('OK, I've got that one, leave it with me') and the user who made the query ('Hello, I'm Fred from Technical Support and I'm going to be dealing with your problem with X'). Some prediagnosis may have to be done, and an assessment made if any further information is needed from the user. If we do need to talk to the user, we can only really get any further if the user is there to talk to, otherwise we leave a message on the user's desk ('Hi, need to talk to you about your problem X, call me when you get back. Fred') and go and claim another problem.

If the user is there, we get the information we need and assess if we have everything else we need to solve this problem X. Maybe we are short of the right equipment or we need some information from a supplier, in which case we put this problem in abeyance and claim a new problem. But if we have everything we need, then we can carry on. We look to see if we will only have these resources (e.g. borrowed software manual) for a while, because if we have a time limit, we had better make this a high-priority job.

The next box may differ from Support desk to Support desk. The method in this flowchart describes the resolver as going on claiming problems until she has claimed as many as she can do that day, so she has a list of work to do. Then she takes her highest priority problem first.

The resolver builds a real or virtual test environment, diagnoses the problem, and tests to see if she has solved it. If she has not, then she readjusts her test environment and goes round the 'solving' loop again until she solves the problem. When she succeeds, she tells the customer, adds any newly gained knowledge to a knowledge database and closes the problem, perhaps by notifying the helpdesk she has solved it.

She checks to see if any new resource has become available, for instance the screwdriver she was waiting to borrow; if it has, she checks whether that means she can now work on a problem she earlier postponed. If so, she goes back through checking whether she can take on another job.

Figure 23.1 shows only one function which can be flowcharted. Other candidates may include plotting how a query is treated when it first arrives at the helpdesk; or deciding what level of service the user should receive; or deciding what network functions a certain type of new user may be allowed access to, and so on. The flowcharts you create can then become part of your procedures manual. Because well-designed flowcharts are also often much easier to follow than textual descriptions, you may choose to give copies to your staff, so they can see at a glance precisely what is expected of them and what needs to happen; or you may publish them to users and other observers of your service for clarification of how you do things.

## 23.4 Prioritization

In dealing with prioritization, let us first put in place the concept of the inevitability of a queue. You are only human; you can only deal with one item or problem at a time. While you are dealing with that one item, everything else has to wait. The 'everything else' is every other job or concern that you are even aware of. Those other tasks are in a queue. They are at least

queuing for your attention, although they may also be waiting for some resource you have yet to acquire.

Wherever there is a queue of outstanding work to do, outstanding problems to solve, you must therefore be using some way of deciding which item in the queue to tackle next. Some people use a simple 'first in, first out' method. This is wonderfully fair, absolutely democratic, and for most business purposes utterly impractical. Others set priorities: the most important job gets done first, with some qualification such as the current availability of resources.

These priorities may be business or personal, with the line between the two types becoming more blurred as the professionalism of the individual increases. At the opposite end of the scale, most of us know at least one technician who gives the highest priority to the problem it will be the most fun to solve; and I suspect we have all at some time completed a task first because it was the easiest and quickest to do. If we follow selfish priorities such as these, we should also ensure that the most enjoyable and quickest jobs are also the commercially most rewarding; otherwise we may be doing our company and our users a disservice or even some damage.

User Support priorities should always take into account the commercial impact of the user's problem, in terms of the value lost to the company while the user is out of action. If your company is a profit-making or cost-saving enterprise, priorities based thus will be entirely justifiable; if your organization has other motives, look to the organization's stated mission to see which priorities rate most highly, and therefore which should be satisfied first.

It is at this point where we ought to discuss the difference between *importance* and *urgency*. These are two very distinct attributes, though in User Support, they are often confused. The result can be that a query gets dealt with first because it is urgent—i.e. time-critical—and not because of its relative importance. At the extreme, the Support team prioritizing on urgency may be doing immediately work that does not need doing at all, and this I have found to be a perennial waste of effort in many Support teams. It is not surprising that Support teams fall into this trap of prioritizing on urgency only—after all, they are the computer firefighters—somebody has to be there to deal with the urgent collapse of the computer system or the sudden shortfall in a user's ability

## 23.5 Not worth doing? Then don't do it!

For all the upcoming tasks in your intray, for all the user demands in your list of outstanding queries, and no matter how assiduously you plough through this work, there are still some jobs that will never, ever get done. There may be the new application you have intended to examine, that distant user you meant to attach to the network, that technical newsletter you will one day get round to producing, that software salesman who keeps pestering you to return his call, that report the boss would like 'sometime'—all these and more, these little items of helpdesk hell, the guilt that hangs above every Support Manager. Be honest with yourself: you have already decided not to do these jobs in favour of doing the stuff you are doing now. The only time you ever claim to 'mean' to do them is when they come back to bite you and somebody reminds you that you have not done X yet. The fact is that you have already prioritized, and the only question here is not whether you prioritize, it is how you do it. That unwritten technical newsletter is your greatest servant—because it shows you that it really is all right, OK, and acceptable to

prioritize things so low that they will never get done. Now if you can only translate that to certain user and company demands, your prioritization methodology has got it made.

## Case Study 23.1: confused priorities

*As a helpdesk consultant, I advise corporations on the way they run their helpdesks. One client of mine had this confusion between importance and urgency woven into the very fabric of the way they prioritized outstanding work. They use one of the more popular commercial helpdesk management packages which assigns fix-times to query priorities; the higher the assigned priority, the faster you have to fix it and the sooner the helpdesk software chastises you if you look as though you are going to miss that target. They had three levels of priority: 'urgent', i.e. fix within one hour, 'critical', i.e. fix within three hours and 'non-essential', i.e. fix within three months.*

*Two problems here. Firstly, either a query was urgent or it was non-essential. No real distinction was made between 'urgent' or 'critical', save that if the user was a manager or a manager's PA, then the query was 'urgent' otherwise it was 'critical'. There was no way of classifying a job as being important yet not urgent. As a result, stress levels in the office were extremely high, as more or less everything was treated as urgent. They knew in their hearts that some of these things were non-urgent, and it was the prioritization classifications which were awry. Nevertheless, they had to suffer the constant, ignominious chastising of the helpdesk system for their not treating something as urgent which it thought was urgent.*

*Secondly, they were trying to use a helpdesk system as a workflow management system and it had forced them to make this bizarre distinction, nothing like real life. This led to a blurring between what went on in the user environment and how it was reacted to by the helpdesk. The helpdesk staff found themselves reinterpreting reality for the sake of their computer system. When the accusations began to fly that the helpdesk had 'lost touch' with the users, nobody was the least surprised.*

This is where the separation of importance and urgency really come into their own (see Fig. 23.2). This is because urgency can only really be assessed when the problem crops up. Only then do you have the opportunity to consider whether this problem is time-critical or not. If 15 people cannot use their computers, that is time-critical because every moment the system is down is costing a heap of money in idle salaries and lost productivity. If the managing director has a plane to catch and cannot get access to the documents she needs for her business trip, that is time-critical. Urgency is necessarily assessed reactively.

Importance, on the other hand, can and should be assessed proactively. This is the Support Manager's opportunity to examine the different groups of users and consider their importance relative to one another and relative to the stated goals of the business. If the business goal is to expand sales into Africa and reduce the sales effort in Europe, then a query from the African salesforce will always take precedence over one from the European office, regardless of the relative urgency of these queries. Similarly, the warehouse may be more important than personnel, the executive corridor may be more important than accounts, payroll more important than purchasing.



*Figure 23.2    Contrasting importance with urgency*

The goal of support query prioritization should be to ensure that what is most commercially important gets dealt with first, especially if it is urgent, but even when it is not. And that may mean that something which is urgent, but not important may not get dealt with until the deadline which made it urgent has passed. Provided that you have set your priorities in keeping with the goals of the enterprise, then they are entirely defensible at any level. All priorities based on business importance should be set in advance and agreed at the highest level where User Support performance is measured. Then if these priorities are wrong, then the business is at fault and it may have to put its hand deeper into its pocket so that lower priorities can also be satisfied.

**Are you overworked?
Or just poorly prioritized?**

## 23.6 Putting support priorities into effect

First, do not confuse problem priorities with problem categories. The 'priority' of a problem should describe only how soon you should devote resource to solving it relative to other outstanding problems. The 'category' of the problem is an identifier you may use later to look for emerging patterns in the type of problems your users are sending to you.

When a call comes in at the helpdesk, in order that the helpdesk can provide the best-possible problem-solving service, it should ideally be concentrating on the nature of the incoming call.

To compel the helpdesk operative to consider what priority to give this call, what category to place it in, is to complicate the problem-solving process. Of course the priority is best added at this point, so as to offer the most appropriate speed of problem resolution. Therefore I would advise keeping the helpdesk process as slick as possible and making all administrative helpdesk functions as unburdensome as possible.

Keep the problem priorities simple. That way the Helpdesk does not have to worry about getting them right and can concentrate on solving the customer's problem. One way of simplifying prioritization is to use a comparison of importance and urgency as described above. So 'important and urgent' becomes top priority; 'important and not urgent' is next; 'urgent and not important' takes third priority; and 'neither urgent nor important' takes the lowest priority.

Script the sort of questions the helpdesk can ask in order to determine the priority of the query; but remember they only need to go through this process if the query is going to be escalated. One Support Manager I know sets a default of 60 on all escalated calls. All his helpdesk staff keep beside them a list of the relative importance of each of the user departments. Queries from the Sales Department get 5 added to that 60; queries from the Executive Suite stay at 60; queries from internal departments like Accounts and Personnel get 5 deducted from the 60. There are similar classifications for all the main departments, and any new or unknown users just stay at 60.

After that, where the caller describes his or her computer as being unusable, another 5 is added to the score. A further 5 is added if several users are affected. On the other hand, 5 is deducted if for any reason the user will not be available to help diagnose or solve the problem. The final score becomes the priority of this escalation. Theoretically, queries can enter the system with a priority of anything between 50 and 75 in increments of 5.

After that, the Support Manager can adjust these priorities by any amount, up or down. That way a list of outstanding queries is produced, sorted under the influence of both importance and urgency (the actual physical sort is performed by the helpdesk package, a custom-written database application). All priority scores are increased, usually by one, for every half-day the query remains unsolved. So older queries are automatically more important than newer ones.

Categories can also be added as the query arrives, and at least one helpdesk book I have read recommends this. I am not so sure, because I believe anything that increases the amount of information that has to be gathered when the call comes in will cause corners to be cut. Most technicians do not like using call-logging systems, and the harder they are to use, the less they will get used, with a detrimental effect on the integrity of the call-log. Call categories are something that can be added later as part of the measuring process, rather than interfering with the helpdesk process.

## 23.7 Managing multiple support task priorities

Some User Support organizations have a wide range of services, committing their resources to various tasks of widely differing priorities. Although we can use something as simple as a comparison of importance and urgency to distinguish the relative priorities of tasks which are more or less all alike, such as user problems, this is not enough to prioritize different types of jobs and compare the relative commitment of resources and the value extracted.

For some functions in more complex support departments, this mixing of priorities does not really matter, because the people who are doing those tasks are dedicated to them. So you may have a professional writer producing the monthly newsletter, a network operator looking after the network design and maintenance, dedicated problem solvers providing solutions to user problems, and so on. But what if you have just one group of people providing all the services? Then you have to compare different tasks with one another, e.g. an installation project with a product evaluation, a network problem with a management report, and so on, in order to decide where to commit your resources first in the company's best interests.

You cannot compare apples with oranges. They are too different, comparison is meaningless. But if you must make such a comparison, then what you must discover is what apples and oranges have in common and compare these common denominators. So it is with the variety of work in your Support Department. What do all tasks have in common so that I can compare them together and thus decide which is most important?

All support tasks have a certain set of attributes which make them alike. They must, or people with similar skills could not carry out these tasks. Similarity and difference do not mix well. Where you cannot compare the tasks themselves, reduce them to a series of attributes and compare the attributes. I call this method *task attribute scoring* (TAS) and I apologize in advance to anybody who may already have invented it under another name.

All tasks have a resource commitment; they each need a certain number of people for a certain amount of time, and it is quite legitimate to render a lower priority to a task that requires resources you do not yet have than the priority granted to a task that requires resources you have readily available. All tasks will have a client; and as we have already seen the relative importance or influence of clients can be compared. All tasks should have a target completion date; and the targets can be compared with one another for their validity. For instance a target date set because it reflects a real business need ('the job has to be completed by Thursday or we'll miss a business opportunity') takes precedence over a target set merely arbitrarily ('the job has to be completed by Thursday because it would be nice to have it by then'). You may be able to find further attributes to compare, such as financial justifiability: this project will render a profit to the company, this project will break even, this project will cost more than it saves. Or perhaps general benefits: this project will make all others a lot easier, this project will just add to the support burden, this project will make our lives a misery in future.

The next stage is to weight these attributes against one another; you may consider financial justifiability to be more important than the power of the client, or the availability of resources to be more important than all other attributes. Then the whole thing can be reduced to numbers.

In the table in Fig. 23.3, we can see how different tasks could be compared. For example, a project requiring resources we have available ($1 \times 3 = 3$) genuinely requiring urgent completion ($1 \times 1 = 1$) which will break even ($1 \times 2 = 2$) and has been requested by an important client ($2 \times 4 = 8$, total $3 + 1 + 2 + 8 = 14$) would take precedence over a project requiring new resources ($0 \times 3 = 0$) committed to an arbitrary target date ($0 \times 1 = 0$) only expecting to break even ($1 \times 2 = 2$) and requested by a middle manager ($1 \times 4 = 4$, total $0 + 0 + 2 + 4 = 6$).

## 23.8 Controlling demand

As we considered in Chapter 20, the most important bottleneck in any work system is the first

| Attribute | Options | Score | Weighting |
|---|---|---|---|
| Resource availability | *Resources currently unavailable* | 0 | 3 |
| | *Resources available* | 1 | |
| Target completion date | *Business-critical target* | 1 | 1 |
| | *Arbitrary target* | 0 | |
| Financial justification | *Project will make a profit* | 2 | 2 |
| | *Project will break even* | 1 | |
| | *Project will make a loss* | 0 | |
| Client | *Powerful/business critical client* | 2 | 4 |
| | *Significant client* | 1 | |
| | *Powerless/commercially insignificant* | 0 | |

*Figure 23.3   A task attribute scoring (TAS) table*

one. The narrower this bottleneck, the less work in the system. As the overkeen nightclub doorman found out to his cost, sometimes the entry bottleneck can be so narrow that there is too little work in the system for the system to continue to justify its existence. However, it may be that for your Support Department, it is worth while considering the occasional constriction of demand in order to be able to service the outstanding work at all.

Demand on your services is particularly dangerous at the launch of a new service. There is likely to be an initial surge of demand as the preceding hype has its effect on launch day. That demand can be controlled by keeping advertising of the new service to a minimum, perhaps launching it to a pilot group only. After that first surge, demand could rise or fall. Pushing it up will be increased familiarity, as more people learn how to use the service. Demand will also grow as more people get to hear about the service and at least try it out, perhaps before choosing to use it ('subscribe') regularly. Pushing it down will be any disappointment felt by the users if their expectations were not met, regardless of how they arrived at those expectations.

In the long term, your new service will probably follow the pattern of any new product, finding its own market among the users, enjoying a more or less steady demand and output. Watch for any decline in demand. Indicators include an ever-diminishing group of users using the service, even though you may have launched a replacement service. The workflow in your Support Department is influenced by the number of directions your resources are pulled in, and old services may have to be discontinued so there are not too many pressures on the workflow and too many opportunities for failure.

## 23.9 Escalation routes

Your escalation routes are a key consideration in managing the workflow. Ensure that all escalation routes are clear; ideally document these and make reading and understanding the

Case5:14-cv-00570-BLF   Document71-5   Filed12/17/14   Page34 of 34

documents a requirement of helpdesk operation. If you have chosen to use query categories for incoming calls at the helpdesk, make sure your documentation shows and that everybody is clear on where calls of which category should be routed. This is especially important for those escalations which are urgent but adjudged to be not important. If they are urgent because of an obvious time-criticality, but they are not important because of your understanding of the business, then you need good escalation routes—both to establish that your understanding of the business is correct and, more pressingly, to escalate this query to a part of the company for whom it is both urgent and important.

Ensure clear ownership of escalated queries once they leave the helpdesk. This ownership is crucial; where it is unclear, it can increase exponentially the work the helpdesk has to do to keep up with the load of outstanding queries. Is the helpdesk's job providing solutions or chasing others to provide those solutions? Chasing is yet another service which has to be managed, and when ownership is clear, chasing should not be necessary.