# EXHIBIT 6



**Best** Practice

FOR

# Service Support



**ITIL**
**The key to** Managing IT services

**CCTA**
Central Computer and Telecommunications Agency



ITIL (the IT Infrastructure Library) is the most widely accepted approach to IT service management in the world. ITIL provides a comprehensive and consistent set of best practices for IT service management, promoting a quality approach to achieving business effectiveness and efficiency in the use of information systems.

ITIL is based on the collective experience of commercial and government practitioners worldwide. This has been distilled into one reliable, coherent approach, which is fast becoming a de facto standard used by some of the world's leading businesses.

406-AAD-682

The Stationery Office

£65

ISBN 0-11-330015-8

9 780113 300150

# Service Support (CCTA)



**ITIL** Managing IT services

**CCTA**
Central Computer and Telecommunications Agency

London: The Stationery Office

© Crown copyright 2000

Published with the permission of the Central Computer
and Telecommunications Agency on behalf of
the Controller of Her Majesty's Stationery Office

Applications for reproduction should be made in writing to
The Copyright Unit, Her Majesty's Stationery Office,
St Clements House, 2–16 Colegate, Norwich NR3 1BQ

ISBN 0 11 330015 8

Titles within the ITIL series include:

**Service Support (Published 2000)**
Service Desk and the Process of Incident
Management, Problem Management, Configuration
Management, Change Management and
Release Management                    ISBN 0 11 330015 8

**Service Delivery (Published 2000)**
Capacity Management, Availability Management,
Service Level Management, IT Service Continuity,
Financial Management for IT Services and
Customer Relationship Management      ISBN 0 11 330017 4

| | |
|---|---|
| **Customer Liaison** | ISBN 0 11 330546 X |
| **Managing Supplier Relationships** | ISBN 0 11 330562 1 |
| **Managing Facilities Management** | ISBN 0 11 330526 5 |
| **IT Service Management Case Studies** | ISBN 0 11 330676 8 |
| **Network Services Management** | ISBN 0 11 330558 3 |
| **A Guide to Business Continuity Management** | ISBN 0 11 330675 X |
| **Business and Management Skills** | ISBN 0 11 330686 5 |
| **In Times of Radical Change** | ISBN 0 11 330687 3 |
| **Understanding and Improving** | ISBN 0 11 330679 2 |
| **Surviving IT Infrastructure Transitions** | ISBN 0 11 330678 4 |
| **Security Management** | ISBN 0 11 330014 X |
| **Service Delivery Tools** | ISBN 0 11 330633 4 |
| **Quality Management for IT Services** | ISBN 0 11 330555 9 |

**The Stationery Office**

Published by The Stationery Office and available from:

**The Stationery Office**
(mail, telephone and fax orders only)
PO Box 29, Norwich NR3 1GN
Telephone orders/General Enquiries 0870 600 5522
Fax orders 0870 600 5533

www.thestationeryoffice.com

**The Stationery Office Bookshops**
123 Kingsway, London WC2B 6PQ
020 7242 6393 Fax 020 7242 6412
68–69 Bull Street, Birmingham B4 6AD
0121 236 9696 Fax 0121 236 9699
33 Wine Street, Bristol BS1 2BQ
0117 926 4306 Fax 0117 929 4515
9–21 Princess Street, Manchester M60 8AS
0161 834 7201 Fax 0161 833 0634
16 Arthur Street, Belfast BT1 4GD
028 9023 8451 Fax 028 9023 5401
The Stationery Office Oriel Bookshop
18–19 High Street, Cardiff CF1 2BZ
029 2039 5548 Fax 029 2038 4347
71 Lothian Road, Edinburgh EH3 9AZ
0870 606 5566 Fax 0870 606 5588

**The Stationery Office's Accredited Agents**
(see Yellow Pages)

*and through good booksellers*

For further information on CCTA products,
contact:

CCTA Help Desk
Rosebery Court
St Andrews Business Park
Norwich NR7 0HS
Telephone 01603 704567 GTN 3040 4567

This document has been produced using
procedures conforming to
BS 5750 Part 1: 1987; ISO 9001: 1987



# Contents

Foreword by Bob Assirati                                                          xiii

Preface                                                                          xv

**Chapter 1:  Introduction**                                                      1
1.1          The IT Infrastructure Library                                         1
             1.1.1      Public domain framework                                    1
             1.1.2      Best practice framework                                    1
             1.1.3      *De facto* standard                                        2
             1.1.4      Quality approach                                           2
             1.1.5      itSMF                                                      3
1.2          Restructuring the IT Infrastructure Library                          3
1.3          Target audience                                                      4
1.4          Navigating the IT Infrastructure Library                             4
1.5          Why choose a jigsaw concept?                                         6
1.6          The Service Support book                                             6
1.7          Service Management                                                   7
1.8          Customers and Users                                                  7
1.9          A Code of Practice for IT Service  Management – PD0005               8
1.10         Service Management: a process approach                               8
1.11         Recommended reading                                                  9

**Chapter 2:  Relationship between processes**                                    11
2.1          Configuration Management                                            11
2.2          Change Management                                                   12
2.3          Release Management                                                   12
2.4          Incident Management                                                 13
2.5          Problem Management                                                  13
2.6          Service Desk                                                        13
2.7          Service Level Management                                            13
2.8          Capacity Management                                                 14
2.9          Financial Management for IT Services                                14
2.10         Availability Management                                             14
2.11         IT Service Continuity Management                                    15
2.12         Customer Relationship Management                                    15
2.13         ICT Infrastructure Management                                       15
2.14         Application Management                                              15
2.15         Security Management                                                 15
2.16         Environmental infrastructure processes                             16
2.17         Project Management                                                  16

i

**Chapter 3:  Getting started**   17

3.1   Service Management benefits   17
3.2   A process led approach   18
3.3   Management commitment   19
    3.3.1   Aspects of management commitment   20
    3.3.2   Management commitment in the planning stage   20
3.4   Cultural aspects   20
    3.4.1   What is culture?   21
    3.4.2   Responsibilities   22
    3.4.3   What is meant by 'service culture'?   22
    3.4.4.   How is this relevant to IT service provision   22
    3.4.5   What do Customers want?   22
    3.4.6   Common excuses for conducting 'business as usual'   24
    3.4.7   How much will all this cost?   24
    3.4.8   What are the potential benefits of Customer care?   25
    3.4.9   Service Management training   25

**Chapter 4:  The Service Desk**   27

4.1   Overview   27
    4.1.1   Why do we need a Service Desk?   27
    4.1.2   The support problem   28
    4.1.3   Call Centre   29
    4.1.4   Help Desk   29
    4.1.5   Service Desk   29
    4.1.6   How can a Service Desk help my organisation?   29
    4.1.7   Charging for support services   30
    4.1.8   Business and operational benefits   31
    4.1.9   The role and direction of the Service Desk   31
    4.1.10   Customer interaction   31
    4.1.11   Keeping the Customer and User informed   32
    4.1.12   Physical attendance   33
    4.1.13   Monitored infrastructure events   34
    4.1.14   Actioned infrastructure Incidents   34
    4.1.15   Infrastructure Incident model   34
    4.1.16   Benefits   35
    4.1.17   Use of Internet technology   35
4.2   Implementing the Service Desk infrastructure   36
    4.2.1   Staff resourcing   36
    4.2.2   Target effectiveness metrics   36
    4.2.3   Key considerations   37
    4.2.4   Selecting the right Service Desk structure   37
    4.2.5   Types of Service Desk structure   37
    4.2.6   Local Service Desk considerations   38
    4.2.7   Central Service Desk considerations   38

ii

| | 4.2.8 | Virtual Service Desk considerations | 39 |
| | 4.2.9 | Service Desk Configuration considerations | 41 |
| | 4.2.10 | Global 'follow the sun' support | 41 |
| | 4.2.11 | Incident classification | 42 |
| | 4.2.12 | Classification Process Review | 42 |
| 4.3 | | Service Desk technologies | 43 |
| | 4.3.1 | The computerised Service Desk | 43 |
| | 4.3.2 | Computerised Service Desk benefits | 44 |
| | 4.3.3 | Build or buy? | 44 |
| | 4.3.4 | Running in a multiplatform environment | 44 |
| | 4.3.5 | Running in a Wide-Area Network (WAN) infrastructure | 45 |
| | 4.3.6 | Intelligent phone systems, voicemail and email usage | 45 |
| | 4.3.7 | Deploying a self-service strategy | 45 |
| | 4.3.8 | Critical success factors | 46 |
| | 4.3.9 | Implementation considerations | 46 |
| | 4.3.10 | Outsourcing a Service Desk | 47 |
| 4.4 | | Service Desk responsibilities, functions, staffing levels etc | 48 |
| | 4.4.1 | Service Desk functions | 48 |
| | 4.4.2 | Which Requests should be registered | 49 |
| | 4.4.3 | Service Desk empowerment | 49 |
| | 4.4.4 | Escalation management | 50 |
| | 4.4.5 | Service Desk staffing levels | 51 |
| | 4.4.6 | Staff turnover considerations | 52 |
| | 4.4.7 | Workload monitoring | 52 |
| | 4.4.8 | Customer satisfaction analysis and surveys | 53 |
| | 4.4.9 | Service Desk resourcing for smaller support units | 53 |
| | 4.4.10 | Second-line staff awareness | 53 |
| | 4.4.11 | Identifying training needs | 54 |
| | 4.4.12 | Call rate reduction | 54 |
| | 4.4.13 | Workload definitions requests types | 54 |
| 4.5 | | Service Desk staffing skill set | 55 |
| | 4.5.1 | Major customer requirements | 55 |
| | 4.5.2 | Fix rates | 55 |
| 4.6 | | Setting up a Service Desk environment | 56 |
| | 4.6.1 | Service Desk environment considerations | 56 |
| | 4.6.2 | Defining your services | 56 |
| | 4.6.3 | Service Desk pre-Release requirements | 57 |
| | 4.6.4 | Advertising and selling the Service Desk | 58 |
| | 4.6.5 | Quick wins | 59 |
| 4.7 | | Service Desk education and training | 59 |
| | 4.7.1 | Soft skills | 59 |
| | 4.7.2 | Managerial focus | 60 |
| | 4.7.3 | Service Desk staff profile | 60 |
| | 4.7.4 | Service staff responsibilities and mindset | 61 |

|  | 4.7.5 | Working with Customers | 61 |
|  | 4.7.6 | Active listening | 62 |
|  | 4.7.7 | Service Desk staff training | 63 |
| 4.8 |  | Service Desk processes and procedures | 63 |
|  | 4.8.1 | Considerations | 63 |
|  | 4.8.2 | Common structured interrogation technique | 63 |
|  | 4.8.3 | Customers details and identification | 64 |
|  | 4.8.4 | Maintaining the Customer database | 64 |
|  | 4.8.5 | Marketing the Service Desk amongst Customers | 65 |
| 4.9 |  | Incident reporting and review | 65 |
|  | 4.9.1 | Effective workload analyses | 66 |
|  | 4.9.2 | Frequency of reporting and review | 66 |
|  | 4.9.3 | Archiving Service Desk records | 67 |
| 4.10 |  | Conclusions | 68 |
|  | 4.10.1 | Critical success factors | 68 |
|  | 4.10.2 | Service Desk implementation guidance | 68 |
|  | Annex 4A | Sample Release Document | 69 |

| **Chapter 5:** | **Incident Management** |  | **71** |
| 5.1 |  | Goal of Incident Management | 71 |
| 5.2 |  | Scope of Incident Management | 71 |
| 5.3 |  | Basic concepts | 73 |
|  | 5.3.1 | Incident Handling | 73 |
|  | 5.3.2 | First, second- and third-line support | 74 |
|  | 5.3.3 | Functional versus hierarchical escalation | 75 |
|  | 5.3.4 | Priority | 76 |
|  | 5.3.5 | Relationship between Incidents, Problems, Known Errors and RFCs | 76 |
| 5.4 |  | Benefits of Incident Management | 78 |
| 5.5 |  | Planning and implementation | 78 |
|  | 5.5.1 | Timing and planning | 78 |
|  | 5.5.2 | Critical success factors | 79 |
|  | 5.5.3 | Possible problem areas | 80 |
| 5.6 |  | Incident Management activities | 80 |
|  | 5.6.1 | Incident detection and recording | 80 |
|  | 5.6.2 | Classification and initial support | 81 |
|  | 5.6.3 | Investigation and diagnosis | 83 |
|  | 5.6.4 | Resolution and recovery | 84 |
|  | 5.6.5 | Incident closure | 85 |
|  | 5.6.6 | Ownership, monitoring, tracking and communication | 86 |
| 5.7 |  | Handling of major incidents | 87 |
| 5.8 |  | Roles of the Incident Management process | 87 |
|  | 5.8.1 | Incident Manager | 87 |
|  | 5.8.2 | Incident-handling support staff | 87 |

| | | | |
|---|---|---|---|
| 5.9 | Key Performance Indicators | | 88 |
| 5.10 | Tools | | 88 |
| | Annex 5A | Example coding system for Incident/request classification | 90 |
| | Annex 5B | Example of a priority coding system | 91 |
| | Annex 5C | Data requirements for service Incident records | 92 |
| | Annex 5D | The process of Incident investigation | 93 |
| | Annex 5E | Incident handling on the Service Desk (flow) | 94 |

**Chapter 6: Problem Management**     95

| | | | |
|---|---|---|---|
| 6.1 | Goal of Problem Management | | 95 |
| 6.2 | Scope of Problem Management | | 95 |
| 6.3 | Basic concepts | | 96 |
| | 6.3.1 | What is the difference between Incident Management and Problem Management? | 97 |
| | 6.3.2 | Problem control | 97 |
| | 6.3.3 | Error control | 97 |
| | 6.3.4 | Proactive Problem Management | 98 |
| | 6.3.5 | Completion of major Problem reviews | 98 |
| 6.4 | Benefits of Problem Management | | 98 |
| 6.5 | Planning and implementation | | 99 |
| | 6.5.1 | Timing and planning | 99 |
| | 6.5.2 | Key success factors | 99 |
| | 6.5.3 | Risks | 100 |
| 6.6 | Problem control activities | | 100 |
| | 6.6.1 | Problem identification and recording | 101 |
| | 6.6.2 | Problem classification | 102 |
| | 6.6.3 | Problem investigation and diagnosis | 104 |
| | 6.6.4 | Tips on Problem control | 105 |
| 6.7 | Error control activities | | 105 |
| | 6.7.1 | Error identification and recording | 106 |
| | 6.7.2 | Error assessment | 107 |
| | 6.7.3 | Error resolution recording | 108 |
| | 6.7.4 | Error closure | 108 |
| | 6.7.5 | Problem/error resolution monitoring | 108 |
| | 6.7.6 | Tips on error control | 109 |
| 6.8 | Proactive Problem Management | | 109 |
| | 6.8.1 | Trend Analysis | 110 |
| | 6.8.2 | Targeting preventive action | 110 |
| | 6.8.3 | Tips on proactive Problem Management | 111 |
| | 6.8.4 | Major Problem reviews | 111 |
| 6.9 | Providing information to the support organisation | | 111 |
| | 6.9.1 | Providing management information | 112 |
| | 6.9.2 | Cascading information | 112 |

| | | | |
|---|---|---|---|
| 6.10 | Metrics | | 112 |
| | 6.10.1 | Problem/error control reporting | 112 |
| | 6.10.2 | Periodic audits | 113 |
| | 6.10.3 | Tips on metrics | 113 |
| 6.11 | Roles within Problem Management | | 114 |
| | 6.11.1 | Problem Manager | 114 |
| | 6.11.2 | Problem support | 115 |
| | Annex 6A | An example of a coding structure for Problem/error categorisation | 116 |
| | Annex 6B | Kepner and Tregoe analysis | 118 |
| | Annex 6C | Ishikawa diagrams | 120 |

**Chapter 7: Configuration Management** | | | 121

| | | | |
|---|---|---|---|
| 7.1 | Goal of Configuration Management | | 121 |
| 7.2 | Scope of Configuration Management | | 121 |
| 7.3 | Basic concepts | | 122 |
| | 7.3.1 | Configuration Management planning | 122 |
| | 7.3.2 | Configuration identification and CIs | 122 |
| | 7.3.3 | Configuration control | 123 |
| | 7.3.4 | Configuration status accounting | 123 |
| | 7.3.5 | Configuration verification and audit | 123 |
| | 7.3.6 | Configuration baseline | 123 |
| | 7.3.7 | Configuration Management Database | 124 |
| | 7.3.8 | Software and document libraries | 125 |
| | 7.3.9 | Definitive Software Library | 125 |
| | 7.3.10 | Licence management | 125 |
| 7.4 | Benefits and possible problems | | 125 |
| | 7.4.1 | Benefits | 125 |
| | 7.4.2 | Possible problems | 126 |
| 7.5 | Planning and implementation | | 127 |
| | 7.5.1 | Initial planning | 128 |
| | 7.5.2 | Agreement on purpose, objectives, scope, priorities and implementation approach aligned with business objectives | 128 |
| | 7.5.3 | Appointment of a Configuration Manager and planning a Configuration Management team | 129 |
| | 7.5.4 | Analysis of existing systems | 130 |
| | 7.5.5 | Developing Configuration Management plans and system design | 130 |
| | 7.5.6 | Detailed planning for implementation | 131 |
| | 7.5.7 | Populating the CMDB and DSL | 133 |
| | 7.5.8 | Cutover to new processes | 134 |
| | 7.5.9 | Other implementation considerations | 134 |
| | 7.5.10 | Costs | 135 |
| 7.6 | Activities | | 136 |
| | 7.6.1 | Configuration Management planning | 136 |
| | 7.6.2 | Configuration identification | 137 |

| | 7.6.3 | Control of CIs | 144 |
| | 7.6.4 | Configuration status accounting | 147 |
| | 7.6.5 | Configuration verification and audit | 148 |
| | 7.6.6 | CMDB back-ups, archives and housekeeping | 149 |
| | 7.6.7 | Providing a Configuration Management service | 149 |
| 7.7 | Process control | | 149 |
| | 7.7.1 | Management reporting | 150 |
| | 7.7.2 | Key performance indicators | 150 |
| 7.8 | Relations to other processes | | 151 |
| 7.9 | Tools specific to the Configuration Management process | | 153 |
| | 7.9.1 | Configuration Management system | 153 |
| | 7.9.2 | Software Configuration Management | 154 |
| | 7.9.3 | Change Management and Release Management support | 154 |
| | 7.9.4 | Configuration auditing | 154 |
| | 7.9.5 | Enterprise system and tools | 155 |
| | 7.9.6 | Other tools | 155 |
| 7.10 | Impact of new technology | | 156 |
| 7.11 | Guidance on Configuration Management | | 156 |
| | 7.11.1 | Level of control | 156 |
| | 7.11.2 | Versions or variants? | 157 |
| | 7.11.3 | Selection of Configuration Management tools | 157 |
| | Annex 7A | The central function for Change, Configuration and Release Management | 158 |
| | Annex 7B | Specific responsibilities of the Configuration Management team | 162 |
| | Annex 7C | Suggested CI attributes | 164 |
| **Chapter 8:** | **Change Management** | | **165** |
| 8.1 | Goal of Change Management | | 165 |
| | 8.1.1 | Purpose | 165 |
| | 8.1.2 | Best practice | 165 |
| | 8.1.3 | Program/project management  and Change Management | 165 |
| 8.2 | Scope of Change Management | | 166 |
| | 8.2.1 | Why Change is important | 168 |
| | 8.2.2 | Boundaries between Incident resolution and Change Management | 169 |
| | 8.2.3 | Application development and Change Management | 169 |
| | 8.2.4 | Business change and Change Management | 170 |
| 8.3 | Basic concepts | | 170 |
| | 8.3.1 | Requests for Change | 173 |
| | 8.3.2 | Change Advisory Board | 175 |
| | 8.3.3 | Change metrics | 176 |
| | 8.3.4 | The Forward Schedule of Change, and Change models | 176 |
| | 8.3.5 | Outsourcing and Change Management | 178 |
| | 8.3.6 | Critical outage plan | 179 |

| 8.4 | Benefits, costs and possible problems | 179 |
| | 8.4.1 Benefits | 179 |
| | 8.4.2 Costs | 180 |
| | 8.4.3 Possible problems | 180 |
| 8.5 | Activities | 181 |
| | 8.5.1 Planning the implementation of operational processes | 182 |
| | 8.5.2 Change logging and filtering | 182 |
| | 8.5.3 Allocation of priorities | 183 |
| | 8.5.4 Change categorisation | 183 |
| | 8.5.5 CAB meetings | 184 |
| | 8.5.6 Impact and resource assessment | 185 |
| | 8.5.7 Change approval | 186 |
| | 8.5.8 Change scheduling | 186 |
| | 8.5.9 Change building, testing and implementation | 187 |
| | 8.5.10 Urgent Changes | 188 |
| | 8.5.11 Urgent Change building, testing and implementation | 190 |
| | 8.5.12 Change review | 191 |
| | 8.5.13 Reviewing the Change Management, process for efficiency and effectiveness | 191 |
| | 8.5.14 Roles and responsibilities | 192 |
| 8.6 | Planning and implementation | 194 |
| | 8.6.1 Designating the Change Manager role | 194 |
| | 8.6.2 Deciding on a Change Management system | 194 |
| | 8.6.3 Planning system reviews | 195 |
| | 8.6.4 Implementation planning | 195 |
| | 8.6.5 Guidance | 195 |
| 8.7 | Metrics and management reporting | 197 |
| | 8.7.1 Auditing for compliance | 198 |
| 8.8 | Software tools | 199 |
| 8.9 | Impact of new technology | 200 |
| | 8.9.1 The business domain | 200 |
| | 8.9.2 Technology | 201 |
| **Chapter 9: Release Management** | | 203 |
| 9.1 | Goal of Release Management | 203 |
| 9.2 | Scope of Release Management | 203 |
| 9.3 | Basic concepts | 205 |
| | 9.3.1 Release | 205 |
| | 9.3.2 Release policy and planning | 206 |
| | 9.3.3 Release unit | 206 |
| | 9.3.4 Release identification | 207 |
| | 9.3.5 Types of Release | 207 |
| | 9.3.6 Definitive Software Library | 208 |
| | 9.3.7 Definitive Hardware Store (DHS) | 210 |

| | 9.3.8 | Configuration Management Database (CMDB) | 210 |
|---|---|---|---|
| | 9.3.9 | Build management | 210 |
| | 9.3.10 | Testing | 210 |
| | 9.3.11 | Back-Out plans | 211 |
| 9.4 | | Benefits and possible problems | 212 |
| | 9.4.1 | Benefits | 212 |
| | 9.4.2 | Possible problems | 213 |
| 9.5 | | Planning and implementation | 214 |
| | 9.5.1 | Planning | 214 |
| | 9.5.2 | Implementation | 221 |
| | 9.5.3 | Costs | 222 |
| 9.6 | | Activities | 223 |
| | 9.6.1 | Release planning | 223 |
| | 9.6.2 | Designing, building and configuring a Release | 223 |
| | 9.6.3 | Release acceptance | 224 |
| | 9.6.4 | Rollout planning | 225 |
| | 9.6.5 | Communication, preparation and training | 228 |
| | 9.6.6 | Distribution and installation | 228 |
| 9.7 | | Process control | 229 |
| | 9.7.1 | Key performance indicators | 229 |
| | 9.7.2 | Management reporting | 230 |
| 9.8 | | Relations to other processes | 231 |
| | 9.8.1 | Configuration Management | 231 |
| | 9.8.2 | Change Management | 231 |
| | 9.8.3 | Software from Developers and suppliers | 231 |
| | 9.8.4 | Problem Management and the Service Desk | 231 |
| | 9.8.5 | Project Management and PRINCE2 | 232 |
| 9.9 | | Tools specific to the Release Management process | 232 |
| | 9.9.1 | Change Management tools | 232 |
| | 9.9.2 | Configuration Management tools | 232 |
| | 9.9.3 | Software Configuration Management (SCM) tools | 232 |
| | 9.9.4 | Build management tools | 232 |
| | 9.9.5 | Electronic software distribution | 234 |
| | 9.9.6 | Software and hardware auditing tools | 235 |
| | 9.9.7 | Desktop management tools | 235 |
| | 9.9.8 | Server management tools | 236 |
| 9.10 | | Impact of New Technology | 236 |
| | 9.10.1 | The future of support tools | 236 |
| | 9.10.2 | 'Thin client' | 236 |
| | 9.10.3 | Multi-tier systems | 236 |
| | 9.10.4 | Internet applications | 237 |
| | 9.10.5 | Software updates via the Internet | 238 |
| 9.11 | | Guidance for successful Release Management | 239 |

| | | |
|---|---|---|
| 9.11.1 | Configuration Management | 239 |
| 9.11.2 | Change Management | 239 |
| 9.11.3 | Release Management | 239 |
| 9.11.4 | Application design issues | 240 |
| 9.11.5 | The positioning of software: what to put where | 240 |
| Annex 9A | Checklist to use when reviewing rollout plans | 242 |
| Annex 9B | Sample Release Management objectives for distributed systems | 243 |

**Chapter 10: Service Management software tools** — 245

| | | |
|---|---|---|
| 10.1 | Types of tools | 245 |
| 10.2 | Summary of tool-evaluation criteria | 246 |
| | 10.2.1 Service Management tools | 246 |
| 10.3 | Product training | 247 |

**Chapter 11: Planning for the implementation of Service Management** — 249

| | | |
|---|---|---|
| 11.1 | A Service Management project | 249 |
| 11.2 | Feasibility study | 249 |
| 11.3 | Assessing the current situation | 250 |
| | 11.3.1 Introduction | 250 |
| | 11.3.2 A 'health check' | 250 |
| 11.4 | General guidelines on project planning | 251 |
| | 11.4.1 Project characteristics | 251 |
| | 11.4.2 Business case for the project | 252 |
| | 11.4.3 Critical success factors and possible problems | 252 |
| | 11.4.4 Project costs | 253 |
| | 11.4.5 Organisation | 253 |
| | 11.4.6 Products | 254 |
| | 11.4.7 Planning | 254 |
| | 11.4.8 Communication plan | 254 |
| 11.5 | Project review and management reporting | 255 |
| | 11.5.1 Progress reporting | 255 |
| | 11.5.2 Evaluation of the project | 256 |
| | 11.5.3 Post-project review | 256 |
| | 11.5.4 Auditing for compliance using quality parameters | 256 |
| | 11.5.5 Auditing for improvement using key performance indicators | 257 |
| | 11.5.6 Management reporting | 258 |

**Chapter 12: Bibliography** — 259

| | | |
|---|---|---|
| 12.1 | References | 259 |
| 12.2 | Other sources | 262 |

**Appendix A: Terminology** — 263

| | | |
|---|---|---|
| A.1 | List of acronyms | 263 |
| A.2 | Glossary of terms | 265 |

x

**Appendix B:  Process theory and practice**                                              271
B.1          Process theory                                                               271
             B.1.1      The product-oriented organisation                                 271
             B.1.2      Moving towards a process-oriented organisation                     271
             B.1.3      The process approach                                              272
B.2          Process modelling case study: Service Support example                        273
             B.2.1      Introduction                                                      273
             B.2.2      The approach                                                      274
             B.2.3      Process analysis                                                  274
             B.2.4      Conclusion                                                        277

**Appendix C:  Implementing Service Management processes – issues to consider**          279\
C.1          Process implementation                                                      279
C.2          Applicability / scalability                                                 279
             C.2.1      Large and small IT units                                         280
C.3          Process implementation projects: a checklist                                280
             C.3.1      Procedures                                                        280
             C.3.2      Dependencies                                                      281
             C.3.3      People                                                            281
             C.3.4      Timing                                                            281
C.4          Impact on an organisation                                                   281
             C.4.1      Hierarchical structure                                            281
             C.4.2      Matrix organisation                                               282
             C.4.3      Self-learning teams (coaching management)                         282
C.5          Benchmarking                                                                 282
C.6          A sample implementation strategy                                             283
             C.6.1      Phase 1                                                            283
             C.6.2      Phase 2                                                            283
             C.6.3      Phase 3                                                            283
             C.6.4      Phase 4                                                            284
             C.6.5      Phase 5                                                            284
             C.6.6      Phase 6                                                            284
C.7          Process improvement                                                          284

**Appendix D:  Quality**                                                                  287
D.1          Quality Management                                                           287
             D.1.1      Ongoing quality improvement: The Deming Cycle                      287
             D.1.2      Quality standards                                                  287
             D.1.3      Total Quality Systems: EFQM                                        289

**Appendix E:  Example of cost-benefit analysis for Service Management processes**       293

**Appendix F:  The Service Support Process Model**                                        296

**Index**                                                                                 297

# 5 INCIDENT MANAGEMENT

## 5.1 Goal of Incident Management

The primary goal of the Incident Management process is to restore normal service operation as quickly as possible and minimise the adverse impact on business operations, thus ensuring that the best possible levels of service quality and availability are maintained. 'Normal service operation' is defined here as service operation within Service Level Agreement (SLA) limits.

## 5.2 Scope of Incident Management

In ITIL terminology, an 'Incident' is defined as:

> *any event* **which** *is not part of the standard operation of a service and* **which** *causes, or may cause, an interruption to, or a reduction in, the quality of that service.*

Examples of categories of Incidents are:

- application
  - service not available
  - application bug/query preventing Customer from working
  - disk-usage threshold exceeded
- hardware
  - system down
  - automatic alert
  - printer not printing
  - configuration inaccessible
- service requests
  - request for information/advice/documentation
  - forgotten password.

A request for new or additional service (i.e. software or hardware) is often not regarded as an Incident but as a Request for Change (RFC). However, practice shows that handling of both failures in the infrastructure and of service requests are similar, and both are therefore included in the definition and scope of the process of Incident Management. The word 'Incident' in this chapter applies to both, if not explicitly stated otherwise, although organisations may decide to develop their own service-request procedures to isolate them from the more technical issues.

Within the more technically oriented systems-management function, an automatically registered event such as exceeding a disk-usage threshold, is often regarded as part of 'normal' operations. These events are included in the definition of Incidents even though service delivery to Customers is not affected.

Figure 5.1 shows the Incident Management process. These are split down as follows:



*Figure 5.1 - Incident Management process*

◆ Inputs:

- Incident details sourced from (for example) Service Desk, networks or computer operations
- configuration details from the Configuration Management Database (CMDB)
- response from Incident matching against Problems and Known Errors
- resolution details
- response on RFC to effect resolution for Incident(s).

◆ Outputs:

- RFC for Incident resolution; updated Incident record (including resolution and/or Work-arounds)
- resolved and closed Incidents
- communication to Customers
- management information (reports).

◆ Incident Management activities:

- Incident detection and recording
- Classification and initial support
- investigation and diagnosis
- resolution and recovery
- Incident closure
- Incident ownership, monitoring, tracking and communication

The roles and functions related to the Incident Management process are:

- first, second-and third-line support groups, including specialist support groups and external suppliers (roles)
- Incident Manager (role)
- Service Desk manager (function).

■ ■ ■ ■ ■ ▦ ▦ ▦ ▨ ▨ ▨ ░ ░ ░ ░      INCIDENT MANAGEMENT

## 5.3    Basic concepts

### 5.3.1    Incident Handling

Most IT departments and specialist groups contribute to handling Incidents at some time. The Service Desk is responsible for the monitoring of the resolution process of *all* registered Incidents – in effect the Service Desk is the owner of all Incidents. The process is mostly reactive. To react efficiently and effectively therefore demands a formal method of working that can be supported by software tools.

Incidents that cannot be resolved immediately by the Service Desk may be assigned to specialist groups. A resolution or Work-around should be established as quickly as possible in order to restore the service to Users with minimum disruption to their work. After resolution of the cause of the Incident and restoration of the agreed service, the Incident is closed.

Figure 5.2 illustrates the activities during an Incident life cycle, with an alternative perspective provided in Annex 5E.



*Figure 5.2 - The Incident life cycle*

The status of an Incident reflects its current position in its life-cycle, sometimes known as its 'workflow position'. Everyone should be aware of each status and its meaning. Some examples of status categories might include:

■ new

■ accepted

■ scheduled

- assigned/dispatched to specialist
- work in progress (WIP)
- on hold
- resolved
- closed.

Throughout an Incident life-cycle it is important that the Incident record is maintained. This allows any member of the service team to provide a Customer with an up-to-date progress report. Example update activities include:

- update history details
- modify status (e.g. 'new' to 'work-in-progress' or 'on hold')
- modify business impact/priority
- enter time spent and costs
- monitor escalation status.

An originally reported Customer description may change as the Incident progresses. It is, however, important to retain the description of the original symptoms, both for analysis and so that you can refer to the complaint in the same terms used in the initial report. For example, the Customer may have reported a printer not working, which is found to be have been caused by a network failure. When responding to the Customer it is better initially to explain that the printer Incident has been resolved rather than to talk about resolution of network Problems.

An audited history is essential when reviewing progress, and is especially important when resolving issues of SLA breaches. The following updates to the Incident record should be registered during the Incident life cycle:

- name of person who made the modification
- date and time of modification
- what the person modified (e.g. priority, status, history)
- why they made the change
- time spent.

If third-party organisations are not allowed to have access to allow them to update the Service Desk support records, which is a preferred option, then a process to update the records on behalf of the supplier is required. This will ensure that resource usage is properly accounted for. However, if the software allows partitioning of Incidents and screening of information, it could work quite well for some organisations to allow direct update by third parties. You need, in this decision, to consider what you are not prepared to allow your supplier to see, and how closely you need to be aware of what your supplier is doing.

The same situation may also exist when the Service Desk updates a request on behalf of a support person working in the field. Retrospective Incident update may be required for situations such as engineers working in the evening and the Service Desk having to update records on their behalf on the following morning.

### 5.3.2   First, second- and third-line support

Often, departments and (specialist) support groups other than the Service Desk are referred to as second- or third-line support groups, having more specialist skills, time or other resources to solve Incidents. In this respect, the Service Desk would be first-line support. Figure 5.3 illustrates how this terminology relates to the Incident Management activities mentioned in previous paragraphs.

■ 74

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ▦ ▦ ▦ ▦ ▦ ▦     INCIDENT MANAGEMENT

Note that third- and/or *n*-line support may eventually include external suppliers, who may have direct access to the Incident registration tool (depending on safety rules and technical issues).



*Figure 5.3 - First, second- and third-line support*

### 5.3.3   Functional versus hierarchical escalation

'Escalation' is the mechanism that assists timely resolution of an Incident. It can take place during every activity in the resolution process.

Transferring an Incident from first-line to second-line support groups or further is called 'functional escalation' and primarily takes place because of lack of knowledge or expertise. Preferably, functional escalation also takes place when agreed time intervals elapse. The automatic functional escalation based on time intervals should be planned carefully and should not exceed the (SLA) agreed resolution times.

'Hierarchical escalation' can take place at any moment during the resolution process when it is likely that resolution of an Incident will not be in time or satisfactory. In case of lack of knowledge or expertise, hierarchical escalation is generally performed manually (by the Service Desk or other

support staff). Automatic hierarchical escalation can be considered after a certain critical time interval, when it is likely that a timely resolution will fail. Preferably, this takes place long enough *before* the (SLA) agreed resolution time is exceeded so that corrective actions by authorised line management can be carried out – for example hiring third-party specialists.

### 5.3.4    Priority

The priority of an Incident is primarily determined by the impact on the business and the urgency with which a resolution or Work-around is needed. Targets for resolving Incidents or handling requests are generally embodied in an SLA. In practice resolution targets for Incidents are often related to categories. Examples of category and priority and coding systems are to be found in Annexes 5A and 5B respectively.

The Service Desk plays an important role in the Incident Management process, as follows:

- all Incidents are reported to and registered by the Service Desk – where Incidents are generated automatically, the process should still include registration by the Service Desk
- the majority of Incidents (perhaps up to 85% in a highly skilled environment) will be resolved at the Service Desk
- the Service Desk is the 'independent' function monitoring Incident resolution progress of all registered Incidents.

On receipt of an Incident notification, the main actions to be carried out by the Service Desk are:

- record basic details - this includes timing data and details of symptoms obtained
- if a service request has been made, the request is handled in conformance with the organisation's standard procedures
- from the CMDB, the Configuration Items (CI) reported as the cause for an Incident is selected, to complete the Incident record
- the appropriate priority is assigned and the User is given the unique system-generated Incident number (to be quoted at the beginning of all further communication)
- the Incident is assessed and, if possible, resolution advice is given: this frequently will be possible for routine Incidents or when a match to a known Problem/error is achieved
- following successful resolution the Incident record is closed: details of the resolution action and the appropriate category code are added
- the Incident is assigned to second-line support (i.e. a specialist group) following unsuccessful resolution or recognition that a further level of support is needed.

### 5.3.5    Relationship between Incidents, Problems, Known Errors and RFCs

Incidents, the result of failures or errors within the IT infrastructure, result in actual or potential variations from the planned operation of the IT services.

The cause of Incidents may be apparent and that cause can be addressed without the need for further investigation, resulting in a repair, a Work-around or an RFC to remove the error. In some cases the Incident itself, i.e. the effect or potential effect upon the Customer, can be dealt with quickly. Perhaps by rebooting a PC or resetting a communications line, without directly addressing the underlying cause of the Incident.

Where the underlying cause of the Incident is not identifiable, then it may be appropriate to raise a Problem record. A Problem is thus, in effect, indicative of an *unknown error* within the infrastructure. Normally a Problem record is raised only if investigation is warranted.

■ 76

■ ■ ■ ■ ■ ■ ■ ▥ ▦ ▨ ▨ ▨ ▧ ▧ ▨     INCIDENT MANAGEMENT

This impact will often be assessed via the impact, (both actual and potential), upon the business services, and the number of similar Incidents apparently sharing a common underlying cause that have reported. This may be appropriate even where the actual result of the Incident has been addressed. It can be seen therefore that a Problem record is independent of associated Incident records, and both the Problem record and the investigation into its cause can persist even after the initial Incident has been successfully closed.

Successful processing of a Problem record will result in the identification of the underlying error, and the record can then be converted into a *Known Error* once a Work-around has been developed, and/or an RFC. This logical flow, from an initial report to the resolution of an underlying Problem, is shown in Figure 5.4.



*Figure 5.4 - Relationship between Incidents, Problems, Known Errors and RFCs*

We thus have the following definitions:

- **Problem**     The unknown underlying cause of one or more Incidents.
- **Known Error**   A Problem that is successfully diagnosed and for which a Work-around is known.
- **RFC**       A Request For Change to any component of an IT Infrastructure or to any aspect of IT services.

A Problem can result in multiple Incidents, and it is possible that the Problem will not be diagnosed until several Incidents have occurred, over a period of time. Handling Problems is quite different from handling Incidents and is therefore covered by the Problem Management process.

During the Incident-resolution process the Incident is matched against the Problem and Known Error database. It should also be matched against the Incident database to see whether there is a similar Incident outstanding, or whether there has been resolution action taken for any previous similar Incident. If a Work-around or resolution is available, the Incident can be resolved immediately. If not, Incident Management is responsible for finding a resolution or Work-around with minimum disruption to the business process.

When Incident Management finds a Work-around it will be analysed by the Problem Management team who will update the associated Problem record (see Figure 5.5). Note that an associated Problem record may not exist at this time – for example, the Work-around may be to send a report by fax due to a communication line failure, but at this point there may not be a Problem record for the communication line failure, which the Problem Management team would have to create. The process is then that the Service Desk will link Incidents that are clearly the result of an existing Problem record.



*Figure 5.5 - Handling incident Work-arounds and resolutions*

It is also possible that the Problem Management team, while investigating the Problem associated with the Incident, finds a Work-around or a resolution for a Problem and/or some related Incidents. In this case, the Problem Management team should inform the Incident Management process in order that open Incidents have their status changed to 'Known Error' or 'closed' as appropriate.

Where it is felt at Incident logging that an Incident should be treated as a Problem, then it should be referred immediately to the Problem Management process, where, if appropriate, a new Problem record will be raised. Incident Management will, as always, remain responsible for pursuing a resolution to the Incident with minimal possible disruption to the business processes.

## 5.4 Benefits of Incident Management

The major benefits to be gained by implementing an Incident Management process are as follows:

◆ For the business as a whole:
- reduced business impact of Incidents by timely resolution, thereby increasing effectiveness
- the proactive identification of beneficial system enhancements and amendments
- the availability of business-focused management information related to the SLA.

◆ For the IT organisation in particular:
- improved monitoring, allowing performance against SLAs to be accurately measured
- improved management information on aspects of service quality
- better staff utilisation, leading to greater efficiency
- elimination of lost or incorrect Incidents and service requests
- more accurate CMDB information (giving an ongoing audit while registering Incidents)
- improved User and Customer satisfaction.

In contrast, failing to implement Incident Management may result in:
- no one to manage and escalate Incidents – hence Incidents may become more severe than necessary and adversely affect IT service quality
- specialist support staff being subject to constant interruptions, making them less effective
- business staff being disrupted as people ask their colleagues for advice
- frequent reassessment of Incidents from first principle rather than reference to existing solutions
- lack of coordinated management information
- lost, or incorrectly or badly managed Incidents.

## 5.5 Planning and implementation

### 5.5.1 Timing and planning

Some guidelines for planning Incident Management are as follows:
- Do not plan to implement and operate Incident Management in isolation. If possible, the scope of planning should be extended to include the implementation, integration and operation of the Service Desk, Problem Management, Configuration Management, Change Management and Release Management processes.

- If resources are not available to implement all Service Support processes at the same time, begin by implementing the Service Desk function together with Incident Management. This will result in 'quick wins' and therefore acceptance of process implementation in general within the IT organisation and with Customers.

- Plan to create the Service Desk and to define Incident Management processes at the earliest opportunity. If a major new Customer IT service is being implemented with gradual User take-on, install the Service Desk from the outset. Do this even if the initial number of Users would normally fail to justify a desk. This approach allows the Service Desk to grow with the new service take-on.

- The planning phase for Incident Management could last from three to six months for a sophisticated, extensive solution. The implementation phase could last from three months to a year, although implementation and improvement should be considered as an ongoing activity.

- The procurement of hardware and software can be time-consuming. Start selection procedures as soon as possible, based on seeking those that support the ITIL processes, and provide the required level of flexibility to allow for organisation-specific needs.

- Keep closely linked systems, especially Configuration Management, in step. Plan for the creation of a Configuration Management Database (CMDB) and the conversion of existing equipment inventories. If no integrated Configuration Management system is in place, make this database part of the Incident Management system.

- Plan for an interface with the Problem Management system to assist Service Desk staff in recognising and giving advice on circumventing Known Errors. If such a system is scheduled for later implementation, consider the use of an interim paper-based or free-standing electronic solution (e.g. spreadsheet) to 'bridge the gap.'

### 5.5.2   Critical success factors

Successful Incident Management requires a sound basis, as highlighted by the following points:

- An up-to-date CMDB is a prerequisite for an efficiently working Incident Management process. If a CMDB is not available, information about Configuration Items (CIs) related to Incidents should be obtained manually, and determining impact and urgency will be much more difficult and time-consuming.

- A 'knowledge base' in the form of an up-to-date Problem/error database should be developed to provide for resolutions and Work-arounds. This will greatly speed up the process of resolving Incidents. Third-party Known Error databases should also be available to assist in this process.

- An effectively automated system for Incident Management is fundamental to the success of a Service Desk. Paper-based systems are not really practical or necessary, now that good and cheap support tools are available.

- Forge a close link with the Service-Level Management (SLM) process to obtain necessary Incident response targets. Timely Incident resolution will satisfy Customers and Users.

### 5.5.3   Possible problem areas

Be prepared to overcome:

- no visible management or staff commitment, resulting in non-availability of resources for implementation
- lack of clarity about business needs
- working practices not being reviewed or changed
- poorly defined service objectives, goals and responsibilities
- no provision of agreed Customer service levels
- lack of knowledge for resolving Incidents
- inadequate training for staff
- lack of integration with other processes
- lack of, or expense of, tools to automate the process
- resistance to change.

## 5.6   Incident Management activities

This section discusses in more detail the six activities encapsulated in Section 5.3 (Basic concepts), namely:

- Incident detection and recording
- classification and initial support
- investigation and diagnosis
- resolution and recovery
- Incident closure
- ownership, monitoring, tracking and communication.

Each of these is discussed in more detail below.

### 5.6.1   Incident detection and recording

Incident details from Service Desk or event management systems are the inputs for Incident Management. Resultant actions are to:

- record basic details of the Incident
- alert specialist support group(s) as necessary
- start procedures for handling the service request.

Outputs will be:

- updated details of Incidents
- the recognition of any errors on the CMDB
- notice to Customers when an Incident has been resolved.

All Incidents should be recorded: automatic generation of 'skeleton Incident records' in an Incident database by a system-monitoring tool is the ideal solution to this requirement. Symptoms, basic diagnostic data, and information about the related Configuration Item should be included in Incident records during detection and recording. Annex 5C illustrates the scope of data to be

captured in records during the entire Incident Management process. This data is required both for Incident resolution/recovery and for management information on Incident types and trends.

In the past, it has been common practice for all Incidents to be reported to the Service Desk, where personnel manually created a record in the Incident database. Where this was not practical or possible support groups have been allowed to record Incidents manually; in this case the Service Desk received alerts so that they were informed about possible degradation of services. With modern technology, however, Incidents can nowadays be reported by various means, including the ability for Users to log Incidents directly to the system. But the fundamental requirement remains that these Incidents should still all reach the Incident Management database and that the Service Desk should receive appropriate alerts and maintain overall control – Incident monitoring remains the responsibility of the Service Desk.

An alert to the Service Manager is required in the case of serious degradation of service levels, in case it is necessary to take special action.

An Incident should be handled in conformance with standard SLM procedures. These specific procedures do not fall within the scope of the Incident Management process.

### 5.6.2    Classification and initial support

Inputs:

- recorded Incident details
- configuration details from the CMDB
- response from Incident matching against Problems and Known Errors.

Incident records raised in the previous activity are now analysed to discover the reason for the Incident. The Incident should also be classified, the process on which further resolution actions are based. Annex 5A provides some examples of classification codes.

Actions:

- classifying Incidents
- matching against Known Errors and Problems
- informing Problem Management of the existence of new Problems and of unmatched or multiple Incidents
- assigning impact and urgency, and thereby defining priority
- assessing related configuration details
- providing initial support (assess Incident details, find quick resolution)
- closing the Incident or routing to a specialist support group, and informing the User(s).

Outputs:

- RFC for Incident resolution
- updated Incident details, and
- Work-arounds for Incidents, or Incident routed to second- or third-line support.

Classification is the process of identifying the reason for the Incident and hence the corresponding resolution action. Many Incidents are regularly experienced and the appropriate resolution actions are well known. This is not always the case, however, and a procedure for matching Incident classification data against that for Problems and Known Errors is necessary. Successful matching gives access to proven resolution actions, which should require no further investigation effort.

Classification is one of the most important aspects of Incident Management (and often one of the most difficult to get right). The classification is used to:

- specify the service with which the Incident is related
- associate with an SLA where appropriate
- select/define the best specialist or group to handle the Incident
- identify the priority based upon the business impact
- define what questions should be asked or information checked
- determine a primary reporting matrix for management information
- identify a relationship to match against Known Errors or solutions.

The final classification(s) may vary from the initially reported classification because end Users are only able to report symptoms of the Incident rather than the root Problem. The levels of classification will vary depending on the detail required. For example, a top-level classification of 'Word Processing', or 'Payroll Service' is adequate for an overview; however, it may then be necessary to obtain greater detail in areas such as:

- version number (of application in use)
- supplier
- module (e.g. printing), or
- grouping (e.g. business application).

As much information as possible should be provided when classifying Incidents. Classification data contributing to the matching process includes:

- details of Incident symptoms
- initial Incident categorisation
- details of associated Configuration Items (CIs)
- the business impact.

The process of classification and matching allows Incident Management to be carried out with more speed and minimum recourse to support. The classification-matching process is an ideal application area for the use of so-called expert software.

The Service Desk collects information about affected CIs and therefore should be able to detect inconsistencies in the CMDB when asking a User for configuration id numbers, serial numbers and so on. If inconsistencies are discovered, an exception report should be raised and the Configuration Management process informed. This can take place automatically via the Incident Management software or by reporting on a daily basis.

One of the important aspects of managing an Incident is to define its priority: how important is it and what is the impact on the business. The responsibility for definition lies with Service Level Management within the parameters sets in the SLA. The priority with which Incidents need to be resolved, and therefore the amount of effort put into the resolution of and recovery from Incidents, will depend upon:

- the impact on the business
- the urgency to the business
- the size, scope and complexity of the Incident
- the resources availability for coping in the meantime and for correcting the fault.

'Impact' is a measure of the *business criticality* of an Incident or Problem, often equal to the extent to which an Incident leads to degradation of agreed service levels. Impact is often measured by the number of people or systems affected. Criteria for assigning impact should be set up in consultation with the business managers and formalised in SLAs.

When determining impact, information in the CMDB should be accessed to detect how many Users will suffer as a result of the technical failure of, for example, a hardware component. The Service Desk should have access to tools that enable it rapidly to:

- assess the impact on Users of significant equipment failures
- identify Users affected by equipment failure
- establish contact to make them aware of the Problem
- give a prognosis
- alert second-line (specialist) support groups.

'Urgency' is about the necessary *speed* of solving an Incident of a certain impact. A high-impact Incident does not, by default, have to be solved immediately. For example a User having operational difficulties with his workstation (impact 'high') can have the fault registered with urgency 'low' if he is leaving the office for a fortnight's holiday directly after reporting the Incident.

'Priority' is defined by *expected effort*. An Incident with a low impact and average urgency that can be resolved with minor effort will be resolved immediately in most organisations (e.g. a password reset).

Initial support involves resolution of the Incident to the satisfaction of the Customer by the Service Desk. The resolution may be derived from several areas, including:

- identification of a Known Error
- Service Desk staff expertise
- a knowledge search (with the help of expert software when possible).

After this, little further action is required by the Service Desk other than recording details of the resolution, the classification and Customer satisfaction.

Tip:

- The number of requests resolved directly by the Service Desk is an essential service-monitoring component and leads to contented Users!

In the event that classification matching is unsuccessful, or the resolution process is complex, investigation and diagnosis by a support group is the next step.

Although responsibility for resolution is handed over to another support group, the Service Desk should retain ownership of the Incident, and manage it until it is resolved to the Customer's satisfaction.

### 5.6.3   Investigation and diagnosis

Inputs:

- updated Incident details
- configuration details from the CMDB.

Actions:

- assessment of the Incident details,
- collection and analysis of all related information, and resolution
- (including any Work-around) or a route to n-line support.

Outputs:

- Incident details yet further updated, and a specification of the selection or required Work-around.

Wherever possible, the relevant User should be provided with the means to continue business, perhaps via a degraded service. An example could be that faulty printers might necessitate printing taking place at another more distant location. The effect of such a Work-around is to minimise the impact of the Incident on the business and to provide more time to investigate and devise a structural resolution. Temporary Work-arounds may have to be advised to other Users too.

Once the Incident has been assigned to a support group, it should:

- accept assignment of the Incident, specify the date and time (preferably automatically), ensuring:
  - the Incident status and its history are regularly updated
  - the Customer via the Service Desk is kept informed of progress towards resolution
  - the current status of the Incident is reflected (e.g. work in progress, and so on)
- advise the Service Desk/Customer of any identified Work-around, if it is possible to provide one immediately
- review the Incident against Known Errors, Problem, solutions, planned Changes or knowledge bases
- if necessary, ask the Service Desk to re-evaluate the assigned business impact and priority, adjusting them as required, based on agreed service levels
- record all details applicable to this phase of the Incident life cycle:
  - solution
  - classification added/updated
  - a update of all related Incidents
  - time spent
- reassign the Incident back to the Service Desk for closure action.

Investigation and diagnosis may become an iterative process, starting with a different specialist support group and following elimination of a previous possible cause. It may involve multisite support groups and support staff from different vendors. It may continue overnight with a new shift of support staff taking over the next day. All this demands a rigorous, disciplined approach and a comprehensive record of actions taken with corresponding results.

Tip:

If it is not clear which support group should investigate or resolve a User-related Incident, the Service Desk, as the owner of all Incidents, should coordinate the Incident Management process. If there are differences of opinion or there are any other issues arising, then the Service Desk should escalate the Incident to the Problem Management team.

Annex 5D shows a typical process of Incident investigation. Continual expansion of the Incident record should occur, with each progress point logging the action taken in a progress summary.

### 5.6.4   Resolution and recovery

Inputs:

- updated Incident details
- any response on an RFC to effect resolution for the Incident(s)
- any derived Work-around or solution.

■ 84

■ ■ ■ ■ ■ ■ ■ ■ ▦ ▦ ▦ ▦ ▦ ▦ ▦   INCIDENT MANAGEMENT

Actions:

- resolve the Incident using the solution/Work-around or, alternatively, to raise an RFC (including a check for resolution)
- take recovery actions.

Outputs:

- RFC for future Incident resolution
- resolved Incident, including recovery details,
- updated Incident details.

After successful execution of the resolution or some circumvention activity, service recovery can be effected and recovery actions carried out, often by specialist staff (second- or third-level support). The Incident Management system should allow for the recording of events and actions during the resolution and recovery activity.

### 5.6.5    Incident closure

Inputs:

- updated Incident details,
- resolved Incident.

Actions:

- the confirmation of the resolution with the Customer or originator
- 'close' category
- Incident.

Outputs:

- updated Incident detail,
- closed Incident record.

When the Incident has been resolved, the Service Desk should ensure that:

- details of the action taken to resolve the Incident are concise and readable
- classification is complete and accurate according to root cause
- resolution/action is agreed with the Customer – verbally or, preferably, by email or in writing
- all details applicable to this phase of the Incident control are recorded, such that:
  - the Customer is satisfied
  - cost-centre project codes are allocated
  - the time spent on the Incident is recorded
  - the person, date and time of closure are recorded.

Tips:

- This process is essential in resolving disputes between a service provider and a Customer over the validity of closure.
- It is important that there should be **restricted** access to the Incident closure routine, and this should be controlled by the Service Desk Manager.
- Incidents should be matched with the corresponding Problem/Known Error record, where one exists.

- If a closed Incident is reopened, it is important to record the reason and adjust the workload values assigned if further work is required – if not, a new Incident should be raised and linked to the original one.

### 5.6.6 Ownership, monitoring, tracking and communication

Inputs:

- Incident records.

Actions:

- monitor Incidents
- escalate Incidents
- inform User.

Outputs:

- management reports about Incident progress
- escalated Incident details; and
- Customer reports and communication.

The Service Desk is responsible for owning and overseeing the resolution of *all* outstanding Incidents, whatever the initial source, by the following procedure to:

- regularly monitor the status and progress towards resolution and against service levels of all open Incidents
- particularly note Incidents that move between different specialist support groups, as this may be indicative of uncertainty and, possibly, a dispute between support staff (in excessive cases, Incidents may be referred to Problem Management)
- give priority to monitoring high-impact Incidents
- keep affected Users informed of progress
- check for similar Incidents.

Following this procedure will help to guarantee that each individual Incident will be resolved within agreed timeframes or, at least, as soon as possible. Larger Service Desks should consider the establishment of a dedicated team for Incident monitoring and tracking.

In the event that an Incident fails to achieve satisfactory progress, the Service Desk should act in accordance with well-defined escalation procedures. These procedures should be agreed on by all support groups. In practice, it is important to be aware of support staff becoming too engrossed in an Incident, spending much time on diagnostics gathering, and consequently losing sight of the immediate User need; in all circumstances, when agreed escalation thresholds have been exceeded (which are defined in SLAs), action should be taken to escalate the matter regardless of the views of support staff.

Tips:

- Identify Incidents that are liable to breach agreed service level targets and inform the assigned solver.
- Make individuals who are identified as escalation contacts aware of any Incidents that are likely to breach service levels.
- Record in the Incident history any information regarding escalation of an Incident at the Customer end, and bring this to the attention of the escalation contacts.

■ Agree on escalation values and processes such as:
  – when 75% of the agreed time for resolution has elapsed and the request is still unresolved, the Service Desk should consult with the assigned solver on progress
  – when 90% of such time has elapsed and the request is still unresolved, the Service Desk should consult with the line manager of the assigned solver.

## 5.7 Handling of major Incidents

Major Incidents are those for which the degree of impact on the User community is extreme. Incidents for which the timescale of disruption – to even a relatively small percentage of Users – becomes excessive should also be regarded as major.

The Problem Manager should in these circumstances be notified (if not already aware) and should arrange a formal meeting with interested parties (or regular meetings if necessary). These should be attended by all key in-house support staff, vendor support staff and IT services management, with the purpose of reviewing review progress and determining the best course of action. The Service Desk representative should attend these meetings and ensure a record of actions/decisions is maintained, ideally as part of the overall Incident record.

## 5.8 Roles of the Incident Management process

Processes span the organisation's hierarchy. Therefore it is important to define the responsibilities associated with the activities that have to be performed in the process. To remain flexible, it is advisable to use the concept of roles; in many organisations roles may be combined because of the small size of the organisation or because of cost. For example, many organisations combine the roles of Change Management and Configuration Management. A role embraces a set of responsibilities, tasks and levels of authorisation.

### 5.8.1 Incident Manager

An Incident Manager has the responsibility for:
  ■ driving the efficiency and effectiveness of the Incident Management process
  ■ producing management information
  ■ managing the work of Incident support staff (first-and second-line)
  ■ monitoring the effectiveness of Incident Management and making recommendations for improvement
  ■ developing and maintaining the Incident Management systems.

In many organisations, the role of Incident Manager is assigned to the (function) Service Desk Supervisor.

### 5.8.2 Incident-handling support staff

First-line support (Service Desk) responsibilities include:
  ■ Incident registration
  ■ routing service requests to support groups when Incidents are not closed
  ■ initial support and classification

- ownership, monitoring, tracking and communication
- resolution and recovery of Incidents not assigned to second-line support
- closure of Incidents.

Second-line support (specialist groups that may be part of the Service Desk) will be involved in tasks such as:

- handling service requests
- monitoring Incident details, including the Configuration Items affected
- Incident investigation and diagnosis (including resolution where possible)
- detection of possible Problems and the assignment of them to the Problem Management team for them to raise Problem records
- the resolution and recovery of assigned Incidents.

Ownership, monitoring, tracking and communication tasks cover:

- monitoring the status and progress towards resolution of all open Incidents
- keeping affected Users informed about progress
- escalating the process if necessary.

## 5.9   Key Performance Indicators

To judge process performance, clearly defined objectives with measurable targets – often referred to as Key Performance Indicators (KPIs) – should be set. The following metrics are examples for the effectiveness and efficiency of the Incident Management process:

- total numbers of Incidents
- mean elapsed time to achieve Incident resolution or circumvention, broken down by impact code
- percentage of Incidents handled within agreed response time (Incident response-time targets may be specified in SLAs, for example, by impact code)
- average cost per Incident
- percentage of Incidents closed by the Service Desk without reference to other levels of support
- Incidents processed per Service Desk workstation
- number and percentage of Incidents resolved remotely, without the need for a visit.

Reports should be produced under the authority of the Incident Manager, who should draw up a schedule and distribution list, in collaboration with the Service Desk and support groups handling Incidents. Distribution lists should at least include IT services management and specialist support groups. Consider also making the data available to Users and Customers, for example via SLA reports.

## 5.10   Tools

Tool requirements specific to the Incident Management process are thus:

- automatic Incident logging and alerting in the event of fault detection on mainframes, networks, servers and so on (possibly through an interface to system management tools) all modifications to the Incident record being registered in order to keep control

■ 88



- automatic escalation facilities so as to facilitate the timely handling of Incidents and service requests

- highly flexible routing of Incidents as a basic requirement, because control staff may be located in multiple sites or they may be co-located in an operations bridge, and such a physical distribution may vary depending on the time of day

- automatic extraction of data records from the CMDB of a failed item and affected items

- specialised software: speed and effectiveness are major objectives of handling Incidents, and because achievement depends upon a very accurate level of Incident classification and successful matching at the point of alert, it is the classification-matching process that is an ideal application area for the use of software

- ACD (telephone) systems integration for automatically registering names and phone numbers of Users

- the presence of diagnostic tools/modules (i.e. Case-Based Reasoning) can help the diagnostic process.

Annex 5A:    Example coding system for Incident/request classification

| Type of Incident | Main Category | Sub-category | Indication Priority |
|---|---|---|---|
| Failure | Software | Wordprocessing | 2 |
| | | Spreadsheet | 2 |
| | | Business application | 1 |
| | Hardware | Mainframe | 1 |
| | | Midrange | 1 |
| | | Workstation | 2 |
| | Etc… | | |
| Service request | Password reset | | 1 |
| | Change toner cartridge | | 3 |
| | Help User | Office software | 3 |
| | | Business application | 2 |
| | Etc… | | |

*Note:* 'Priority' order to handle Incidents is primarily defined by impact and urgency. Depending on the type of call, an indication of impact and urgency (and thus priority) can be given in advance. Thus priority is often based on experience or agreements/expectations with the Customer.

Linking an 'indication priority' to a 'type of Incident' also speeds up the classification process and helps the Service Desk staff to be consistent in assigning priorities.

■■■■■■■■■■■■■■■   INCIDENT MANAGEMENT

**Annex 5B:** Example of a priority coding system

|  |  | Impact | | |
|---|---|---|---|---|
|  |  | **High** | **Medium** | **Low** |
|  | High | 1 | 2 | 3 |
| Urgency | Medium | 2 | 3 | 4 |
|  | Low | 3 | 4 | 5 |

| **Priority code** | **Description** | **Target resolution time** |
|---|---|---|
| 1 | Critical | 1 hour |
| 2 | High | 8 hours |
| 3 | Medium | 24 hours |
| 4 | Low | 48 hours |
| 5 | Planning | Planned |

*Note:* A third aspect defining priority, namely expected effort, is not incorporated in this model.

### Annex 5C:    Data requirements for service Incident records

The following data should be recorded during the Incident life-cycle:

- unique reference number
- Incident classification
- date/time recorded
- name/id of the person and/or group recording the Incident
- name/department/phone/location of User calling
- call-back method (telephone, mail etc.)
- description of symptoms
- category (often a main category and a subcategory)
- impact/urgency/priority
- Incident status (active, waiting, closed etc.)
- related Configuration Item
- support group/person to which the Incident is allocated
- related Problem/Known Error
- resolution date and time
- closure category
- closure date and time.

To have control during the complete Incident life-cycle, for every action is recorded:

- name/id of the support group or person recording the action
- type of action (routing, diagnose, recovery, resolving, closing etc.)
- date/time of action
- description and outcome of action.

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ▩ ▩ ▩ ▩ ▩      INCIDENT MANAGEMENT

Annex 5D:   The process of Incident investigation



**Annex 5E:**   Incident handling on the Service Desk (flow)

