# EXHIBIT 7



Harris Kern's *Enterprise Computing Institute*
**Solutions for IT Professionals**



# ITPROBLEM MANAGEMENT

*Gary Walker*

IT/MIS

**The complete "best practices" guide to IT problem resolution!**

# ITPROBLEM MANAGEMENT

### Gary Walker

No matter how professional your IT organization, if you can't resolve problems quickly and effectively, you'll lose your stakeholders' confidence—and fail. Nowadays, help desks aren't enough: companies want true service centers capable of delivering complex, strategic solutions. *IT Problem Management* is the first single source for building world-class problem management processes. Drawing upon his extensive consulting experience, Gary Walker presents specific improvements you can make to achieve breakthrough results in any help desk or service center—in-house or out-sourced. Coverage includes:

- Problem identification, customer validation, problem logging, service delivery, knowledge capture and sharing, and management oversight
- The Immediate Response Model: accounting for problem variability, complexity, and volume
- Detailed metrics for measuring your responsiveness
- Better ways to create and use service level agreements
- State-of-the-art tools for customer interaction, service delivery, and proactive monitoring
- New Internet and knowledge base systems: empowering users to solve their own problems
- The human side: staffing, retention, and motivation

*IT Problem Management* isn't just theory: it delivers real-world case studies, detailed benchmarks, and practical solutions for turning your help desk into a high-performance IT service center, *starting today*.

### About the Author

**GARY WALKER** is a leading IT consultant, helping Fortune 500 and emerging growth companies focus on the people, processes, and technology required to operate a highly reliable and cost-effective infrastructure.

PRENTICE HALL
Upper Saddle River, NJ 07458
www.phptr.com

X000KI43SD
IT Problem Management
Used - Good
*Fulfilled by Amazon*

# IT Problem
# Management

ISBN 0-13-030770-X



90000

9 780130 307705

**HARRIS KERN'S ENTERPRISE COMPUTING INSTITUTE**

▼ IT Problem Management
*Gary Walker*

▼ Data Warehousing: Architecture and Implementation
*Mark Humphries, Michael W. Hawkins, Michelle C. Dy*

▼ Software Development: Building Reliable Systems
*Marc Hamilton*

▼ IT Automation: The Quest for Lights Out
*Howie Lyke with Debra Cottone*

▼ IT Organization: Building a Worldclass Infrastructure
*Harris Kern, Stuart D. Galup, Guy Nemiro*

▼ High Availability: Design, Techniques, and Processes
*Michael Hawkins, Floyd Piedad*

▼ IT Services: Costs, Metrics, Benchmarking, and Marketing
*Anthony F. Tardugno, Thomas R. DiPasquale, Robert E. Matthews*

HARRIS KERN'S ENTERPRISE COMPUTING INSTITUTE

# IT Problem
# Management

## Gary Walker



Prentice Hall PTR
Upper Saddle River, NJ 07458
www.phptr.com

Library of Congress Cataloging-in-Publication Data

Walker, Gary (Gary S.)
    IT problem management / by Gary Walker
      p.  cm.
    Includes index.
    ISBN 0-13-030770-X
      1. Electronic data processing--Management. 2. Information technology.  I. Title.

    QA76.9.M3 W35 2001
    004'.068--dc21                                                        2001016383


Editorial/production supervision: *Vincent Janoski*
Acquisitions editor: *Greg Doench*
Marketing manager: *Debby vanDijk*
Manufacturing manager: *Alexis Heydt*
Cover design director: *Jerry Votta*
Series design: *Gail Cocker-Bogusz*

© 2001 by Prentice-Hall



Published by Prentice Hall PTR
Prentice-Hall, Inc.
Upper Saddle River, NJ 07458


Prentice Hall books are widely used by corporations and government agencies
for training, marketing, and resale.

The publisher offers discounts on this book when ordered in bulk quantities.
For more information, contact: Corporate Sales Department, Phone: 800-382-3419;
Fax: 201-236-7141; E-mail: corpsales@prenhall.com; or write: Prentice Hall PTR,
Corp. Sales Dept., One Lake Street, Upper Saddle River, NJ 07458.

All products or services mentioned in this book are the trademarks or service marks of their respective
companies or organizations.

All rights reserved. No part of this book may be reproduced, in any form or by any means, without per-
mission in writing from the publisher.

Printed in the United States of America
10 9 8 7 6 5 4 3 2

ISBN   0-13-030770-X

Prentice-Hall International (UK) Limited, *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall Hispanoamericana, S.A., *Mexico*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Prentice-Hall Asia Pte. Ltd.
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*

*To Sharon—you are truly magnificent.*



# Contents

Acknowledgments     xi

Preface     xiii

**Chapter 1**

**Introduction to Problem Management**     **1**

1.1   Help Desk     2

1.2   Internal and External Service Centers     3

1.3   Building a Successful Service Center     4

1.4   Problem Management Process Overview     7

1.5   Management Review and Oversight     11

**Chapter 2**

# Service Center Organization 13

2.1  Immediate Response Model 14

2.2  Managed Response Model 22

**Chapter 3**

# Maintaining a Service Catalog 25

3.1  Add a New Service 27

3.2  Remove a Service 32

**Chapter 4**

# Problem Identification 35

4.1  Problem Discovery 36

4.2  Problem Reporting Access 37

4.3  The Proactive Service Center 42

4.4  Implementation Considerations 44

**Chapter 5**

# Customer Validation 45

5.1  Typical Validation 47

5.2  Formal Validation 49

5.3  Validation Process Description 50

5.4  Validation Implementation 54

**Chapter 6**

## Problem Logging                                       57

   6.1  Current Problem Logging Approaches                58

   6.2  Future Problem Logging Methods                    60

   6.3  Service Request Categories Overview               64

   6.4  Prioritizing Requests Overview                    71

**Chapter 7**

## Service Delivery                                      85

   7.1  Problem Determination                             86

   7.2  Work Restoration                                  90

   7.3  Service Center Organization Overview              105

   7.4  Escalation                                        108

   7.5  Tier 1, 2, and 3 Problem Management Responsibilities   121

   7.6  Service Request (Ticket) Ownership                123

**Chapter 8**

## Knowledge Capture and Sharing                         127

   8.1  Knowledge Capture and Sharing Overview            128

   8.2  Knowledge Capture Process                         130

   8.3  Implementation                                    135

**Chapter 9**

## Management, Review, and Oversight                     137

   9.1  Building Your Plan: Strategic Objectives and Metrics   138

9.2  Using Metrics to Measure Your Progress                    140

9.3  Formal Review of Metrics                                  166

9.4  Key Roles and Management Teams                            168

9.5  Reports                                                   172

## Chapter 10

# Service Level Agreements                                      175

10.1  SLA Content                                              177

10.2  Using the SLA                                            179

## Chapter 11

# Service Center Tools                                          181

11.1  Access Tools                                             184

11.2  Service Delivery Tools                                   188

11.3  Proactive Monitoring Tools                               203

11.4  Customer-Enabling Tools                                  205

## Chapter 12

# Motivation                                                    209

12.1  Motivation Through Reward                                210

12.2  Motivation Through Incentives                            213

12.3  Other Motivation Techniques                             214

12.4  The Manager's Role in Motivation                         218

# Index                                                         229



**Chapter**

**7**

# Service Delivery

The service delivery process is initiated following the problem logging process, as shown in Figure 7–1. Once the customer has been validated and the problem logged, the service center must provide some solution for the request. The service delivery process can be subdivided into two core processes: problem determination and work restoration. First, service center agents must use processes and techniques to gather enough information to determine the cause of the problem. Once the problem is uncovered, agents can develop a strategy to resolve it. The strategy may involve testing one or more solutions and then applying the correct one. The problem is not considered resolved until the customer accepts the proposed solution.

Solving the problem and delivering the final solution (a process called *work restoration*) may be beyond the capability or problem-solving time limits of the tier 1 agent. When this occurs, the agent must escalate or route the problem to another resource pool.



**Figure 7–1**   The service delivery process follows the problem logging process.

# ▶ 7.1  Problem Determination

The goal of the problem determination process is to gather enough information to identify the underlying problem the customer is experiencing. Customers usually report the symptoms, not the cause, of the problem they are experiencing. To eliminate the troublesome symptoms, the service center must find the solution to the underlying problem.

Often, the reported symptoms will be familiar enough to the agent that he or she will know the underlying problem and can quickly implement a solution. The symptoms are usually gathered during the logging process so that the agent can categorize and prioritize the ticket. If it is not a familiar problem, the agent must gather additional information.

Gathering the additional information requires interaction between the agent and the customer. The interaction may be over the phone or via electronic communications. In either case, the agent must ask questions that identify what the customer was trying to do that couldn't be done and the environmental conditions that existed at the time the problem occurred.

To eliminate the symptoms the customer is experiencing, the underlying problem must be discovered. As mentioned, the symptoms may be so common that the problem is immediately identified. In other cases, the symptoms are not familiar, so the agents must begin problem solving. The exception to this occurs when the sources identifying the problem are monitoring tools. If your service center is set up so that

tickets can be generated automatically by monitoring tools, then the monitoring tools should report only problems, not symptoms. The use of thresholds and event correlation software should eliminate or filter out symptoms and ensure that tickets are generated only for true problems or potential problems (being proactive).

Identifying the underlying problem is an iterative process. The agent works with the customer to systematically identify and eliminate the possible underlying causes of the problem. The process continues until the problem is resolved, and it may involve one or more service center agents. The first task for the agent is to determine what the customer was trying to accomplish and then what kept the customer from doing it. While this sounds obvious, it is often the case that the customer tells you only the symptom or only part of what he or she was trying to accomplish. Problem solving should not proceed until the agent has clarified the true problem. An agent can waste a lot of time attempting to resolve a symptom instead of the problem.

Once the problem has been clarified, the agent may know the solution. If not, he or she needs to gather other information that might be related to the problem, such as the environmental conditions. Beyond the obvious items, such as the customer's hardware and software, the agent should find out what other applications were running at the time the problem occurred. The agent should find out if the problem has occurred before, if it happens consistently, if it can be re-created, if the user has reported the problem previously, and what the user has done to fix or work around the problem. The agent must gather all the related information and attempt to filter out unnecessary details.

If the service center agent has remote control tools, he or she can very quickly gather all of this information. Using the tools is particularly helpful when the customer is not very technically savvy and may have difficulty answering the agent's questions. With remote control, the agent can gather the information directly, relying less on the customer. This is an extremely productive approach when the agents have the tools, know how to use them, and have permission from the customer.

Once the information has been gathered, the agent may recognize the problem and may know the solution. If the agent recognizes the problem and a solution is available, the agent should apply the solution and verify that it actually fixed the customer's problem. If the customer is satisfied, the agent closes the ticket. If the tested solution does not fix the problem or no solutions are available, the agent may need to ask

87

more questions and the process begins again (see Figure 7–2). If the problem is new to the agent and the solution is not known, the agent must take some other action to find a solution.

Agents will inevitably encounter problems that they do not recognize. After they have identified and documented what the customer was attempting to do, what was expected to occur, what actually occurred, and all the related environmental information, agents should check the knowledge base for documentation of the same, or a similar, problem. If knowledge base reports (KBRs) are found, the agent identifies the subset of reports that are most likely to resolve the problem. The agent must then iterate through the reports until a solution is found and accepted by the customer. If none of the KBRs fix the problem or no reports are found, the agent must take some other action.

Assuming the agent has documented the problem, does not recognize the problem or a solution, and cannot find the problem or its solution in the knowledge base, he or she must develop a list of the possible causes, possible solutions, and related assumptions. The agent should iterate through the list of possible problems, eliminating them from the list when they are disproved, eventually ending up with a short list of possibilities. Once the short list is created, the agent should verify all assumptions and test possible solutions. At any point, the agent may require additional information that he or she can get from the customer or can gather directly by using a remote control tool. Hopefully, this approach will lead to the solution, which the agent can apply and the customer will accept. Once the customer accepts the solution, the agent should start the knowledge base process to capture the new problem, symptoms, solution, and other pertinent information.

The problem-solving process just discussed is shown in Figure 7–2. It shows that the agent starts the process by clarifying the problem and gathering all the environmental information that may be related to the problem. When this task is accomplished, the agent may recognize the problem and know the solution. If not, the agent proceeds to search the knowledge base. If the problem or solution, or both, are not found, then the agent must develop a list of possible causes and solutions, and then iterate through those until the correct solution is found.



**Figure 7–2**   **An approach to the problem-solving process.**

## ▶ 7.2 Work Restoration

After determining and documenting the problem, the work restoration process begins. To return service as quickly as possible to the client, it may be necessary to provide the customer with a problem bypass. A problem bypass, or workaround, is a partial or complete circumvention of a problem prior to final resolution of the problem. Problem bypass varies, depending on the type of problem. For example, if the problem is a server down, then a hot backup server may already be in place and the customer may not have even noticed that his or her server was down—the bypass occurred automatically. Other problems may have simple workarounds available that are documented in the knowledge base. In these cases, the customer is provided with a workaround so they can continue to work until the root problem is resolved. A typical example is that a customer's default network printer is down, so they are instructed on how to use a different network printer until their printer is repaired.

Work restoration is the process the service center implements to resolve customer problems. It requires that agents clarify problems and then find and apply solutions or workarounds. A service center needs to establish processes to ensure that agents take all of the necessary steps to resolve the customer's problem, and then document that knowledge for the benefit of all other users. In a multitier service center model, defining the work restoration process is even more important because tickets are passed from tier to tier and group to group. This is important to ensure that agents take all the necessary steps prior to escalating the problem to another agent. Not only do work restoration processes need to be developed for each tier, thorough escalation procedures must be included as well.

Eliminating customer problems is often a difficult task because the customer environment has become very complex. Resolving problems in this complex environment often requires specialized expertise, cooperation, and assistance spanning multiple disciplines. To provide that expertise efficiently, many service centers are organized using a multitiered organization model. The multitiered model, with specialized pools of expertise at each tier level, is efficient for maximizing expert resource utilization, but can actually increase the difficulty of resolving a given problem, because the structure adds complexity to the problem-solving process.

The work restoration process currently used in many service centers is ineffective. Only a limited number of problems can be resolved at tier 1. This is a result of too little expertise at tier 1, lack of a knowledge base to work from, and too many tasks owned by tiers 2 and 3. As a result, many items are escalated. Items that are escalated or routed take longer to resolve and often end with the tier 1 and tier 2 agents spending time gathering the same information. To make matters worse, it is often the case that in many service centers, every item escalated to a tier 2 desktop software group results in a dispatch to the customer's desk. This of course is extremely inefficient and wastes a lot of time spent traveling.

To effectively manage the multitier model, a service center must define problem-solving responsibilities at each tier and must have well defined procedures that describe when and how problems should be routed or escalated between tiers. A service center must also establish which problems and services each tier is expected to resolve (a concept called *ownership*) and where to route that problem when the intended tier cannot resolve the problem.

All of these problems can be overcome by implementing better processes and tools, providing training, and defining tier-level responsibilities. The work restoration process is subdivided into series of steps that repeat until the problem is resolved or a bypass has been provided to the customer. The processes defined in the following sections are for a multitiered service center with multiple pools of expertise available at tier 2 and tier 3. Moving a service request from one tier to the next is referred to as *escalation* and typically occurs when one tier does all the work they can do and there is still work to be done. Many people choose to refer to this routine, predefined escalation as *routing* and only use the term escalation to refer to nonroutine escalations (such as a customer requesting to speak to a manager). Many service centers have predefined a subset of problems that are automatically escalated (routed) to tier 2, without the tier 1 agent attempting to resolve the problem. A typical example is hardware support, which is often outsourced.

The following sections discuss in detail the problem determination and work restoration process steps, prioritizing service requests, escalation procedures, service center tiers, resource pools within each tier, and responsibilities at each tier.

The key objectives in work restoration are to

1. Provide a solution to the root cause of the problem as quickly as possible.
2. Provide a workaround solution as quickly as possible if a repair for the root cause is not available.
3. Resolve as many problems as possible during the initial contact (at tier 1) with the customer.
4. Route or escalate as few problems as possible.
5. Minimize the number of problems escalated to tier 3 agents.
6. Dispatch tier 2 agents only when the problem cannot be resolved remotely.

## 7.2.1 Tier 1 Service Center Problem-Solving Process

The problem-solving process in Figure 7–2 is used again in Figures 7–3, 7–4, and 7–5, but it has been augmented with escalation procedures. As the illustrations show, the problem-solving process is essentially the same, no matter which agent at which tier is trying to solve a problem. The difference comes in when the agent solving the problem has done all that he or she can to solve the problem and there is still work to be done. The additional escalation steps and considerations are indicated with heavy black lines. Escalation usually occurs under five circumstances.

1. The agent has reached a predefined time limit and must pass the problem to someone else.
2. The problem is beyond the skill level of the agent.
3. The problem resolution requires security rights that the agent does not have.
4. The priority and nature of the problem requires the agent to forward the problem to a specialist or a priority-handling team.
5. The customer has requested that the problem be escalated.

As Figure 7–3 illustrates, when a customer request comes into the service center and is categorized as a problem, the service center must identify and resolve the problem. Agents may be very familiar with the problem and may also know the solution. If it is not a common problem, the agents should search the knowledge base to find a matching KBR. In either case, the agent recognized the problem or found a matching KBR, he or she must determine if a resolution is available. The resolution may

be known or documented in the KBR. If known or found, the agent provides the resolution to the customer. The customer tries the resolution and either accepts it, in which case the agent closes the ticket, or does not accept it, in which case the agent must go back to the knowledge base and continue searching for applicable KBRs or continue trying resolutions (if more than one was available on the original KBR).

If no resolutions are found or known, the agent should check to see if the same problem or a similar one was previously escalated for resolution. If it is a common, recurring problem without a resolution, most agents will know this and should inform the customer that someone has been assigned (hopefully) to fix it. The agent should also tell the customer when the service center will contact him or her with a status update and the target resolution date, if known. For example, it may be a known bug that will be fixed in the next release of the software due out in August. If the customer accepts this situation, then the ticket is updated to set a tickler and kept open. If the customer does not accept this situation, the ticket and the customer are escalated to the appropriate predefined manager.

If the knowledge base was searched and a KBR was not found, then the problem is a new problem for the service center and the agent begins analysis and troubleshooting. The agent continues to collect information and explore the conditions around the symptoms in an effort to isolate the problem. If the agent has gathered all of the data required to understand the problem but is still unable to provide a resolution, then the agent should seek permission from the customer to take remote control of the PC, if remote control tools are available. If a resolution still cannot be found, then the agent should escalate the problem to tier 2. If a resolution is found, then the agent must determine if a new KBR is required. If it is required, then the agent should proceed to the knowledge base process. If a new report is not required, then an existing report probably needs to be updated with the new symptoms that were not found during the original search of the knowledge base.

If the customer accepts the resolution, the ticket is closed. If the customer does not accept the resolution, the agent returns once more to the knowledge base or continues troubleshooting. If the agent has diligently and thoroughly searched the knowledge base and has performed the appropriate troubleshooting but has not found a resolution, the problem should be escalated to the appropriate tier 2 resource pool.

> There are a couple of risks in this process that the service center manager or a shift manager must carefully monitor. In the case where a problem is common, the process allows the agent to skip searching the knowledge base. This is allowed for the sake of speed. The risk, though, is that if a new resolution has become available, the agent may not know about it because he or she has not reviewed the KBR. The second risk is that the agent may get in the habit of skipping the knowledge base. This could lead to problems being unnecessarily escalated, or the agent may waste time troubleshooting a problem that has already been resolved. The service center manager or shift manager must gather metrics to monitor the use of the knowledge base.

## 7.2.2  Tier 2 Service Center Problem-Solving Process

The first thing that a tier 2 agent must do is review the initial response time commitment made to the customer. This allows the agent to prioritize his or her work so that the service center meets its customer commitments. The agent is responsible for achieving that commitment. Once the agent understands the commitment, he or she must review the ticket, then check to see if the problem has been previously identified. This is an important step to ensure that the agent doesn't begin to troubleshoot a problem that someone else is already working on. If the agent finds that the problem has been previously identified, then the agent should inform the customer that someone is working on the problem but it has not yet been resolved. If the customer accepts that position, the agent updates the ticket and keeps it open. The customer may not accept that position, in which case the customer and the ticket should be escalated to the appropriate manager.

How the tier 2 agent finds out if the problem has been previously identified varies by service center. In Figure 7–4, this step occurs immediately after the tier 2 agent reviews the ticket. The agent can stop work immediately if he or she discovers or knows that someone is already assigned and working on the problem. In smaller tier 2 resource pools, it is possible that all the agents in the pool know what everyone else is working on. If they don't know, then how does an agent find out? Many resource pools keep a list of problems they are working on, the associated plan for completing the work, the name of the agent assigned, and other helpful information so that the manager of that resource pool can keep track of the work on his or her plate. If the pool maintains a list of these assigned problems, then all agents can review the list to see if the problem has been previously identified.



**Figure 7–3**   Tier 1 problem-solving approach with escalation.



**Figure 7–4   Tier 2 problem-solving approach with escalation.**

96

Some service centers build a knowledge base report for each new problem, even if the problem has not yet been resolved. This is a good approach because it allows all service center agents to see that the problem has been previously identified and that someone is already responsible for finding a solution. In this scenario, the knowledge base is the communication device. For service centers that use this approach, the tier 2 problem-solving diagram would be slightly different than the one shown in Figure 7–4. The "Problem previously identified?" diamond would be eliminated. The agent would search the knowledge base and find a matching report that does not have a resolution but a note that someone else is assigned to the problem and is working on it. The agent would notify the customer and stop working on the problem. This approach is shown in Figure 7–5.

Back to the tier 2 problem-solving process. After the agent understands the response time commitments and reviews the ticket, he or she may recognize the problem, even though the tier 1 agent did not. If the tier 2 agent recognizes the problem and a solution is available, he or she proceeds to the apply resolution process. If the problem is recognized but a solution is not available, the agent can either search the knowledge base or gather more data. The agent's choice depends to some extent on what the tier 1 agent did prior to escalating the ticket. The ticket may show that the tier 1 agent thoroughly searched the knowledge base and did not find a matching report. The ticket may also show that the tier 1 agent did *not* thoroughly search the knowledge base, so the tier 2 agent may decide to perform his own search before gathering additional data. If the tier 2 agent believes that the tier 1 agent conducted a thorough search of the knowledge base, he or she should proceed to the data gathering process.

If the tier 2 agent searches the knowledge base with the information the tier 1 agent documented in the ticket and finds the correct KBR, that fact should be captured, which is shown as "Document missed KBR" in the process diagram. It is a valuable metric to capture. If a tier 2 agent finds the solution in a KBR, using the same information as the tier 1 agent, you need to figure out why the ticket was escalated. Does the tier 1 agent need additional training on how to search the knowledge base? Was the tier 1 agent forced to escalate the ticket because he or she ran out of time? Did the tier 1 agent bother to search the knowledge base, or did he or she simply escalate the ticket? These are important issues for you to monitor. Gathering these metrics could indicate a

problem with a particular agent or perhaps with the knowledge base in general. If many tier 1 agents are not finding KBRs, then perhaps the there are many "bad" reports in the system, or perhaps the system is too slow. You should take corrective action to keep your tier 1 resolution rates up. Further, most tier 2 agents become very frustrated when a problem that should have and could have been resolved at tier 1 becomes their responsibility. Morale and mutual respect can suffer.

If the tier 2 agent finds a matching KBR and a solution is available, he or she proceeds to the apply resolution process. If the agent finds a matching report but a solution is not available, the agent may need to gather additional data to clarify the problem and search the knowledge base again.

If the agent has gathered as much data as possible, has thoroughly clarified the problem, thoroughly searched the knowledge base, and no matching report was found, then the agent is facing a new problem and must develop a resolution strategy. The resolution strategy is the sum of all the ideas the agent has on how to solve the problem, based on the given data. When problem solving, most people have a list of things to try and a list of assumptions. The agent should document and prioritize both, and then systematically validate or eliminate assumptions. The agent may seek permission to make a site visit or use remote control tools, if available. He or she should then proceed to the *apply resolution process* (described in the next section) with each of the possible solutions, trying each until the problem is solved. If after trying each solution, the problem is not fixed, the agent should inform the customer that the problem will be escalated to tier 3 and what the initial response time will be from the tier 3 agent.

## Apply Resolution Process

This subprocess is initiated when an agent has a resolution for the customer. If remote control tools are available, the agent should get permission from the customer and then take remote control of the customer's machine. Then the agent applies or executes the solution remotely. If the customer accepts the solution, then the agent should start the knowledge base process, if necessary, and then close the customer's ticket. If the customer does not accept the solution or the solution doesn't work, then the agent should initiate the data gathering process, described next.



**Figure 7–5**   The apply resolution process.

If remote control tools are not available, then the agent must decide if a site visit is required to apply the solution. If it is not required, the agent must contact the customer (by telephone, email, fax) and step him or her through the resolution steps. If the customer accepts the solution, the agent should start the knowledge base process, if necessary, and then close the customer's ticket. If the customer does not accept the solution or the solution doesn't work, then the agent should initiate the data gathering process.

If remote control tools are not available and a site visit is required to apply the solution, the agent should get permission from a manager to be dispatched. If the agent gets permission, then he or she visits the site and applies the solution. If the manager does not permit the site visit, the agent must contact the customer and step him or her through the resolution steps. In either case, if the customer accepts the solution, the agent should start the knowledge base process, if necessary, and then close the customer's ticket. If the customer does not accept the solution or the solution doesn't work, then the agent should initiate the data gathering process.