The site visit approval step is included in the process, but may not be required in all circumstances. For example, hardware problems will nearly always require a site visit. If your service center has a tier 2 resource pool dedicated to hardware support, then agents may not be required to seek approval from the manager. The intent of this step is to prevent habitual dispatch. If you are attempting to break the cycle of agents automatically visiting the customer's desktop to troubleshoot and apply solutions, this step is a control mechanism that can help you "retrain" agents. It may be required for only a few months, or it may need to be a permanent part of your process.

## Data-Gathering Process

Figure 7–6 illustrates the data-gathering process. This subprocess is initiated when an agent requires more data to solve the customer's problem. If remote control tools are available, the agent should get permission from the customer and then take remote control of the customer's machine. Then the agent gathers the data remotely and may require little input from the customer. When the agent has gathered enough additional data, he or she returns to the tier 2 problem-solving approach and searches the knowledge base, using the new information.

If remote control tools are not available, then the agent must decide if a site visit is required to gather additional information. If it is not required, the agent must contact the customer with a set of questions to gather the additional data required. When the agent has gathered enough additional data, he or she returns to the tier 2 problem-solving approach and searches the knowledge base, using the new information.

If remote control tools are not available and a site visit is required to gather additional data, the agent should get permission for the visit from a manager. If the agent gets permission, then he or she visits the site and gathers additional data. If the manager does not permit the site visit, the agent must contact the customer to ask new questions. When the agent has gathered enough additional data, he or she returns to the tier 2 problem-solving approach and searches the knowledge base, using the new information. If the agent is at the customer site, he or she may be able to access the knowledge base directly from the customer's machine. If not, the agent may develop a resolution strategy and attempt solutions at the customer's site.



**Figure 7–6**   The data-gathering process.

## 7.2.3  Tier 3 Service Center Problem-Solving Process

The tier 3 process, shown in Figure 7–7, is very similar to the tier 2 process, but there are some differences that should be discussed. The first thing that a tier 3 agent must do is review the initial response time commitment made to the customer. This allows the agent to prioritize his or her work so that the service center meets its customer commitments. The agent is responsible for achieving that commitment. Once the agent understands the commitment, he or she must review the ticket.

After the agent understands the response time commitments and reviews the ticket, he or she may recognize the problem, even though the tier 2 agent did not. If the tier 3 agent recognizes the problem and a solution is available, he or she proceeds to the apply resolution process. If the problem is recognized but a solution is not available, the agent can either search the knowledge base or gather more data. The agent's choice depends to some extent on what the tier 2 agent did prior to escalating the ticket. The ticket may show that the tier 2 agent thor-

oughly searched the knowledge base and did not find a matching report. The ticket may also show that the tier 2 agent did *not* thoroughly search the knowledge base, so the tier 3 agent may decide to perform his own search before attempting to gather additional data. If the tier 3 agent believes that the tier 2 agent conducted a thorough search of the knowledge base, he or she should proceed to the data gathering process.

If the tier 3 agent searches the knowledge base with the information the tier 1 and tier 2 agents documented in the ticket and finds the correct KBR, that fact should be captured, which is shown as "Document missed KBR" in the process diagram. It is a valuable metric to capture. If a tier 3 agent finds the solution in a KBR, using the same information as the tier 1 and/or 2 agent, you need to figure out why the ticket was escalated. Does the tier 1 or 2 agent need additional training on how to search the knowledge base? Was the tier 1 or 2 agent forced to escalate the ticket because he or she ran out of time? Did the tier 1 or 2 agent bother to search the knowledge base, or did he or she simply escalate the ticket? These are important issues for you to monitor. Gathering these metrics could indicate a problem with a particular agent or perhaps with the knowledge base in general. If many tier 1 or 2 agents are not finding KBRs, then perhaps there are many bad reports in the system or perhaps it is too slow. You should take corrective action to keep your tier 1 and 2 resolution rates up. As mentioned about tier 2 agents, most tier 3 agents become very frustrated when a problem that should have and could have been resolved at tier 1 or 2 becomes their responsibility. Morale and mutual respect can suffer.

If the tier 3 agent finds a matching KBR and a solution is available, he or she proceeds to the apply resolution process. If the agent finds a matching report but a solution is not available, the agent may need to gather additional data to clarify the problem and search the knowledge base again.

If the agent has gathered as much data as possible, has thoroughly clarified the problem, thoroughly searched the knowledge base, and no matching report was found, then the agent is facing a new problem and must develop a resolution strategy. The resolution strategy is the sum of all the ideas the agent has on how to solve the problem, based on the given data. When problem solving, most people have a list of things to try and a list of assumptions. The agent should document and prioritize both, and then systematically validate or eliminate assumptions.



**Figure 7–7**   Tier 3 problem-solving approach with escalation.

The agent may seek permission to make a site visit or use remote control tools, if available. The agent should then proceed to the apply resolution process with each of the possible solutions, trying each until the problem is solved. If after trying each solution, the problem is not fixed, what occurs next depends on your organization and the type of problem. In the case of a tier 3 agent, there may be no one else to escalate the problem to. If this is the case, the tier 3 agent should notify the pool owner. In some cases, tier 3 could escalate certain problems to the appropriate vendors or in-house development teams (if they are not already considered tier 3). Prior to escalating, the agent must update the ticket and either the agent or the help desk must inform the customer of the escalation and when the initial response should be received by the tier 3 resource. If there is no where else to escalate the ticket, then the tier 3 resource pool continues attempting to resolve the problem by starting the process over again. This may require the team to research many different sources, including the Internet, chat forums, and so on. The agent should inform the customer what will happen next, and if possible, give the customer a time commitment.

## 7.2.4  Customer Follow-up

All service centers should consider implementing a policy to follow up with customers after a ticket is closed. This is an excellent way to generate goodwill by showing the customers that the service center cares. The service center should check to see if the problem has truly been resolved or if the customer is still experiencing problems. Further, the service center needs to tell the customer how to reopen the ticket should the problem recur. It is important to reopen the ticket as opposed to creating a new ticket when the same problem recurs. Reopening the ticket indicates that the problem may not have been resolved correctly in the first place. If this is the case, then someone must find the real solution and may need to update a knowledge base report so that the "bad" solution is not propagated. It may also indicate that testing of the original solution was not adequately performed.

For follow-up to be effective, it should occur within a few days of the incident closure. Follow-up contact does not have to be—in fact, should not be—a lengthy process. The shorter the better for both the service center and the customer. You really only need to ask if the solution worked and if the customer is satisfied with the solution. You may

also ask if the customer is satisfied with the service center. As mentioned, you should provide the customer with instructions on how to reopen the ticket, if necessary. The follow-up contact can occur in several different ways. Many service centers have one person who is designated to provide all of the follow-up contact. Another approach is to have the original owner of the ticket follow up with the customer. This is a nice touch but requires that the tier 1 agents have time to conduct follow-up work. A third approach is to create a pool of required follow-up contacts and assign groups to share the responsibility, in addition to their normal service center responsibilities. This is a good approach too, because it makes customer follow-up and satisfaction everyone's responsibility. A final approach is to send an email as a follow-up. While this lacks the personal touch, it makes up for it in other ways. First, it does not increase the workload of service center agents. The email can be generated automatically when the ticket status is changed to closed. Summary information from the ticket and even the SLA can be added automatically, showing the service center's performance. Instructions on how to reopen the ticket, or a reopen button, can be added automatically. A reference to the online database can be provided so customers can help themselves next time, if necessary. Finally, you can ask customers for feedback on their service center experience by placing some satisfaction-level buttons on an attached form. The user clicks one of no more than five buttons indicating the level of satisfaction with the service center. Wouldn't it be terrific to have satisfaction feedback from the customer on every closed incident?

## ▶ 7.3  Service Center Organization Overview

The organization of the service center determines where and how items are escalated and routed. Many internal service centers use, and will continue to use, a three-tiered organizational structure to provide response to service requests. The resource pools within each tier are relatively small, and typically, each successive tier has more expertise in a specific area than the previous tier. Generally, when items are escalated they move to a pool, not to a specific individual.

The key objectives in service center organization are to

1. Ensure that each service center escalation pool clearly understands their service center responsibilities.

2. Ensure that each service center escalation pool clearly understands their initial response time commitments.

3. Ensure that each service center escalation pool clearly understands where to escalate items should escalation be warranted.

4. Ensure that the service center escalation pool manager clearly understands his or her responsibilities and commitments.

### 7.3.1  Multiple Help Desks

Many companies have multiple internal help desks, as illustrated in Figure 7–8. For example, there may be one help desk that supports internal corporate headquarter customers, a second help desk at a different location that supports a corporate subsidiary, a third help desk that supports the wide area network, a fourth help desk for telecommunications, and so on. This setup is characteristic of evolution, not design. As applications and systems become more distributed and more and more information is shared between corporate and its business units, it becomes increasingly difficult to find the correct owner of a particular problem. Help desks in these environments are under increasing pressure to cooperate and resolve problems. As the users' environments begin to appear and act more homogeneous, help desks and service centers serving those customers must adapt to those changes. These help desks and service centers must operate as one virtual service center to satisfy customers. Although politics and "turf" will probably be obstacles, it would certainly be in the best interest of all the help desks involved to take the time to organize themselves as a single virtual help desk or service center. This can be accomplished by taking action jointly to accomplish the four goals listed above.

If you can get beyond basic cooperation, there are many other benefits to be had on a corporate-wide basis. One center can provide after-hours support for all of the help desks. The corporation could leverage buying power to purchase common support tools, allowing for simplified data sharing. If all customers called the same number, an automatic call distribution (ACD) could route calls to a large virtual pool of resources. According to queuing theory, this would be a much more efficient use of resources. Trained resources from one business unit

could take overflow calls from another and provide equally good service. The customer would never know. If specialized expertise is required, it can come from anywhere in the entire corporate structure. Calls requiring dispatch can easily be routed to the correct resource pool at the correct site. The potential benefits to customers across the entire corporation are significant.



Inbound Customer Calls

Distribution of Calls From ACD and PMS

ACD - Automated Call Distribution

PMS - Problem Managment System

**Figure 7-8**   Multisite virtual service center.

7.3 Service Center Organization Overview                                    107

# ▶ 7.4  Escalation

Escalation is the process of transferring responsibility for resolving a problem from one agent to another agent or to a pool of agents. Escalation occurs when one agent has completed all the work that he or she can on the problem and there is still work to be done. Many service centers refer to this as routing instead of escalation, choosing to use the term escalation for nonroutine transfers. We will use the term escalation to refer to both routine and nonroutine transfers.

Routine transfers imply predefined rules and guidelines. For routine escalation to work effectively, those guidelines and rules must be well defined, firmly in place, and constantly monitored and tuned. The overall performance of the service center is greatly impacted by how well escalation is handled. In a multitiered service center, escalation is predefined to control the transfer of problems from one tier to the next. Generally, a multitiered environment is organized so that tier 1 can handle 80 percent of the problems reported. Tier 1 is usually composed of agents who are considered generalists because they have a broad range of knowledge that spans all of the products supported by the service center. Tier 2 and 3 are typically composed of experts who have more in-depth knowledge of fewer products. Tier 1 agents generally know a little about a lot of products, while tier 2 and 3 agents know a lot about one or two products. When a tier 1 agent cannot resolve a problem, it is transferred (escalated) to a tier 2 specialist. Problems can also be transferred when an agent exceeds a predefined time limit for resolving problems, when an agent does not have authority to fix a problem, when a problem is predefined to be handled at tier 2 or 3, or when a customer asks for the problem to be escalated (nonroutine).

## 7.4.1  Defining Escalation

To successfully handle escalation, the service center must define

- What items can be escalated
- When those items should be escalated
- What information must be gathered prior to escalating
- Where the item is transferred (which group or person receives it)
- Service levels for escalated problems

- Ownership and responsibility of escalated items
- What must be communicated to the customer

The easiest way to define and organize this information is on a service-by-service basis. For each service, you should define whether or not the item can be escalated, under what circumstances it can be escalated, what information should be gathered prior to escalating (what the next agent will need), where the service is escalated (the agent or pool of agents), the receiving agent's responsibility, and what the sending agent should tell the customer. Some of these things will span all services or a group of services, and so do not need to be redefined for each service. For example, service levels such as expected response time by the receiving agent are most likely consistent across all products and services that the agent receives and are based more on the priority. However, if there is a unique service level for a service, it should be documented. If any special information is required by the receiving agent, you should document this for the service to ensure that the sending agent gathers that information prior to transferring the problem. This may prevent the receiving agent from having to contact the customer.

A service catalog is a helpful tool for defining escalation. For the purposes of escalation, limit the list to any service that can be escalated. Your service catalog may closely mirror your subject tree and include services such as product A support, product B support, and so forth. You can certainly subdivide each of those into lower levels if you choose to, or need to, to accommodate escalation. To decide the appropriate level, consider if tier 1 agents have authority to handle all aspects of support for the product in question or if certain aspects are escalated automatically. For example, suppose product A is Microsoft Exchange. Tier 1 agents can support many components of Exchange and can resolve a wide variety of problems. However, if a customer calls and requests a new mail box, the tier 1 agent does not have the authority to create one.

Once the service catalog is defined, you can define all the important information for each service. For each service, you should define where it is initially handled. Is tier 1 responsible for providing this service or does it go immediately to a tier 2 pool? Document the escalation path for each service. The escalation path shows the group that starts the service and then which group it moves to when escalation is required. Table 7–1 is an example of an escalation plan.

**Table 7–1**   Where Items Are Escalated

| Product | Service | Tier 1 | | | Tier 2 | | | Tier 3 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Pool A | Pool B | Pool C | Pool D | Pool E | Pool F | Pool G | Pool H | Pool I |
| Prod A | 1 | R | | | | R | | R | | |
| | 2 | R | | | R | | | | R | |
| | 3 | D | D | D | | | R | | R | |
| | 4 | R | | | | R | | | | R |
| Prod B | | R | R | R | R | | | | | R |
| Prod C | 1 | | | R | R | | | | | R |
| | 2 | | | R | R | | | | | R |
| | 3 | | | R | R | | | | | R |
| Prod D | | | R | | | | R | R | | |

In Table 7–1, supported products are subdivided into services provided for that product. Service 2 of product A is received and resolved (R) by the tier 1 pool A. If they have to escalate the problem, it goes to tier 2 pool D. If tier 2 pool D can't resolve the problem, it is escalated to tier 3, pool H. Notice that you can follow the escalation path on a service-by-service basis. Notice that product A service 3 can be received by any tier 1 pool, but is immediately dispatched (D) to tier 2 pool F. If product A were Microsoft Exchange, service 3 might be Add a New Mailbox, which according to company policy must be done by tier 2 pool F. You can use any variety of methods to document this information, but a spreadsheet may be useful because you can sort by resource pool to get a complete list of services that each pool provides. The combination of product and service columns can match your subject tree. The other benefit of this approach is that you can use the table to set up the automatic escalation capabilities of your PMS (if it supports this function). Most PMSs allow you to set a time-limit trigger that automatically escalates the ticket to the predefined person or group when a certain amount of time has gone by. Many systems base escalation and routing on predefined paths based on the product or service selected for the ticket.

This may seem like a lot of work, and it is, but it is definitely worth it. You expect your agents to know what to do with problems, so you

should define it or formalize it. If your agents are already routing tick-
ets based on a general understanding of which pools handle which
problems, you should get representatives from those pools together
and go through this exercise. It is amazing how quickly problems sur-
face and require clarification. It is generally an eye-opening experience
for everyone involved. The other benefit is that if there are services
immediately dispatched from tier 1 to tier 2, this spreadsheet can be
sorted to show them to you. If you want tier 1 to handle more services,
this creates your list of possible services to move to tier 1 for resolu-
tion. This too is an eye-opening experience, because tier 2 or 3
resources may be reluctant to give up responsibility for a host of rea-
sons. If you hear comments like "The tier 1 resources don't have the
skills" or "The tier 1 agents can't have the authority to do that," you
should closely consider those statements to determine if tier 1 one truly
can't handle the service or if tier 2 doesn't want to give up turf. You
can cut and paste these tier 2 services into yet another spreadsheet and
document the prerequisites for moving the service to tier 1. Those pre-
requisites could include training and tools that must be implemented.
You could also document key milestones for each service, showing
when tools must be implemented, when training must be complete, and
when the cut-over is scheduled to occur.

## Special Data Requirements

You can create a similar spreadsheet that captures any special data that
one tier must gather before escalating the request to a subsequent tier.
Why would you want to go to this trouble? Take the time to document
this because it could save you time and save your customers frustra-
tion. Standard information is required for all service requests, but some
types of problems will always require the same additional information.
When this is the case, you should expect the tier 1 agent to gather that
data before escalating the problem to the tier 2 agent. Your PMS may
have the ability to add these as mandatory fields when the agent selects
the category from the subject tree.

## When to Escalate

Some requests may be escalated immediately, for example, when the
tier 1 agents have no responsibility to resolve the problem or service
the request. An example is a hardware problem. For these requests, the

problem is automatically escalated to the tier 2 resource pool that handles hardware support (after the tier 1 agent gathers the basic information and any special data predefined as a requirement).

Requests can be escalated based on the customer's request to do so. You need to have rules about this. If the customer requests to speak to a manager, you should accommodate that request immediately. This means that you must predefine the managers who receive these requests for each shift.

You should be prepared to handle customers who want to be escalated to a tier 2 resolution pool because he or she does not have faith that tier 1 can handle it. Generally, you should implement a rule that says if tier 1 is the resource pool that should handle the problem, then they must take first crack at it, even if the customer doesn't want them to. If the customer doesn't like that, he or she can be escalated to a manager, who will explain the policy and then decide if and where to escalate the call.

Requests can be escalated when the agent has done all that he or she can do to resolve the problem and there is still work to be done. Some service centers place limits on the amount of time a tier 1 agent can work on a particular call. If the request is still not serviced when that time expires, the agent escalates that request to the appropriate tier 2 pool. Generally, tier 2 and tier 3 do not have time limits. Time limits are important for controlling the number of tier 1 agents required to handle call volume, but can negatively impact your tier 1 resolution rates. Establishing tier 1 time limits always creates a trade-off between tier one resolution rates and staffing levels. Finding the appropriate balance is the key.

## Service Levels for Escalated Problems

Service levels will most likely be tied to priorities, but it is possible that they will be tied to specific services. Some services, as defined in the subject tree, may be related to failures of infrastructure components. It is likely that failure of infrastructure components, such as key servers, must have service levels (performance guarantees) defined. When this is the case, it is beneficial to capture that information with the service request so that the agent knows what the commitments are for that service. This also allows you to base some escalation on priority, so that a failed server is automatically routed to an emergency response team. As an

example, suppose that the subject tree had WAN as the product and each link in the WAN was a separate service. You may have an SLA in place that guarantees 15-minute response for customer A when link 3 is down.

## 7.4.2  Typical Escalation Problems

Many service centers have low tier 1 resolution rates, which is often a result of escalating far too many problems. The primary reason for excessive escalating is a lack of training for many items that could and should be handled at tier 1; tier 1 was designed to handle a broad range of customer problems, but the agents do not have the training to cover all the products. When you examine their service escalation spreadsheet, you notice that a significant number of problems are automatically escalated to tier 2. The second reason so many items are escalated is the lack of a knowledge base. Many of the problems that come into the service center are problems that have been previously resolved for other customers, yet these calls are repeatedly escalated because the resolution is not available to the tier 1 service center agents.

Low resolution rates also occur when problems are frequently escalated prior to troubleshooting. This leads to problems being incorrectly categorized and routed to the wrong group, and too often requires additional contact with the customer. This is not just a tier 1 problem; it clearly occurs at tier 2 as well. When this happens, the wrong person troubleshoots the problem, discovers the real problem, reroutes the problem to the correct person, and often does not update the ticket to reflect that it has been rerouted. The correct person finally takes on the problem, troubleshoots it yet again, fixes it, and updates the ticket. (The customer may or may not be informed of the fix; see the section "Ticket Ownership" in this chapter).

One final note regarding escalation: One of the reasons there are problems with many service centers' escalation process is that it is often unknown who to escalate to. This is true for two reasons. Continual reorganizations can cause confusion about which groups are responsible for which parts of the infrastructure, as well as confusion about which people belong to which groups. As a result, problems are routed to the former expert, regardless of his or her current responsibilities. Sometimes this results in items being escalated from tier 1 directly to

tier 3. Often, a new organization is in place on paper, but not necessarily in practice.

If you have recently reorganized, you should complete the development of the service catalog or, if it already exists, update it to reflect the changes. This catalog, particularly where it focuses on problems, will show the escalation path for all problem types, thus eliminating part of the escalation problem. You should also conduct periodic follow-up meetings with the staff to clarify the new organization structure and responsibilities. Collect feedback on issues with the new structure and focus on communications, functions, and services not adequately covered.

### 7.4.3 Escalation Initial Response Times

It is important to document initial response times (IRTs) by tier for escalated items. The response times will vary based on the priority of the problems being escalated. You must develop IRTs by tier in order to control the delivery times to the customer. These IRTs may or may not be documented in SLAs or service contracts.

Assume you have target resolution times for each priority level of problems, as illustrated in Table 7–2. To achieve those targets in a multi-tiered organization, you must control how long one tier should work on a problem until those agents pass it on to the next tier. You then must control how long that problem sits in the next tier's queue until those agents begin work. How long should the agents in tier 2 work on the problem before escalating to tier 3? For example, suppose your target resolution time for priority level 2 problems is 4 hours. Should the tier 1 agent work on the problem for 30 minutes before escalating to tier 2? How long can it sit in the tier 2 queue before a tier 2 agent picks it up and begins work? Controlling these intervals is the only way you can hope to achieve your target resolution times and stay within your SLAs.

Table 7–2 is a sample initial response time table that shows the maximum amount of time an agent should work on a problem prior to escalating the problem. The amount of time is based on the problem priority. These are maximum times and do not preclude the agent from escalating sooner, which requires some amount of judgment on the parts of the agent and management. The service center manager or shift manager should monitor these escalations to make sure that the service center agents are not escalating without first giving the issue a reasonable amount of effort.

**Table 7–2    Sample Service Center Priority Level and Initial Response Times**

| Priority Level | Severity | Tier 1 | Work Time Before Escalating* | Tier 2 Initial Response Time** | Work Time Before Escalating | Tier 3 Initial Response Time*** | Target Resolution Time |
|---|---|---|---|---|---|---|---|
| 1 | Critical | Take Call | 15 min. | 15 min. | 1 hour | 15 min. | 2 hours |
| 2 | Urgent | Take Call | 30 min. | 30 min. | 1 hour | 15 min. | 4 hours |
| 3 | Important | Take Call | 2 hours | 2 hours | 2 hours | 1 hour | 8 hours |
| 4 | Low | Take Call | 8 hours | 4 hours | 8 hours | 4 hours | 3 days |
| 5 | Monitor | Take Call | No Escalation | | | | |

*Tier 1 Work Time Before Escalating could be 0 minutes for some problems, such as hardware, which are automatically escalated to a tier 2 hardware resource pool.

**Tier 2 Initial Response Time is the length of time between the tier 1 service center escalation to tier 2 and the tier 2 response to the request for service. In other words, this indicates the maximum time the escalated problem can sit in queue before a tier 2 agent takes ownership of the problem and begins work.

***Tier 3 Initial Response Time is the length of time between the tier 2 service center escalation to tier 3 and the tier 3 response to the request for service. As above, it represents the maximum amount of time the problem can sit in a tier 3 queue before an agent takes ownership.

The sample table also documents IRT commitments for the tier 2 and tier 3 resource pools, based on ticket priority level. If your service center escalates to a pool of resources, as opposed to escalating to individuals within the pool, the manager of the pool must be held accountable for the IRTs. The pool manager's performance should be partially measured based on the pool's ability to meet IRTs.

There are several items to notice about Table 7–2. First, notice that a priority level 4 problem can stay in the tier 1 queue for 8 hours. This assumes that tier 1 agents have time away from the phones to work on problems. If this is not the case, then all problems that cannot be resolved in a predefined time period must be escalated after that time is up. So, if your tier 1 agents have a time limit of, say, 10 minutes per call and they have no downtime away from the phones, then all problems not resolved during the 10 minutes must be escalated.

Notice also that if tier 1 works the maximum amount of time before escalating, and tier 2 waits the maximum amount of time before pulling the ticket from their queue and then works the maximum amount of time before escalating, tier 3 is left with very little time to resolve the problem and still achieve the target resolution time. The table shows

maximum time limits to ensure that, if required, tier 3 has a chance to do some work and still achieve the target resolution times, but the problem can be escalated prior to reaching the maximums.

### 7.4.4  Key IRT Considerations

When you are developing your IRT and priority schedule, there are several key factors you should consider. First, and perhaps foremost, are your target resolution times. Use these to work backward. You want to give the most qualified staff members as much time as possible to solve problems while minimizing redundant work between tiers. Second, consider whether all problem types of the same priority should receive the same IRT treatment. This is perhaps the more difficult question. Should you automatically escalate an issue that would normally be handled by a tier 1 agent? In other words, do you give the tier 1 agent a chance to work on a priority 1 problem, or do you escalate it immediately? Or, does it depend on the type of problem? You may have certain types of priority 1 issues that you expect a tier 1 agent to attempt to resolve, and others that you expect the agent to escalate immediately. At priority level 2, you may expect the tier 1 agent to attempt resolution on all issues, as they normally do.

It is a lot of work, but you must take the time to determine how IRTs will be handled. Work with representatives from each tier to develop the solution. Be careful not to send the wrong message to tier 1 agents, that is, that they lack the skills to handle priority 1 problems. Many service centers have emergency response teams that handle all priority 1 problems.

One final note: If you are implementing IRTs by tier for the first time or if you already have them but suspect that they are being ignored, you should track response time for every escalated ticket. Measure IRT by pool owner and use this information as a performance measure for that pool owner. This may be the only way to make the pool owners take ownership of IRT. This will force the pool owners to pay much more attention to what is being escalated to them and, in turn, will force them to communicate problems to the service center manager or to other pool owners, or to both.

### 7.4.5  Escalation Notifications

Most service centers maintain a notification schedule that corresponds to the IRT table. Notifications are used in conjunction with priority-based IRTs to ensure that the service center can respond appropriately to customer problems. This is particularly important in a multitier, multipool structure. Now that you have defined IRTs for each tier, based on priority and perhaps problem type, what managerial notifications should occur to oversee the process?

The notification schedule documents who should be contacted and when. The three key factors in developing the schedule are the problem priority level, the type of problem, and the time of day. The priority level is used to determine which managers, or level of management within the service center, should be notified. Should the service center manager or CIO be notified of all priority 1 problems, and if so, when and how? Should they be beeped immediately, or within 15 minutes?

The problem type determines which pool manager and resources within a pool should be notified. Is it a desktop software problem, a network problem, a hardware problem, or a telecom problem? If it is a priority 1 with a server, the manager of the telecom pool probably does not need to be notified, but the manager of the pool that handles server problems does.

The time of day, of course, determines who to contact, based on priority and problem type during the three shifts. It will also determine how to reach that person, based on time of day. Assuming a priority 1 network problem occurs at 3:00 A.M., how do you reach the appropriate pool manager? Who else is notified, and how do you reach them? SLAs may also require that you contact a customer.

The notifications table (Table 7–3) shows which manager should be notified after the passage of a predetermined amount of time for each priority level. These times are maximums. There is no reason that a particular group or resource poolcan't establish a faster response time. Table 7–3 is generic. Your table should have actual employee names, contact methods, and numbers. The table should also have a third dimension to show who to contact during each shift and on weekends, or more simply, you could have a different table for each shift. The tables should also have primary and backup contacts in case a primary cannot be reached.

**Table 7–3**   Escalation Notifications Table

| Priority Level | T1 IRT** Warning Notification | Notify | T2 IRT*** Warning Notification | Notify | T3 IRT Warning Notification | Notify | Target Resolution Time |
|---|---|---|---|---|---|---|---|
| 1 | *1+0 min. | SC Manager | 1+15 min. | T2 Pool Owner | 1+90 min. | T3 Pool Owner | 2 hours |
| | | | | SC Manager | | SC Manager | |
| | | | 1+35 min. | T2 Pool Owner | 1+120 min. | T3 Pool Owner | |
| | | | | SC Manager | | SC Manager | |
| | | | | Escalate to Pool Owner's Manager | | Escalate to Pool Owner's Manager | |
| 2 | 1+15 min. | SC Manager | 1+30 min. | T2 Pool Owner | 1+120 min. | T3 Pool Owner | 4 hours |
| | | | | SC Manager | | SC Manager | |
| | | | 1+75 min. | T2 Pool Owner | 1+165 min. | T3 Pool Owner | |
| | | | | SC Manager | | SC Manager | |
| | | | | Escalate to Pool Owner's Manager | | Escalate to Pool Owner's Manager | |
| 3 | 1+60 min. | SC Manager | 1+90 min. | T2 Pool Owner | 1+300 min. | T3 Pool Owner | 8 hours |
| | | | | SC Manager | | SC Manager | |
| | | | 1+180 min. | T2 Pool Owner | 1+420 min. | T3 Pool Owner | |
| | | | | SC Manager | | SC Manager | |
| | | | | Escalate to Pool Owner's Manager | | Escalate to Pool Owner's Manager | |
| 4 | 1+2 days | SC Manager | 1+3 days | T2 Pool Owner | 1+12 hours | T3 Pool Owner | 24 hours |
| | | | | SC Manager | | SC Manager | |
| | | | 1+4 days | T2 Pool Owner | 1+20 hours | T3 Pool Owner | |
| | | | | SC Manager | | SC Manager | |
| | | | | Escalate to Pool Owner's Manager | | Escalate to Pool Owner's Manager | |

(*continued*)

Chapter **7** I Service Delivery

**Table 7–3**   Escalation Notifications Table *(Continued)*

| Priority Level | T1 IRT** Warning Notification | Notify | T2 IRT*** Warning Notification | Notify | T3 IRT Warning Notification | Notify | Target Resolution Time |
|---|---|---|---|---|---|---|---|
| 5 | 1+2 days | SC Manager | 1+3 days | T2 Pool Owner | 1+4 days | T3 Pool Owner | 5 days |
| | | | | SC Manager | | SC Manager | |
| | | | 1+4 days | T2 Pool Owner | 1+5 days | T3 Pool Owner | |
| | | | | SC Manager | | SC Manager | |
| | | | | Escalate to Pool Owner's Manager | | Escalate to Pool Owner's Manager | |

*I = incident and represents the time the incident is first reported to the service center. Therefore, I + min means 15 minutes after the incident is reported to the service center.

**T1 = tier 1; T2 = tier 2; T3 = tier 3.

***IRT = initial response time. For tier 1, IRT represents the time from the initial report of the incident. For tier 2, IRT represents the difference between the time the incident was escalated and when someone in a tier 2 resource pool took ownership of the ticket.

## Priority Level 1: Urgent

This is the highest priority level and therefore has the shortest notification period. When a level 1 priority problem is reported to the service center, the service center manager (SC manager) and the shift manager should be notified of the problem immediately (*I* + 0 min means time incident reported plus zero minutes). This may or may not be the case for your service center, so work with the managers to determine the most appropriate schedule. The manager can then make sure the escalation and notification procedures are followed and response time commitments are achieved. He or she should also verify the priority level and bring the proper resources to bear.

Since the target resolution time for level 1 priorities is 2 hours, the tier 2 pool owner responsible for the problem must be notified as well. In this sample, the pool manager is notified if the incident is not resolved within 15 minutes of being reported. Again, this is a maximum of 15 minutes, and the pool owner could be notified sooner. In this sample, the SC manager is notified immediately, while the tier 2 pool owner is

notified no more than 15 minutes later. In reality, it will probably be the other way around; that is, the tier 2 pool owner is notified immediately, and then the service center manager is notified only if the problem is not resolved within 15 minutes.

Finally, if the ticket has been escalated to a tier 2 pool and after 35 minutes the ticket is still open, the SC manager, the tier 2 pool owner, and the tier 2 pool owner's manager are all notified. Obviously, the intent is to ensure that the problem receives the attention it deserves. IT management may take action to reprioritize and shift workload so resources can be brought to bear on the problem, or they may have to meet with the affected client, or both.

Since the target resolution time for level 1 priorities is 2 hours, the appropriate tier 3 pool owner is notified if the incident is not resolved within 90 minutes of being reported. Again, this is a maximum of 90 minutes, and the manager could be notified sooner.

If after 2 hours, the ticket is still open, the next higher level of management should be notified. This includes notification to, perhaps, the vice president or CIO level of the service center or IT department.

This level of management is involved by exception, that is, when target resolution times are missed. This level of management can also be involved earlier, when it is anticipated that target resolution times will be missed. Management should reassign resources as required to address the problem and begin or pick up communications with the client.

The combination of service escalation paths, escalation IRT, and priority-level notifications are key to successfully managing the service center and getting the job done for your customers. The combination establishes where problems are handled, what resources are brought to bear, and when and who will oversee the problem to ensure that any obstacles to resolution are removed. It also allows for proactive communication with the customer. Finally, most problem management systems automate time-based notification and time-based escalation. Developing these schedules will greatly simplify the setup process for the problem management system.

## ▶ 7.5 Tier 1, 2, and 3 Problem Management Responsibilities

To make sure the escalation process works smoothly, the service center agents must be sure they have done their due diligence prior to escalating a problem from one tier to the next. To do this, it is very important to clearly define the responsibilities of each of the service center tiers and make sure that everyone in the service center understands those responsibilities.

For incidents that are automatically escalated from tier 1 to tier 2, such as hardware incidents, the tier 1 agents are still responsible for researching and analyzing the issue prior to escalation. This is to ensure that the incident really should be escalated. Searching the knowledge base in these cases may reveal a new solution that could be rendered at tier 1 without having to escalate. The tier 1 agents should not escalate without researching the issue first. The same holds true for tier 2 escalations to tier 3. While this sounds, and is, simplistic, many service centers escalate far too many issues without researching and troubleshooting the problem first. The lack of proper research means that too many incidents are escalated that could have and should have been handled without escalation. The lack of research also results in issues that are escalated to the wrong resource pool. This of course means that issues must be rerouted (allowing some to fall through the cracks) and that the wrong resource has spent time troubleshooting a problem.

The key objectives in multitier problem management are to

1. Make sure all agents who participate in the service center understand their service center responsibilities.
2. Make sure all agents who participate in the service center live up to those responsibilities.

The responsibilities for each of the tiers are shown in Table 7–4. The following recommendations will help ensure smooth tier management.

1. Make these responsibilities part of all service center employees' job descriptions and performance reviews.
2. Gather metrics to measure each employee's success in meeting his or her responsibilities.
3. Train the staff on these responsibilities and discuss the utilization of the responsibilities in performance reviews.

**Table 7–4   Tier 1, 2, and 3 Problem Management Responsibilities**

| Item | Tier 1 Responsibilities | Tier 2 and Tier 3 Responsibilities |
|---|---|---|
| Customer Relationship | Manage "cradle to grave" relationship with customer. Keep customer informed when status changes. Inform customer what to expect. Communicate commitments such as initial response times and target resolution times. Follow up with all escalated issues. Follow up with customer within $x$ days of closure. | Update ticket as necessary. Keep service center informed when status changes. Meet or exceed initial response times. Own the customer's problem. |
| Customer Validation | Verify customer information. Ensure customer is a valid customer. Verify requested service is a valid service. Verify customer eligibility to receive requested service. Enforce service center policies. | Generally, none. Tier 2 and 3 agents should not, generally, be the customer's first contact. If it does occur, then the agent must take on the same responsibilities as a tier 1 agent. |
| Problem Logging | Ensure accurate capture of issue/request. Ensure issue/request is properly categorized. Verify priority. Ensure customer concurrence. | Verify/update issue request category as required. |
| Problem Determination | Clarify the customer problem. Document steps to reproduce and verify. Thoroughly search knowledge base for similar issues. Document all analysis. Document all solutions attempted. Provide resolution to customer. Close requests that are resolved at tier 1. | Meet initial response time commitments. Review ticket. Review knowledge base search results. Clarify problem if necessary. Develop resolution strategy. Visit customer if, and only if, necessary. Document all analysis. Document all solutions attempted. Provide resolution to customer. Update ticket/close request. |

*(continued)*

**Table 7–4**  Tier 1, 2, and 3 Problem Management Responsibilities (Continued)

| Item | Tier 1 Responsibilities | Tier 2 and Tier 3 Responsibilities |
|---|---|---|
| Escalation | Escalate to tier 2 if, and only if, required.<br>Gather and document all required data prior to escalation.<br>Ensure tier 2 agent takes ownership.<br>Maintain responsibility for ticket.<br>Notify customer; set expectations. | Escalate to tier 3 if, and only if, required.<br>Gather and document all required data prior to escalation. |
| Knowledge Base | Create new knowledge base reports as required.<br>Ensure quality of new knowledge base reports.<br>Update existing knowledge base reports as required.<br>Ensure quality of updates to existing reports. | Create new knowledge base reports as required.<br>Ensure quality of new knowledge base reports.<br>Update existing knowledge base reports as required.<br>Ensure quality of updates to existing reports. |

Note: Tier 3 responsibilities are the same as tier 2, except there may be no escalation.

# ▶ 7.6  Service Request (Ticket) Ownership

Service request ownership is a serious responsibility, the key objectives of which are to

1. Never let a customer slip through the cracks.
2. Never make a customer someone else's responsibility.
3. Manage the customer from cradle to grave.
4. Inspire confidence from the customer.
5. Delight the customer.

In most service centers, ticket ownership transfers with the ticket when the ticket is escalated. Unfortunately, this can lead to customer dissatisfaction, because in many cases, no one ends up with responsibility for the customer. If and when customers call back to the service center for status updates, it is obvious to the customer that no one has much of an idea of their status. In many service centers, tier 2 and tier 3 agents do *not* take responsibility, or consistently take responsibility, for the

ticket itself. They may do a fine job of restoring service to the client or escalating the problem, but a terrible job of updating the ticket. Unfortunately, the help desk is left in a position where they are not able to answer customer questions. Often, when a ticket is escalated, it just seems to disappear. Tracking control and commitments are lost.

Ownership of a ticket will transfer when a ticket is escalated to the agent receiving the ticket. This means that the agent must accept ownership for solving the customer problem. However, responsibility for the ticket and the customer should stay with the tier 1 service center agent who started the ticket or with the entire tier 1 team. Tier 1, whether it is the entire tier 1 team or the original agent, should be responsible for informing the customer of when he or she will hear from a tier 2 agent (making a commitment on the initial response time of tier 2). The agent should also inform the customer of which group will be receiving the escalated ticket. If the ticket is escalated to tier 3, the tier 1 representative who started the ticket should notify the customer of the escalation and the initial response time of a tier 3 agent. Even if the tier 2 agent informs the customer of the escalation to tier 3, the tier 1 representative should inform the customer that he or she (the representative) is aware of the progress and essentially reassure the customer by demonstrating that the issue is under control. The tier 1 representative should communicate all time commitments to the customer.

This approach will lead customers to contacting the help desk for updates instead of calling the agents or IT management. For this approach to work, the tier 2 and tier 3 staff must be very diligent in keeping the help desk informed of the status of escalated tickets. The tier 1 representatives must be much more diligent in terms of taking responsibility for the customer, even after problems have been escalated. The tier 1 representative is responsible for the customer's problem from cradle to grave.

## 7.6.1  Implementation of Ticket Ownership

It is important to note that, for several reasons, it may be more difficult to implement tier 1 ownership than it sounds. In many service centers, it requires a complete change of attitude for all tiers of the staff, but particularly for the tier 1 staff. Second, it requires that the tier 1 agents spend more time on each ticket. This could include many follow-up

calls to tier 2 and tier 3 staff for awhile, until those tiers do a better job of updating tickets in a timely fashion. In addition, the tier 1 staff should proactively inform customers of problem status and must follow up with every customer to make sure that they are satisfied.

To accomplish this strategy, you may have to consider adding additional tier 1 staff. The problem management team should closely monitor and review this process. It may be necessary to force the tier 2 and tier 3 staff to update tickets in a timely fashion, and you may have to provide them with tools to accomplish this. It will also be critical to measure the amount of additional time this requires for the tier 1 staff and continue to reevaluate and adjust the tier 1 staffing requirements.

A variation of this approach is to have the entire tier 1 staff, as a team, take responsibility for follow-up with the customer as well as with tier 2 and tier 3 staff. Tier 1 agents would share responsibility for following up on escalations and with clients. The biggest risk with this approach is a lack of commitment by the individuals who comprise the team. It may be necessary to start by making each individual responsible, and then later, after changing the culture and instilling the sense of ownership, switching to team ownership.

# 10

# Service Level Agreements

A service level agreement (SLA) is a contract between a service provider and a service receiver. The contract usually describes the services that will be provided, the quality or level of the services, and the responsibilities of both the service requestor and the service provider. SLAs may or may not include service pricing. The agreement will also specify a means of measuring each party's compliance to the agreed upon terms. There are two broad categories of SLAs: internal and external. External SLAs always seem to be more formal and carry more weight than their internal counterparts, because it is unlikely that two parties within the same company will sue each other. Internal SLAs should be treated just as seriously as external SLAs, because customer satisfaction is at stake.

A typical service center will have multiple SLAs. The service center may have one or more SLAs with its customers. In some cases, the service center will have a separate SLA with each customer group. For these SLAs, the service center is the service provider.

The service center may also have SLAs in which it is the service receiver. This is typical when the service center relies on third-party support, such as hardware support. The service center should have SLAs with each organization that it relies on for support but does not directly manage. For example, suppose the network operations group provides tier 3 support to the service center but is not managed by the service center. The network operations group has a full-time job oper-

175

ating the network. It is likely that resolving service center requests is lower on their priority list than their regular job. An SLA should be established between network operations and the service center that documents each party's commitments. This is critical because for you to commit a response time to your customer, you must sometimes rely on the network operations group to resolve the problem for you. Without the SLA, problems may go unresolved for long periods.

Figure 10–1 shows a map of SLAs in a fictitious service center. The core service center box represents the tier 1 and tier 2 employees and contractors that are dedicated full-time to the service center and are directly managed by the service center. In this example, there is only one SLA with the customers, but there could be more. The other SLAs show where the service center is the service receiver. Notice that the services come from both internal and external teams.



**Figure 10–1**   Service level agreement map.

SLAs are critical to your success but can be very difficult to set up, maintain, and monitor. The process for creating an SLA is very similar to negotiating a contract. Drafts are created and reviewed by both parties. Items are clarified and modified in the draft, and then reviewed again. This process iterates until all parties agree on the terms. You must have metrics to create an SLA, because you must establish and agree on targets. For example, a typical term in an SLA would be that 90 percent of calls to the service center will be answered in 40 seconds or less. If you do not have these metrics, you have no way of knowing if you can achieve that objective. This leads to some general guidelines about creating SLAs.

1. Make sure that the targets are realistic. An SLA is a contract that each party must live up to.

2. If you can't measure it, don't include it in the SLA.

3. Make sure the service center has SLAs in place with all of its service providers (the people who support you) *before* negotiating an SLA with the service center's customers.

4. Be as specific as possible about everything added to the SLA to make sure there are no misunderstandings or misinterpretations.

5. Attorneys will be involved when you are negotiating external SLAs. If you are having difficulty reaching agreement on an internal SLA, an internal company lawyer can be helpful both as an arbiter and in clarifying language.

## ▶ 10.1  SLA Content

Whether you are the service provider or the service receiver, the content of an SLA is very similar. All service center-related SLAs should contain the following information:

1. The names of the parties involved.

2. Primary contact information.

3. The term of the agreement, typically one year.

4. The hours of operation and availability.

5. The services to be provided. Don't forget that availability for particular services can vary by time. When this is the case, make sure you document which services are available at which times. Be specific!

6. A separate list of services for which special fees apply.

7. Methods available for the customer to contact the service center during normal business hours and after-hour options.

8. Definitions of request priorities and response times for both immediate and managed service models.

9. Definition of escalation procedures and response times for both immediate and managed service models.

10. The service requestor's (customer's) responsibilities, such as what not to call for, what to do before calling, any mandatory training, responding to surveys, and so on.

11. A list of the service level metrics and the agreed upon targets.

12. Any applicable support fees not covered on a service-by-service basis. For example, you may charge $100 per month for each workstation supported under this agreement.

13. Formal review cycles to review performance against targets. Be specific about how often the reviews will occur, who will attend, and what metrics will be reviewed.

14. A list of report templates that will be distributed for review, as well as a list of people who will receive the report and the reporting frequency.

15. A list of other components supported (other than addressed in the list of services provided).

16. Procedures for terminating the agreement or for taking corrective action in the case of failure of one party to uphold its contractual obligations.

You can organize the SLA according to this list, or you can modify it to combine information on a service-by-service basis. For example, you could list each service as a section or subsection on its own. Within the section for the service, you could list the hours of availability for the service, any applicable fees, the metrics that will be used to measure the performance, the performance targets, customer responsibility for that service, and any other information applicable to that service. Instead of a service-by-service approach, you could also use groups of services where the important attributes are the same.

## ▶ 10.2  Using the SLA

Now that you have an SLA you must use it. All to often, they sit and gather dust for a year until it's time to renew them. This is true for both internal and external agreements and is indicative of a service center that is not under control. If you don't have SLAs, or if you have them but are not monitoring them, you cannot measure and control your performance.

Measure your actual performance against the targets in the agreement you have with your customers. You need to do this even if your customers don't care. If you have fallen short somewhere, you need to take corrective action. Find the problem and initiate an improvement project. Address the issue with your customer and tell the customer how you plan to fix it. Review your customers' performance against their commitments in the agreement and help them initiate improvement projects where necessary.

Use the same approach for the agreements in which you are the service receiver. Evaluate both parties' performance and take corrective action where necessary. You should review performance on a monthly basis so that you can be proactive and incrementally improve performance.

When you take a proactive approach to managing performance, you should expect performance to improve—both the performance you are able to provide your customers and the performance of your suppliers. These improvements, or higher expectations, should be included when you renew the SLA. In other words, keep raising the bar. For example, suppose you negotiated a service level with your customer that said you would service 85 percent of the requests during the initial contact. At the end of the year, you had actually achieved 87 percent. When you renew the agreement, you should set the service level target at 87 percent. Constant improvement should be your goal. There will obviously be some cases where it would not be economically feasible to increase performance, but this should be the exception rather than the rule.