# EXHIBIT 11

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

Mark D. Flanagan (SBN 130303)
  mark.flanagan@wilmerhale.com
Mark D. Selwyn (SBN 244180)
  mark.selwyn@wilmerhale.com
Joseph F. Haag (SBN 248749)
  joseph.haag@wilmerhale.com
Nathan L. Walker (SBN 206128)
  nathan.walker@wilmerhale.com
Evelyn C. Mak (SBN 258086)
  evelyn.mak@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br><br>               Plaintiff,<br>       v.<br><br>SERVICENOW, INC., a Delaware Corporation,<br>               Defendant. | Civil Action No.  14-CV-00570 (BLF)<br><br>**PLAINTIFF HEWLETT-PACKARD COMPANY'S AMENDED DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS** |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

I. **PATENT LOCAL RULE 3-1: DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**

   A. **Patent Local Rule 3-1(a) – Asserted Claims**

ServiceNow is liable under 35 U.S.C. § 271(a), (b), and (c) for directly infringing, contributing to infringement, and/or inducing others to infringe the following claims of the patents-in-suit:

| Patent | Asserted Claims |
| --- | --- |
| U.S. Patent No. 7,925,981 | 1, 22, 23 |
| U.S. Patent No. 7,945,860 | 1, 5, 7-10, 12, 15, 24-26 |
| U.S. Patent No. 7,890,802 | 1, 2, 3, 5, 15 |
| U.S. Patent No. 7,610,512 | 1, 3, 4, 5, 7 |
| U.S. Patent No. 8,224,683 | 12, 32, 35 |
| U.S. Patent No. 6,321,229 | 8-10, 13, 15, 17-20 |
| U.S. Patent No. 7,392,300 | 1, 7, 8, 10, 21, 22 |
| U.S. Patent No. 7,027,411 | 1, 3 |

HP's investigation is ongoing, and HP reserves the right to identify additional asserted claims based upon continued discovery and investigation, including analysis of ServiceNow's late-produced source code for ServiceWatch (and possibly other products) discussed above, and discovery and investigation of information and source code, heretofore not yet produced by ServiceNow, regarding non-Eureka releases and ServiceNow Express, and printed source code files.

   B. **Patent Local Rule 3-1(b) – Accused Instrumentalities**

The following list of accused ServiceNow instrumentalities (*i.e.*, products, services, apparatuses, devices, processes, methods, acts, and/or other instrumentalities) ("Accused Instrumentalities") is based on information that HP has obtained from public sources and information produced by ServiceNow. HP reserves the right to revise and to supplement this list as discovery and HP's investigation progresses, including based on an analysis of ServiceNow's late-produced source code for ServiceWatch (and possibly other products) discussed above, and discovery of information and source code, heretofore not yet produced by ServiceNow, regarding non-Eureka releases and ServiceNow Express, and printed source code files. Moreover, to the extent that ServiceNow has developed or is developing instrumentalities that operate in a manner similar to the Accused Instrumentalities identified below, HP anticipates supplementing this disclosure with those

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

**D.      Patent Local Rule 3-2(d) – Documents Evidencing Ownership of the Patents-in-Suit**

Pursuant to Patent L.R. 3-2(d), HP produces or has produced the documents listed in Attachment 4.

**E.      Patent Local Rule 3-2(e) – Documents Regarding HP Practicing Products**

Pursuant to Patent L.R. 3-2(e), HP produces or has produced the documents listed in Attachment 5.  HP is making available for inspection source code for each HP Practicing Product identified under Patent L.R. 3-1(g).  HP is also providing ServiceNow with access to the HP Service Anywhere Sandbox.

Dated:  November 18, 2014

Respectfully submitted,

HEWLETT-PACKARD COMPANY
By their attorneys,

*/s/ Mark D. Flanagan*

Mark D. Flanagan (SBN 130303)
  mark.flanagan@wilmerhale.com
Mark D. Selwyn (SBN 244180)
  mark.selwyn@wilmerhale.com
Joseph F. Haag (SBN 248749)
  joseph.haag@wilmerhale.com
Nathan L. Walker (SBN 206128)
  nathan.walker@wilmerhale.com
Evelyn C. Mak (SBN 258086)
  evelyn.mak@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100