# EXHIBIT 12

# Workflow Management

## Modeling Concepts, Architecture and Implementation



Stefan Jablonski
Christoph Bussler



# Workflow Management

## Modeling Concepts, Architecture and Implementation

Stefan Jablonski and Christoph Bussler

*Workflow Management: Modeling Concepts, Architecture and Implementation* is the first book to offer a comprehensive introduction to the fundamental concepts of workflow management systems from a technical point of view. Product-independent discussions of workflow management issues help readers make objective and unbiased decisions when assessing commercial workflow management tools.

This book will be an invaluable resource for professional engineers, technical consultants and software architects who need a technical reference on workflow management or support in evaluating and selecting workflow management tools. It will also be of interest to students in systems engineering, software engineering and business process (re-)engineering.

*Workflow Management*:

- Covers a step-by-step development of workflow management concepts, from analysis through modeling to implementation

- Discusses the requirements for developing a workflow management system, along with useful details on both theoretical foundations and practical tools

- Includes examples and case studies covering a range of applications, such as Computer Supported Cooperative Work, groupware and cooperative information systems, in various industries, such as banking, insurance, automobiles and manufacturing

**About the Authors**

Stefan Jablonski is Professor of Computer Science at the University of Erlangen-Nuernberg in Germany. Christoph Bussler is a researcher in the Computer Science Department at the University of Erlangen-Nuernberg. They frequently lecture and consult on workflow management issues in both industry and academic settings.



ISBN 1-85032-222-8

9 781850 322221

Printed in the UK





# Workflow Management

Modeling Concepts, Architecture and Implementation

JOIN US ON THE INTERNET VIA WWW, GOPHER, FTP OR EMAIL:

WWW:        http://www.itcpmedia.com
GOPHER:     gopher.thomson.com
FTP:        ftp.thomson.com
EMAIL:      findit@kiosk.thomson.com

**http://www.itcpmedia.com**

A service of I ⓣ P

# Workflow Management

## Modeling Concepts, Architecture and Implementation

## Stefan Jablonski

Professor
Computer Science Department
University of Erlangen-Nuernberg

## Christoph Bussler

Researcher
Computer Science Department
University of Erlangen-Nuernberg



INTERNATIONAL THOMSON COMPUTER PRESS

I (T) P   An International Thomson Publishing Company

London • Bonn • Boston MA • Johannesburg • Madrid • Melbourne • Mexico City • New York • Paris
Singapore • Tokyo • Toronto • Albany, NY • Belmont, CA • Cincinnati, OH • Detroit, MI



Workflow Management
Modeling Concepts, Architecture and Implementation
Copyright © 1996 International Thomson Computer Press

I ⓉP   A division of International Thomson Publishing Inc.
The ITP logo is a trademark under licence.

For more information, contact:

International Thomson Computer Press
Berkshire House
168–173 High Holborn
London WC1V 7AA
UK

International Thomson Computer Press
20 Park Plaza
Suite 1001
Boston, MA 02116
USA

Imprints of International Thomson Publishing

International Thomson Publishing GmbH
Königswinterer Straße 418
53227 Bonn
Germany

International Thomson Publishing Asia
60 Albert Street #15–01
Albert Complex
Singapore 189969

Thomas Nelson Australia
102 Dodds Street
South Melbourne, 3205
Victoria
Australia

International Thomson Publishing Japan
Hirakawacho Kyowa Building, 3F
2-2-1 Hirakawacho
Chiyoda-ku, 102 Tokyo
Japan

Nelson Canada
1120 Birchmount Road
Scarborough, Ontario
Canada M1K 5G4

International Thomson Editores
Campos Eliseos 385, Piso 7
Col. Polenco
11560 Mexico D.F. Mexico

International Thomson Publishing South Africa
PO Box 2459
Halfway House
1685 South Africa

International Thomson Publishing France
Tour Maine-Parnasse
33 avenue du Maine
75755 Paris Cedex 15
France

All rights reserved. No part of this work which is copyright may be reproduced or used in any form or by any means – graphic, electronic, or mechanical, including photocopying, recording, taping or information storage and retrieval systems – without the written permission of the Publisher, except in accordance with the provisions of the Copyright Designs and Patents Act 1988.

Products and services that are referred to in this book may be either trademarks and/or registered trademarks of their respective owners. The Publisher/s and Author/s make no claim to these trademarks.

Whilst the Publisher has taken all reasonable care in the preparation of this book the Publisher makes no representation, express or implied, with regard to the accuracy of the information contained in this book and cannot accept any legal responsibility or liability for any errors or omissions from the book or the consequences thereof.

British Library Cataloguing-in-Publication Data
A catalogue record for this book is available from the British Library

Library of Congress Cataloging-in-Publication Data
A catalog record for this book is available from the Library of Congress

First printed 1996

ISBN 1-85032-222-8

Typeset by Hodgson Williams Associates, Tunbridge Wells and Cambridge
Printed in the UK by Clays Ltd, St Ives plc

# Contents

Preface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xiii

**Part 1: Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**1   Motivation** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
 1.1 Historical Notes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
  1.1.1 Prerequisites . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
  1.1.2 Origins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
  1.1.3 Generations of Workflow Management Technology . . . . . . . . . . . 12
 1.2 Area of Application . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
  1.2.1 Computer Supported Cooperative Work and Groupware . . . . . . . 15
  1.2.2 Cooperative Information Systems . . . . . . . . . . . . . . . . . . . . . . . . . . 19
 1.3 Case Studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
  1.3.1 Software Process Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
  1.3.2 Mortgage Request Handling in an Investment Company . . . . . . . . 24
  1.3.3 Manufacturing Control . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
  1.3.4 Lease Contract Management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
 1.4 Formation of the Concept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
 1.5 Expectations and Fears . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
 1.6 Scope of the Book . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

**2   Related Approaches** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
 2.1 Research Prototypes and Efforts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
  2.1.1 ConTracts (University of Stuttgart, Germany) . . . . . . . . . . . . . . . . 37
  2.1.2 Domino (Gesellschaft für Mathematik und Datenverarbeitung,
     Bonn, Germany) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
  2.1.3 Melmac (University of Dortmund, Germany) . . . . . . . . . . . . . . . . . 43
  2.1.4 OfficeTalk (Xerox Palo Alto Research Center,
     Palo Alto, California) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
  2.1.5 Pegasus (Hewlett-Packard Laboratories, Palo Alto, California) . . 49
  2.1.6 Transactional Workflows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
  2.1.7 Further Research Work . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60
 2.2 Commercial Products . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
  2.2.1 Action Workflow (Action Technologies) . . . . . . . . . . . . . . . . . . . . 52
  2.2.2 COSA (Software-Ley) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

2.2.3 FlowMark (IBM) ........................................... 60
2.2.4 InConcert (XSoft) ......................................... 63
2.2.5 ProMInanD (IABG)........................................ 66
2.2.6 SAP Business Workflow (SAP)............................. 70
2.2.7 WorkParty (Siemens Nixdorf) ............................ 74
2.2.8 Further Products ......................................... 78
2.3 WWW Resources ................................................ 79
2.4 Workflow Management Coalition (WfMC) ........................ 79

3   Information Systems Engineering .................................. 85
3.1 Principal Approach .............................................. 86
3.2 Refinements..................................................... 88
3.2.1 Reconstruction of System Design ........................... 88
3.2.2 Software Engineering....................................... 91
3.3 Information Systems Engineering for Workflow Management ......... 91
3.3.1 Refined Information Systems Engineering Cycle .............. 92
3.3.2 Classification of Workflow Management ..................... 94

4   A Brief Sketch of the Main Constituents of Workflow Management ...... 97
4.1 Build Time...................................................... 98
4.2 Run Time ...................................................... 99

Part 2: Build Time ................................................. 101

5   Preliminaries to Workflow Modeling .............................. 103
5.1 Contents of a Workflow Model ................................... 103
5.1.1 Business Management ..................................... 104
5.1.2 Enterprise Modeling and Architecture ...................... 105
5.1.3 Software Process Modeling................................. 108
5.1.4 Coordination Theory ...................................... 108
5.1.5 Consolidation of Perspectives ............................. 109
5.2 Requirements .................................................. 110
5.2.1 Application-oriented Requirements ......................... 110
5.2.2 Model-oriented Requirements .............................. 111
5.3 Representation Techniques....................................... 114
5.4 Classification of Workflow Models................................ 116
5.5 MOBILE – A Comprehensive Workflow Model...................... 118
5.5.1 Perspectives .............................................. 118
5.5.2 Design Principles of the Workflow Model ................... 120
5.6 Representation of Model Perspectives ............................. 122

6   A Comprehensive Workflow Model ................................ 125
6.1 Workflow...................................................... 125
6.1.1 Model Elements........................................... 126
6.1.2 Example ................................................. 133
6.1.3 Example Implementation .................................. 135
6.1.4 Further Issues ........................................... 135
6.2 Data and Data Flow............................................ 136

6.2.1 Model Elements........................................... 137
6.2.2 Example ................................................ 142
6.2.3 Example Implementation ................................. 144
6.2.4 Further Issues .......................................... 144
6.3 Control Flow ................................................. 145
6.3.1 Model Elements........................................... 145
6.3.2 Example ................................................ 154
6.3.3 Example Implementation ................................. 156
6.3.4 Further Issues .......................................... 156
6.4 Workflow Application ......................................... 157
6.4.1 Model Elements........................................... 157
6.4.2 Example ................................................ 166
6.4.3 Example Implementation ................................. 168
6.4.4 Further Issues .......................................... 169
6.5 Organization ................................................. 169
6.5.1 Model Elements........................................... 170
6.5.2 Example ................................................ 176
6.5.3 Example Implementation ................................. 181
6.5.4 Further Issues .......................................... 182
6.6 Further Perspectives ......................................... 182
6.6.1 Security Perspective ..................................... 182
6.6.2 Causality Perspective .................................... 183
6.6.3 History Perspective ...................................... 184
6.6.4 Integrity and Failure Recovery Perspective.................. 185
6.6.5 Quality Perspective...................................... 188
6.6.6 Autonomy Perspective.................................... 188

7  Workflow Execution Model ...................................... 193
7.1 Basic Skeleton ............................................... 193
7.1.1 Elementary Workflow .................................... 194
7.1.2 Composite Workflow ..................................... 196
7.1.3 Interplay between Workflows and Subworkflows ............. 198
7.2 Integration of Further Perspectives............................. 199
7.2.1 Constraint Evaluation ................................... 199
7.2.2 Workflow Operation Execution ............................ 200
7.2.3 Synchronization.......................................... 201
7.3 Modifications of the Workflow Execution Model .................. 201

8  Build Time Tools.............................................. 205
8.1 Definition of Workflow Schemes................................. 206
8.2 Analyzing Workflow Specifications ............................. 208
8.3 Administrating Workflow Specifications......................... 209

**Part 3: Run Time** .................................................. 211

**9   Preliminaries to a Workflow Management System Architecture** ........ 213

9.1 Design Principles.............................................. 213
           9.1.1 Design Phases ............................................ 214
           9.1.2 Modularization ........................................... 215
           9.1.3 Layered Design .......................................... 216
     9.2 Requirements ............................................... 216
           9.2.1 Application-oriented Requirements ......................... 217
           9.2.2 Implementation-oriented Requirements...................... 218
     9.3 Modularization.............................................. 220
           9.3.1 Criteria and Principles .................................... 221
           9.3.2 Abstract Data Types ...................................... 222

**10  Implementation Model** ......................................... 223
     10.1 Specific Requirements ....................................... 223
     10.2 Modularization Design Strategy ............................... 224
     10.3 Alternative Modularization Approaches ......................... 225
     10.4 Presentation of the Modules.................................. 226
           10.4.1 Auxiliary Modules ...................................... 231
           10.4.2 Kernel Modules ........................................ 232
           10.4.3 Shell Modules ......................................... 237
           10.4.4 Workspace Modules ..................................... 244
     10.5 Overview of the Implementation of the Perspectives ............... 244
           10.5.1 Functional Perspective ................................... 245
           10.5.2 Behavioral Perspective................................... 246
           10.5.3 Informational Perspective ................................ 246
           10.5.4 Organizational Perspective ............................... 247
           10.5.5 Operational Perspective.................................. 247
     10.6 Protocols .................................................. 247
           10.6.1 Executing Elementary Workflows .......................... 248
           10.6.2 Executing Composite Workflows........................... 251
           10.6.3 Executing Workflow Operations ........................... 253
     10.7 Execution of Example Workflow Operations ...................... 258
           10.7.1 Definition of Example Workflow Operations ............... 258
           10.7.2 Origins of Workflow Operation Calls ...................... 263
     10.8 Sample Change of Execution Model............................. 263
           10.8.1 Scope of Changes ...................................... 264
           10.8.2 Adding History Perspective .............................. 264
           10.8.3 Removing Information Perspective......................... 267

**11  Implementation Architecture** ................................... 269
     11.1 Specific Requirements ....................................... 269
     11.2 Components ................................................ 270
           11.2.1 Process Structure....................................... 271
           11.2.2 Databases ............................................. 273

11.2.3 Communication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 274
11.2.4 System Failure, Backup, Administration and Configuration . . . 275
11.3 Processes and Databases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 275
11.3.1 Auxiliary Modules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 277
11.3.2 Kernel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 277
11.3.3 Shell . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 279
11.3.4 Workspaces . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 285
11.3.5 Overview over Processes and Libraries . . . . . . . . . . . . . . . . . . . 285
11.4 Communication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 286
11.4.1 General Philosophy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 286
11.4.2 Topology Considerations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 288
11.5 Evaluation of Design Criteria . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 290

**12 Implementation** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 293
12.1 Implementation Environment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 293
12.1.1 Network . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 293
12.1.2 Programming Language . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 294
12.1.3 Database . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 294
12.1.4 Communication Mechanisms . . . . . . . . . . . . . . . . . . . . . . . . . . . 294
12.2 Evaluation of the Implementation Architecture . . . . . . . . . . . . . . . . . . 294
12.3 Implementation Decisions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 295
12.3.1 Extended Interfaces . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 295
12.3.2 Inter-Server Communication . . . . . . . . . . . . . . . . . . . . . . . . . . . 296
12.3.3 Communication Types . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 297
12.3.4 Server Internal Request Multiplexing . . . . . . . . . . . . . . . . . . . . 299
12.3.5 Failure Tolerance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 299
12.3.6 Partitioning and Replication . . . . . . . . . . . . . . . . . . . . . . . . . . . 301

**13 Run Time Tools** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 305
13.1 Administration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 306
13.2 Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 306
13.3 User Work Area . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 307

**Part 4: Conclusion** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 311

**14 Summary** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 313
14.1 Workflow Modeling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 313
14.2 Workflow Execution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 315
14.3 Distinctive Features . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 316

**15 Outlook and Future Work** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 319
15.1 Conceptual Issues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 319
15.2 Technical Issues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 320

**Appendix A: Workflow Modeling Language MSL** . . . . . . . . . . . . . . . . . . . . . 323
A.1 Function Perspective . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 323
A.1.1 Workflow Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 323
A.1.2 Subworkflow Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 324
A.1.3 Workflow Operation Definition . . . . . . . . . . . . . . . . . . . . . . . . . . 325

x ■ **CONTENTS**

A.2 Information Perspective . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 326
    A.2.1 Data Type Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 326
    A.2.2 Workflow Parameter Definition . . . . . . . . . . . . . . . . . . . . . . . 328
    A.2.3 Workflow Variable Definition . . . . . . . . . . . . . . . . . . . . . . . . 329
    A.2.4 Data Flow Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 329
A.3 Behavior Perspective . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 330
    A.3.1 Control Flow Construct Definition . . . . . . . . . . . . . . . . . . . . . 330
    A.3.2 Control Flow Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . 330
A.4 Workflow Application . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 331
A.5 Organization Perspective . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 331
    A.5.1 Organization Type Definition . . . . . . . . . . . . . . . . . . . . . . . . 332
    A.5.2 Organization Instance Definition . . . . . . . . . . . . . . . . . . . . . . 333
    A.5.3 Agent Selection Definition . . . . . . . . . . . . . . . . . . . . . . . . . . 333
    A.5.4 Organizational Policy Definition . . . . . . . . . . . . . . . . . . . . . . 334
A.6 Auxiliary Definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 335

**References** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 337

**Index** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 347

# 1 Motivation

What is workflow management all about? To answer this question is the main purpose of this chapter. We start by analyzing the history of workflow management and investigate other areas in computer science and systems engineering that influenced and impacted the development of workflow management (Section 1.1).

In Section 1.2 workflow management will be related to computer supported cooperative work and groupware on the one hand; on the other hand, workflow management will be compared with cooperative information systems. Several case studies are presented in Section 1.3 to convey typical application scenarios of workflow management systems.

A characterization, a delimitation and a definition of workflow management are elaborated in Section 1.4. Section 1.5 reports about the pros and cons of deploying workflow management technology. Finally, Section 1.6 outlines the scope of this book.

Since our interpretation of workflow management will not be introduced until Section 1.4, some examples of definitions found in related literature are cited here at the beginning of the book. These definitions will convey a preliminary feeling of the concept "workflow management". We choose three definitions which originate from three different application areas: the first definition stems from the consulting area, the second one from the research domain and the third one from the industrial sector.

Hales and Lavery present a very comprehensive and adequate definition of workflow management (Hales and Lavery, 1991):

Workflow management software is a proactive computer system which manages the flow of work among participants, according to a defined procedure consisting of a number of tasks. It co-ordinates user and system participants, together with the appropriate data resources, which may be accessible directly by the system or off-line, to achieve defined objectives by set deadlines. The co-ordination involves passing tasks from participant to participant in correct sequence, ensuring that all fulfil their required contributions, taking default actions when necessary.

In their definition, Hales and Lavery mention work organized as a set of ordered tasks, participants who have to execute the tasks, and data resources that are necessary to perform tasks. Additionally, a workflow management system is characterized by its major duties: passing tasks between the participants, controlling that participants fulfill their contributions and providing some kind of exception handling.

The above definition characterizes well the fundamental components of workflows. The forthcoming chapters of this book will show that this definition is very close to the concept of a workflow which we will follow.

Another definition of workflow management is given in Reinwald (1994):

A workflow management system is an active system that manages the flow of business processes performed by multiple persons. It gets the right data to the right people with the right tools at the right time.

This definition sets business processes equal to workflows which we do not agree upon (cf. Chapter 3). Also, it restricts the execution of business processes to people. In accordance with the first definition given by Hales and Lavery we also like to include system participants into the list of agents that are eligible to execute a workflow. Three further components of workflows are mentioned in the second definition: data, tools and the right execution time (i.e. flow control). All three components are fundamental and will also be included in our conception of workflow management.

A third definition of workflow management stems from the industrial area, specifically from a industrial consortium called Workflow Management Coalition (WfMC, 1993) (cf. Chapter 2):

A workflow management system is one which provides procedural automation of a business process by management of the sequence of work activities and the invocation of appropriate human and/or IT resources associated with the various activity steps.

This definition says that business processes are enacted by a workflow management system (cf. Chapter 3). Although the definition does not characterize

activity steps in more detail, it stresses that activity steps are performed by human and/or IT resources. That means that the two fundamental parts of a workflow, the work that has to be performed and the actors that have to perform the work, are emphasized.

# ▥ 1.1 Historical Notes

This section gives an overview on the history of workflow management technology. Starting with some general remarks on fundamental prerequisites for workflow management (Section 1.1.1), origins and triggers for workflow management technology are discussed in Section 1.1.2. Finally, Section 1.1.3 introduces phases of workflow computing, i.e. generations of workflow management systems.

## ▥ 1.1.1 Prerequisites

Many analysts in the computer industry tout workflow management as the software technology of the 1990s. Since for a long time office workers have applied information technology to support their work, it is worthwhile to ask for the reasons why workflow management was not already the technology of the 1980s. What change between the 1980s and the 1990s made workflow management become so popular?

As early as the 1970s office work was already heavily impacted by computing technology. Database systems as the first major vehicle for an integrated office work infrastructure evolved rapidly and opened new dimensions for office activities. Computing power and intelligence available on the desktop has also grown dramatically. Nevertheless, the overall productivity of office workers has improved little due to lack of integration of the desktop products.

From our perspective, two fundamental trends have contributed to the broad advent of workflow management technology. The first trend is the enormous technological progress that characterized the last two decades. A second trend is set by a change in application system development: the global aim shifted from the automation of pieces of application systems towards the comprehensive development of integrated solutions.

We want to demonstrate the technological progress by three so-called "Laws" that describe the development of hardware in an illustrative way (Gray and Reuter, 1993).

- Moore's Law comments on the progress of electronic memories: starting from a rate of 1 Kb per chip in 1970, the capacity of a circuit memory chip has increased by a factor of four about every three years.

- Hoagland's Law states that the read and write density of magnetic disks and tapes has grown by a factor of ten every decade.
- Last but not least, Joy's Law predicts the mips rate of Sun Microsystems as $2^{year-1984}$ for the years between 1984 and 2000. Although this formula is too optimistic, the major trend can be recognized and is impressive.

The predictions for memory and processor development can be completed by a forecast for bandwidth of communication networks. According to Gray and Reuter (1993), in the year 2000 local area networks will provide a bandwidth up to one gigabit per second and over a wide area will be able to transport 100 megabits per second.

The revolution in hardware technology allows to deploy computer software in a "revolutionary way". Workstations and specifically personal computers have become so cheap that each work-place can be equipped with computer hardware. Also, network technology has enabled the interconnection of these computers such that huge performant networks could be built up. The connectivity of hardware systems is a prerequisite for the connectivity of software systems: for the first time, integrated software environments could be established locally as well as globally.

Another consequence of effective and efficient hardware technology is the development of more sophisticated software technology. While at the beginning of the computing era computers were used as powerful calculators, now, sophisticated word processing, spreadsheet, and imaging applications can be supported on the desktop. Together with the hardware connectivity of computer networks, common database systems can be deployed which support the integrated application of all these software systems.

Not only technological progress has contributed to the development of workflow management technology, but also a new approach to define and develop application systems has to be reported. While in the past a task- or data-centric view was pursued – mainly predetermined by the existence of isolated (office) applications – modern approaches to application system development follow a (business) process- or work-centric view (Melling, 1994). This puts work into the center of interest. In contrast, a data-centric view merely emphasizes data integration, and a task-centric view aims at the effective and efficient implementation of single tasks and of execution dependencies defined between them. A process-centric approach takes up a broader standpoint and aims to integrate functions, data, programs, people (executing these functions), organizational structures, etc. Such an approach allows better to minimize (process) costs and to optimize an enterprise globally. The current trend in business process reengineering is exactly based on this observation (Hammer and Champy, 1993).

## 1.1.2 Origins

After having outlined the two fundamental prerequisites for workflow management we want to elaborate its origins. It is not possible to exactly determine one or more software technologies as origins of workflow management. However, there is a basic set of key developments in software technology which heavily influenced workflow management. We want to call these technologies the origins of workflow management. Without claiming to be complete, we classify seven software technologies as "conceptual ancestors" of workflow management, namely

- office automation,
- database management,
- e-mail,
- document management,
- software process management,
- business process modeling, and
- enterprise modeling and architecture.

**Office Automation**

Without any doubt, office automation must be considered as the main origin of workflow management (Ellis and Nutt, 1980). However, there is a fundamental distinction: task automation as one important discipline of office automation aims at the automation of individual office tasks, e.g. Lochovsky (1983), workflow management aims at controlling and driving the execution of (business) processes. Automation of control and not automation of tasks is at the center of interest. Thus, workflow management software assists human workers to execute processes. Workflow management has to be distinguished from "workflow automation" (Rusinkiewicz and Sheth, 1995). This related discipline aims at the automated execution of interdependent applications.

Despite the different interpretation of automation the close coherence between office automation and workflow management cannot be denied. Bracchi and Pernici (1984) lists some requirements for office information systems that seamlessly can be applied to workflow management systems. Some of the fundamental requirements are

- scheduling activities,
- function integration,
- personal assistance, and
- task management.

Chapter 2 presents some important examples of office management systems which can be regarded as early prototypes of workflow management systems that are tailored to deployment in office environments.

## Database Management

In the research area of database management systems, workflow management was approached from a totally different angle. Conventional database management systems are passive, in the sense that they only manipulate data in response to explicit requests from users and applications. Besides, the only unit of work supported by conventional database management systems is a transaction. A transaction is an independent unit of computation.

Many applications are of long duration and involve multiple steps, executed by multiple clients. Activities, which implement those applications, access shared (persistent) data and therefore need to be synchronized among themselves. Another problem with long running activities is the higher probability of failures. When a long running activity fails shortly before it would have been completed, it is not acceptable to undo all the effects accomplished so far by the activity. Therefore, in order not to loose too much work after failures new failure handling strategies (e.g. forward recovery) have to be developed.

The above mentioned requirements of long running activities cannot be met by conventional database systems that only support conventional transactions. The discrepancy between available support from conventional database systems and requirements of long running activities led to the development of active database management systems (Dayal *et al.*, 1995). One of the first efforts in this research area was the HIPAC project (Dayal *et al.*, 1988).

The principal idea of active database systems is to enrich a (passive) database system by event–condition–action (ECA) rules (McCarthy and Dayal, 1989). The semantics of ECA rules is straightforward: when an event occurs the condition is evaluated; if the condition is evaluated to true, the associated action is executed. This trigger facility subsumes most of the functionality of an active database management system. Rules are considered as first-class database objects, i.e. they are managed and controlled by a database management system.

Each step of a multi-step activity is implemented as a transaction. But in contrast to the conventional approach where control flow between transactions is embedded into an application program, the control flow in the realm of active database systems is implemented by ECA rules which are themselves embedded into the database. Since data executed in transactions as well as ECA rules are first-class database objects, both access to shared data and synchronization among steps (i.e. transactions) can be controlled by the database system. This allows to implement multi-step activities, which can be regarded as simple workflows.

Another modern research direction in database management systems stems from the development of extended transaction models. It is called transactional workflow (Rusinkiewicz and Sheth, 1995). Following a similar purpose as with the introduction of ECA rules in active database management systems, in

extended transaction models dependencies between transactions are taken to compose complex units of computation out of conventional transactions (Elmagarmid, 1992; Klein, 1991). Commit and abort dependencies are regarded as the most important forms of dependencies (Chrysanthis and Ramamritham, 1990).

As the term already implies, transactional workflows are tightly related to (extended) transactions. The approach starts out from specifying tasks which define work to be done. Although tasks are mostly set equal to transactions, in the realm of transactional workflow the interest does not lie in modeling internals of a task. Instead, only those aspects of a task are dealt with that are externally visible and relevant (e.g. the transition into a beginning, aborting or committing state). Therefore, a task is described by a set of execution states, a set of transitions between states, and a set of conditions enabling these transitions. The two main issues of transactional workflow execution is to handle failure atomicity and execution atomicity, i.e. only the behavioral and operational perspectives of workflows are tackled. This is the reason why we classify transactional workflow not as an approach to workflow management, but as a valuable approach to coordinate and synchronize application (i.e. task) execution in the context of workflow management.

## E-Mail

Some characteristics of workflow management can already be found in e-mail systems. There is no need to explain the functionality of conventional electronic mail systems at this point. However, it is worth mentioning as exemplary an enhanced class of electronic mail systems which can be described as a simple predecessor of workflow management systems. Teamroute from Digital Equipment Cooperation is such a system (DEC, 1992). Electronic mail in an enhanced e-mail system like Teamroute does not merely consist of a header (an addressee, a title, etc.) and a body (the message) but also includes routing information. For example, all addressees who are to receive the electronic mail message are listed. This functionality with respect to routing is fundamental for workflow management as we will see later on in this book.

## Document Management

The advent of computer technology in the office led to the replacement of paper documents with electronic documents. This caused the need for electronic document management systems (Khoshafian et al., 1992). The first generation of document management systems can be called passive because it only reacts according to direct user requests. For instance, users can query for a certain document or they can request to lock a certain class of documents. Context-

based retrieval and document management functions (e.g. lock, release, combine, destroy) are the major features of passive document management systems.

Active document management systems enhance passive document management systems by incorporating service functions which are based on time management. For instance, triggers can be incorporated that cause a document to be presented for review after a certain period of time. Oversimplified, this is a first step towards workflow management. Document-centric workflow management systems as discussed in Chapter 2 stem from active document management systems.

## Software Process Management

Surprisingly, the research area of workflow management does not take very much into account the research conducted in software process management (Humphrey, 1989). Nevertheless, we think that in the area of software process management many of the design and execution issues of workflow management systems have already been discussed and investigated thoroughly. Software process management comprises three major phases:

- The model of a software process is developed.
- The software process model must be analyzed in order to detect errors and inconsistencies before the model is used to govern software process development.
- Software process models are executed, i.e. software is developed according to the rules and guidelines of the software process model.

A software process guides and assists people involved in the process of software development. For example, a software process coordinates the distributed development of large software packages such that the partial designs yield a consistent piece of software.

Naturally, the scope of software process management is limited to the development and execution of software process models. However, some selected approaches to software process management (e.g. Deiters and Gruhn, 1994) show concepts and techniques which are also essential for workflow management.

## Business Process Modeling

There is a great deal of talk these days about redesigning business processes. Much of this recent interest in the subject can be traced back to Hammer (1990). Organizations today are going through something akin to a mid-life crisis, questioning and rethinking the ways in which they have been doing business. Fundamental questions are asked such as how their purpose and mission have changed during the last couple of years.

Over time, different departments have automated various processes within their functional areas using a variety of heterogeneous computer systems. For a period of time, this functional division worked well. However, on restructuring the organization, many companies find out that the way processes are defined and the technology in place is not optimal any more. For example, information sharing technologies like groupware and databases enable communication methods that have completely obliterated traditional sequential processing of work.

New information sharing technologies, network computer infrastructure and a broader view of application systems changed the way that application system development is pursued. Workflow management shares these concepts and attitudes and therefore allows to enact business process models adequately.

Business process modeling also takes in the broad standpoint we claim for workflow management. The accomplishment of work, not the execution of single tasks, is central. The broadness of business process modeling is nicely illustrated by Katz (1990):

> The term business modeling can be used to describe a number of different aspects of a business: financial, distribution, manufacturing lines, information and data requirements, flow of information and data across business processes, etc. ...

According to the above citation business processes span a wide range of aspects: economical, technological and computer-oriented aspects are directly mentioned.

Although matured approaches to business process modeling have come into existence rapidly, an enactment infrastructure is hard to find. Conventional enactment infrastructures mostly emphasize one or two specific aspects as already noticed in Section 1.1.1. Instead, an appropriated enactment infrastructure for business processes symmetrically supports multiple aspects of a business process. As we will see in Chapter 3, due to the broad scope of workflow management, this technology serves very well as an enactment infrastructure of business process modeling. To formulate it the other way around: the conceptual ideas of business process modeling, especially its broad, multi-aspect approach, triggered the development of workflow management software.

## Enterprise Modeling and Architecture

Last but not least, enterprise modeling and architecture must be named as another trigger for workflow management (ICEIMT, 1992; Vernadat, 1996). In Section 1.1.1 we mentioned that one of the important prerequisites for workflow management is the process-centric view of work. For the discipline of enterprise modeling such a global, process-centric view is obligatory. Workflow manage-

ment learnt from enterprise modeling to take all aspects of an application system into account and not just to concentrate on certain partial aspects.

Research work on enterprise architectures (Wortmann, 1994) demonstrates how enterprise models can be enacted. It defines a concrete path from modeling to execution that can be applied to the problem of mapping business processes to workflows. One of the interesting features of the enterprise architectures approaches proposed in Wortmann (1994) is how they modularize system components in order to define generic building blocks that can be composed into large systems. Workflow management can adopt this technique when multiple perspectives of an application system have to be composed into form a workflow.

## ▨ 1.1.3 Generations of Workflow Management Technology

Workflow management technology is still far from being mature. In contrast, we would rather say that workflow management technology is still in the beginning phase. Like any other technology, workflow management will evolve in phases (Abbott and Sarin, 1994): in the beginning phase, experiences with academic and commercial prototypes have to be gained. The outcome of this phase is a working knowledge of workflow management with respect to either modeling and execution issues. In the second phase, usually basic conceptual work is accomplished: based on the good and bad experiences of the first phase, conceptual models and architectures are developed. First design methodologies are also established in this phase. The proliferation of tools for workflow application development characterizes the third phase that emphasizes workflow infrastructure. Many technologies are finally embarking on the phase of standardization which aims at the development of norms and standards that makes the use of a technology possibly more effective and efficient.

Today, workflow management is on the road to phase two, i.e. first instances of conceptual work can be reported. However, the largest part of the workflow management market is flooded with "home-made" systems which all claim to contribute significantly to the overall conceptual developments. Nevertheless, we think that not more than a dozen workflow management systems deserve such an assessment. The unrestrained proliferation of the workflow management system market, which seems to make the topic "workflow management" unattractive for research people, stems from the software crises that many companies are currently suffering from. They regard workflow management as a panacea for most of their difficulties and therefore manipulate the workflow management market in an uncontrolled way. Nevertheless, it can be easily understood why companies wish to participate in the huge potential workflow manage-ment market, since it is quite lucrative.

This book intends to be a contribution to the conceptual phase in the development of workflow management technology, i.e. both conceptual work in the area of workflow modeling and execution are presented, and a design methodology for workflow management is introduced.

In McCarthy and Bluestein (1991) workflow management technology's development is classified into three stages: homegrown (1989–1992), rudimentary (1992–1995), and dynamic (1994–1999) workflow computing. Before this classification is compared with the classification scheme discussed above, each of the three stages will be characterized.

According to McCarthy and Bluestein (1991) the three stages of workflow management technology are differentiated by

- the ease of development,
- the sophistication of the underlying routing technology, and
- the adaptability of a workflow to changes in the structure of a firm.

The first point undoubtedly aims at tool support for workflow development. The second point assesses the capabilities of the execution system, mostly called the workflow engine, with respect to programmability, openness, and interoperability. The last point refers to the availability of a workflow model which can be adapted dynamically to changes in the business processes which are supported by workflows.

The generation of so-called homegrown workflow computing is identified by the lack of a distinguishable workflow model, such that all workflow related information like execution order and data flow have to be hard-coded into application programs. In turn, these application programs are written in a conventional programming language like C and do not use a specialized workflow description language. It needs no further discussion to see that such "workflow management systems" show little or no adaptability at all. From our perspective, we would not even call such approaches workflow management systems, since they are lacking in basic functionality.

The distinguishing feature between homegrown and rudimentary workflow management technology is the availability of an autonomous workflow engine for the second stage of workflow technology. This engine allows to execute workflow models which are defined independently from application programs. Although not stated directly in McCarthy and Bluestein (1991), we assume that also a rudimentary workflow model and basic workflow development tools are in place. Therefore, the development of workflows is alleviated. Also, changes to existing workflows should be easier to make. However, they will be restricted to a certain degree predetermined by the workflow model and the execution engine.

14 ▦ **MOTIVATION**

McCarthy and Bluestein do not state clearly what the distinction between rudimentary and dynamic workflow computing is, since techniques like client/server and object-oriented analysis can also be applied for rudimentary workflow computing. Our interpretation of these techniques is that in this third stage of workflow computing workflow management shows dynamics: the workflow model can be adjusted dynamically to new application requirements, the workflow management systems architecture can be adopted to new hard- and software infrastructures and it can be extended systematically with additional functionality.

In this book, we present either a workflow model and a workflow management system architecture which support dynamic workflow computing. Section 1.4 will show how we interpret "dynamics" in the context of workflow management. Part 2 of this book presents our approach to workflow modeling; Part 3 describes a dynamic execution infrastructure for workflows.

Finally, it is interesting to compare the two classification schemes introduced in this section (Figure 1.1). Experimental workflow technology reaches from the phase of homegrown approaches into the phase of rudimentary systems. Conceptual approaches start synchronously with the phase of rudimentary workflow management systems. This phase also is of importance during the phase of dynamic workflow management. Professional workflow management systems will be developed at the end of the phase of rudimentary approaches.

The evolution of workflow management technology is obvious. We stand at the beginning of a new technology. Therefore, the lack of matured systems is not surprising. However, we have to appreciate that some existing approaches are already very promising and point in the right direction.



**Figure 1.1:**  Phases of Workflow Management System Evolution

## ■ 1.2 Area of Application

One way to find the application area of workflow management is to use an analytic approach. A well-known, encompassing application system range is selected first. Afterwards, the subrange of application systems that fit well to workflow management technology is selected. We will follow this methodology twice: first, the area of CSCW and/or groupware systems is analyzed; second, various classification schemes of application system types are investigated.

Computer supported cooperative work (CSCW) and groupware are regarded as one possible and suitable superordinated application area for workflow management (Bock, 1993). Section 1.2.1 will show which subrange of CSCW/ groupware systems are the home of workflow management.

In Section 1.2.2, a problem-oriented as well as a system-oriented classification scheme for application systems is investigated to find a suitable application area for workflow management technology.

## ■ 1.2.1 Computer Supported Cooperative Work and Groupware

We do not want to embark on the almost philosophical discussion about the distinction and the similarities between the two notions "computer supported cooperative work" (CSCW) and "groupware". Nevertheless, some definitions are cited in the following which clarify the subtle difference between CSCW and groupware.

Wilson (1991) gives the following definition of CSCW:

CSCW is a generic term which combines the understanding of the way people work in groups with the enabling technologies of computer networking, and associated hardware, software, services and techniques.

Ellis *et al.* (1991) characterizes CSCW as follows:

Drawing on the expertise and collaboration of many specialists, including social scientists and computer scientists, CSCW looks at how groups work and seeks to discover how technology (especially computers) can help them work.

Both definitions put a conceptual aspect into the foreground. Although computer support is considered as being essential for CSCW, both citations emphasize more that computer technology has to be deployed for CSCW rather than point out how this technology should be conceived.

In contrast, definitions of groupware always put the software aspect into the center of interest. For instance, Johansen (1988) defines groupware as a term for specialized computer aids:

16 ■ **MOTIVATION**

> Groupware is a generic term for specialised computer aids that are designed for the use of collaborative work groups. Typically, these groups are small project-oriented teams that have important tasks and tight deadlines. Groupware can involve software, hardware, services and/or group process support.

In Ellis *et al.* (1991) groupware is called a specialized computer-based system:

> … we define groupware as: computer-based systems that support groups of people engaged in a common task (or goal) and that provide an interface to a shared environment.

According to the definitions shown above and in full agreement with the interpretation in Borghoff and Schlichter (1995), we use the term "CSCW" whenever we want to talk about conceptual and theoretical issues, and we apply the term "groupware" when we want to refer to system issues. This interpretation is also supported in many other publications; Marca and Bock (1992) is a very illustrative one.

## Analyzing the term "CSCW"

In classifying the diverse disciplines that are subsumed under the notion of CSCW, we will find the special group of application systems that can be adequately supported by workflow management technology. But before this classification can be presented, the notion "CSCW" must be analyzed.

A very interesting approach to analyze the term "CSCW" is reported in Borghoff and Schlichter (1995): two different interpretations of the term "CSCW" are generated by inspecting it letter by letter from the beginning to the end and from the end to the beginning, respectively. Here is the result of the forward analysis:

- *C*: a computer based technology is the object of discussion
- *S*: the technology has to support some application type
- *C*: the application type puts cooperation into the center of interest
- *W*: the computer supported cooperation will accomplish some work

Berghoff and Schlichter call the forward analysis the interpretation from the perspective of computer science: the computer as a powerful tool to solve a problem (of cooperative work) comes to the fore.

The backward analysis of the term "CSCW" emphasizes the work that has to be done:

- *W*: the work to be accomplished is to the fore
- *C*: the accomplishment of the work is based on the division of labor and the cooperation of the workers
- *S*: the success of the work depends on adequate support
- *C*: the computer is one aid that can support the cooperative work

In the backward analysis the computer is just one possible tool that can support the accomplishment of the work. This interpretation is probably made by people of business and organization science.

Without any doubt, computers and work are two very important aspects of CSCW. However, we feel that one more aspect is under-represented in the discussion, namely the organizational environment (or infrastructure) where the computer supported cooperation actually takes place. Thus, CSCW is about the interrelationships and interdependencies of the three topics work, (computer) technology and organization[1] (Figure 1.2). Consequently, these three topics will also stand at the center of interest for workflow management.

The glue between work, organization and technology is the so-called group process (Borghoff and Schlichter, 1995) (Figure 1.2). We will see that the group process is the conceptual basis for business processes and workflows that will be introduced later in this book. Until we have defined workflows precisely, we will adopt the following definition of group processes for workflows.

To convey a first impression of how a group process is defined, we cite the definition of a group process given in Borghoff and Schlichter (1995). There, a group process is constituted by a static and a dynamic aspect. The static aspect comprises the factors:

- goals and objectives of the group process
- organizational structures and instances, i.e. people who participate in the group process
- a group protocol that orchestrates the group process

The dynamic aspect of a group process is defined by the following elements:

- a computer infrastructure (hard- and software) and non-computer infrastructure (e.g. buildings, facilities)
- group documents that document the group process (e.g. minutes)
- group activities that are performed during the group process (e.g. "fill out form", "archive document")
- group sessions that bundle group activities and assign people that execute them; group sessions can be performed synchronously and asynchronously by the people selected to participate (e.g. "process travel claim", "book trip")
- a group state that reflects the current state of processing (e.g. "started", "canceling")

It is time to come back to the origin of the discussion of CSCW. We wanted to interrupt the discussion in order to find the group of application systems that might be served well by workflow management systems. The last few paragraphs showed that the group process is a central part of CSCW application systems.

18 ▓ **MOTIVATION**



**Figure 1.2:** Three constituting Topics of CSCW (and Workflow Management)

We will see that a classification of CSCW systems can best be resolved by analyzing how group activities and group sessions are implemented. The next section will detail this observation.

**Classification of CSCW**

One of the classical classification schemes for groupware systems (and therefore also for CSCW applications) is reported in Johansen (1991) and Ellis *et al.* (1991). This scheme is called the time space matrix and classifies groupware/CSCW applications specifically with respect to time and place where the group activities and the group sessions, respectively, take place (Table 1.1).

The most popular example for face-to-face interaction is a conventional (non-computer supported) meeting: people are sitting together at the same time at the same place and performing a group activity.

Computer conference systems (Sarin and Greif, 1985) enable people distributed among various places to hold (synchronous) distributed meetings.

Multi-user editors like ForComment (Opper, 1988) allow asynchronous editing of a document which is a good example of asynchronous interaction (same place, different time).

Last but not least, asynchronous distributed interaction is a special form of groupware/CSCW applications. People are cooperating at different times sitting at different places. Workflow management systems support this type of cooperation well.

In Ellis *et al.* (1991) a functional classification scheme is also presented. Six different functional classes of groupware/CSCW systems are distinguished:

- message systems like e-mail systems for the asynchronous exchange of textual messages
- multi-user editors for the joint composition and editing of documents
- group decision support systems for the exploration of unstructured problems in a group setting

**Table 1.1:** Time Space Matrix of Groupware Applications

|  | Same time | Different time |
|---|---|---|
| Same place | face-to-face interaction | asynchronous interaction |
| Different place | synchronous distributed interaction | synchronous distributed interaction |

- computer conferencing systems for the synchronous interaction of physically dispersed people through their workstations
- intelligent agents for the cooperation of human and non-human participants in electronic meetings
- coordination systems like Electronic Circulation Folders (Karbe *et al.*, 1990) for the "integration and harmonious adjustment of individual work efforts toward the accomplishment of a larger goal" (Singh, 1989)

Also in this functional classification of groupware/CSCW systems, workflow management can be categorized. Workflow management systems best fit into the class of coordination systems.

## 1.2.2 Cooperative Information Systems

This section introduces two classification schemes for application systems.

**Problem-oriented Application Systems**

The first system is problem-oriented; it is reported in Mertens (1985). Mertens classifies application systems according to the purpose and goals they are used for. He excludes special tools (e.g. compilers and editors) and single purpose application systems (e.g. CAD systems) from the classification scheme. Typical examples of application systems that are included into the classification schemes are manufacturing control systems or business administration systems. According to Mertens the following four types of application systems can be distinguished:

- *Administrative Systems.* The purpose of administrative systems is to support routine work that has to be performed very frequently and will almost never be changed. The main purpose of this application class is to rationalize mass data processing. Automatic control and data flow management are two characteristics of administrative systems.
- *Decision Support Systems.* Decision support systems help human users to make decisions. They process and analyze data in order to provide a

profound data basis for decision making. In many cases, operations research models are used.

- *Planning Systems*. Planning systems are problem solving systems. They are deployed when unstructured problems have to be solved. Expert systems and systems that are based on methods of artificial intelligence are typical representatives of planning systems.
- *Presentation Systems*. The main purpose of presentation systems is to prepare data is such a way that they can be easily comprehended by management staff. Typical examples of presentation systems are programs that support charts and diagrams.

The above classification demonstrates nicely that problem solving competence is the measurement that is used to classify the first three system types. The fourth system type, presentation systems, stands somewhat outside of the classification scheme and orthogonal to the first three types. It has to prepare, process and present information that is produced by the other system types.

Workflow management systems fit into the class of administrative systems, specifically, workflow management can be deployed to implement administrative systems. Their aim is not to provide sophisticated problem solving capacities but is to support routine work. Control and data flow management, having been introduced as main characteristics of administrative systems, represent two of the fundamental tasks for workflow management systems.

### System-oriented Application Systems

A second classification scheme is reported in Brodie and Ceri (1992). Information systems are characterized as follows:

> … a conventional information system is a computer-based system that represents aspects of the evolving state of an organization or of a topic area of interest to an organization. An information system consists of a collection of applications that implement required functions (representing state retrievals and changes) over a collection of shared, persistent information repositories (representing the pertinent aspects of the state).

Typically, multiple (mostly human) users are involved in simultaneous information processes by manipulating specific data through specific applica-tions. Well-known examples of information systems are airline reservation systems, employee administration systems, manufacturing control systems, accounting systems, etc.

The main characteristics of information systems are therefore

- application processes
- common data, and
- multiple (human) users.

It is not possible (and also not necessary) to exactly define information systems. The above discussion outlines sufficiently the main properties and behaviors of information systems. In particular, it is easy to realize that the following systems should not be considered as information systems (Brodie and Ceri, 1992): simulation systems, stand-alone and single user systems, knowledge-based systems, systems software (e.g. operating systems), editors, compilers.

It was common practice to develop information systems as application-specific but independent from each other. However, it was learned very quickly that information systems have to collaborate continuously. In order to accomplish work, group processes span multiple information systems and access their databases. The interaction of information systems is symmetric to the interaction of humans when working in an office, for instance. The required cooperation of information systems led to the notion of "cooperative information system". Formerly independent information systems now act in the role of component information systems under the control of a comprehensive cooperative information system. Nevertheless, the component information systems should maintain autonomy as far as possible.

Brodie and Ceri state that one of the main challenges of cooperative information systems is to provide communication protocols that allow efficient and transparent (with respect to systems software and hardware) cooperation in distributed and heterogeneous environments.

**Summary**

Comparing the system-oriented discussion with the problem-oriented discussion, it becomes very obvious that administrative systems can be implemented by cooperative information systems. This correspondence fits nicely to our interpretation that workflow management systems are a very typical and effective example of cooperative information systems.

The two classification schemes discussed in this section have given a first impression of the principal character and the principal goal of workflow management. Therefore, a vague picture of workflow management is already formed. Before this picture is concretized in Section 1.4, the subsequent section will report some selected case studies. The case studies will consolidate the first picture of the purpose and contents of workflow management.

# ▦ 1.3 Case Studies

In this section, four workflow[2] examples are presented stemming from different application areas. The first one is a software process example. The second example stems from the investment field. Example three covers the manufacturing area.

The last example describes a workflow from the office automation area.

The aim of this section is to check whether the example processes, which are regarded as typical workflows, fit into the two classification schemes introduced in Section 1.2.

We have selected examples from different application areas to show how similarly they can be treated with respect to workflow modeling and execution. It is not true that workflow management is well suited to office environments (e.g. within an insurance company) but does not comply with the requirements of engineering environments (e.g. the manufacturing environment). We had our first experience with workflow management in a manufacturing company (Jablonski and Ruf, 1990). Later, we found that the same concepts that we studied in that area could also be applied to office problems. The following examples will confirm this experience.

## ▨ 1.3.1 Software Process Example

In Section 1.1.2 we mentioned that software processes are very similar to workflows. This close relationship is the reason for demonstrating a software process example here.

The example software process reported in Kellner *et al.* (1991) is regarded as a standard software process modeling example. To use a standard benchmark problem facilitates comparisons of various modeling approaches in the software process field. We take it as a typical example of software process modeling. The principle goal of a software process is to control the development and maintenance of software.

Figure 1.3 depicts the principal structure of the standard software process. "Develop Change and Test Unit" is the name of the core problem. It is modeled by eight component tasks which are called

- Schedule and Assign Tasks,
- Modify Design,
- Review Design,
- Modify Code,
- Modify Test Plans,
- Modify Unit Test Package,
- Test Unit, and
- Monitor Progress.

In Figure 1.3 the full descriptions of the component tasks are not shown to afford better readability. Nevertheless, the example is sufficiently self-explanatory. Only the tasks themselves, responsible persons or groups who are dedicated to perform the tasks and data flow between tasks are revealed. Goals and objectives, data



**Figure 1.3:** Software Process Example

consumption and production with respect to databases, the database schemes, the organizational structure and instances, the use of application programs (e.g. editors, compilers) and constraints restricting the execution of component tasks are neglected. They can be looked up in Kellner *et al.* (1991).

Even when Figure 1.3 omits essential parts of the component task descriptions and they are only mentioned briefly in the paragraph before, we can check that the example software process is defined like a group process (cf. Section 1.2.1). Goals and objectives, organizational structures and instances, computer infra-structure, group activities and group sessions are easy to find in the description of the software process. Therefore, we classify a software process as a special kind of group process. Moreover, a software process shows typical characteristics of an administrative process (cf. Section 1.2.2) that is performed on top of a cooperative information system.

## ▓  1.3.2 Mortgage Request Handling in an Investment Company

The second example describes an administrative process, namely the mortgage handling request process in an investment company (Joosten *et al.*, 1994). The purpose of applying workflow technology in this example is to reduce paper traffic. During the processing of mortgage requests enormous streams of paper documents must be handled. Due to the  inaccessibility of paper files and the lack of capacity to store the paper files people have to spend a significant amount of their time on non-productive activities which merely have to do with paper document handling. By introducing document management and workflow technology, the efficiency of mortgage processing is increased notably.

Figure 1.4 provides an overview of mortgage request processing. In order to preserve readability we omit to show data flow and electronic data containers (i.e. document and file containers) in the figure. Electronic documents and files are especially generated in the three initial tasks and in the task "Draw up Insurance Policy". All data are managed by electronic document management systems; they are available for all tasks that are executed in the global workflow. If employees of the investment companies need to access to one of the documents they can retrieve it from the corresponding document archive. In principle, the archives are accessible for all employees involved in mortgage request processing. Access rights control the integrity of document access.



**Figure 1.4:** Mortgage Request Processing Example

## ▨ 1.3.3 Manufacturing Control

Our third example stems from the manufacturing area. We look at the first part of a manufacturing control process of one of the leading manufacturers of turbo chargers in Europe. In analogy to the two examples discussed above, only the fundamental parts of the process will be presented.

The manufacturing process analyzed in the following comprises the CAD (Computer Aided Design) and the CAPP (Computer Aided Process Planning) area. The major task of the design area is the generation of technical drawings for part manufacturing. The drawings are subsequently sent to the CAPP area, specifically to the two sub-areas "Bill of Material Generation" and "Process Planning". Here, bills of materials and process plans are defined. Next, the "Numeric Control" (NC) programming department is called to deliver NC programs for those operations of the process plans which refer to NC machines. At last, the NC programs are sent to the "Resource Management" department where the availability of reference NC machines, tools and fixtures is checked. Figure 1.5 shows the structure of the manufacturing process example.



**Figure 1.5:** Manufacturing Process Example

In contrast to the software process example, no people are assigned to the process steps. Instead, each step is associated with an application program (CATIA, ENGIN, etc.). The semantics of this association is two-fold: first, the application programs are required to perform a particular step; second, people who are eligible to use a specific application program are indirectly responsible for executing a particular step.

Finally, we again want to check whether this workflow fits to the classification schemes that were developed in Section 1.2. Without going into details, the main characteristics of group process and administrative systems can be found in the manufacturing control process example. Therefore, we regard this as another proof of our classification schemes.

### 1.3.4 Lease Contract Management

The last example stems from office automation and describes the creation of a lease contract for real estate properties like flats, garages or business buildings. This workflow is deployed in a German company which leases properties professionally, see Dinkhoff *et al.* (1994).

We show a workflow and one of its subworkflows. The Create Lease workflow is a top-level workflow consisting of several subworkflows (see Figure 1.6). The first task, "Create Documents", is an automatic one. It is started after the workflow "Create Lease Contract" is initiated. Automatic means that no human user is involved in its execution. Basically, a batch job is initiated which calls the appropriate application programs. The result of this task consists of three documents, "Lesee", "Lessor" and "House Unity" each of which is sent to a separate subworkflow for further processing. One of the subworkflows, "Select Lessee", is discussed next. The others are omitted.

Figure 1.7 shows the subworkflow "Create Lessee". The first task ("Select Lessee") is a manual one. A decision is made if a person, the lessee, is already registered (i.e. is already leasing some property) or is not involved in any lease yet. In the first case the existent information about the lessee is selected and returned. In the latter case data about the new lessee is collected by another task ("Collect Lessee Dat") and inserted into a database by yet another subsequent task ("Insert Lessee Data"). Finally the newly inserted information is returned.



**Figure 1.6:**   Creating a Lease Contract

As soon as this subworkflow ("Create Lessee") is finished as well as the other two ("Create Lessor" and "Select House Unity"), the task "Create Lease" can be started. This task is an automatic one and composes the three documents "Lessee", "Lessor" and "House Unity" into a "Lease Contract". After the composition of the "Lease Contract" a legal and an economic check is appended. The result of each check as well as the lease contract is the final result of the "Create Lease Contract" workflow. These results can be used for further processing.

Throughout the whole description the assignment of tasks to people as well as application programs to be used for task execution were intentionally left out. All the details can be found in Dinkhoff *et al.* (1994).

## ■ 1.4 Formation of the Concept

After having been introduced to the historical development of workflow management, to a classification of workflow relevant application areas and to case studies, it is time to state more precisely what workflow management consists of.

Many definitions of workflow management can be found in the literature (e.g. Joosten *et al.*, 1994; McCarthy and Bluestein, 1991). Each of them is correct, however, none of them is complete. Because workflow management is a very comprehensive, extensive topic, this incompleteness is a logical consequence.



**Figure 1.7:**   Create Lessee Subworkflow

Therefore, we characterize and delimit the scope of workflow management by defining workflow management indirectly through typical features, attributes, behaviors and application areas. Following this approach we hope to include most of the characteristics of workflow management.

Section 1.2 revealed that workflow management systems are used for

- distributed asynchronous interactions.

They are tightly related to

- coordination systems
- cooperative information systems, and
- administrative systems.

Taking these diverse classifications into consideration we characterize workflow management as follows:

- workflow management supports distributed asynchronous interactions
- workflow management integrates (individually developed and performed) work steps toward the accomplishment of a larger task
- workflow management supports routine work
- workflow management integrates applications (functions), technology (hard- and software), data and users into group processes; group processes aim at the accomplishment of work.

Analyzing the typical case studies of Section 1.3

- workflow management is general and generic

to support diverse application areas.

Besides these characteristics, another feature of workflow management must be mentioned which is most significant. Section 1.1.1 mentioned a new trend in application system development. Process-centric approaches are favored compared with task- or data-centric approaches. Since workflow management fosters this approach, one of its major challenges is to model all entities and relationships of an application system explicitly. A workflow, therefore, defines a comprehensive scheme which includes all aspects of an application system. This comprehensiveness and completeness opens up a most valuable opportunity for reengineering (Hammer and Champy, 1993). Such an accurate and complete scheme of an application system is the best basis to review and optimize processes in an enterprise.

Last but not least, it has to be mentioned that workflow management does not end with modeling. To execute workflows eventually is the final goal of workflow management.

## ▦ 1.5 Expectations and Fears

Whenever a new technology is developed and begins to proliferate, high expectations are associated with its introduction. Specifically the advent of workflow management technology raised expectations and received premature praise that was, first, not justified and, second, could not be sustained by most commercial products and research prototypes. In this section, expectations and fears about workflow management technology will be discussed.

### Expectations

The contribution of workflow management to management and organizational effectiveness can best be assessed when group processes, the core of workflow management, are regarded from the perspective of the value chain concept (Porter, 1985). The value chain views an organization as a collection of activities that adds value to the product or the service of an organization (Koulopoulos, 1995). A value chain is a system of interrelated and interdependent (group) activities (i.e. they constitute a group session). The activities are linked together by either control or data connectors.

A very illustrative example of a value chain is a production process, where raw material is transformed to finished products. Another type of value chain can be found in service processes. A travel agency transforms customer specific data (date of vacation, favorite vacation resort, price limit, etc.) to a complete vacation trip booking.

Starting with the concept of a group process as a value chain and regarding a workflow as a special implementation of a group process, we now can present major positive business implications of workflow management (cf. Joosten *et al.* (1994)):

- *Increasing the quality of service.* Service provision is increased with regard to effectiveness and efficiency. Unnecessary delays are eliminated through automated routing and work division. This also leads to an increase of throughput.

  A higher quality service is provided since the failure rate is reduced due to validation checks that can easily be implemented for smaller parts of the production process.

  Service quality can also be improved by better ensuring on-going compliance with federal or state laws and enterprise (business) rules. Having implemented these regulations enables to execute processes according to their most appropriate versions.

- *Improving service to the clients.* There are two major services to be provided to a client. Information service is the first: many kinds of customer inquiries can be answered instantaneously since the service/production

process is implemented on top of huge databases that encompass all information relevant to the service/product and the clients.

Another valuable benefit of workflow management is flexibility with respect to the spectrum of service/product provision: alternative activities can effectively be composed to offer a new service/product.

- *Increasing productivity*. Due to the elimination of delays and higher throughput, the productivity of an enterprise can be increased.
- *Reducing costs*. The main cost reduction can be put down to the fact that workflow management increases throughput and therefore decreases the amount of time spent on a particular service/product.
- *Reducing vulnerability*. The introduction of workflow management technology requires thorough investigation of the group processes that have to be implemented. Increased knowledge about the group processes results from such a detailed study. This knowledge can be used to reschedule, defer or prioritize work to reduce its vulnerability.

## Fears

Nevertheless, the introduction of a new technology often causes fears and reservations due to the unknown consequences of its deployment. Especially in this context, people are worried about workflow management being a straitjacket that controls and supervises human users who are degenerated to stupid agents that have to react to whatever the system prescribes. In detail, the fears and reservations break down into the following aspects (cf. Joosten *et al.* (1994)):

- *Too rigid control*. The workflow management system might control and direct its human users to an unacceptable degree. Users can only react to the system.
- *Too much inspection*. People fear the possibilities for management inspecting their work. In principle, all kinds of analysis are possible: what employee was spending what amount of time on what kind of task, of what quality was his/her work, etc.
- *Too little functionality*. Workflow management is not trusted to solve the major problems of an application area. This fear is caused by the overestimation of workflow management technology which often leads to the attitude that workflow management systems are a panacea for everything.[3] Since workflow management is not a panacea, the key issue is to balance the use of workflow management technology and not to blindly deploy workflow management systems to all kinds of problems.
- *Too much inflexibility*. The workflow as the implementation of the group process is too inflexible. It cannot be adjusted dynamically to new requirements posted by either the clients or the system environment.

It cannot be denied that workflow management imposes control on group processes and consequently also on people that are involved in performing them. However, this observation is common to most if not all computer technology that is introduced. If workflow management systems are used moderately they can offer helpful and valuable guidance throughout the execution of a group process.

## ▧ 1.6 Scope of the Book

This section tries to answer the three fundamental questions:

- Why was this book written at all?
- What is the perspective and the scope of this book?
- Who is the intended audience for this book?

The book market in the workflow management field is somewhat strange: every few months new comparison reports are published which summarize the main features of commercial workflow management products and compare them. Although in principle such reports would be beneficial, we are not in favor of them for the following reasons:

- The workflow management market is still very dynamic. This means that products change their main features drastically from version to version. Therefore, the validity of these reports is very limited.
- The comparisons are mostly very shallow. We have not found a publicly available technical report that compares workflow management systems sufficiently from a technical point of view. Scalability, customizability, extensibility, etc. are criteria that are fundamental for workflow management but they are not dealt with thoroughly in the reports.[4]

Therefore, comparison reports are neither sufficient nor adequate for consultants because they are out of date too fast; nor are they obligatory for technical people since from a technical viewpoint they are not profound enough.

Besides these comparison reports there are many papers on workflow management topics. Some of them are very interesting and present valuable ideas and concepts. The inherent problem with papers is that they merely deal with fragments of a problem and do not work on a topic broadly. They are more focused on introducing new technically sound concepts. Thus, it is very hard to get an overview on the current situation in workflow management by only studying the papers.

The only books on workflow management treat this topic from a business- and consulting-oriented perspective. This is justified due to the enormous popula-

Case5:14-cv-00570-BLF   Document71-13   Filed12/17/14   Page44 of 45

rity of workflow management that makes it one of the hot topics of business- and consulting-oriented people. Nevertheless, books on the technical aspects of workflow management are still missing. This is the niche into which our book fits. We want to discuss the workflow management topic for information technology professionals. However, we intend to do it in a way that business- and consulting-oriented people and also scientific-oriented people (e.g. students) can profit from. Our goal is to introduce a workflow model and a workflow management architecture which allows to classify and compare other workflow models and architectures. Thus, a clear conceptual preparation of the topics is fundamental.

We do not want to introduce another workflow model and architecture, but we want to introduce a classifying reference model and architecture which helps people to understand the principal concepts of workflow management. The idea behind developing a workflow reference model and architecture is that a large number of workflow problems have many characteristics in common. Thus, one comprehensive approach to workflow management might solve most of these problems. Very often, just the customization of some specific elements of workflow management suffices to provide an adequate solution. Therefore, the knowledge and experience put into such a comprehensive approach can be utilized when new workflow problems have to be solved.

This book can be characterized as a text book or a trade book which adapts the workflow management topic for a technology-oriented discussion.

Section 1.1 and Section 1.4 conveyed that workflow management follows a process-centric methodology and aims at the comprehensive treatment of an application scenario. The broadness of the approach makes it necessary that workflow management is not introduced separately and in isolation. However, we embed it into a global information systems engineering life cycle which shows the entire application path of this new technology. Specifically, we elaborate the relationship of workflow management to business process (re)engineering since both topics are – due to misinterpretation – set equal frequently.

The contents of this book are based on research in the workflow management area which we have conducted since 1987 as one of the authors worked on a project for "data and process (function) integration" at one of the largest manufacturing companies in Europe. Now, we know that "data and process (function) integration" is exactly what nowadays is called workflow management. Also, we gained much experience as (technical) consultants on real customer projects. There, we could prove the applicability of the concepts we had previously developed theoretically.

---

[1] Under the notion "organization" we subsume either the organizational structure of an enterprise (groups, departments, etc.) and the individuals working in/for an enterprise (employees, business partners, etc.).

[2] We should rather talk about group processes since we have not introduced workflows so far.

[3] It is a pity that many system vendors, consultant firms and even research institutes have disseminated this rumor.

[4] We heard of workflow management projects that failed (of course, these projects and their problems are never reported in public). This is mostly due to the unsufficient technical features of the workflow management products with respect to functionality, scalability, customizability, extensibility, etc. Thus it is fundamental to compare them against these technical measurements.