# EXHIBIT 13



CD-ROM
Included

Techniques and Tools for Support
Organization Design and Management



Microsoft®
# Sourcebook for the Help Desk

## Second Edition

**Microsoft** *Press*

# Now your help desk can offer solutions to the problem of support costs.

Of the total cost of PC ownership, more than a third is in administration. Support professionals can cut that cost with a more effective help desk. And you'll discover how in this book—*the* source for effective, economical ways to deliver high-quality technical support to end users. Here you'll find the clear, complete information you need for evaluating, setting up, and managing cost-effective help desk solutions. This second edition is completely updated and offers entirely new information on important topics that include:

- Planning and migration
- Internet/intranet strategies
- Help desk strategies in multivendor environments

Plus, the companion CD—fully updated and with expanded contents—is packed with a wealth of indispensable tools. In short, whether you're setting up a help desk for the first time, optimizing for efficiency, or balancing internal and external resources, you'll find the help you need in MICROSOFT® SOURCEBOOK FOR



**Valuable Tools on CD-ROM!**

- Templates
- Checklists
- Sample reports
- Job descriptions
- Scheduling forms
- Microsoft TechNet Sampler

*Computer/General/Help Desk*

| | |
|---|---|
| **U.S.A.** | **$49.99** |
| U.K. | £46.99 [V.A.T. included] |
| Canada | $66.99 |
| | *[Recommended]* |



**Microsoft** *Press*

ISBN 1-57231-582-2



9 781572 315822

90000

7 90145 15822 2

Techniques and Tools for Support
Organization Design and Management

Microsoft®
# Sourcebook for
# the Help Desk

## Second Edition

*Microsoft* Press

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1997 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Sourcebook for the Help Desk / Microsoft Corporation. -- 2nd
ed.
   p.   cm.
  Includes index.
  ISBN 1-57231-582-2
  1. Information technology--Management.   2. Customer services-
-Management.   I. Microsoft Corporation.
T58.64.M53   1997
004'.068'8--dc21                                                                    97-832
                                          CIP

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9   MLML   2 1 0 9 8 7

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office. Or contact Microsoft Press International directly at fax (206) 936-7329.

Macintosh is a registered trademark of Apple Computer, Inc. Automap, BallPoint, Bookshelf, Cinemania, Encarta, FoxPro, Microsoft, the Microsoft logo, Microsoft Press, the Microsoft Press logo, Microsoft QuickBasic, MS, MS-DOS, PowerPoint, QuickC, SourceSafe, Visual Basic, Visual C++, Windows, and Windows NT are registered trademarks and BackOffice, Bob, FrontPage, and Outlook are trademarks of Microsoft Corporation.

Other product and company names mentioned herein may be the trademarks of their respective owners.

**Acquisitions Editor:** Susanne Freet
**Project Editor:** Stuart J. Stuple

# Staff Page

**Project Manager:** Meg Olsen

**Project Team:** Andy Erlandson, Art Hanlon, Eric Johnson, John Joynt, Meg Olsen, Kurt Samuelson

**Writers:** Josh Anderson, Sandy Arthur, Cindy Barnett, Andy Erlandson, Hugh Faulkner, Viggo Forde, Art Hanlon, Anne Hoffman, Sue Hill, Jack Huffman, Eric Johnson, John Joynt, Jennifer Kelly, Leo LaFlamme, Kevin Lambright, Nancy Narraway, Michael Naughton, Meg Olsen, Mark Perry, Kurt Phillips, Sean Pickton, Rusty Pitman, Kurt Samuelson, David Smith, Samantha Williams, Ted Williamson

**Contributors and Reviewers:** Richard Adams, Steve Blair, Dave Bymaster, Stephanie Davies Boesch, Michael Emmanuel, Theresa Falcone, Bob Forgrave, Dawn Galbreath, Peggy Garcia, Mareta Guerrero, Scotty Gresham, Steven Henry, Tina Koyama, David LaRocque, Stephen Malcolm, Pam Means, David Paisley, Kevin Shea, Kimberly Skorupa, Jason Tafoya, Donna Tracey, Tamara Tyler

**Special thanks to:** Rod Franklin, Entex; Kathleen Kaake, Cherie Kemmerer, Help Desk Institute; John Pendleton, Axiom; David Tom, Information Access Company; Todd Wisen, Connect

**Project Writer:** Art Hanlon

**Manuscript Editor:** Diana George

**Glossary Editor:** Marianne Okamoto

**Layout and Proofreader:** Cathy Anderson

**Indexer:** Doughlas Remy

**Layout and Graphics Designer:** Doughlas Remy

The staff of the second edition of the *Microsoft Sourcebook for the Help Desk* would like to express our gratitude to the staff of the first edition, whose quality of work, attention to detail, and high technical standards provided a worthy benchmark for our efforts. Thank you for showing us the way.

# Foreword

The help desk has been around long enough for most people who have worked with computers to have called at least once. What was that experience like for them? Did users feel any more educated or knowledgeable after talking to the help desk?

We at Microsoft hope that users feel more enlightened about the technology and more satisfied using it, and that, through interaction with the help desk, they feel more self-sufficent and productive.

Two years have passed since we published the first edition of the *Sourcebook*. A lot has happened at Microsoft since then. We've witnessed the launch and phenomenal success of Windows 95, the rapid expansion of the Internet, and widespread adoption of Microsoft technologies by large companies. Products are now far simpler to use and reach an ever-wider audience. They provide a richer set of features. At the same time, the complexity behind the scenes has been increasing. Consequently, the dynamics required of the help desk are changing to meet the needs of an increasingly sophisticated user, as well as a far greater number of "novice" users, than ever before.

The first edition of the *Sourcebook* provided a solid foundation and building block for companies that wanted to implement a help desk. For the second edition, we are building on that accomplishment by adding a detailed discussion of the needs assessment process, new and updated templates and checklists, and new information targeting large organizations and external help desks, including discussions of optimization, queue theory, and preparing the help desk to support new product implementations or upgrades.

We are happy to share our experiences with you and hope the *Microsoft Sourcebook for the Help Desk* will enable you to build a successful help desk.

Linda Glenicki
General Manager
Microsoft Technical Support

Mark Perry
General Manager
Enterprise Technical Support

# Contents

Part One: Designing and Managing the Help Desk

## Chapter 1: Scope of the Help Desk ........................... 3
The Help Desk ............................................................ 4
 Internal and External Help Desks ................... 5
Responsibilities of the Help Desk ................................ 5
Keys to a Successful Help Desk .................................. 6
 Clearly Defining the Mission ............................ 6
 Establishing a Clear Policy .............................. 7
 Integrating the Help Desk ............................... 7
Needs Assessment ...................................................... 9
 The Needs Assessment Plan ........................ 10
 The Needs Assessment Team ...................... 10
 Needs Assessment Tools ............................. 13
 Specific Areas to Be Addressed ................... 15
How to Use This Book ............................................... 20
New Support Models ................................................. 21
Conclusion ................................................................ 21

## Chapter 2: Building the Help Desk ........................... 23
The Help Desk Service Model ................................... 24
 Submittal Mechanisms ................................. 24
 Service Delivery Considerations ................... 26
 Incident Handling and Escalation ................. 28
The Help Desk Structure ........................................... 33
 Centralized or Decentralized Help Desk ....... 36
 On Site Support Options ............................... 36
 Technical and Organizational Resources ....... 38
Setting Up the Physical Environment ....................... 46

## Contents

Selecting Support Software ........................................ 51
    Identifying the Need ...................................... 51
    Building the Requirements ........................... 55
Forming Vendor Relationships .................................. 62
    Hardware Vendors ........................................ 62
    Software Vendors .......................................... 63
    Tips on Building Vendor Relationships .......... 65
Contingency Planning for the Help Desk ................. 66
Promoting the Help Desk ......................................... 68
    Defining Your Target Customers ................... 68
    Understanding Your Customer Needs ........... 68
Positioning Your Services ......................................... 69
    Communicating with Your Customers .......... 69
Conclusion ............................................................... 72

Chapter 3: Blueprints for Staffing ............................ 73
Forecasting Staffing Needs ....................................... 74
    The Basics ..................................................... 75
    Ongoing Monitoring ...................................... 83
    When Reality Does Not Match the
        Forecast .................................................. 84
    Special Forecasting Issues for Larger
        Organizations ......................................... 87
The Hire Plan   ......................................................... 88
    Building a Simple Hire Plan .......................... 88
    Fine-Tuning the Hire Plan ............................. 91
Scheduling Personnel .............................................. 95
    Creating a Schedule ...................................... 97
    Scheduling Models ........................................ 97
    Creating the Typical Support Engineer's
        Schedule ................................................ 103
    Scheduling Individual Support Engineers .... 105
    Communicating the Schedule ................... 107
    Special Considerations ............................... 107
Conclusion ............................................................. 109

Contents

**Chapter 4: Performing the Help Desk Duties** .......... 111

    The Incident Management Process ......................... 112

        Defining the Incident .................................... 113

        Screening the Incident ................................. 113

        Tracking the Incident ................................... 117

        Closing the Incident .................................... 121

    Problem Solving ...................................................... 123

        Problem-Solving Methods ........................... 123

        Group Problem Solving ............................... 126

    Research Technologies ............................................ 127

        Research Libraries and Test Labs ................ 127

        Flowcharts as Problem-Solving Tools .......... 127

        Electronic Resources ................................... 128

    Proactive Support ................................................... 130

        Open Communication and Access .............. 131

        Tools for the User ....................................... 131

        Managing Customer Satisfaction ................ 133

    Conclusion ............................................................. 135

**Chapter 5: The Help Desk Employee** ..................... 137

    Staffing the Help Desk ............................................ 138

        Defining the Job ......................................... 138

        Locating Potential Employees ..................... 141

        Screening the Applicants ............................ 143

        Assessing Skills and Knowledge ................. 144

        Orienting New Employees ........................... 146

    Fostering Employee Commitment ........................... 147

    Team Building ........................................................ 149

        Explain the Vision ....................................... 150

        Demonstrate a Great Attitude .................... 150

        Empower the Team Members ..................... 151

        Provide Feedback ....................................... 152

    Training Help Desk Employees ................................ 156

        Skills Assessment ....................................... 157

        Planning .................................................... 158

## Contents

Delivery Methods and Technologies ........... 161
When Training Is Not the Solution ............. 165
Conclusion ............................................................. 165

Chapter 6: Evaluating the Help Desk ....................... 167
Collecting and Storing Data ..................................... 169
Tracking Data ............................................... 169
Customer Satisfaction Data ..................................... 171
Using the Information ................................... 172
A Customer Satisfaction Survey .................. 173
An Alternative: Focus Groups ..................... 179
Cost Recovery ............................................... 179
Metrics of Cost Recovery ............................ 180
Costs ............................................................. 183
Demand ....................................................... 185
Responsiveness ........................................... 189
Productivity ................................................. 190
Tracking by Issue ......................................... 191
Measuring Employee Satisfaction ............................ 193
Reporting ................................................................. 195
Selecting the Report Type ........................... 196
Determining Frequency ............................... 197
Managing Report Accuracy ........................ 198
Conclusion ............................................................. 203

Part Two: Advanced Topics

Chapter 7: Large Organization Considerations ...... 207
Needs Assessment for Outsourcing ....................... 208
Factors Influencing the Decision to
Outsource ............................................. 208
Monitoring Quality of Outsourced
Support ................................................. 211
Optimization    ....................................................... 213
Productivity ................................................. 214
Costs    ......................................................... 216
Cost Recovery and Fee-Based Support ....... 217

Contents

Tools and Techniques for Evaluating Large
    Help Desks .......................................................... 218
        Queue Dynamics ........................................... 218
        Use of Simulation in Call Center
            Management .......................................... 223
Incident Management Models ................................ 232
        Immediate Response Models ..................... 233
        Controlled Response Models ..................... 236
        Incident Management for Large Help
            Desks .................................................... 238
Finding and Creating Solutions .............................. 240
        Information Formats .................................... 241
        Storage and Retrieval Models ..................... 245
        Implementing Solution-Centered
            Support ................................................. 249
Conclusion ............................................................. 253

Chapter 8: External Help Desks ............................. 255
External Customer Help Desks ............................... 256
Expert Support Planning ........................................ 258
        Multi-Vendor Support ................................. 258
        Support Readiness Planning ....................... 260
        Closed Feedback Loop ............................... 269
Proactive Support .................................................. 272
        Overview .................................................... 272
        Account Management ................................. 272
        Proactive Support Tools and Services ......... 275
Cost Recovery and Fee-Based Support ................... 277
        Charging by Phone ..................................... 278
        Credit Card ................................................. 280
        Service Contracts ........................................ 280
Conclusion ............................................................. 281

Chapter 9: Problem Resolution with the
    Internet and Intranets ........................................ 285
        Focus on the Mission ................................. 286

## Contents

The Internet Is Communication ............................... 286
Electronic Incident Management ............................ 287
    E-mail  ........................................................ 287
    HTML Forms ................................................. 288
    Database Access on the Web ...................... 288
    E-mail + HTML Form + Connectivity = Power . 290
Self-Help on the Internet and Intranets .................. 290
    The Help Desk Web Site ............................. 290
    Pushing Information .................................... 292
Conclusion ............................................................ 292

Chapter 10: Looking Ahead: The Help Desk
    of Tomorrow ................................................. 295
Past and Present .................................................... 296
    Looking Back at Hardware Support ............. 296
    Looking Back at Software Support .............. 296
    Industry Advances ....................................... 297
The Challenge for Support Services ........................ 297
    Answering the Challenge
      with Technology ..................................... 298
    Combining Past and Present Tools and
      Technologies .......................................... 299
    Answering the Challenge
      with Services ......................................... 300
Conclusion ............................................................ 301

Part Three: The Help Desk Resource Directory

Chapter 11: Organizations and Publications .......... 305
Help Desk Organizations ........................................ 306
Books ................................................................... 315
Market Research .................................................... 324
Periodicals ............................................................ 326
Web Sites .............................................................. 332

Contents

Chapter 12: Microsoft Resources ............................... 335
Microsoft Technical Support ................................... 336
Primary Support ........................................... 337
Priority Support ........................................... 341
Premier and Premier Global Support .......... 345
Subscription Resources ............................... 345
Microsoft Press ...................................................... 348
Microsoft Developer Network ................................ 349
Microsoft Solutions Framework .............................. 350
Microsoft Solution Providers .................................. 351
Microsoft Training and Certification ....................... 352
Microsoft Authorized Support Centers ................... 353
ASCs with Multinational Coverage ............. 354
ASCs with National Coverage ...................... 355
Microsoft Systems Management Server ................. 371
Microsoft Corporation Contact Information ........... 372

Chapter 13: Help Desk Software Guide ................... 379

Glossary ..................................................................... 461

Index ......................................................................... 471

CHAPTER **4**

# Performing the Help Desk Duties



## Contents

The Incident Management Process ....................... 112

Defining the Incident ................................. 113

Screening the Incident .............................. 113

Tracking the Incident ................................ 117

Closing the Incident................................... 121

Problem Solving .................................................. 123

Problem-Solving Methods ........................ 123

Group Problem Solving ............................ 126

Research Technologies......................................... 127

Research Libraries and Test Labs.............. 127

Flowcharts as Problem-Solving Tools ........ 127

Electronic Resources ................................ 128

Proactive Support .................................................. 130

Open Communication and Access ........... 131

Tools for the User ..................................... 131

Managing Customer Satisfaction .............. 133

Conclusion ........................................................... 135

Although the duties of the help desk may include training users, evaluating technology, and providing advice, the key responsibility is always providing solutions for problems reported by users. For effective user support, the help desk needs a process for receiving, logging, assigning, and tracking incidents from the user's first contact with the help desk through problem resolution and incident closure. In this chapter, we share some of Microsoft's best practices for handling this process. Included are detailed templates, flowcharts, plans, and specific practices that Microsoft has used with success in its technical support groups.

Within the help desk organization, individuals and techniques interweave to form a single service delivery system to meet the technical support needs of users and facilitate the mission of the company. Teamwork, ownership, and commitment are as much the integral elements of a successful help desk as technical knowledge. As in any synergistic system, the absence or weakness of even one element affects all the rest. This chapter covers the process of handling a problem reported to the help desk, and the next chapter, "The Help Desk Employee," discusses the specific challenges related to developing, managing, training, assisting, and retaining the help desk employee.

## The Incident Management Process

Key to understanding the process of managing incidents is understanding the term itself. An *incident* is typically viewed as a single problem plus the work done on it until resolution. Microsoft Technical Support defines an incident as "A single support issue and the reasonable effort needed to resolve it. A single support issue is a problem that cannot be broken down into subordinate problems."

Many help desks use a fairly loose definition of an incident, but businesses that charge for support on an incident-by-incident basis require a tighter definition. For example, at Microsoft's external help desk, incidents are treated as billable support for some products or support contracts unless the incident is related to a software bug, the result of a documentation error, or is a feature request.

The term *problem* more generally refers to the information presented by the user, and the term *issue* refers to the actual situation that must be resolved by the support engineer. In some cases, the problem reported by the user may be identical to the issue as perceived by the help desk. If several different users report the same issue as a problem, each report counts as a separate incident.

In addition to the work and technical knowledge actually needed to resolve the problem reported by a user, the process of managing an incident has four phases—verification, incident definition, incident tracking, and incident closure.

The first component, verification, determines if the user's problem is something the help desk can resolve. Some help desks provide some types of support but not others (for example, help

with a Microsoft Excel macro command but not with writing custom Microsoft Excel macros). If the user needs help the help desk cannot provide, usually the help desk refers the user to resources or groups that can help. Businesses that charge for some support and don't charge for other support must verify what kinds of support the user is entitled to before managing the incident. The verification process often involves seeking information about the user, his or her problem, and the payment preference, if applicable.

Once verification has been completed, the second phase, defining the incident, can begin. Incident definition consists of the help desk gathering the information necessary to start resolving the incident. When a user reports an incident, the user and the support engineer work together until they reach mutual agreement on an accurate and complete (as possible) description of the problem, the intended solution, and the approach they will take toward solving it. This also includes the possible decision to escalate the incident, based on its severity and the number of users who are affected by the problem.

The third phase, incident tracking, begins with creating an incident report and continues until the incident is resolved. It includes all aspects of collecting data about the incident as well as researching test results and findings.

The final phase, incident closure, consists of the practices used to ensure expeditious and appropriate closure and follow-up with the user. This step includes verifying that the incident has been solved (or resolved appropriately, perhaps as a referral) and confirming that the user understands and agrees that no further action is required from the help desk.

## Defining the Incident

The process of resolving an incident starts with a user reporting a problem or requesting assistance. Ideally, this service request is in a format that provides the support engineer with a clear description of the incident to be resolved. If not, the information about the problem must be organized and expanded, if necessary, to identify clearly the specific incident to be resolved. In addition to describing the problem in precise terms, the incident description should ideally include information about what it takes to resolve the incident successfully—what the user hopes to come away with at the end of his or her interaction with the help desk.

A problem reported by a user might be phrased, "I can't get my printer to work," but that does not provide sufficient detail for the support engineer to identify the specific issue. The person taking the report must probe for the details, making sure that the description of the issue is both complete and accurate. The more relevant data the user can provide up front, the less time the help desk representative has to spend asking questions. Furthermore, a single problem may, in fact, turn out to require more than one incident description.

## Screening the Incident

In some cases, the support engineer is responsible for converting the user's report into the incident description. This is most common in small- to medium-sized help desks. In larger help desks, there may be an individual who is responsible for screening the problem reports,

producing the initial incident description, and then routing the incident to the appropriate support engineer. At Microsoft, these individuals are known as service representatives (refer to the "Sourcebook Toolkit" on the compact disc for a sample Service Representative job description).

During the initial phase, the person taking the problem report gathers preliminary data sufficient to define the incident. In some cases, this person may then attempt to resolve the issue. In others, the initial contact for the help desk is an administrative person rather than a technical person, who records the incident and then passes it along to the appropriate resource for resolution.

If the help desk organization provides service for a very large number of products, an administrative screening function may be helpful to guide the caller to the appropriate resource rather than having the user go through the process of trying to locate the appropriate support engineer. Furthermore, if it is necessary to check whether the user has the right to service (if, for example, a help desk is managed as a profit center), a service representative can validate the incident report prior to passing it to a support engineer.

Service representatives need different skills than support engineers. Service representatives must have basic typing and computer skills in addition to being good all-around communicators. A certain degree of comfort with technical jargon is often necessary so the service representative can describe an incident in terms familiar to the support engineer. Sometimes the service representative is expected to assess the severity of the incident in order to determine the appropriate steps to take (for example, alerting a manager in the case of a major network disruption). Service representatives also must be proficient at setting customer expectations regarding the handling of the incident and will, on occasion, be called on to interact with unhappy customers.

At Microsoft Technical Support, a call reporting a new incident passes through preliminary screening by a service representative, who collects essential information about the incident, such as:

- The user's name, phone number, location, times available, and best method to contact

- The type of equipment, operating system, and software experiencing the problem, including any patches, versions, or service packs that might be involved

- An accurate description of the problem or request

- The resolution and time frames expected by the user (sometimes means resetting user's expectations)

- The resolution time frame needed by the user

- The relative priority of the issue

- Which help desk resource should be assigned to the incident

Some of this essential information gathering is now automated, and the user includes this as part of the procedure of requesting service. The user can, for example, fill out an e-mail service request form, or, if reporting an incident by phone, select options from a series of recorded menu prompts. One advantage of an automated phone system is the ability to produce reports on talk time, frequency of calls, intervals between calls, and so forth, to the help desk manager (as described in detail in Chapter 2, "Building the Help Desk"). Whatever the method of collecting information, once the service representative has enough information to make a decision, the call is assigned to a support engineer based on expertise and availability, or the caller is placed into the queue to wait for the next available person who can solve the problem. If at all possible, the procedure of assigning the call should include a means of forwarding the data just collected so the customer doesn't have to repeat the information. When the service representative (or the automated routing system) transfers the caller to a support engineer, the support engineer then takes ownership of the call, either solving the problem or escalating the incident to the next level of support.

The "Sourcebook Toolkit," on the  compact disc included with this book, contains a Troubleshooting Worksheet in the Problem Resolution Tools directory—an extensive list of questions that can be used to help support staff draw out more detailed information about the incident to assist with troubleshooting. These questions can be very helpful to support engineers when trying to define the nature of the problem.

Incidents arriving electronically may also require screening, especially for help desks providing support to the company's customers in addition to users within the company. In situations where the user's right to receive support must be validated, it is helpful to use an electronic submittal system that processes the approval as the request is submitted. Proprietary submittal systems typically have this feature designed into them, but e-mail systems typically do not. Many help desks that must determine support entitlement do not allow general submittal of issues by e-mail for this reason, and when they do, additional thought must go into the mechanism for determining whether the submitter is entitled to receive support.

Often, it is helpful to provide users a template that shows the type of information the help desk typically needs when resolving problems. Microsoft distributes fill-in-the-blank problem tracking and reporting sheets to our Premier customers (those who have purchased personalized support management and service contracts) for their users. These sheets contain system-specific information fields needed by the internal help desk when users call to report problems. They often help the Microsoft support engineers to be thorough when tracking down particularly elusive problems. See Chapter 12, "Microsoft Resources," for a description of Premier Service, as well as other service levels offered by Microsoft.

Problem tracking sheets, such as the one shown on the following page, can be used to help users describe their problems prior to contacting the help desk. These tools are intended to reduce the total time needed to gather information about the incident. They also provide the support engineer with much of the background information needed to solve many applications-based problems in one consistent, complete form.

---

## Problem Tracking Sheet: Networking

Service Request tracking number: _____

Support engineer working with you   _____
Has the issue been resolved?  YES / NO
If yes, brief description of resolution: _____
_____

Operating System:   __Windows NT   __Windows   __MS-DOS   Version: _____
Network product:   __Windows NT Server   __Windows 95   __Windows NT Workstation
                   __Windows for Workgroups   __Other: _____
Version:   Server: _____   Clients: _____
Service Packs or hotfixes applied: _____
Security:  USER / SHARE   Workgroup or Domain Model: _____
Network protocols:   __TCP/IP   __IPX/SPX   __NetBEUI
                     __AppleTalk/Services for MacIntosh   __Others: _____

Hardware (machines, network cards, hard drive controllers, and drives): _____
_____
_____

Brief description of problem: _____
_____

Error messages in error logs (include numbers): _____
_____
_____
_____

---

The complete version of this tracking sheet is included in the "Sourcebook Toolkit" on the compact disc, where it is listed as **Problem Tracking: Networking** in the Problem Resolution Tools directory.

The forms can also be used as templates for electronic submittal of a problem (using the web or fax, for example) or as tools to document incidents. In some cases it may be helpful for the support engineer to use a problem tracking sheet to document a problem, ensuring thoroughness in gathering data in the early stages of troubleshooting. Five examples of these types of tools are included in the "Sourcebook Toolkit," on the compact disc included with this book.

Chapter **4** Performing the Help Desk Duties

## Assigning Priority Rating

As discussed in Chapter 2, it may be useful for the help desk to define differing response goals based on the severity of the incident. Using severity to determine response time is often superior to first-in, first-out ordering of responses and helps the help desk maximize resources by handling vital issues first.

In some systems, the user assigns a priority rating. In others, the service representative who logs the incident assigns the priority. When the help desk determines the priority, the user is typically notified of the priority rating and given a time frame in which the incident is to be resolved. The most important consideration is that there should be a consistent standard for defining the severity levels, and this standard should be used by everyone who deals with the incident. This standard should be documented for the users of the help desk.

## Tracking the Incident

As discussed in previous chapters, tracking a call from receipt to resolution can provide many critical benefits. The tracking process includes documenting the incident from the moment the report arrives until the user is satisfied that the issue has been resolved.

The information collected by the tracking system is used for several purposes:

- The information can be organized to provide a resource for support engineers to locate previous incidents of similar problems and review how those problems were resolved. This can save time when responding to an incident and can reduce the amount of work invested by the support engineer.

- Tracking incidents and issues provides the information necessary for evaluating the help desk, and for predicting and interpreting usage trends (see Chapter 6, "Evaluating the Help Desk"). Tracking helps the support engineer reduce redundant troubleshooting when an unresolved issue is subsequently reopened.

- The information collected can be used as data to improve the quality and functionality of the company's products.

- Having the information helps when customers call the help desk back and their original representative is not available. Another engineer can fill in without starting from scratch.

Generally, an electronic tracking system is the best solution for the help desk environment, but even old-fashioned paper-and-pencil may provide some limited utility for a smaller help desk. On the following page is a sample incident log. In a few situations, it is common to track the incident using paper-and-pencil initially and later transfer the information to an electronic system if needed.

The new incident log can be used to record incidents as they are reported to the help desk. This template can be used to collect information that is later entered into an electronic system and can provide an alternate system for logging and documenting incoming incidents should there be problems with the regular incident tracking system.

117

A complete version of this log is included in the "Sourcebook Toolkit" on the compact disc, where it is listed as **New Incident Log** under Problem Resolution Tools.

The daily incident tracking report is an example of a simple tool support engineers can use to track and monitor their incidents. The template helps the support engineer track each incident, its ownership, and status, and includes a brief description of the issue for later reference. It can also act as a reminder of the status of all the incidents the engineer is responsible for.

This report can be created in spreadsheet or database form, integrated into a formal online incident tracking system, or if necessary, written on paper (although paper may be the least efficient means, particularly if summaries are needed later). Paper may be useful to the support engineers as a supplement to other online tracking tools for their personal use during a day or week, or for periods when the online tools are unavailable.

## Daily Incident Tracking Report

| Name: | | | | | | |
|---|---|---|---|---|---|---|
| Date: | | Site: | | | | |
| Tracking Number | Date Opened | (open or closed) | Assigned to | User | Dept. | Problem Description |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

This report is included in the "Sourcebook Toolkit" on the compact disc, where it is listed as **Daily Incident Tracking** under Problem Resolution Tools.

## Documentation Guidelines

The key to a useful tracking system is the quality of the information entered into the system. Minimal or haphazard documentation of an incident's history does not contribute to the value of the information in the tracking system. Documentation that is vague, incomplete, or sloppily entered does not convey the necessary facts in a format that can be used at a later time. Compare these two entries:

- Talked to customer about networking problem today; waiting for customer to send materials.

- Worked with Mr. T. Johnston on 1/31/97 to further troubleshoot the TCP/IP failure. He was able to capture the events leading to the erroneous entry in the host file in the event log and is faxing me the log this afternoon for analysis.

Both incident histories document what happened, but in the second example another support engineer reading the incident history could provide follow-up assistance and would know exactly what was expected.

It is helpful to set guidelines for creating an incident history. One set of guidelines for helping to produce documentation that is both accurate and useful is the "6C/T" model. The six Cs are *concise, clear, complete, correct, copious,* and *clean,* and the T stands for *timely.* This set of guidelines is defined on the following page.

- **Concise**—Make entries as brief and to the point as possible, while providing all the information necessary to document what has transpired. As more incidents are reported and documented, the database containing the information grows in size (as well as value), and it may become necessary to limit the space used for each incident history. To make it easier to manage the collection of information and to improve its usefulness, superfluous information should be left out.

119

- **Clear**—There should be no ambiguity about the exact nature of the problem or the steps taken to resolve it. Only standard abbreviations and understood company acronyms and terminology should be used. Each help desk needs a policy that outlines appropriate usage. Although help desk support engineers are often trying to complete the incident's documentation as quickly as possible, they should avoid resorting to cryptic explanations and nonstandard shorthand references.

- **Complete**—An incident history must include a complete problem description and detailed, step-by-step instructions for replicating the resolution. Because the troubleshooting process can yield information that will facilitate finding resolutions for similar incidents in the future, the support engineer should document as much as possible about what was done to solve the incident, from the original report of the problem to the incident's resolution. In addition to the steps taken, the documentation should include as much explanation as possible regarding new information or techniques discovered.

- **Correct**—Make accuracy an uncompromising standard and be willing to make precise distinctions. The description of the original problem (as reported by the user) and the technical description of the incident may end up being quite different. It is important that the documentation include an accurate description of the original problem, the support engineer's description of the incident, and the solution.

- **Copious**—Include as much information as possible that may be useful to another support engineer: descriptions given by the user, unsuccessful attempted resolutions, results of every test, commitment to action, and deadline, and the successful final resolution. If the user agrees to an action, the action should be described along with the next steps taken. If the support engineer commits to do research or perform a test, the research should be documented step by step, including how, when, and by whom the results were reported. Copiousness, however, must be tempered with concision. Record what is needed, but keep to the point.

- **Clean**—Documentation should be entered so that anyone, from the original user to your company president, can read an incident history without feeling uncomfortable. The documentation should be accurate but nonjudgmental.

- **Timely**—Documentation should be completed as events occur or immediately following. It's too easy to forget details, misremember steps, and leave out important information when trying to recall an incident long after it actually happened.

These 6C/T guidelines should be kept in mind by the help desk staff while documenting the events associated with an incident. Together, they provide an easy to use system for ensuring that the information entered into the tracking system contains the facts needed for solving similar or related problems.

## Ownership

Clear ownership of incidents is another key factor in providing quality service and is part of the process of tracking an incident. By defining a clear owner for resolution of each incident, the

help desk ensures that the user has a single known person to rely on for information about the status of the incident and for progress toward a resolution.

The tracking system should ensure that, once an incident is reported, it always has an assigned owner—one individual who is completely accountable for the progress toward resolution. Once an incident is assigned to someone, that individual is responsible for finding a resolution for the problem. If the problem is reassigned, that new person owns the incident and becomes responsible for its resolution.

Incident histories by support engineers trained to take ownership of incidents use phrases such as:

- I have been unable to contact the customer after three attempts this morning. Will continue to call every three hours until I reach the customer. Will pass off to off-hours staff if cannot reach by end of day.
- Reviewing open calls for teammate who is out sick today. I am touching base with each customer to assess progress and complete open action items.
- Agreed to take this incident over from Jon G. because the incident was about to exceed automatic escalation trigger time. As the lead for this type of problem, it is now assigned to me. After reviewing incident history, I believe he was on the right track with his original approach and will continue his research.

Note that in each example, it was clear that the person documenting the incident had assumed responsibility for finding the solution. Even when a new person was stepping in (either temporarily checking for milestones or taking over the incident), there was a clear sense of ownership of the problem. Another aspect worth noting is that ownership of an incident is only transferred when the recipient agrees to take responsibility. Until someone else has taken responsibility, the original owner should continue working toward a resolution. This is especially important when escalation occurs across groups or departments, or even vendors and subcontractors.

Creating a sense of ownership involves a three-step process. First, as discussed in Chapter 3, the right people must be hired. Next, those people must get accustomed to proselytizing the process and provide training to develop "owners" among the support engineers and throughout the help desk staff. Finally, the concept of accountability has to be understood and adhered to.

It is also important to understand that ownership must exist at all levels. If a manager believes he or she is promoting ownership but the staff does not own their issues, the manager must take a look at accountability on the management level. Managers must serve as working examples of the tenets of ownership for it to work throughout the organization.

## Closing the Incident

An incident is closed once the user agrees that the incident has been completely resolved or the support engineer and user have determined that no further resolution can be reached. Explicitly

asking the user to confirm that the incident is ready to be closed helps avoid potential misunderstandings regarding the status of the incident. Once it has been agreed that the incident can be closed, the support engineer needs to ensure that all documentation is complete.

The relationship between the user and the help desk does not end when the incident is closed. Users should be encouraged to contact the help desk again if the problem recurs (and be given instructions about how to reopen an incident, if appropriate). The help desk procedures need to allow for the reopening of an existing incident or the creation of a new incident report, whichever is most appropriate.

## Providing Follow-up

In addition, the simple gesture of checking back with the user to make sure the resolution was successful (often called a "follow-up call") is one of the most powerful tools for building good will and trust with users. Follow-up typically happens within a few days after closing the incident. For cases with successful closures, follow-up consists of simply asking if the problem had recurred and if the user is satisfied with the problem resolution. For those incidents with less-than-successful closure, the person doing the follow-up needs to immediately reopen the issue and ensure that adequate resolution is promptly reached. The incident should then be studied to see how a more complete resolution could have been achieved initially.

The help desk may designate a single individual as the one responsible for providing follow-up, or the owner of the incident may do the follow-up. The person assigned may vary, based on who has available time or some other consideration. The person following up the incident could be a service representative, the support engineer who owns the incident, a departmental secretary, or, perhaps most effective although sometimes impractical, a help desk manager.

In addition to following up with the user, particularly helpful users who provided thorough and timely data so the help desk could produce a quick resolution might be commended to their managers. A copy of the commendation should also be forwarded to the users. Calls to managers to discuss problems that affect the entire department are also in order. A follow-up call of this type can help show the manager that the help desk is really interested in the business of the company, and especially of that department.

While a follow-up call can be any length, it need not be time consuming. A small investment of time can save a lot of time in the future. The good will generated is immeasurable. But in addition to a mechanism for the help desk to follow up with the user, it is important that a mechanism exist for users to communicate their concerns to the help desk.

Now that we have discussed the incident tracking process at some length, we will address a skill that is central to the whole help desk process. We defined the incident earlier as a single problem and all the work that is done on it. Clearly, the most important work that is done in connection with the incident is to solve the problem it represents. The next section discusses problem solving and the methods and tools available to the support engineer.

## Problem Solving

When done well, problem solving is a creative, intuitive process. Effective support engineers begin the problem-solving process by asking general questions and then systematically eliminating possible causes of the problem with increasingly specific questions or tests. This process continues until the exact nature of the problem is understood. Combining knowledge of the specific products and technologies with effective interaction with the user, the experienced support engineer can quickly resolve a user's difficulties through a series of well-planned questions.

The complexity of modern software and hardware systems and their interactions adds to the difficulty of technical problem solving. Complex systems often require multiple support engineers with different technical specialties to work together to resolve tough problems. The successful support engineer must not only learn effective problem-solving techniques as an individual but must also master group troubleshooting methods, such as cooperating with engineers from other specialties and even companies to try out proposed solutions. Other methods include inviting developers to participate in brainstorming sessions, and working with telephone company technical support to troubleshoot ISDN-related problems.

Problem solving comes naturally to many people in the help desk profession, but virtually all staff can benefit from having some additional support tools or models available. The following generic problem-solving (or solution-finding) process can be used to teach a structured approach to attacking and resolving complex problems.

## Problem-Solving Methods

Although problem solving is presented here as a sequence of steps, in practice, finding a solution to a problem often requires jumping back to a previous step and beginning work from there. The problem-solving process is iterative (steps are repeated) rather than linear (each step is done only once and in a prescribed order). The steps are as follows:

### Discover the problem

The objective of the discovery stage is to clarify the definition of the problem that needs to be solved. The support engineer must be able to answer the question, "What is the user attempting to do and what is preventing this from happening?"

Skipping this critical first step is almost certain to cause problems later in the problem-solving process. For example, an inexperienced support engineer might fail to define the problem clearly and forge ahead, working diligently toward a solution that turns out, in the end, only to treat a symptom rather than address the fundamental problem. Also, users frequently explain what they perceive to be "the problem" in the context of their understanding. If their understanding of the situation is not very good, they can accidentally sidetrack the unwary problem solver.

Savvy support engineers develop the ability to ask questions that clearly identify the real problem quickly and accurately. Here are some assumption-breaking questions to use in determining the real problem:

- What exactly are you attempting to accomplish? What is preventing you from accomplishing this goal? (If the user can answer these questions directly and clearly, the problem has probably been defined.)
- Could this problem be a symptom or a side effect of another condition? Is this the most fundamental problem? What assumptions have been made so far?

Some special cases to watch out for:

- Is the user's description ambiguous or vague? For example, "I'm getting out-of-memory errors." What kind of memory is the customer talking about? Ask the user to define any ambiguous terms.
- Is the user misusing terms? This implies that the related concepts may be misunderstood. For example, if the user says "I can't see the ruler," could that be the "toolbar" instead? Or, when asked, "How much RAM do you have?" does the user answer, "540 MB?"
- Do the support engineer and the user share the same meaning for a term? For example, when a user says, "I can't create headings and footnotes," could that mean "headers and footers?"
- Could the user be using uncommon terminology? For example, could, "Okay, I've painted the screen." mean they've selected the text?

Paraphrasing the user's statements is a very powerful technique to ensure that both the support engineer and the user understand and agree on the problem that is being addressed. The support engineer should reiterate the user's input in a form such as "If I understand you correctly, the problem you are having is . . . and the symptoms are . . ."

## Explore the conditions

During the exploratory stage, the support engineer collects all the information that might be related to the problem. Effective communication is critical and involves constant probing on the support engineer's part to ensure that the facts received from the user and the procedures communicated to the user are understood. Here again, paraphrasing the user's statements is a very valuable technique.

Here are some exploratory questions to help uncover needed information:

- Has the system operated correctly in the past? If so, what has changed since the system was operating correctly?
- Are there many users affected by the problem or only one?
- Does the problem occur consistently? If so, how often does the problem occur?
- Can the problem be reproduced?

- What are the steps to reproduce the problem?
- What is the user doing when the problem occurs?
- What software is loaded and running?
- What are the version numbers of the software being used? Have any service packs, patches, or workarounds been used to solve previous problems?
- What is the hardware configuration?
- Has the user been provided with a known workaround for the problem?

While exploring, the support engineer needs to remain focused on systematically gathering information that might be related, eliminating unrelated details, and attempting to establish boundaries of the problem. This requires knowledge of the components and how they relate, and knowledge of the specific functionality that is not performing as expected.

Occasionally, exploring the problem results directly in a resolution. This is usually the result of prompting the user to remember a critical fact that makes the solution to the problem obvious.

## Track down possible approaches

Once the support engineer has thoroughly defined the problem and collected the associated facts and procedures, the next step is to determine the strategy for moving forward.

One systematic way to approach this step is to simply list the possible problems. Then, work through the list of problems one at a time, using what is known about each to eliminate the possibilities until (ideally) one or only a few possible sources of the problem remain. Another method is to ask the user what has been tried, to ask if there are any general ideas about what sounds most likely, or to check a flowchart or other troubleshooting tool.

## Execute the most promising approach

At this point, data gathering is still going on, but the support engineer is ready to begin testing theories based on the most promising strategy. The best approach is to apply strategies systematically. Otherwise, a random trial-and-error method is introduced, making resolution increasingly difficult. Here are some questions to keep the support engineer on track when executing strategies:

- Where are we now? Where do we need to be? What do we need to do to get from here to there?
- What do we know (absolutely) at this point? What assumptions have we made and how many of those assumptions have we verified?
- Is there additional information the user might know that hasn't been uncovered? Are there any inconsistencies in the data gathered so far?
- Given what is known, what is the most promising approach? Are we ready to test, or is additional background information still needed?

If more than one possible method for proceeding exists, as it often does, all strategies should be considered. Sometimes, when support engineers try only one approach, or have difficulty uncovering possibilities, they may be caught in an assumption, or they may not have fully defined or explored the problem.

## Check for success

Usually, it is obvious when the solution is found. However, confirmation is still needed. Here are some questions to help gather the necessary confirmation of success:

- Has the solution actually been tested?
- Does the proposed solution work and solve the whole problem?
- Does the solution work in the user's environment?

The support engineer must also keep in mind the possibility that the problem cannot be solved with the available resources. This may mean escalating the incident to another support engineer or working with the user to find an acceptable alternative.

## Tie up loose ends

After all effort has been completed, there are some questions to answer before considering the issue closed:

- Was the incident resolved to the satisfaction of the user? If not, what needs to be done, and is it possible? Sometimes resolving the issue requires resetting client expectations.
- What other follow-up is required? For example, this might include reporting a software or hardware problem to the manufacturer.
- If the solution can't be confirmed while on the phone (such as for intermittent problems), what else could the user try in the event of a recurrence, or what else should the user note and record for when he or she calls back? These situations are particularly good for follow-up calls.

As discussed previously, closing the incident also includes making sure that any required documentation has been completed.

# Group Problem Solving

When the products supported by the help desk become sufficiently complex, the individual support engineers may need to specialize in order to leverage each other's knowledge and experience. This allows the group to support a wider range of technology than any one person can master.

Determining how to divide the technical or product areas can be complicated. In practice, this determination is usually made by balancing the support demand across the specialization (the staffing concern) with a consideration of how much is practical for one person to understand. This means, for example, that if you have 100 calls requesting assistance connecting to a remote

## Chapter 4 Performing the Help Desk Duties

server, and five calls requesting assistance installing an application on an operating system that is no longer widely used, train most staff on the server connection procedures and train one or two engineers on the obsolete operating system.

Once the help desk staff is specialized, the same general problem-solving methods described above are used, except that at any step in the process, other specialists may need to be brought in to provide additional facts, strategies, and experience. In the end, problem solving is as much art and instinct as science. Even given a formal process, there is no substitute for smart, creative, knowledgeable, and experienced support engineers.

# Research Technologies

Information is the most valuable commodity the help desk possesses, and it is critical to find an efficient way to access that information. Some of the information may be internal to the help desk (such as incident histories) and other information may be external (such as product information or technical resources), but the help desk staff must have efficient access to the stored information. This access supplements the knowledge of the support engineers and extends the scope of what the help desk can handle.

## Research Libraries and Test Labs

Libraries are indispensable for researching professional journals and other periodicals relating to support technology. A good technical support library will also contain many textbooks on subjects that provide background for solutions to complex problems. Support engineers are often required to write reports and produce white papers documenting various issues from a historical perspective. Besides shelves and reading material, a good support library will include tables and chairs that can be used by engineers to write notes.

Test labs are also useful to re-create problems and explore multiple or even speculative solutions to complex problems. Solutions can be saved in a database made available to the help desk staff. Chapter 2, "Building the Help Desk," provides a detailed discussion of setting up libraries and test laboratories.

## Flowcharts as Problem-Solving Tools

New support engineers depend heavily on knowledge-sharing sessions, mentoring by colleagues, reference materials, and tools to guide them through the process of solving a problem. One particularly simple, yet helpful tool is a problem-solving flowchart that can work as a map guiding the support engineer to the problem's solution. Many different flowcharts are available commercially, and others can be developed in-house by help desk staff members for the most common and clearly defined issues.

Flowcharts can be used to guide new team members through the process of solving problems without direct supervision from senior staff. Typically, the flowchart illustrates the process of resolving a common problem. The flowchart starts with a question to ask or a test to perform.

127

**Part   I**   Designing and Managing the Help Desk

Based on the result, the flowchart indicates a different question or test. The process continues until the proper solution is found. Flowchart logic is the foundation for another research technology, case-based reasoning (CBR), or "expert" systems. For more information regarding this "electronic flowchart," see Chapter 7.

## Electronic Resources

With the complex technologies used within most companies, it is impossible for the help desk support engineers to know everything about the products and to keep all the answers in their heads. Paper-and-pencil resources are often inadequate or inappropriate for the job. Therefore, it is the best practice for help desk management to supply support engineers with searchable online database tools and to provide training to use the tools effectively. The online technology may be accessed locally (such as on a compact disc or network share) or may be accessed through an intranet or Internet site(such as an incident tracking system or product support site), or other online services, such as CompuServe or The Microsoft Network (MSN™). For a detailed discussion on the intranet and Internet, see Chapter 9.

### Incident Tracking Database

As discussed in Chapter 2, a tracking system used by the help desk is generally some type of database with search capabilities for locating reports of similar incidents. This database is likely to contain information on problems specific to the help desk users. Support engineers can flag items such as particularly problematic printers or network configurations, recurring software issues in certain departments, frequently asked questions, and common pitfalls. As an added benefit, this data can also be used in many ways to help cut the cost of in-house support. For example, representative reports can be used to illustrate the logic of particular solution decisions for in-house training programs. This is discussed more thoroughly in Chapter 6, "Evaluating the Help Desk."

### CD-ROM Technology

CD-ROM technology makes it possible to store vast amounts of accumulated information in a very small and portable space. Software programs that access data stored on compact disc can make locating specific information and providing answers to technical questions both easy and fast. The help desk's problem-solving process then involves using keywords from the user's description of the problem to search the database for potential solutions. Most users are not concerned with how support engineers solve problems, as long as problem resolution is quickly forthcoming.

Compact discs and their accompanying search programs are uniquely advantageous for corporate help desks. Individual and network licenses are relatively inexpensive compared with the knowledge and benefits they provide. Further, in large help desk organizations, a multiple CD-ROM drive can provide all of the help desk staff with access to several knowledge bases for instant access to millions of articles, illustrations, how-to pieces, checklists, and other information. In smaller organizations, it may be more reasonable to provide each support

Chapter **4** Performing the Help Desk Duties

engineer with his or her own CD-ROM system or to have support engineers share a central system.

## Knowledge Base

The most common type of CD-ROM technology used by a help desk is compact discs containing some form of knowledge base. A knowledge base is a database containing information about user problems and their resolutions, questions and answers, tips, tricks, and various other product information organized to provide easy access to solutions. Although the information may be collected from an incident tracking system, the information within a knowledge base is presented in a consistent, easy-to-use format and is often supplemented by additional resources.

The Microsoft Knowledge Base provides support engineers with the problem-solving knowledge of virtually all the support engineers supporting Microsoft products and is updated regularly. A few years before the first edition of this book was published, Microsoft started making the knowledge base available outside the company. The Microsoft Knowledge Base became available on compact disc with TechNet and on online services such as The Microsoft Network. This saved Microsoft customers time and money by allowing them to solve problems immediately, without having to contact Microsoft.

It is also possible to create a knowledge base specific to your company's needs. Products you can use to create your own knowledge base are listed in Chapter 13, "The Help Desk Software Guide," and on the compact disc included with this book.

## Microsoft TechNet

The Microsoft compact disc database subscription offering, Microsoft TechNet (which includes the Microsoft Knowledge Base), contains databases used by Microsoft Technical Support. Microsoft TechNet is designed for those who support or educate users, administer networks or client-server systems, create automated solutions, and recommend or evaluate information technology solutions.

Having external customers use TechNet to solve their own problems eliminates many service calls to Microsoft, freeing Microsoft resources for resolving other problems. At the same time, users are satisfied because the problem is resolved, typically at a lower cost and in less time. (For more information on Microsoft TechNet, see Chapter 12, "Microsoft Resources," or check out the TechNet sampler on the enclosed compact disc.)

## The Internet

The Internet has become widely accessible through browsers such as Microsoft Internet Explorer. Support engineers can now quickly access vast amounts of information in real time, including the Microsoft Knowledge Base. This is especially helpful for support engineers dispatched on site. Because many sites now have search engines to help locate items of interest, engineers can access electronic resources remotely, whereas previously it was necessary to carry

resources to the site, or make multiple on-site visits because the support applications were not on the user system. There are also Internet sites devoted to cataloguing information and providing quick-search capabilities. (See Chapter 9 for a discussion on the intranet and Internet and how it relates to the help desk.)

## Vendor Resources

Many software and hardware vendors have well laid-out web pages, from which an engineer can download new drivers, software fixes, product literature, lists of frequently asked questions (FAQs), white papers, various industry standards, and more. FTP access is also available at such sites as ftp.microsoft.com. Vendors can share information by providing links that take users to related Internet sites.

## Company Intranets

Using such resources as Microsoft Internet Information Server, the help desk can make support resources available company wide, enabling both end users and support engineers to find valuable information with their Internet browsers. Microsoft support engineers can access the Microsoft Knowledge Base, as well as customer account information, call volume data, related reports, information on how to access product specialists, and scheduling information, to name a few relevant areas.

# Proactive Support

Although the help desk is inherently a reactive problem solving organization—it waits on complaints and then acts on customer requests—an excellent policy is to proactively seek out problems before they occur. Another more advanced form of proactive support is to transfer to the user or the customer the means to solve problems themselves. Both of these proactive services produce not only happy customers, but are important cost-saving measures as well. In the first instance, identifying problems may just be a matter of having a well-informed help desk staff. A library with an exhaustive collection of relevant periodicals is a very basic method to ensure that support engineers keep up with new developments in the field. In very small help desks this may be all that is required. But as an organization grows, and its application and network tools, and software products increase in complexity, so does the need for a more ambitious proactive support policy. Three elements of proactive support are open communication, tools, and managing customer satisfaction. Open communication means the support engineer has ready access to information provided by the various solutions databases that are available and that he or she has the training to use that access effectively, not only as a user, but as a contributor. Communication also includes actively seeking a rapport with the user base so that program and product rollouts occur with a minimum number of installation related incidents. This rapport will also serve engineers well when it comes to anticipating, solving, and then relaying the solution to the users before problems affect their productivity. Troubleshooting and research tools should be available to customers in addition to support engineers. Finally, engineers should be encouraged to actively manage customer satisfaction.

Chapter **4** Performing the Help Desk Duties

## Open Communication and Access

Large-scale, proactive enterprise support measures begins with offering training programs for support engineers, providing access to solutions databases (and then scheduling time for the engineer to do research), and encouraging engineers to document solutions and write reports and white papers on recurring or unique problems. Some companies have help desk engineers participate in Beta release programs as users and may even have the help desk control the deployment of new technologies or products throughout the organization. All of this information gathering activity contributes to making a help desk alert to anomalies and patterns in user activity. Once the support engineer is aware of a growing problem, or a potential problem, steps can be taken to inform the general user population of the problem and disseminate the solution.

When it comes to communicating to the users, internal help desks have the advantage of being connected to the network of computers it supports. This not only provides the ability to download fixes to problems on a global scale, but also provides a means to instill self-service strategies in the user base. Self-service can be encouraged through an intranet web page, for example, that contains links to files such as Frequently Asked Questions (FAQs), or to sites that contain downloadable upgrades or fixes. E-mail is another means of distributing warnings and suggestions to users as well as links to servers that provide information, upgrades, or software fixes. See Chapter 7, "Large Organization Considerations," for a detailed discussion of proactive support for a large scale internal help desk.

A natural place to use flowchart logic for customer support is in web-based *troubleshooters* on the Internet or intranet. Web-based troubleshooters lead the user through the process of problem detection by asking a series of questions, using the answers provided to narrow down the possible sources of the problem.

Providing this information in a convenient location allows the customer to self-diagnose and solve problems. Microsoft has found this approach to be an effective proactive tool that decreases the support burden, freeing engineers to help customers who are experiencing more difficult problems. For more information about Microsoft's troubleshooting web site, connect to http://www.microsoft.com/support/tshooters.htm.

Because external help desks must manage issues that can exist anywhere in the world, it is more difficult to gather information from user sites to use in predicting potential problems. The external help desk acts proactively by continually analyzing call center information. After calls reveal a deficiency in the product, service bulletins can be issued via e-mail, or posted on a web site, alerting registered customers to the problem and providing the solution. See Chapter 8, "The External Help Desk," for a further discussion of proactive measures for large-scale external help desks.

## Tools for the User

The research tools described throughout this chapter are a few of the many valuable assets available for help desk staff. As a proactive measure, many tools can be beneficial to users as

well. A practice Microsoft considers helpful is providing the opportunity for users to have the tools and knowledge necessary to understand where to find the answers themselves. This practice is summarized by the proverb "If I give a man a fish, I feed him for a day, but if I teach a man to fish, I feed him for a lifetime." Equipping users with troubleshooting tips for common problems and installation procedures for standard software or hardware can reduce incident volume and lend support even when help desk staff is unavailable. Consider publishing tips in the company newsletter or producing a list of the answers to frequently asked questions. Consider also making this information available on the company intranet.

In many situations, the help desk can also develop its own resource materials. For example, *cube notes* (so called because they are commonly posted on the walls in employees' cubicles or offices) provide users with information they can use directly in the work environment. Some of the most common are checklists, flowcharts, procedure manuals, and work samples. This type of material costs significantly less to prepare and use than training, and these materials are easier to revise, an important quality when dealing with rapidly changing work conditions. Help files, another excellent way to distribute this type of information, make it easy for users to access solutions quickly.

Because of their flexibility, job aids such as cube notes are often offered in conjunction with training to help ensure the transfer of new information from the classroom to the job. Skillful instructional designers often create trainers' workbooks or job checklists that trainees take from the classroom into the workplace. These tools continue to provide training after course completion.

## Documentation

Regardless of which hardware and software products a company uses, the manufacturers probably provide documentation on how to use them. However, because computer documentation can be overwhelming in its complexity, many users hesitate to search for their own answers. Thus, the support engineer is sometimes forced to assume the role of a tutor, exposing the user to the tips, shortcuts, quick answers, and even advanced functionality, much of which the user could learn if he or she referred to the product manuals. Thus, it is mutually beneficial for help desk staff to encourage users to use product documentation.

Particular software products may also include resources designed to support the user or to teach specific skills. Many Microsoft applications include cue cards, wizards, or both for guiding the user through procedures. *Cue cards* are help screens that stay on your screen while you work, giving you brief, step-by-step instructions on how to accomplish a task. Cue cards cover common but sophisticated procedures, such as adding a logo or video to your slide presentation in Microsoft PowerPoint. A *wizard* asks questions of the user, and then uses those answers to lay out and format automatically a certain type of document. For example, there are wizards for creating a resume or newsletter using Microsoft Word and for inserting a table into a Microsoft Word document. Part of the support engineer's responsibility is making the user aware of the existence of online and print documentation that can be used to solve some problems before

the phone call is made. One method of doing this is to make calling up cue cards or the wizard part of the procedures for solving the user's problem.

Product documentation is also available electronically. This can be as simple as the help files installed along with the software or as complex as the more extensive documentation provided separately by the manufacturer. Microsoft now offers almost all major Microsoft product documentation in searchable compact disc format with search engines included. Many other hardware and software manufacturers also provide product documentation on searchable compact discs.

Compact disc documentation is usually priced low enough to make it very affordable for help desk use. The help desk can then distribute solutions from the compact disc documentation to users as needed. Or, alternatively, the documentation can be licensed, placed on a server, and made available to everyone on the network.

In addition, many companies produce technical notes or white papers describing the solutions to specific problems. At Microsoft, support engineers produce a number of special papers on various technical topics, which can be accessed electronically. For information about material produced by other companies, contact the company's technical support number.

## Books

There is a large number of books available discussing almost every computer or software package on the market. These books span the users' range of knowledge from novice computer users to high-expertise technical developers.

For many technical topics, Microsoft Press publishes books of varying technical depth. For example, the *Step By Step* series provides practical step-by-step information on how to use many Microsoft applications, and the *Resource Kit* series provides technical information and resources to make using the products and providing support easier. For more information about books available through Microsoft Press, check with a local bookstore or contact Microsoft Press (listed in Chapter 12, "Microsoft Resources").

Books specific to the software and hardware support industry are less widespread than those with technical content. However, there are several available. Chapter 11, "Organizations and Publications," lists a variety of books, magazines, and organizations that can serve as good sources of information.

## Managing Customer Satisfaction

It is essential to have a mechanism that allows customers to complain formally about service and have those complaints investigated and answered. Unhappy users of internal help desks who share their opinions throughout the company can damage the help desk's reputation and lead others to question the value of that organization to the company as a whole. Unhappy customers who are paying for help desk support may take their business elsewhere. Therefore,

careful thought must be given to a method for healing customer rifts. Some of the most valuable customers are those who have had a bad experience resolved to their satisfaction!

Proactive management of customer satisfaction is far superior to a reactive response to customer feedback. In the reactive response process, customer feedback (usually complaints) can present an unbalanced view of the support provided. This unbalanced view often creates an unnecessary and potentially destructive atmosphere of animosity in the help desk organization.

In the proactive process, however, customer suggestions and employee brainstorming provide a foundation for discovering creative ways to provide needed services. Thus, potential problems are identified early and can be remedied before they become catastrophes. This saves time and money, and avoids declines in productivity incurred by disaster recovery. In addition, proactive management lends a sense of competence to both the help desk organization and staff. (Measuring customer satisfaction is discussed in Chapter 6, "Evaluating the Help Desk.")

It is equally important that the help desk staff be provided with the training necessary for avoiding conflicts with users and for dealing with dissatisfied users. To avoid problems, help desk staff should be encouraged to treat each user with respect and to focus on the user. Focusing on the user means listening with undivided attention, repeating what has been said, narrowing down a problem quickly, making sure to communicate next steps and setting expectations, and taking ownership of the call. All of these combine to create a positive environment for the user and avoid conflicts and misunderstandings.

One approach for dealing with a dissatisfied user is to recognize that such a situation is almost always an opportunity to turn that person into a satisfied customer. For example, an angry user calls to complain about service received from a specific support engineer. Compare these responses:

- The support engineer who answers the complaint call sends the call on to the one who provided the original service. The original support engineer is out, and the user leaves a message. The original support engineer calls back but never makes contact, and eventually takes the user off the callback list. The user is left feeling that no one was available to listen to the problem.

- The support engineer who answers the complaint call listens to the user, feels defensive and uncomfortable, and explains to the user that the situation is really not something under the help desk's control. The user may feel as though the problem was not taken seriously and that the help desk is not only ineffective in dealing with problems, but is ineffective in handling complaints as well.

- The support engineer who answers the call apologizes for the situation, listens to the caller, and proceeds to resolve the problem by focusing, listening, understanding, and then communicating the proper action or plan. Then, after the client issue is resolved, a follow-up call to the original engineer may prevent future escalated issues.

Not only does the third response probably require the least time in the long run, it will ensure that the customer realizes the help desk stands behind the products it supports. This results in the highest return in customer satisfaction.

## Conclusion

Clearly defining the procedures used to manage an incident helps to ensure that each incident receives the appropriate attention and resources. The typical incident-management process has several distinct stages. For a help desk that provides a combination of fee-based and no-charge services, the first stage consists of verifying that the user reporting the problem is entitled to receive service and, if the incident is chargeable, arranging for proper charging. The incident is then screened to clarify the description of the issue and routed to the appropriate support engineer.

The support engineer takes ownership of the incident and begins the work necessary to resolve the problem. Engineers rely on their own knowledge and skills supplemented with a variety of research technologies. One of the most important aspects of troubleshooting a user's problem is the application of a problem-solving methodology. Flowcharts and structured troubleshooting are two formalized approaches to solving problems.

Throughout the process, it is important that each step be documented—concisely, clearly, completely, correctly, copiously, cleanly, and in a timely fashion. The help desk uses this information to track issues and incidents and to develop an internal knowledge base of problems and their solutions.

Only after the help desk has provided a solution or achieved an alternate resolution can the incident be closed. Even then, the help desk may stay involved, following up to make sure that the user is satisfied with the resolution.

A way of reducing calls to the help desk is via the delivery of proactive support. Proactive support means to seek out problems before they occur, but it also means transferring the means to solve problems to the user. Being aware of problems before customers experience them is a matter of keeping informed by researching databases and other repositories of documented solutions. Once the support engineer is aware of a potential problem, steps can be taken to alert the general user population and provide solutions.

Internal help desks will find it easier to disseminate information by virtue of being connected to the users they serve. External help desks continually monitor call center information and when a growing problem is discovered, they issue service bulletins alerting customers to the problem and providing the solution.

It is important to provide a mechanism for the customer to complain about service. Proactive management of customer satisfaction is far superior to reactive responses. The most important factors in proactive customer satisfaction management are open communication with the customer and sufficient training for the help desk staff in how to avoid conflicts with the users.

There are many research tools for the help desk staff. They include product documentation in print or electronic forms, or on compact discs, and books available in stores and in libraries. Part III of this book addresses help desk resources and includes Chapter 11, "Organizations and Publications," Chapter 12, "Microsoft Resources," and Chapter 13, "The Help Desk Software Guide."