# EXHIBIT 14

Case5:14-cv-00570-BLF Document71-15 Filed12/17/14 Page2 of 50

# CATALOGING AND CLASSIFICATION

## AN INTRODUCTION

**SECOND EDITION**



# LOIS MAI CHAN



# Cataloging and Classification

## An Introduction

Second Edition

# Cataloging and Classification
## An Introduction

**Lois Mai Chan**
University of Kentucky

McGraw-Hill, Inc.

New York   St. Louis   San Francisco   Auckland   Bogotá
Caracas   Lisbon   London   Madrid   Mexico City   Milan
Montreal   New Delhi   San Juan   Singapore
Sydney   Tokyo   Toronto

**Cataloging and Classification: An Introduction**

Copyright © 1994, 1981 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

This book is printed on acid-free paper.

Acknowledgments appear on page 503, and on this page by reference.

       14 15 DOC/DOC 0 3 2

ISBN 0-07-010506-5

This book was set in Palatino by ComCom, Inc.
The editors were Judith R. Cornwell and John M. Morriss;
the production supervisor was Richard A. Ausburn.
The cover was designed by Carla Bauer.
Project supervision was done by Editorial Services of New England, Inc.
R. R. Donnelley & Sons Company was printer and binder.

**Library of Congress Cataloging-in-Publication Data**

Chan, Lois Mai.
   Cataloging and classification: an introduction / Lois Mai Chan.—
2nd ed.
    p.    cm.
   Includes bibliographical references and index.
   ISBN 0-07-010506-5 (alk. paper)
   1. Cataloging—United States.   2. Classification—Books.
I. Title.
Z693.5.U6C48    1994                   93-22606
025.3—dc20

# About the Author

*Lois Mai Chan* is a professor at the College of Library and Information Science, the University of Kentucky. She is the author of several books in the field of cataloging and classification, including *Library of Congress Subject Headings: Principles and Application, Immroth's Guide to the Library of Congress Classification,* and *Thesauri Used in Online Databases: An Analytical Guide,* as well as numerous articles appearing in *Library Resources & Technical Services, Cataloging & Classification Quarterly, Information Technology and Libraries,* and other journals. She coedited *Theory of Subject Analysis: A Sourcebook.* She is a member of the Decimal Classification Editorial Policy Committee and served as its chair from 1986 to 1991. In 1989 she received the American Library Association's Margaret Mann Citation for Outstanding Professional Achievement in Cataloging and Classification.

*To*
*S.K., Jennifer, and Stephen*

# Contents

Preface                                                                        xix

**PART ONE   Introduction**                                                     1

*Background Reading*                                                            1
*Further Reading*                                                               1

**Chapter 1   Bibliographic Control and Library Catalogs**                      3
Bibliographic Control                                                           3
Library Catalogs                                                                4
    General Characteristics                                  4
    Forms of Catalogs                                        5
    Access Points in a Catalog                               9
    Arrangement of Records in a Catalog                      9
Cataloging Operations                                                          10
    Cataloging Files                                        11
    Cataloging Procedures                                   12
Record Examples                                                                15
    The Bibliographic Record                                15
    The Authority Record                                    23
Conclusion                                                                     26

**PART TWO   Descriptive Cataloging**                                          29

*Basic Tools*                                                                  29
*Background Reading*                                                           29
*Further Reading*                                                              30

**Chapter 2   Development of Cataloging Codes**                                33
British Museum Cataloguing Rules                                               33
Jewett's Rules                                                                 34
Cutter's Rules                                                                 34
AA 1908                                                                        35

Prussian Instructions                                                    36
Vatican Code                                                             36
ALA Draft (1941)                                                         37
LC 1949                                                                  37
ALA 1949                                                                 38
AACR (1967)                                                              38
    International Standard Bibliographic Description  41
    AACR, Chapters 6, 12, and 14, Revised            43
AACR2 (1978)                                                             43
    Universal Bibliographic Control                  44
AACR2R (1988)                                                            45
    Options                                          46
Library of Congress Rule Interpretations                                 47

**Chapter 3   Description**                                              49
Types of Library Materials                                               49
ISBD(G)                                                                  50
Organization of the Description                                          53
Sources of Information                                                   53
Punctuation                                                              63
    Brackets                                         63
    Colon                                            63
    Comma                                            63
    Dash                                             64
    Diagonal Slash                                   64
    Ellipses                                         64
    Equals Sign                                      64
    Full Stop                                        64
    Hyphen                                           64
    Mark of Omission                                 65
    Minus Sign                                       65
    Parenthesis                                      65
    Period                                           65
    Plus Sign                                        66
    Question Mark                                     66
    Semicolon                                        66
    Slash                                            66
    Space                                            66
    Square Brackets                                  66
Levels of Description                                                    67
    Cutter's Levels                                  67
    Levels of Description in AACR2R                   67
    Examples                                         68
*Exercise A*                                                             69

Areas of Description                                                    69
    Title and Statement of Responsibility Area                          70
    Edition Area                                                        75
    Material (or Type of Publication) Specific Details Area             76
    Publication, Distribution, etc., Area                               78
    Physical Description Area                                           82
    Series Area                                                         90
    Note Area                                                           92
    Standard Number and Terms of Availability Area                     96
Supplementary Items                                                     97
    As a Separate Item                                                  97
    As a Dependent Item                                                 97
Analytics                                                               97
    Analytics of Monographic Series and Multipart
        Monographs                                                      98
Exercise B                                                              99


Chapter 4    Choice of Access Points                                   107
Concepts                                                               108
    Main Entry                                                         108
    Authorship                                                         108
Choice of Main Entry                                                   112
    Types of Main Entry                                                112
    Conditions of Authorship                                           112
    Rules for Choice of Entry                                          113
    Changes in Title Proper                                            120
    Changes of Persons or Bodies Responsible for a Work                120
Added Entries                                                          121
    Added Entries under Personal Names                                 121
    Added Entries under Corporate Names                                121
    Added Entries under Titles                                         122
    Added Entries under Series                                         122
    Analytical Added Entries                                           122
    Tracing                                                            122
Exercise A                                                             122


Chapter 5    Name Authority Control and Forms
of Headings and Uniform Titles                                         123
Name Authority Control                                                 123
Forms of Headings                                                      125
    Principles of Uniform and Unique Headings                          126
Headings for Persons                                                   126
    Choice of Name                                                     127
    Choice of Form of Name                                             129

Choice of Entry Element                                    130
Additions to Names                                         131
Distinguishing Persons with the Same Name                  133
Geographic Names in Headings                               134
Language                                                   134
Changes of Name                                            134
Additions to Place Names                                   134
Headings for Corporate Bodies                              135
Definition                                                 135
Choice of Name                                             136
Choice of Form                                             136
Modifications                                              137
Choice of Entry Element                                    138
Conferences, Congresses, Meetings, etc.                    140
Governments and Government Bodies                          140
Government Officials                                       141
Uniform Titles                                             141
Anonymous Classics Written before 1501                     142
Special Rules for the Bible                                143
Other Sacred Scriptures                                    144


Chapter 6   References                                     145
Personal Name Headings                                     147
See References                                             147
See also References                                        148
Names of Corporate Bodies and Geographic Names             148
Uniform Titles                                             148
Exercise A                                                 149
Topics for Discussion-Descriptive Cataloging               149


PART THREE   Subject Access
in Library Catalogs                                        153

Basic Tools                                                153
Background Reading                                         153
Further Reading                                            154


Chapter 7   Subject Cataloging                             155
History of Subject Access in Library Catalogs              156
The Classed or Classified Catalog                          157
The Alphabetical Specific Catalog                          157
The Online Catalog                                         158
Subject Cataloging Systems                                 158

General Principles of Subject Cataloging                          159
    The User and Usage                                           160
    Uniform and Unique Headings                                  161
    Specific and Direct Entry                                    161
    Consistent and Current Terminology                           162
    Cross-references                                             163
Subject Authority Control                                        164
    Levels of Subject Authority Control                          164
    Functions of a Subject Authority File                        165
General Methods of Subject Analysis                              166
Assigning Subject Headings: General Guidelines                   167
    Depth of Subject Cataloging                                  167
    Specific (Coextensive) Entry                                 167
    Number of Headings                                           168
    Multitopical and Multielement Works                          168

**Chapter 8    Library of Congress Subject Headings**            171
Format of Headings and MARC Coding                               172
    Subject Authority Records                                    172
    Subject Headings in Bibliographic Records                    174
Main Headings: Functions, Types, Syntax, and Semantics           176
    Topical and Form Headings                                    176
    Headings for Named Entities                                  179
Subdivisions                                                     182
    Form Subdivisions                                            183
    Topical Subdivisions                                         183
    Free-Floating Form and Topical Subdivisions                  184
    Chronological Subdivisions                                   188
    Exercise A                                                   189
    Geographic Subdivisions                                      190
    Order of Subdivisions                                        193
    Exercise B                                                   194
Cross-References                                                 195
    Equivalence Relationships                                    195
    Hierarchical Relationships                                   196
    Associative Relationships                                    197
    General References                                           198
Assigning Subject Headings—Special Materials                     199
    Subject Headings for Literary Works                          199
    Works about Individual Works                                 204
    Subject Headings for Biography                               205
    Exercise C                                                   208
Subject Headings for Children's Literature                       208
    Library of Congress List of Juvenile Headings               208
    Subject Cataloging of Children's Materials                   209

**Chapter 9   Sears List of Subject Headings**   211
Main Headings   213
    Single-Noun Headings   213
    Phrase Headings   213
Cross-References   214
    Specific *See* References   214
    Specific *See also* References   215
    General References   216
    Examples of Cross-References   216
Subdivisions   217
    Subject or Topical Subdivisions   217
    Form Subdivisions   218
    *Exercise A*   219
    Period or Chronological Subdivisions   220
    Place, Local, or Geographic Subdivisions   220
    *Exercise B*   221
Classes of Headings Omitted   221
    Proper Names   222
    Common Names   224
    *Exercise C*   224
Subject Headings for Special Types of Materials   225
    Subject Headings for Biography   225
    Subject Headings for Literature   227
    *Exercise D*   229

**Chapter 10   Medical Subject Headings and Other Subject
Cataloging Systems**   231
Medical Subject Headings   231
    Brief History   231
    Format   232
    Structure of Headings   236
    Cataloging Instructions   239
PRECIS   244
COMPASS   251
Topics for Discussion-Subject Analysis   253

**PART FOUR   Classification**   255

*Basic Tools*   255
*Background Reading*   256
*Further Reading*   256

**Chapter 11   General Principles of Classification**   259
Definition   259
Basic Concepts   260

Notation                                                        262
How to Classify                                                 262
    Choosing a Number: General Guidelines                       263
    Choosing a Number: Multitopical Works                       264
Call Numbers                                                    266
MARC Coding for Classification and Item Numbers                 266
Modern Library Classification Systems                           267

**Chapter 12   Dewey Decimal Classification**                   269
History                                                         269
    The Beginning                                               269
    Early Editions                                              270
    Fifteenth Edition                                           271
    Sixteenth Edition and Later Editions                        271
    Abridged Dewey Decimal Classification                       272
Revision                                                        272
    Current Procedures for Revision                             272
    Forms of Revision                                           273
Basic Principles                                                275
    Classification by Discipline                                275
    Structural Hierarchy                                        277
Notation                                                        278
    Symbols                                                     278
    Notational Hierarchy                                        278
    Mnemonics                                                   279
Evaluation                                                      280
    Merits                                                      280
    Weaknesses                                                  281
Assigning Call Numbers                                          282
Class Numbers                                                   282
Number Building: Full Edition                                   282
    Combining Schedule Numbers                                  283
    *Exercise A*                                                284
    Adding Notation(s) from the Auxiliary Tables
        to a Base Number                                        285
    *Exercise B*                                                291
    *Exercise C*                                                295
    Classification of Literature                                296
    *Exercise D*                                                301
    Segmentation                                                302
Number Building: Abridged Edition                               303
    Combining Schedule Numbers                                  304
    *Exercise E*                                                304
    Adding Notation(s) from the Auxiliary Tables
        to a Base Number                                        305

Exercise F                                                              309
Classification of Biography                                             312
Exercise G                                                              313
Book or Item Numbers                                                    314
Cutter Numbers                                                          315
Unique Call Numbers                                                     317
Exercise H                                                              318
Prefixes to Call Numbers                                                324
Exercise I                                                              325

Chapter 13   Library of Congress Classification                         327
History                                                                 328
Basic Principles and Structure                                          329
Overall Characteristics                                                 329
Main Classes                                                            330
Subclasses                                                              332
Divisions                                                               333
Notation                                                                333
Symbols                                                                 333
Hospitality                                                             336
Mnemonics                                                               336
Evaluation of the Library of Congress Classification                    337
Merits                                                                  337
Weaknesses                                                              338
The Schedules: Revision and Publication Patterns                        338
Revision                                                                338
Publication Patterns for Revised Schedules                              339
Indexes                                                                 340
Applying the Library of Congress Classification: Instructions
and Examples                                                            340
Format of Schedules                                                     341
Class Numbers                                                           341
Cutter Numbers                                                          343
Dates in Call Numbers                                                   348
Works Entered under Corporate Headings                                  349
Exercise A                                                              350
Tables                                                                  351
Tables of General Aplication                                            352
Tables of Limited Application                                           356
Exercise B                                                              366

Chapter 14   National Library of Medicine Classification
and Other Modern Classification Systems                                 369
National Library of Medicine Classification                             369
Brief History and Current Status                                        370
Basic Principles and Structure                                          370

Notation                                                                   372
Index                                                                      374
Classification of Special Types of Materials                               375
Cataloging Examples                                                        377
Other Modern Library Classification Systems                                379
    Expansive Classification (Charles Ammi Cutter,
        1837–1903)                                                         379
    Universal Decimal Classification                                       382
    Subject Classification (James Duff Brown, 1862–1914)                   387
    Colon Classification (Shiyali Ramamrita Ranganathan,
        1892–1972)                                                         389
    Bibliographic Classification (Henry Evelyn Bliss,
        1870–1955)                                                         392
Topics for Discussion-Classification                                       397


**PART FIVE   USMARC Formats and Production
of Cataloging Records**                                                    401

*Basic Tools*                                                              401
*Background Reading*                                                       401


**Chapter 15   USMARC Formats**                                           403
USMARC: History                                                            403
Types of MARC Formats                                                      404
Architecture of USMARC Formats                                             406
    Elements of a MARC format                                              407
    Units in a MARC Record                                                 407
    Component Parts of a MARC Record                                       409


**Chapter 16   Producing Cataloging Records**                             413
Major Sources of Cataloging Copy                                           415
    Library of Congress                                                    415
    Bibliographic Utilities                                                417
Computer-Assisted Cataloging                                               418
    Online Cataloging Activities                                          419
    Conversion and Maintenance of Cataloging Records                      421
Conclusion                                                                 422


**Appendix A   Bibliographic Records in Card and MARC
Formats**                                                                  423


**Appendix B   Authority Records in MARC Format**                         433


**Appendix C   First Level of Description**                               439

# PART IV
# CLASSIFICATION



## BASIC TOOLS

Cutter, C. A. *C.A. Cutter's Three-Figure Author Table.* Swanson-Swift revision. Chicopee, Mass.: H. R. Huntting Company, 1969.

Cutter, C. A. *C.A. Cutter's Two-Figure Author Table.* Swanson-Swift revision. Chicopee, Mass.: H. R. Huntting Company, 1969.

Cutter, C. A. *Cutter-Sanborn Three-Figure Author Table.* Swanson-Swift revision. Chicopee, Mass.: H. R. Huntting Company, 1969.

Dewey, Melvil. *Abridged Dewey Decimal Classification and Relative Index.* Ed. 12. John P. Comaromi, ed.; Julianne Beall, Winton E. Matthews, Jr., and Gregory R. New, assistant eds. Albany, N.Y.: Forest Press, A Division of OCLC Online Computer Library Center, Inc., 1990.

Dewey, Melvil. *Dewey Decimal Classification and Relative Index.* Ed. 20. John P. Comaromi, ed.; Julianne Beall, Winton E. Matthews, Jr., and Gregory R. New, assistant eds. Albany, N.Y.: Forest Press, A Division of OCLC Online Computer Library Center, Inc., 1989.

Library of Congress. Subject Cataloging Division. *Classification.* Washington: Library of Congress. 1901–  .

Library of Congress. Subject Cataloging Division. *LC Classification— Additions and Changes.* Washington: Library of Congress. List 1–  . March/May 1928–  .

Library of Congress. Subject Cataloging Division. *Subject Cataloging Manual: Shelflisting.* Washington: Library of Congress, 1987.

National Library of Medicine (U.S.). *National Library of Medicine Classification: A Scheme for the Shelf Arrangement of Books in the Field of Medicine and Its Related Sciences.* 4th ed. revised. NIH Publication no. 81-1535. Bethesda, Md.: U.S. Department of Health and Human Services, Public Health Service, National Institutes of Health, National Library of Medicine, 1981.

## BACKGROUND READING

Chan, Lois Mai. *Immroth's Guide to the Library of Congress Classification.* 4th ed. Englewood, Colo.: Libraries Unlimited, 1990.

Comaromi, John P. *Book Numbers: A Historical Study and Practical Guide to Their Use.* Littleton, Colo.: Libraries Unlimited, 1981.

Comaromi, John P. "Conception and Development of the Dewey Decimal Classification." *International Classification,* **3**:11–15, 1976.

Dunkin, Paul S. "Where Does It Go? Call Numbers." In *Cataloging U.S.A.* Chicago: American Library Association, 1969. Pp. 96–137.

Foskett, A. C. *The Subject Approach to Information.* 4th ed. Hamden, Conn.: Linnet Books; London: Clive Bingley, 1982.

"Introduction to the Dewey Decimal Classification." In *Dewey Decimal Classification and Relative Index.* Ed. 20. Vol. 1, pp. xxv–1.

"Introduction to the Dewey Decimal Classification." In *Abridged Dewey Decimal Classification and Relative Index.* Ed. 12. Pp. 5–25.

Lehnus, Donald J. *Book Numbers: History, Principles, and Application.* Chicago: American Library Association, 1980.

Maltby, Arthur. *Sayers' Manual of Classification for Librarians.* 5th ed. London: Andre Deutsch, 1975. Pp. 143–158, 174–189.

## FURTHER READING

Chan, Lois Mai. "Library of Congress Classification as an Online Retrieval Tool: Potentials and Limitations." *Information Technology and Libraries,* **5**:181–92, September 1986.

Comaromi, John P. *The Eighteen Editions of the Dewey Decimal Classification.* Albany, N.Y.: Forest Press Division, Lake Placid Education Foundation, 1976.

LaMontagne, Leo E. *American Library Classification with Special Reference to the Library of Congress.* Hamden, Conn.: Shoe String Press, 1961.

Osborn, Jeanne. *Dewey Decimal Classification, 20th Edition: A Study Manual.* Revised and edited by John P. Comaromi. Englewood, Colo.: Libraries Unlimited, 1991.

Palmer, Bernard I. *Itself an Education: Six Lectures on Classification.* 2nd ed. London: Library Association, 1971.

Ranganathan, S. R. *Elements of Classification; Based on Lectures Delivered at the University of Bombay in December 1944 and in the School of Librarianship in Great Britain in December 1956.* 2nd ed., revised and rewritten. B. I. Palmer, ed. London: Association of Assistant Librarians, Section of the Library Association, 1959.

Satija, M. P. "A Critical Introduction to the 7th Edition (1987) of the Colon Classification." *Cataloging & Classification Quarterly*, **12**(2):125–38, 1990.

Williamson, Nancy J. "The Library of Congress Classification: Problems and Prospects in Online Retrieval." *International Cataloguing*, **15**:45–48, October 1986.

# CHAPTER ELEVEN
# GENERAL PRINCIPLES OF
# CLASSIFICATION



## DEFINITION

*Classification,* broadly defined, is the act of organizing the universe of knowledge into some systematic order. It has been considered the most fundamental activity of the human mind. The essential act of classification is the multistage process of deciding on a property or characteristic of interest, distinguishing things or objects that possess that property from those which lack it, and grouping things or objects that have the property or characteristic in common into a class. Other essential aspects of classification are establishing relationships among classes and making distinctions within classes to arrive at subclasses and finer divisions. The classification of library materials follows the same pattern; it is thus a special application of a much more general human intellectual activity.

*Library classification* in particular has been defined as "the systematic arrangement by subject of books and other material on shelves or of catalogue and index entries in the manner which is most useful to those who read or who seek a definite piece of information."[1] In other words, library classification serves a dual function: to arrange items in a logical order on library shelves and to provide a systematic display of bibliographic entries in printed catalogs, bibliographies, and indexes. Examples of the latter use are the British National Bibliography and the Wilson Standard Catalogs for libraries, which are organized according to the Dewey Decimal Classification. Today, in some online catalogs, classification also serves a direct retrieval function.

As a shelving device, library classification has two objectives: to help the user identify and locate a work through a call number and to group all works of a kind together. In order to fulfill the first objective, any method of numbering or marking would be sufficient as long as there is a correspondence between the number or mark on the document and that on the cataloging entry. The second objective, on the other hand, represents a collocating function and requires the grouping of like materials together on the basis of chosen characteristics. Thus, in its

[1]Arthur Maltby. *Sayers' Manual of Classification for Librarians.* 5th ed. London: Andre Deutsch, 1975. P. 15.

function as a retrieval tool, classification may help to identify and retrieve a group of related items as well as a specific known item.

In any collection, the most appropriate basis for determining groups varies according to the needs of the collection. For example, library materials may be grouped by author, physical form, size, date of publication, or subject. In modern library classification systems, subject is the predominant characteristic for grouping.

In the library context, *classification* as a term refers both to the development of schemes for the systematic display of all aspects of the various fields of knowledge and to the art of arranging books or other objects in conformity with such schemes. In other words, it is used both for the creation of a classification scheme and for its application. For clarity in discourse, the people who are involved in these two processes are given different names. The inventor or creator of a classification scheme or a person who is engaged in the theory of classification is called a *classificationist*, while the person who applies such a scheme is referred to as a *classifier*.

## BASIC CONCEPTS

The traditional ideas of library classification were borrowed from the logical or philosophical principles of classification. Classification begins with the universe of knowledge as a whole and divides it into successive stages of classes and subclasses, with a chosen characteristic as the basis for each stage. On the whole, the progression is from the general to the specific, forming a hierarchical, or "tree," structure, each class being a *species* of the class on the preceding level and a *genus* to the one below it. The classes on each level, usually mutually exclusive and totally exhaustive categories, form a coordinate relationship to one another and are collocated according to the affinity of their relationships. Classification according to hierarchical principles, with biologic taxonomy the prevailing model, was in a particularly active stage of development during the latter part of the nineteenth century. The Dewey Decimal Classification and the Library of Congress Classification, the most widely used library classification systems today, both originated at that time and reflect the general intellectual climate of the era.

With a particular hierarchy, the basis for division within a class into subclasses and sub-subclasses may vary considerably from subject to subject. For example, architecture can be classified according to schools and styles, periods, or types of buildings. Literature can be divided by language, genre/form, or period. Each characteristic is called a *facet*. Figure 11-1 illustrates the division of literature in the Dewey Decimal Classification based on the three facets named above.



**FIGURE 11-1**   Division of literature in the Dewey Decimal Classification.

The coordinate elements on each level or stage of division form an *array*, e.g., **American literature, English literature, German literature**, etc. The term *chain* refers to a string of subjects, each of which represents a different level in the hierarchy, e.g., **Literature—English literature— English poetry—Elizabethan poetry.** There is not always a built-in or natural order of the characteristics or facets in each class. For example, although language is a natural first-order division for literature, the next divisions could be first by form and then by period or equally reasonably the other way around; as many readers, presumably, would like to see Victorian novels, drama, poetry, and so on in close array as would like to see English poetry arranged chronologically. The original designers of classification systems made what they considered appropriate deci- sions on principles of division, class by class, and then they and their successors tried to maintain consistency within each class on how facets were determined and developed. Order of facets is called *citation order.*

Traditional library classification schemes tend to list all subjects and their subdivisions and provide ready-made symbols for them. Such a scheme is referred to as *enumerative* classification. Among existing li- brary classification schemes, the Library of Congress Classification is considered to be the most enumerative.

Modern classification theory, on the other hand, places emphasis on *facet analysis* and *synthesis*—the analysis (or breaking up) of a subject into its component parts and the synthesis (or reassembling) of those parts as required by the document to be represented. Instead of enumerating all subjects in a hierarchical structure, modern theory argues that a classification scheme should identify the basic components of subjects and list under each discipline, or main class, the elements or aspects that are topically important within that class. Each class has its own class- specific *facets*. For instance, the class Education might have a facet for Persons Taught, a facet for Subjects Taught, a facet for Educators, a facet for Methods of Instruction, a facet for Educational Institutions, and so on. In addition, recurring or common facets, such as form, geographic divisions, and chronological divisions, are listed separately for applica- tion to all classes. In applying such a scheme, the act of classification

essentially consists of identifying appropriate component facets and synthesizing (i.e., combining) them according to a predetermined *citation formula*. A system based on these principles is called a *faceted* or *analytico-synthetic classification*. An example is the Colon Classification.

Some classification systems provide minute details under each class or subject, while others provide broad subject divisions only. The former are referred to as *close classification* and the latter as *broad classification*.

## NOTATION

Each classification scheme adopts a system of symbols to represent its classes and divisions. The purpose of such a device, called *notation*, is to furnish a brief designation of subjects (and sometimes their relationships as well) and to provide a sequential order for arrangement.

In some classification systems, the notation consists of all letters; in others, all numbers; and in still others, a combination of both. A *pure notation* is one in which only one type of symbol is used; an example is the notation of the Dewey Decimal Classification, which consists of arabic numerals. A system that employs more than one type of symbol is called a *mixed notation*; an example is the combined letters and arabic numerals in the notation of the Library of Congress Classification.

A *hierarchical notation* is one that reflects the structural order, or hierarchy, of the classification, and an *expressive notation* is one that expresses relationships among coordinate subjects. The notation used with the Dewey Decimal Classification is hierarchical, and that of the Universal Decimal Classification is both hierarchical and expressive. The notation of the Library of Congress Classification is neither.

Another feature of some notation schemes is internal *mnemonics*, or aids to memory. In this context, the term means that when a given topic recurs in the scheme, it is represented consistently by the same symbol. For example, in the Dewey Decimal Classification, poetry is represented by the number 1, hence 811 (American poetry), 831 (German poetry), 841 (French poetry), and so on. Correspondingly, 3 often pertains to Germany and 4 to France.

## HOW TO CLASSIFY

Classifying and assigning subject headings both begin with the same intellectual process: determining the subject content and identifying the principal concepts in the work under consideration. This process was described in Chapter 7. Much of what was said in that chapter applies here, but the two processes are not fully parallel. One difference, of course, is that while in subject cataloging the content of a work is

represented by verbal terms, it is notation that carries the meaning in classification. A more important difference is that because in American libraries classification is used mainly as a shelving or location device, only one class number is chosen for each work; in subject cataloging, on the other hand, any number of subject headings may be assigned to a work. Of course, where classification is considered a major retrieval device, as in libraries with a classed catalog or bibliographies arranged by classification numbers, two or more different classification numbers also may be assigned a given work.

## Choosing a Number: General Guidelines

If the work is on a clearly defined subject, classifying it is a relatively simple operation. One needs simply to choose the appropriate number from the scheme being used. However, a work may deal with more than one subject or more than one aspect of a subject: different subjects may be treated together as parts of a broader subject; they may be brought together by the author because they are affinitive subjects considered separately; they may be treated in terms of their relationship to each other; or finally, a given subject may be treated from interdisciplinary points of view. Faceted classification schemes such as the Universal Decimal Classification or Colon Classification provide for combining class numbers to bring out every subject or aspect treated in a multisubject work. However, such combinations are not always possible with traditional schemes such as the Dewey Decimal or Library of Congress classifications; classifiers often have to choose one number from two or more numbers that represent the different subjects or aspects treated in the work.

The use of each classification system involves certain unique procedures, and for the Dewey Decimal, Library of Congress, and National Library of Medicine systems, these are discussed in detail in later chapters. The following discussion focuses on some of the general principles and guidelines that apply to the classification of library material in general.

### 1. Consider usefulness

When a work can be classed in more than one number in a scheme, consider where it will be most useful to the users.

### 2. Make subject the primary consideration

When the classification scheme allows alternatives, class by subject, then by form, except in literature, where language and literary form are what matter most.

### 3. Use the most specific number available

Class the work in the most specific number that will contain it. There may not be an exact number for every subject encountered, however. When there is no specific number for the work, place it in the next most specific category above it, depending on which scheme is used. For example, classify a history of Chicago in the number for Chicago, if available, instead of with the history of a larger geographic unit, such as Cook County, the state of Illinois, or the United States; if the system does not provide a specific number for Chicago, place it in the number for the next larger geographic unit for which the scheme makes provision.

### 4. Do not classify from the index alone

The index or indexes that accompany each classification scheme provide help in locating specific class numbers. However, the chosen number should always be checked in the schedules to ensure that the subject of the work being classified has been placed properly in the overall structure and that the instructions in the schedules restricting or elaborating the use of the number have been observed.

## Choosing a Number: Multitopical Works

There is no hard and fast rule for the choice of a number for a multitopical work. The following guidelines, which are based on the works of classificationists,[2] are generally applicable.

### 1. Determine the dominant subject or the phase relations

*Dominant subject*
Classify under the dominant subject, if one can be determined. If the subjects are treated separately, a ready indication of preponderance may be the amount of space devoted to each. Another gauge is the author's apparent intention or purpose.

*Phase relations*
More complicated is a work in which the different subjects are viewed in relationship to each other. In such a case, an analysis of the relationship may help to determine the emphasis of the work. *Phase relations*, in

---

[2]"Introduction to the Dewey Decimal Classification." In *Dewey Decimal Classification and Relative Index*. Ed. 20. John P. Comaromi, ed. Julianne Beall, Winton E. Matthews, Jr., and Gregory R. New, assistant eds. Albany, N.Y.: Forest Press, a Division of OCLC Online Computer Library Center, Inc., 1989. Vol. 1, pp. xxxi–xxxiii. Paul S. Dunkin. *Cataloging U.S.A.* Chicago: American Library Association, 1969. Pp. 116–22. William Stetson Merrill. *Code for Classifiers*. 2nd ed. Chicago: American Library Association, 1939. Pp. 3–7.

other words the interrelationships of subjects treated in a work, were discussed earlier, in Chapter 7. In classification, the following considerations apply.

**Influence Phase**   Classify a work about the influence of one thing or author on another under the subject or author being influenced.

**Bias Phase**   Classify a work on a particular subject written with a bias toward, or aiming at, a specific group of readers (e.g., *Fundamentals of Physical Chemistry for Premedical Students*), under the subject (physical chemistry), not the element toward which it is biased (premedical or medical sciences).

**Tool or Application Phase**   Classify a work such as *Chemical Calculations: An Introduction to the Use of Mathematics in Chemistry* under the subject (chemistry) instead of the tool (mathematics).

**Comparison Phase**   Class under the subject emphasized or under the first subject.

**Note**   It should be stressed that the preceding are only *general* guidelines. If a work on the influence of one subject or one author on another clearly places emphasis on the subject or author exerting the influence, it should be classed with that subject or author. Similarly, if a work on a subject written for a specific group of readers is of little value to other readers, it should be classed under the number reflecting the intended readers.

### 2. Class under first subject

If the dominant subject cannot be ascertained—e.g., in works treating two or three subjects separately or in comparison without any indication of preponderance—class under the first subject. In the Dewey Decimal Classification, *first* means the one coming first in the schedules. For example, a work dealing equally with Judaism (296) and Islam (297) would be placed in 296. Lacking such specific instruction, *first* may mean the subject treated first in the work.

### 3. Class under broader subject

Class under the broader subject a work dealing with two or three subjects that are subdivisions of a broader subject and that together constitute the major portion of that subject, e.g., choosing the number for classical languages for a work about Greek and Latin. Likewise, for a work

dealing with four or more subjects, all of which are divisions of a broader subject, class under the number that covers them all; for example, use the number for chemistry (540) for a work about physical (541), analytical (543), inorganic (546), and organic (547) chemistry.

## CALL NUMBERS

To distinguish individual bibliographic items on the same subject, a book or item number is added to the class number to form a *call number* as a location symbol for the item in the library's collection. The term *call number* probably originated from the fact that in the earlier days most libraries had closed stacks, and a library user would have to "call" for a book from the collection by means of its unique number.

Many libraries adopt the principle of unique call numbers. Each item in the library is assigned a number different from any other call number in the collection. In this sense, the call number serves as the true address of the item. The call number consists of one or more elements based on the bibliographic characteristics of the item, such as the author's name, the title, the edition, the date of publication, the volume number, etc.

There are various ways of composing a call number, depending on the size of the collection and the classification system used. The procedures for assigning call numbers are discussed in the following chapters on individual classification schemes.

## MARC CODING FOR CLASSIFICATION AND ITEM NUMBERS

In *USMARC Format for Bibliographic Data,* the following fields contain data relating to call numbers based on classification systems discussed in this book:

    050   Library of Congress call number
            Indicators:
                First—existence in LC collection
                    0 = Item is in LC
                    1 = Item is not in LC
                Second—source of call number
                    0 = Assigned by the Library of Congress (LC)
                    4 = Assigned by agency other than LC
            Subfield codes:
                ‡a = Classification number
                ‡b = Item number

060   National Library of Medicine (NLM) call number
  Indicators:
   First—existence in NLM collection
    0 = Item is in NLM
    1 = Item is not in NLM
   Second—source of call number
    0 = Assigned by NLM
    4 = Assigned by agency other than NLM
  Subfield codes:
   ‡a = Classification number
   ‡b = Item number
080   Universal Decimal Classification number
082   Dewey Decimal call number
  Indicators:
   First—type of edition
    0 = Full edition
    1 = Abridged edition
   Second—source of call number
    0 = Assigned by LC
    4 = Assigned by agency other than LC
  Subfield codes:
   ‡a = Classification number
   ‡b = Item number
   ‡2 = Edition number
090–099  Local call numbers

## MODERN LIBRARY CLASSIFICATION SYSTEMS

Many library classification systems have been developed in modern times, some for general collections and others for specialized subject collections. The following chapters discuss in detail the major systems used by American libraries and present briefly the salient characteristics of a number of other classification systems, along with information on their conception and development.

# CHAPTER TWELVE
# DEWEY DECIMAL
# CLASSIFICATION



## HISTORY

### The Beginning

The publication in 1876 of a pamphlet entitled *A Classification and Subject Index for Cataloguing and Arranging the Books and Pamphlets of a Library* marked the beginning of the Dewey Decimal Classification (DDC), which was soon adopted by many libraries in the United States and later by libraries around the world. Today, in its twentieth edition, the Dewey Decimal Classification is the most widely used library classification system in the world.[1] The scheme, used in more than 135 countries, has been translated into many languages. In the United States, it is used in 95 percent of public and school libraries, 25 percent of college and university libraries, and 20 percent of special libraries.

DDC was conceived as a classification of knowledge for the purpose of organizing a library. Melvil Dewey (1851–1931), the founder of the system which was named after him, was assistant librarian at Amherst College when he developed the scheme. In the preface to the first edition (1876), Dewey states that the system was developed early in 1873 as a result of several months' study of some hundreds of books and pamphlets and of over fifty personal visits to various American libraries.

The 1876 edition, consisting of merely forty-four pages and published anonymously, contains a brief preface outlining Dewey's principles, the schedules for ten main classes subdivided decimally to form a total of 1000 categories numbered 000 to 999, and an alphabetical subject index.

The division of main classes was based on an earlier classification system (1870) devised by W. T. Harris, who, in turn, based his scheme on an inverted order of Francis Bacon's classification of knowledge.[2]

---

[1]Melvil Dewey. *Dewey Decimal Classification and Relative Index.* Ed. 20. John P. Comaromi, ed., Julianne Beall, Winton E. Matthews, Jr., and Gregory R. New, assistant eds. Albany, N.Y.: Forest Press, A Division of OCLC Online Computer Library Center, Inc., 1989. Vol. 1, p. xxvi.

[2]Arthur Maltby. *Sayers' Manual of Classification for Libraries.* 5th ed. London: Andre Deutsch, 1975. P. 121. John Phillip Comaromi, on the other hand, argues that Hegel provided the philosophic underpinnings of Harris's and Dewey's classification systems (cf. his *The Eighteen Editions of the Dewey Decimal Classification.* Albany, N.Y.: Forest Press Division, Lake Placid Education Foundation, 1976. P. 29).

Bacon divides knowledge into three basic categories—history, poesy, and philosophy—corresponding to the three basic faculties of the human mind—memory, imagination, and reason. The classifications of Bacon, Harris, and Dewey are compared in Table 12-1.

In his new classification scheme, Dewey introduced two new features: relative location and relative index. Prior to Dewey, books in libraries were numbered according to their locations on the shelves. In other words, each book had a fixed location. The Dewey system, on the other hand, numbers books in terms of their relationship to one another without regard to the shelves or rooms where they are placed. Relative location allows indefinite intercalation; books can be moved about in the library without altering their call numbers. In the relative index, Dewey brings together under one term the locations in the scheme of a subject which, in many cases, falls in several fields of study.

## Early Editions

The second edition of DDC, a considerable expansion from the 1876 edition, appeared in 1885, making a number of relocations—i.e., shifts of subjects from certain numbers to other numbers. This edition set the

**TABLE 12-1   Classification Systems of Bacon, Harris, and Dewey**

| Bacon | | Harris | Dewey |
|---|---|---|---|
| [Original] | [Inverted] | | |
| | | *Science* | |
| History (Memory) | Philosophy | Philosophy Religion Social and political science Natural sciences and useful arts | General works Philosophy Religion Sociology Philology Science Useful arts |
| | | *Art* | |
| Poesy (Imagination) | Poesy | Fine arts Poetry Pure fiction Literary miscellany | Fine arts Literature |
| | | *History* | |
| Philosophy (Reason) | History | Geography and travel Civil history Biography | History Biography Geography and travel |
| | | *Appendix* | |
| | | Miscellany | |

notational pattern for all subsequent editions. It was also in this edition that Dewey laid down his famous injunction of the "integrity of numbers." Being a pragmatist and a realist, Dewey was fully aware that a system that changed substantially from edition to edition would not be acceptable to librarians, because changes, particularly relocations, necessitate reclassification. Therefore, in the preface to the second edition, Dewey declared that the numbers may be considered "settled," and henceforth there would be expansions, when necessary, but few relocations. This policy had a stabilizing effect on subsequent revisions of DDC, particularly in the early editions; expansions were made as appropriate, but relocations were kept to a minimum. Nonetheless, in order to cope with new developments in knowledge, certain major changes could not be avoided.

Dewey himself supervised DDC revision through its thirteenth edition, working until his death in 1931. His interest in simplified spelling was reflected in the early schedules, e.g., Filosofy and Geografy.

## Fifteenth Edition

The fourteenth edition followed the editorial policies that had governed work on earlier editions: expansion in detail as required, but little change in basic structure. The expansion, however, had not always been balanced, and there were many underdeveloped areas. With the fifteenth edition, it was decided that a new approach was necessary in order to give the scheme a more even structure and to keep up with new developments in knowledge, particularly in science and technology. Several innovations were introduced: details were cut back until all subjects reflected more or less equal degrees of subdivision; a large number of subjects were relocated; the index was pruned drastically; and the simplified spelling used in earlier editions was discontinued. The magnitude of the changes was considerable; for instance, some 31,000 entries in the fourteenth edition were reduced to 4700 in the fifteenth edition.

After the publication of the fifteenth edition in 1951, it soon became clear that the changes were too much for practicing librarians, most of whom refused to accept the new edition and continued to use the fourteenth. Criticism of the fifteenth edition was fierce and vehement. Many critics even pronounced the system dead.

## Sixteenth Edition and Later Editions

The sixteenth edition, under the editorship of Benjamin A. Custer, appeared in 1958. This edition reflected a return to the former policy of detailed enumeration but incorporated some of the innovative features of the fifteenth edition, such as standard spelling, current terminology, and a pleasing typographic presentation.

The seventeenth through nineteenth editions, also under the editorship of Custer, continued to develop along similar lines. Attempts were made to keep pace with knowledge while maintaining "integrity of numbers" to the greatest reasonable extent.

The twentieth edition, under the editorship of John P. Comaromi, assisted by Julianne Beall, Winton E. Matthews, Jr., and Gregory R. New, appeared in 1989. The classification, by now, has grown into a four-volume set. A classifiers' manual, which was first issued as a separate publication after the appearance of the nineteenth edition, was incorporated into the twentieth edition, following the index.

## Abridged Dewey Decimal Classification

Fairly early on it became obvious that a short form of the classification would be better suited to the needs of small and slowly growing libraries. Accordingly, an abridged edition of the scheme, about two-fifths the size of the full edition, was issued in 1894. In the beginning, the abridged edition was revised when the need arose; later, it was considered desirable to follow each full edition with an abridged edition. The present twelfth abridged edition accompanied the full twentieth edition.

From its first appearance, the abridged edition has been designed specifically for elementary and secondary school libraries, small public libraries with collections not expected to grow beyond 20,000 titles, and other collections of a general nature. It is used by most of the school libraries and many small libraries in this country and is also widely used in other countries, particularly Great Britain.

Through the ninth abridged edition, the numbers, on the whole, represented a true abridgment of those in the full edition. In the tenth, there was a basic change. Some numbers represented an adaptation rather than an abridgment of those in the full edition; in other words, many subjects were represented by numbers that were different instead of just shorter than those found in the full edition. In this sense, the tenth edition was in part an adaptation and in part an abridgment. In response to requests from users, the eleventh and twelfth abridged editions returned to being true abridgments of the full edition.

## REVISION
## Current Procedures for Revision

An editorial team consisting of the editor-in-chief and three assistant editors oversees and is responsible for DDC revision. The editorial office is a part of Collection Services at the Library of Congress; Forest Press, a division of OCLC Online Computer Library Center and the publisher of DDC, has a contractual arrangement with the Library of Congress for

the editorial work. Between these two organizations is a group called the *Decimal Classification Editorial Policy Committee,* composed of practicing librarians and library educators, which advises both the editors and Forest Press concerning matters related to the revision of DDC; the committee examines proposed revisions and makes appropriate recommendations. The editors of DDC are also staff members of the Decimal Classification Division of the Library of Congress, which is responsible for assigning DDC numbers to LC cataloging records. The joint appointments ensure consistency and a great degree of coordination between the revision and the application of the system.

Presently, DDC is being revised at approximately seven- to ten-year intervals. Between editions, the schedules and tables are regularly reexamined; revisions of existing numbers and index entries, and provisions for new subjects, are made as required. This policy, called *continuous revision,* was adopted after publication of the nineteenth edition in order to ensure currency of the scheme. As a result, substantial revisions and new developments in the schedules may be published separately between editions.

## Forms of Revision

Revisions usually take the following forms.

### Expansion

This method is used to introduce new subjects as well as to provide more minute and specific subdivisions under existing subjects. The numerical notational system of DDC is such that new subjects can only be introduced as subdivisions under existing subjects. This is a reasonable approach, since new subjects seldom emerge totally independent of existing knowledge but usually appear as an offspring or outgrowth of an existing field. For existing knowledge, as library material proliferates, more minute subdivisions of existing topics are also required.

### Reduction

Occasionally, existing subdivisions that are rarely used are discontinued and the subtopics are classed with the more general topic. In general, reductions are far outnumbered by expansions.

### Relocation

In each edition, a number of existing topics are moved to different locations (i.e., numbers) in the scheme. Relocation is usually an attempt to meet one of the following goals:

1.  To eliminate dual provisions when two or more numbers have the same meaning or overlap to a large extent. For example, before the twentieth edition, Waste technology was represented by both 604.6 (Waste technology) and 628.4 (Public sanitation). In the twentieth edition, 604.6 was eliminated so that all material on Waste technology is now classed in 628.4 (Waste technology, public toilets, street cleaning).

2.  To make room for new subjects when there is no available number. For example, in the eighteenth edition, Antarctica was moved from the areas notation -99 to -989 in order that -99 could be used for Extraterrestrial worlds. In general, a number vacated as a result of relocation is not reused until a later edition. However, in this case, the urgency to accommodate the Extraterrestrial worlds outweighed this policy of *starvation*.

3.  To provide uniformity of development for parallel subjects.

4.  To reflect realignment of fields of knowledge. A new subject, which had been introduced as a subdivision under an existing subject, may turn out to belong more properly in a different field of knowledge. For example, Astronautics, which was originally placed in 629.1388 (as a subdivision under Aeronautics) was moved to 629.4 (as one of the "other branches" of engineering).

5.  To rectify an improper placement by moving the topic to where it really belongs. For example, in the eighteenth edition, Yiddish language and literature, formerly in 492.49 and 892.49 (as subdivisions of Hebraic languages and literature) were relocated to 437.947 and 839.09 (as branches of Germanic languages and literatures).

### Completely revised schedules

A completely revised schedule, previously called a *phoenix schedule*, represents the most drastic form of revision. With this method, an entire schedule, such as 780 (Music) in the twentieth edition and 340 (Law) in the eighteenth edition, is reconstructed without regard to previous divisions. The policy of integrity of numbers is suspended, and the editors are not hampered by the notational constriction in rearranging existing subjects and inserting new subjects. As a result, massive relocations occur within that schedule. In recent editions, the following schedules have been revised completely:

546 (Inorganic chemistry) and 547 (Organic chemistry) in edition 16
130 (Pseudopsychology, parapsychology, occultism) and 150 (psychology) in edition 17
340 (Law) and 510 (Mathematics) in edition 18

301–307 (Sociology), 324 (The political process), and -41 and -42 (areas notations for Great Britain in Table 2) in edition 19

780 (Music) and -711 (areas notation for British Columbia in Table 2) in edition 20

### New schedules

Occasionally, the schedule for a particular subject is completely re-worked and moved to a new location so that there is no conflict with the old schedule. An example of a new schedule is the 004–006 (Data processing and Computer science) revision developed and published separately between the nineteenth and twentieth editions. The new schedule was eventually incorporated into the twentieth edition.

## BASIC PRINCIPLES

## Classification by Discipline

To say that classification groups together materials on the same subject is an oversimplification. In fact, both the Dewey Decimal Classification and the Library of Congress Classification, the major systems in use in this country, are classifications by discipline. The division of main classes and subclasses is based on academic disciplines, or fields of study, rather than on subject. Such division means that the same subject may be classed in more than one place in the scheme. For example, the subject "family," depending on the author's approach and perspective, may be classed in ethics, religion, sociology, social customs, family planning, home economics, or genealogy.

In Dewey Decimal Classification, knowledge was initially divided into ten main classes that mirrored the recognized academic divisions of Dewey's time: General works, Philosophy, Theology, Sociology (later Social sciences), Philology, Natural science, Useful arts, Fine arts, Litera-ture, and History (see Table 12-2). Some of these are not considered disciplines today, but rather areas of study, each of which includes several academic disciplines. Based on the curriculum of a modern university, one would group such fields as Philosophy, Languages, Fine arts, and Literature as disciplines under the area of Humanities, in parallel with other areas of study such as Social sciences and Physical sciences, each of which also contains various disciplines. In DDC, how-ever, Philosophy, Languages, Literature, etc. remain as coordinate sub-jects with Social sciences, Pure sciences, and Technology/Applied sci-ences. This fact alone makes the scheme somewhat uneven in the extent to which its basic organization of knowledge matches what prevails in the world today. Furthermore, over the last hundred years, the advance-

## TABLE 12-2   Outline of Dewey Decimal Classification

**000  Generalities**
 010   Bibliography
 020   Library & information sciences
 030   General encyclopedic works
 040
 050   General serials & their indexes
 060   General organizations & museology
 070   News media, journalism, publishing
 080   General collections
 090   Manuscripts & rare books

**100  Philosophy & psychology**
 110   Metaphysics
 120   Epistemology, causation, humankind
 130   Paranormal phenomena
 140   Specific philosophical schools
 150   Psychology
 160   Logic
 170   Ethics (Moral philosophy)
 180   Ancient, medieval, Oriental philosophy
 190   Modern Western philosophy

**200  Religion**
 210   Natural theology
 220   Bible
 230   Christian theology
 240   Christian moral & devotional theology
 250   Christian orders & local church
 260   Christian social theology
 270   Christian church history
 280   Christian denominations & sects
 290   Other & comparative religions

**300  Social sciences**
 310   General statistics
 320   Political science
 330   Economics
 340   Law
 350   Public administration
 360   Social services; association
 370   Education
 380   Commerce, communications, transport
 390   Customs, etiquette, folklore

**400  Language**
 410   Linguistics
 420   English & Old English
 430   Germanic languages  German
 440   Romance languages  French
 450   Italian, Romanian, Rhaeto-Romanic
 460   Spanish & Portuguese languages
 470   Italic languages  Latin
 480   Hellenic languages  Classical Greek
 490   Other languages

**500  Natural sciences & mathematics**
 510   Mathematics
 520   Astronomy & allied sciences
 530   Physics
 540   Chemistry & allied sciences
 550   Earth sciences
 560   Paleontology  Paleozoology
 570   Life sciences
 580   Botanical sciences
 590   Zoological sciences

**600  Technology (Applied sciences)**
 610   Medical sciences  Medicine
 620   Engineering & allied operations
 630   Agriculture
 640   Home economics & family living
 650   Management & auxiliary services
 660   Chemical engineering
 670   Manufacturing
 680   Manufacture for specific uses
 690   Buildings

**700  The arts**
 710   Civic & landscape art
 720   Architecture
 730   Plastic arts  Sculpture
 740   Drawing & decorative arts
 750   Painting & paintings
 760   Graphic arts  Printmaking & prints
 770   Photography & photographs
 780   Music
 790   Recreational & performing arts

**800  Literature & rhetoric**
 810   American literature in English
 820   English & Old English literatures
 830   Literatures of Germanic languages
 840   Literatures of Romance languages
 850   Italian, Romanian, Rhaeto-Romanic
 860   Spanish & Portuguese literatures
 870   Italic literatures  Latin
 880   Hellenic literatures  Classical Greek
 890   Literatures of other languages

**900  Geography & history**
 910   Geography & travel
 920   Biography, genealogy, insignia
 930   History of ancient world
 940   General history of Europe
 950   General history of Asia  Far East
 960   General history of Africa
 970   General history of North America
 980   General history of South America
 990   General history of other areas

SOURCE: Melvil Dewey. *Dewey Decimal Classification and Relative Index*. Ed. 20. John P. Comaromi, ed. Julianne Beall, Winton E. Matthews, Jr., and Gregory R. New, assistant eds. Albany, N.Y.: Forest Press, A Division of OCLC Online Computer Library Center, Inc., 1989, Vol. 2, p. x.



**FIGURE 12-1**   Hierarchical structure from general to specific.

ment of knowledge in different fields has varied considerably in both quantity and velocity so that some classes have remained fairly stable throughout successive editions, while others have undergone tremendous development and expansion. Thus disparity in treatment from class to class has been compounded.

Table 12-2 shows the current distribution of topics over the system.

## Structural Hierarchy

Each of the ten *main classes* is divided into ten *divisions,* and each division is divided into ten *sections,* with further subdivisions made as required. Each level, divided on a base of ten because of the notational system, is subordinate to the level above it, thus forming a hierarchical structure that progresses from the general to the specific (Fig. 12-1). Each level of the hierarchy is called a *class.*[3]

In general, arrangement is first by discipline, then by subject with various levels of subject subdivisions, then by geographic and/or period specification, and then by form of presentation. Exceptions to this pattern are found in the Literature (800) and Generalia (000) classes. In the Literature class, arrangement of belles lettres is first by the discipline (literature), then by original language, then by literary form, and then by period of composition. In the Generalia class, certain categories of materials, including general encyclopedias (030), periodicals (050), newspapers (071–079), and general collections (080), are arranged first by form and then by language or place as provided by the schedules. Since these general materials do not deal with any specific subject and therefore do not belong to any specific discipline, there is no subject specification. The 800 class and these portions of the 000 class are sometimes called *form* classes.

[3]"Introduction." In *Dewey Decimal Classification and Relative Index.* Ed. 20. Op. cit. Vol. 1, p. xxviii.

## NOTATION

### Symbols

Dewey adopted a pure notation based on arabic numerals. Each topic in the scheme is represented by a number expressed in arabic numerals only, with decimal expansion as needed, e.g., 030, 150, 346.7304695, etc. Such a notation has the advantage of being widely recognized and transcending most language barriers.

Main classes and divisions in DDC are organized around a base of ten, a characteristic of the arabic numeral system. Main classes are numbered 0 through 9, as shown in Table 12-2. Further divisions and subdivisions follow the decimal principle, e.g.,

> 5  Natural sciences and mathematics
> 51  Mathematics
> 52  Astronomy and allied sciences
> 53  Physics
> etc.

For such numbers to be considered sequential, there must be a leading decimal. However, to make its notation easier to grasp, DDC uses three-digit numbers for its main classes, for the divisions of main classes, and for major sections of those divisions; zeros are put in as fillers in the numbers for main classes and their branches. Thus we have 500 for the main class Natural sciences and 510 for one of its major branches, Mathematics. When more than three digits are needed to specify a topic, a decimal point is placed after the third digit, giving numbers such as 512.56 and 512.546. As decimal numbers, 512.546 precedes 512.56.

### Notational Hierarchy

The DDC notation reflects the hierarchical order of the classification, showing the relationship between each level of knowledge and its superordinate and subordinate elements. Each of the ten main classes is divided into ten divisions represented by the second position in the notation. Thus, in 500 (general works on Natural sciences), 510 through 590 are used for the major branches of science, e.g., 510 (Mathematics), 520 (Astronomy and allied sciences), 530 (Physics), 540 (Chemistry and allied sciences), etc.

Each branch, in turn, is divided into ten sections, represented by the number in the third position of the notation, e.g.,

> 510  Mathematics
> 511  General principles
> 512  Algebra and number theory

> 513  Arithmetic
> 514  Topology
>
> 540  Chemistry and allied sciences
> > 541  Physical and theoretical chemistry
> > 542  Techniques, procedures, apparatus, equipment, materials
> > 543  Analytical chemistry

The system allows further subdivision into various degrees of specificity by means of a continued decimal notation. The decimal point is always placed after the third digit, followed by as many digits as required by the subject matter. The notation never *ends* with a zero after the decimal point, since a terminal zero after a decimal point has no value.

As the classification progresses from the general to the specific, each level of division is indicated by the addition of one new digit. The following example illustrates the hierarchical structure present in both the notation and the classificatory categories, carried to three digits beyond the decimal point:

> 500  Natural sciences and mathematics
> > 510  Mathematics
> > > 516  Geometry
> > > > 516.3  Analytic geometries
> > > > > 516.37  Metric differential geometries
> > > > > 516.372  Euclidean geometry

There are, however, a few exceptions to the hierarchical structure, as is the case for Biology (574), Botanical sciences (580), and Zoological sciences (590); most scientists would consider it more reasonable to make botany and zoology subtopics under biology rather than coordinate topics. The intention of the DDC classificationists is that, in general, the classificatory structure be hierarchical and, as such, be reflected in the notation.

## Mnemonics

In assigning numbers to subjects, Dewey frequently used consistent numbers for recurring subjects. For example, Italy is regularly represented by the notation 5, which recurs in numbers related to that country: 945 (history of Italy), 914.5 (Description of Italy), 450 (Italian language), 554.5 (Geology of Italy), 195 (Italian philosophy), and 035 (General encyclopedic works in the Italian language). In literature, the number 1 represents poetry, thus 811 (American poetry), 821 (English poetry), 851 (Italian poetry), etc. This device helps readers to memorize or recognize class numbers more easily. Furthermore, it has enabled the system to

develop from an enumerative system to a more nearly analytico-synthetic scheme in which many elements in a class number can be readily isolated and identified.

In the earlier editions, the mnemonic device was used most prominently in the following areas: form divisions, geographic divisions, languages, and literature. As the analytico-synthetic nature of the system increased, the mnemonic device has become standard practice for some aspects of the system.

DDC began as a basically enumerative system, in that the numbers for individual subjects, including compound and complex subjects, are enumerated in the scheme. In the second edition, however, the table for form divisions was introduced; also, certain numbers in the scheme were to be divided like certain other numbers, particularly those pertaining to geographic subdivision. Thus a limited amount of synthesis, or number building, existed from the early editions.

In the seventeenth edition, an areas table for geographic subdivisions was introduced. Then, in the eighteenth edition, five more auxiliary tables appeared; these enhance greatly the analytico-synthetic nature of the system.

## EVALUATION

A great deal has been written about the merits and weaknesses of the Dewey Decimal Classification. Following is a brief summary of some of the opinions.

### Merits

1. It is a practical system. The fact that it has survived many storms in the past hundred and twenty years and is still the most widely used classification scheme in the world today attests to its practical value.

2. Relative location was an innovation introduced by Dewey, even though it is now taken for granted.

3. The relative index brings together different aspects of the same subject scattered in different disciplines.

4. The pure notation of arabic numerals is universally recognizable. People from any cultural or language background can adapt to the system easily.

5. The self-evident numerical sequence facilitates filing and shelving.

6. The hierarchical nature of the notation expresses the relationships between and among the class numbers. This characteristic particularly facilitates online searching. The searcher can broaden or narrow a search by reducing or adding a digit to the class number.

7. Use of the decimal system enables infinite expansion and subdivision.

8. The mnemonic nature of the notation helps library users to navigate within the system.

9. The continuous revision and publication of the schedules at regular intervals ensure the currency of the scheme.

## Weaknesses

1. The Anglo-American bias is obvious, particularly in 900 (Geography and history) and 800 (Literature). A heavy bias toward American protestantism is especially evident in 200 (Religion).

2. Related disciplines are often separated, e.g., 300 (Social sciences) from 900 (Geography and history) and 400 (Languages) from 800 (Literature).

3. The proper placements of certain subjects also have been questioned, e.g., Library science in general works (000s), Psychology as a subdivision under Philosophy (100s), and Sports and Amusements in The arts (700s).

4. In 800, literary works by the same author are scattered according to literary form when most scholars would prefer to have them grouped together.

5. The base of ten limits the hospitality of the notational system by restricting the capacity for accommodating subjects on the same level of a hierarchy to nine divisions.

6. The different rate of growth in various disciplines has resulted in an uneven structure. Some classes, such as 300 (Social sciences), 500 (Natural sciences), and 600 (Technology), have become overcrowded.

7. Even though an existing subject can be expanded indefinitely by virtue of the decimal system, no new numbers can be inserted between coordinate numbers—e.g., between 610 and 620—even when required for the accommodation of new subjects. The present method of introducing a new subject is to include it as a subdivision under an existing subject.

8. While the capacity for expansion is infinite, it also results in lengthy numbers for specific and minute subjects. The long numbers have been found inconvenient, particularly when the system is used as a shelving device.

9. Relocations and completely revised (i.e., phoenix) schedules, while necessary to keep up with knowledge, create practical problems in terms of reclassification for libraries using the scheme.

## ASSIGNING CALL NUMBERS

A call number based on the Dewey Decimal Classification consists of two parts: the class number and the book or item number. The book or item number consists of one or more elements based on the bibliographic characteristics of the item. The construction of the DDC call number is discussed below.

## CLASS NUMBERS [MARC FIELDS 082, 09X SUBFIELD ‡a][4]

The class number may be derived from the full edition or the abridged edition.

## NUMBER BUILDING: FULL EDITION[5]

As a result of the influence of modern classification theory, DDC has become less enumerative and increasingly analytico-synthetic in recent editions. Many numbers that can be used in classifying works are not enumerated in the schedules. Instead, they must be built up from base numbers, by analogy, or according to the provisions of auxiliary tables. The discussion below illustrates how class numbers enumerated in the schedules are expanded as needed through notational synthesis—in other words, by what is called *number building*.

The main or base number is always taken from the schedules. The additional elements may come from either the schedules or the auxiliary tables, or both, and are added to the base number. (In this context, *added* means "tacked onto," not added in the arithmetical sense.) The order of the elements in each case is determined by instruction in the schedules or tables. In building numbers, decimal points are removed. After the process of synthesis is completed, a decimal point is inserted after the third digit.

[4]In bibliographic records prepared by the Library of Congress, field 082 carries the class number in subfield ‡a and an edition (i.e., edition of DDC on which the class number is based) number in subfield ‡2, e.g., 523.6 ‡2  20. In records that do not show the delimiter ‡, the subfield code 2 can be easily mistaken as part of the class number.
[5]Instruction in the use of the abridged edition follows on pages 303–314.

## Combining Schedule Numbers

### Adding an entire number to a base number

| | |
|---|---|
| *A bibliography of physics* | 016.53 |
| 1. The main number for bibliographies and catalogs of works on specific subjects or in specific disciplines with a note to "add to base number 016 notation 001–999" the number for the specific subject | 016 |
| 2. The number for Physics | 530 |
| 3. The subject number added to the base number | 016 530 |
| 4. The resulting number with a decimal point after the third digit and the removal of the terminal 0 after the decimal point | 016.53 |

| | | |
|---|---|---|
| *Paper industry* | 338.47 | 676 2 |
| 1. Base number for Secondary industries of specific goods and services, with instruction to add 001–999 | 338.47 | |
| 2. Number for Paper production | | 676 2 |
| 3. Add (2) to (1) | 338 47 | 676 2 |
| 4. With decimal point inserted | 338.47 | 676 2 |

### Adding a fraction of a number or fractions of numbers to a base number

| | |
|---|---|
| *A general Russian periodical* | 057.1 |
| 1. Number for all serial publications as indicated in the index | 050 |
| 2. Number in schedule for serial publications in Slavic languages, with instruction: "Add to base number 057, the numbers following 037 in 037.1–037.9." | 057 |
| 3. The number in the sequence for Russian | 037.1 |
| 4. Add the number following 037 to (2) | 057 1 |
| 5. With decimal point inserted | 057.1 |

| | |
|---|---|
| *A Presbyterian guide to Christian life* | 248.485 |
| 1. Base number for Guides to Christian life with instruction: "Add to base number 248.48 the numbers following 28 in 280.2–289.9." | 248.48 |

| | |
|---|---|
| 2. The number for the Presbyterian Church in the sequence | 28<u>5</u> |
| 3. Add the number following 28 to (1) | <u>248 485</u> |
| 4. With decimal point inserted | <u>248.485</u> |

| | |
|---|---|
| *Photographs of scientific subjects* | 77<u>9</u>.95 |
| 1. Base number for photographs with instruction: "Add to base number 779 the numbers following 704.94 in 704.942–704.949." | 779 |
| 2. The most appropriate number in the sequence Iconography of other specific subjects, with instructions: "Add to base number 704.949 notation 001–999." | 704.94<u>9</u> |
| 3. The number for Science | 5<u>00</u> |
| 4. Add (3) to (2) | 704 949<u>500</u> |
| 5. Add the number following 704.94 to (1) | 779 9<u>500</u> |
| 6. With decimal point inserted and terminal 0s removed | <u>779.95</u> |

## EXERCISE A

Assign Dewey Decimal Classification numbers to the following topics.

1. India under the British rule

2. Discipline of students through punishments in the public schools

3. Television commercials

4. A thesaurus of water resources terms

5. Planning public library buildings

6. A bibliography on diagnostic x-ray techniques

7. Inbreeding in relation to human eugenics

8. Commentaries on the Gospel of John

9. Colligative properties of electrolytic solutions

10. Unemployment in library services

11. Embryology of vertebrates

12. Curriculum design in schools

13. *Dear Comrades: Menshevik Reports on the Bolshevik Revolution and the Civil War*