# EXHIBIT 15

# CLASSIFIED CATALOGUE

### OF THE

## CARNEGIE LIBRARY OF PITTSBURGH

CARNEGIE LIBRARY PRESS
PITTSBURGH



LIBRARY
JUL 31 1996
UNIVERSITY OF TORONTO

# Contents

|                               |     |     |     |     |     |     | Page |
|-------------------------------|-----|-----|-----|-----|-----|-----|------|
| BOARD OF TRUSTEES             | -   | -   | -   | -   | -   | -   | - iv |
| PREFACE                       | -   | -   | -   | -   | -   | -   | - v  |
| HOW TO USE THE CATALOGUE      | -   | -   | -   | -   | -   | -   | - x  |
| SYNOPSIS OF CLASSIFICATION    | -   | -   | -   | -   | -   | -   | - xii |
| CATALOGUE                     | -   | -   | -   | -   | -   | -   | - I  |
| AUTHOR INDEX                  | -   | -   | -   | -   | -   | -   | - v.3 |
| SUBJECT INDEX                 | -   | -   | -   | -   | -   | -   | - v.3 |

# Carnegie Library of Pittsburgh

## Original Board of Trustees

*First Meeting, March 12, 1890*

JAMES B. SCOTT, *President*
W. N. FREW, *Secretary*
H. C. FRICK, *Treasurer*

K. Q. BINGHAM
R. B. CARNAHAN
E. M. FERGUSON
H. P. FORD
W. J. HOLLAND
G. L. HOLLIDAY
J. F. HUDSON
J. B. JACKSON
A. F. KEATING

J. S. LAMBIE
REUBEN MILLER
GEORGE A. MACBETH
WILLIAM McCALLIN
DAVID McCARGO
W. H. McKELVY
ROBERT PITCAIRN
H. K. PORTER
S. H. SHANNON

## Board of Trustees

*January 1, 1907*

W. N. FREW, *President*
ROBERT PITCAIRN, *Vice-president*
J. F. HUDSON, *Secretary*
JAMES H. REED, *Treasurer*

WILLIAM BRAND
JOSEPH BUFFINGTON
D. L. GILLESPIE
GEORGE W. GUTHRIE
GEORGE A. MACBETH
P. A. MANION
A. W. MELLON

WILLIAM METCALF, Jr.
M. E. O'BRIEN
H. K. PORTER
CHARLES L. TAYLOR
E. R. WALTERS
J. C. WASSON
JOHN WERNER

iv

## Preface

The Board of Trustees of the Carnegie Library of Pittsburgh was organized in 1890. The following year permission was obtained from the city to erect in Schenley Park a central building dedicated to its purposes, to be followed by the erection of branches in other parts of the city. As this first structure approached completion, the work of the Library proper began early in 1895 with the organization of a staff under the leadership of Edwin H. Anderson and in November of that year the Library was opened to the public with a collection of about 16,000 volumes.

A dictionary catalogue listing about 9,000 volumes of the collection had been prepared in pamphlet form and was ready for distribution at the formal opening of the Library to the public. A second impression of this, with slight corrections, was quickly supplied. Since that time no catalogue in book form, attempting to cover the whole of the Library's collections, has been issued. A decision was soon reached, however, to issue regular monthly bulletins of additions to the Library and these began to appear in April 1896. The next year a department of printing was created and not only the Monthly Bulletin but also the cards for the regular card catalogues of the Library, including those of the branches as established, were issued in printed form. The composition was by linotype and the metal was preserved in the form of type so that lists and catalogues of various kinds might be printed from time to time without incurring the cost of resetting the matter. These type-forms have been used in the making of a number of such lists.

In 1902 a decision was made to issue in book form a Classified Catalogue of all the books in the Library. The collections had grown rapidly and at that time numbered about 145,000 volumes, among which were included many duplicate copies made necessary by the popular character of the work of the Library and its organization of branches.

A number of elements conspired to bring about the de-

cision at that time to proceed with the printing of this cata-
logue, the most potent of which was the fact that a new and
more satisfactory type-face had been determined upon for use
in entry words and call numbers in all the catalogues of the
Library after July 1, 1902. Thus the type which had until
that time been used in printing the catalogue cards and the
Monthly Bulletin might be used once more for a book cata-
logue and then melted down. Because of the change of type
only those books in the possession of the Library previous to
July 1902 could be included. Subsequent additions would
form a supplementary catalogue or a series of supplementary
catalogues. It may, perhaps, as well be stated here that the
first of these supplements is already in type forming two vol-
umes which are to be issued as soon as they can be got off the
press after the three volumes comprising this, the first Classi-
fied Catalogue in book form of this Library, have been issued.
The five volumes combined will make a complete catalogue
of the Library to January 1, 1907, grown by that time to
242,000 volumes.

The use of the old linotype matter made it desirable that
few changes should be attempted. Some careful revision was
necessary, however, because in the years which had elapsed
since the work of printing the catalogue cards had begun, it
was inevitable that inconsistencies, and some inaccuracies,
should have accumulated. It was not deemed practicable to
make all the changes and corrections that were thought de-
sirable. In classification practically no revision was made
through the first five main classes of books and in the last five
only such changes were made as seemed most urgent, except
in the classes Natural science and Useful arts. There the
classification was altered and expanded considerably in con-
sonance with the work of the Institut International de Bibli-
ographie at Brussels.

Annotation has been a marked feature in catalogues and
lists made by the Library from an early day in its history and
it was felt that additional descriptive and explanatory notes
to many of the titles in this catalogue would have greatly en-
hanced its interest and value, but because of the time and
labor involved in their preparation few annotations were

Case5:14-cv-00570-BLF  Document71-16  Filed12/17/14  Page8 of 34

added in the earlier parts of the work and none whatever were
added in the fiction list.  Such notes as were already in type
for certain titles were used; other titles needing it no less re-
main without this feature.  The great desirability of these
helps has been more strongly felt as the work proceeded and
in the latter portion thereof the practice has been so altered
that many new notes have been added to titles in the classes
Fine arts, History, Travel and description, and Biography.

The general arrangement of the catalogue is in agreement
with the divisions of the Decimal Classification, now in rather
common use in the United States, of which a brief synopsis is
given on page XII of this volume.  Individual biographies,
however, are arranged in one alphabet and filed under the
name of the subject.  Likewise books on history, and on
travel and description, although assigned numbers in accord-
ance with the regular classification, are arranged in a special
way by being placed together under the name of the country
treated.  At the end have been added full author and subject
indexes.  It is perhaps unnecessary to state that of course the
catalogue does not show the entire resources of the Library
upon a given subject, since it does not list specifically parts
of a book treating a particular subject.  Entries of that char-
acter are to be found only in the card catalogues of the
Library.  Moreover it was not the intention to make a bibli-
ography, therefore many details commonly inserted even in
library catalogues were here omitted, the object being to
make a simple catalogue for public use as a finding list.

The complete remodeling of the main structure origin-
ally erected for the Library and opened in 1895, together
with the building of very large additions thereto, brought
about conditions that have greatly retarded the preparation
and issue of this catalogue.  These may be the more clearly
realized when it is understood that not only the processes of
cataloguing and proof-reading, but also all those of composi-
tion, presswork and binding have been accomplished without
the employment of other agencies than the Library's own
facilities within its Central Library building and have been
carried on continuously during the course of that reconstruc-
tion and enlargement mentioned above.  To offset the incon-

venient delay as far as possible for the public, the classes or
parts of the catalogue as they came from the press have been
issued in pamphlet form and may be bound up into complete
volumes by those possessing all the parts.

Generous acknowledgement is due the Board of Trustees
for its broad and liberal support of the whole work of the
Library. And beyond that statement it is only fair that there
should be singled out for personal mention the President of
the Board, Mr W. N. Frew, and the Chairman of the Com-
mittee on Administration, Mr George A. Macbeth, both of
whom in all the affairs of the Library have given of their time
and strength without stint, thereby making such a task as this
possible of accomplishment.

To Edwin H. Anderson, the former Librarian, belongs the
credit for the inception of the work and the conduct of a large
share of it. He saw through the press the first four parts of
the catalogue, covering the classes General works, Philoso-
phy, Religion, Sociology, Philology, Natural science and
Useful arts. In this he was ably seconded by Miss Henrietta
St. B. Brooks, to whom as chief of the Catalogue Department
at that time he committed the immediate supervision of the
work. Under her were issued the first two sections. Upon
leaving the service of the Library, she was succeeded by Miss
Margaret Mann, who has carried the work to its completion.

To Miss Mann especially and to her corps of assistants
generally should be given hearty recognition for the success-
ful accomplishment of a difficult task in the midst of other
heavy duties and under physical conditions that have been
most trying—the reconstruction of the building having been
carried on all about them as they worked. Of her immediate
staff two have done work of so special a character that it
calls for notice. These are Miss Irene Stewart, who has re-
vised and edited the copy for printing, and Miss Marion A.
Knight, who has revised the classification, making changes
and expanding classes where necessary.

The Department of Printing and Binding, under the effi-
cient management of Mr William H. Schwarten, has suffered
heavily from the same conditions that have so hampered all
departments of the Library and is deserving of high com-
mendation for the results achieved.

These acknowledgements would not be complete without a mention of Miss Mabel A. Frothingham, who as Editor of Library Publications has read all the proof, except that of the first three classes, with an eye both to general form and to specific details after it had passed the usual proof-readers. Further a spirit of cordial cooperation throughout the staff has added many helpful touches here and there, small in themselves, but great in a way that I am unwilling to leave without recognition.

ANDERSON H. HOPKINS,

*21 February 1907.* *Librarian.*

## How to Use the Catalogue

The entries in this catalogue are arranged according to the Decimal Classification, a system by which like subjects are brought together and related subjects are grouped in an order more or less logical. For a synopsis of the classes see page XII.

To find a book by a known **author** first consult the author index in volume 3. This index contains the author's name, titles of his works, call number of each work and reference to the volume and page of the catalogue on which the full entry will be found. The *call number* opposite each title is the symbol to be used in calling for the book, and should be copied exactly. If the work is in more than one volume, the volume wanted should be specified in addition to the full *call number*. The titles and call numbers for works of fiction are not included in the author index; there the author's name only is given, with a reference to the list of fiction, where the full entry will be found. Call numbers preceded by the letter "r" or "b" designate books in the reference collection which are not loaned for use outside the Library. These books, as well as all others in the Library, may be consulted freely in the Reference room. The letter "j" prefixed to a call number indicates that the book is in the Children's Department. The author index includes anonymous titles, names of societies and institutions, and titles of all periodical publications.

To find the given resources on a **general subject** or **class** the synopsis on p. XII of vol. I may be consulted. Only the broad classes are outlined here, but the table serves to show at a glance the scheme of arrangement followed in the catalogue and furnishes a key to the main classes of literature. A more direct way to find books on a **particular subject** is to consult the subject index in volume 3. The number following the subject is the class-number standing for that subject and shows its relative location on the shelves—for example, all books on chemistry will be in class 540. The page number

refers to that place in the catalogue where the books on the subject in question are entered and where the call number for individual works may be ascertained.

**Fiction** has been filed after the general class Literature, vol.2, p.1722.

**Description and travel** is grouped with the history of the country treated.

**Biography**, both collected and individual, has been placed after the general class History, vol.3, p.2708.  For individual biography 92 has been used as the class number.

Errata for each volume will be found at the end of the volume.

# Synopsis of Classification

| Class | | Volume and page |
|---|---|---|
| 000 | General works | 1:1 |
| 010 | Bibliography | 1:1 |
| 020 | Library economy | 1:30 |
| 030 | General encyclopedias | 1:40 |
| 040 | General collections | 1:42 |
| 050 | General periodicals | 1:42 |
| 060 | General societies | 1:50 |
| 070 | Newspapers | 1:50 |
| 080 | Special libraries | |
| 090 | Book rarities | 1:55 |
| 100 | Philosophy | 1:59 |
| 110 | Metaphysics | 1:62 |
| 120 | Metaphysical topics | 1:63 |
| 130 | Mind and body | 1:64 |
| 140 | Philosophical systems | 1:72 |
| 150 | Psychology | 1:72 |
| 160 | Logic | 1:81 |
| 170 | Ethics | 1:83 |
| 180 | Ancient philosophers | 1:100 |
| 190 | Modern philosophers | 1:102 |
| 200 | Religion | 1:108 |
| 210 | Natural theology | 1:120 |
| 220 | Bible | 1:128 |
| 230 | Doctrinal theology | 1:159 |
| 240 | Devotional. Practical | 1:175 |
| 250 | Homiletic | 1:183 |
| 260 | Church. Institutions | 1:188 |
| 270 | Religious history | 1:203 |
| 280 | Churches and sects | 1:221 |
| 290 | Ethnic. Non-Christian | 1:247 |
| 300 | Sociology | 1:264 |
| 310 | Statistics | 1:279 |
| 320 | Political science | 1:289 |
| 330 | Economics. | 1:319 |
| 340 | Law | 1:389 |
| 350 | Administration | 1:417 |
| 360 | Associations. Institutions | 1:449 |
| 370 | Education | 1:465 |
| 380 | Commerce | 1:505 |
| 390 | Customs. Folk-lore | 1:529 |
| 400 | Philology | 1:555 |
| 410 | Comparative | 1:556 |
| 420 | English | 1:558 |
| 430 | German | 1:566 |
| 440 | French | 1:568 |
| 450 | Italian | 1:569 |
| 460 | Spanish. | 1:569 |
| 470 | Latin | 1:570 |
| 480 | Greek. | 1:571 |
| 490 | Minor languages | 1:571 |
| 500 | Natural science | 1:575 |
| 510 | Mathematics | 1:588 |
| 520 | Astronomy | 1:595 |
| 530 | Physics | 1:611 |
| 540 | Chemistry | 1:644 |
| 550 | Geology | 1:682 |
| 560 | Paleontology | 1:726 |
| 570 | Biology | 1:735 |
| 580 | Botany | 1:768 |
| 590 | Zoölogy | 1:790 |
| 600 | Useful arts | 1:837 |
| 610 | Medicine | 1:851 |
| 620 | Engineering | 1:888 |
| 630 | Agriculture | 1:980 |
| 640 | Domestic economy | 1:1002 |
| 650 | Commerce. Business | 1:1011 |
| 660 | Chemical technology | 1:1033 |
| 670 | Manufactures | 1:1090 |
| 680 | Mechanic trades | 1:1100 |
| 690 | Building | 1:1105 |
| 700 | Fine arts | 2:1119 |
| 710 | Landscape gardening | 2:1145 |
| 720 | Architecture. | 2:1153 |
| 730 | Sculpture | 2:1201 |
| 740 | Drawing. Decoration | 2:1218 |
| 750 | Painting. | 2:1239 |
| 760 | Engraving. | 2:1292 |
| 770 | Photography. | 2:1298 |
| 780 | Music | 2:1313 |
| 790 | Amusements | 2:1413 |
| 800 | Literature | 2:1438 |
| 810 | American | 2:1459 |
| 820 | English | 2:1512 |
| 830 | German | 2:1639 |
| 840 | French | 2:1656 |
| 850 | Italian | 2:1676 |
| 860 | Spanish. | 2:1682 |
| 870 | Latin | 2:1684 |
| 880 | Greek | 2:1697 |
| 890 | Minor languages | 2:1713 |
| | Fiction | 2:1722 |
| 900 | History | 2:2068 |
| 910 | Geography and travel | 2:2084 |
| 920 | Biography | 3:2708 |
| 930 | Ancient history | 2:2116 |
| 940 | Europe | 2:2154 |
| 950 | Asia | 2:2335 |
| 960 | Africa. | 2:2380 |
| 970 | North America | 3:2411 |
| 980 | South America | 3:2679 |
| 990 | Oceanica. Polar regions | 3:2688 |

# Natural science

## 500  Science in general

BICKERTON, A.W.

Romance of the earth. 1900 ...............................500 **B47**
"Account of the evolution and history of the earth and the life that is upon it. It makes an excellent introduction to the study of geology." *Education*, 1901.

HUMBOLDT, Alexander von.

Cosmos; a physical description of the universe. 5v. 1886-

88. ....................................................500 **H92**
"The crowning monument of his intellectual life...an encyclopaedic account and explanation of the physical universe." *International cyclopædia.*

SOMERVILLE, Mrs Mary (Fairfax).

On the connection of the physical sciences. 1846...........500 **S69**

ARGYLL, George Douglas Campbell, duke of.

Unity of nature. 1888....................................501 **A69**
"To him the modern doctrines of evolution were deserving of earnest reprobation for their materialism and their want of logical coherence. ...Though the Duke of Argyll can hardly be ranked as a man of science, he undoubtedly exerted a useful influence on the scientific progress of the day." *Sir Archibald Geikie.*

HOFFMAN, Frank Sargent.

The sphere of science; a study of the nature and method of

scientific investigation. 1898.............................501 **H67**

MIVART, St. George.

Groundwork of science. 1898. (Science series.).............501 **M75**
A discussion and statement of the great fundamental truths upon which all science is based.

AWDRY, Mrs William.

Early chapters in science; a first book of knowledge of
natural history, botany, physiology, physics and chem-
istry for young people. 1899...........................502 **A96**

HILL, Alexander.

Introduction to science. 1900. (Temple primers.)........502 **H55**

HUXLEY, Thomas Henry.

Introductory [to Science primers]. [1880.] (Science
primers.) ...........................................j502 **H98**

## 504  Essays

AIKIN, John, & Barbauld, Mrs A. L. (Aikin).

Evenings at home; or, The juvenile budget opened; cor-
rected and revised by Cecil Hartley. [1891.]...........j504 **A29**

ALLEN, Grant.

Falling in love, with other essays on more exact branches of
science. 1890.........................................504 **A42**

BROOKLYN ETHICAL ASSOCIATION.

Evolution in science, philosophy and art. 1891...............504 B77

> *Contents:* Alfred Russel Wallace, by E. D. Cope.—Ernst Haeckel, by T.
> B. Wakeman.—The scientific method, by F. E. Abbot.—Herbert Spen-
> cer's Synthetic philosophy, by B. F. Underwood.—The evolution of
> chemistry, by R. G. Eccles.—The evolution of electric and magnetic
> physics, by A. E. Kennelly.—The evolution of botany, by F. J. Wull-
> ing.—The evolution of zoölogy, by J. C. Kimball.—Form and color in
> nature, by William Potts.—The evolution of optics, by L. A. W. Alle-
> man.—The evolution of art, by J. A. Taylor.—The evolution of archi-
> tecture, by J. W. Chadwick.—The evolution of sculpture, by Thomas
> Davidson.—The evolution of painting, by F. R. Rundell.—The evolu-
> tion of music, by Z. S. Sampson.—Life as a fine art, by L. G. James.—
> The doctrine of evolution, by John Fiske.

BROWN, Robert, *ed.*

Science for all.  5v.  [1880–81.]..........................q504 B79

GALL, John, & Robertson, David.

Popular readings in science.  1895.........................504 G14

> *Contents:* Meteorological phenomena.—The vegetable kingdom.—The
> Darwinian theory.—Mimicry.—Evolution or development in chemistry.
> —Gravitation.—Nebular theory and tidal evolution.—Energy.—Light.—
> The spectroscope.—Gases.—Water.—Molecules and molecular force.—
> Bacteria.

HELMHOLTZ, Hermann Ludwig Ferdinand von.

Popular lectures on scientific subjects; 1st-2d ser.  2v.

1881-95. ...............................................504 H42

> v.1.  On the relation of natural science to science in general.—On
> Goethe's scientific researches.—On the physiological causes of har-
> mony in music.—Ice and glaciers.—On the interaction of the natural
> forces.—The recent progress of the theory of vision.—On the con-
> servation of force.—On the aim and progress of physical science.
> v.2.  Gustav Magnus; in memoriam.—On the origin and significance of
> geometrical axioms.—On the relation of optics to painting.—On the
> origin of the planetary system.—On thought in medicine.—On academic
> freedom in German universities.

*The same;* with autobiography of the author; 1st-2d ser.  2v.

1897-98 ...............................................504 H42p

HOLDEN, Edward Singleton, *ed.*

Wonders of earth, sea and sky.  1901.  (Young folks' library,

v.13.) .................................................j504 H71

> *Contents:* What the earth's crust is made of, by Agnes Giberne.—Amer-
> ica the old world, by L. Agassiz.—Some records of the rocks, by N.
> S. Shaler.—The pitch lake in the West Indies, by Charles Kingsley.—
> A stalagmite cave, by Sir C. W. Thomson.—The big trees of Califor-
> nia, by A. R. Wallace.—What is evolution? by E. S. Holden.— How
> the soil is made, by Charles Darwin.—Zoölogical myths, by Andrew
> Wilson.—On a piece of chalk, by T. H. Huxley.—A bit of sponge, by
> Andrew Wilson.—The greatest sea-wave ever known, by R. A. Proctor.
> —The phosphorescent sea, by W. S. Dallas.—Comets, by Camille Flam-
> marion.—The total solar eclipse of 1883, by E. S. Holden.—Halos,
> parhelia, the spectre of the Brocken, etc., by Camille Flammarion.—
> The planet Venus, by A. M. Clerke.—The stars, by Sir R. S. Ball.—
> Rain and snow, by John Tyndall.—Biographical notes.

HUXLEY, Thomas Henry.

Lay sermons, addresses and reviews.  1891...................504 H98

Method and results.  1894................................504 H98m

> *Contents:* Autobiography.—On the advisableness of improving natural
> knowledge.—The progress of science.—The physical basis of life.—
> Descartes' "Discourse touching the method of using one's reason
> rightly and of seeking scientific truth."—On the hypothesis that ani-
> mals are automata, and its history.—Administrative nihilism.—On the
> natural inequality of men.—Natural rights and political rights.—Gov-
> ernment; anarchy or regimentation.

KELVIN, William Thomson, baron.

Mathematical and physical papers. v.1-3.  1882-90....... ...r504 K17

Popular lectures and addresses.  3v.  1891-94.................504 K17
Includes "Electrical units of measurement," v.1, p.80-143; "Electric
measurement," v.1, p.430-464.

KINGSLEY, Charles.

Scientific lectures and essays.  1893..........................504 K27
Contents:  Town geology.—On bio-geology.—The study of natural his-
tory.—Superstition.—Science.—Thoughts in a gravel pit.—How to study
natural history.—The natural theology of the future.

LAING, Samuel.

Problems of the future, and essays.  1900.....................504 L16
Contents:  Solar heat.—What the universe is made of.—Climate.—The
glacial period.—Tertiary man.—The missing link.—Animal magnetism
and spiritualism.—The religion of the future: agnosticism and Christi-
anity.—The historical element in the Gospels.—Scepticism and pessi-
mism.—Creeds of great poets.—Armed Europe.—Taxation and finance.
—Population and food.

LARDNER, Dionysius.

Popular lectures on science and art.  2v.  1846..............r504 L32

LEIGH, M. Cordelia E.

Witness of creation; nature studies from the book of Job.

1900. .............................................j504 L56

LONDON, SOUTH KENSINGTON MUSEUM.

Free evening lectures delivered in connection with the special

loan collection of scientific apparatus, 1876.  1876.........504 L82
Contents:  Roscoe, Prof.  On John Dalton's apparatus, and what he did
with it.—Guthrie, Prof.  On cold.—Perry, S.J.  On the methods em-
ployed, and the results obtained, in the late transit of Venus expedi-
tion.—Preece, W.H.  On telegraphy.—Abney, Capt.  On photographic
printing processes.—Schuster, Dr.  On the action of electric currents
on each other.—Tyndall, Prof.  On Faraday's apparatus.—Playfair,
Lyon.  On air and airs, as illustrated by the Magdeburg hemispheres,
and Black's and Cavendish's balances.—Gladstone, Prof.  On Davy's
and Faraday's apparatus.—Main, R.  On astronomical instruments.—
Guthrie, Francis.  On heat and work.—Stone, Dr.  On modes of
eliciting and reinforcing sound. — Walker, C.V.  On galvanic time
signals.—Rosse, Earl of.  On reflecting telescopes.—Douglass, J.N.
On the Great and Little Basses Rock light-houses.—Maskelyne, N.S.
On what is a crystal?—Davis, Capt.  On Arctic discovery in connec-
tion with the expedition now making its way to the North Pole.—
Foster, G.C.  On electricity as a motive power.—Davis, Capt.  On
Antarctic exploration. — M'Leod, Herbert.  On some properties of
gases.—Harrison,W. J.  On local geology, with special reference to
that of Leicestershire.—Hull, E.  On the physical geology of Ireland
as compared with that of Great Britain.—Barrett, Prof.  On the anal-
ogy between light and sound.—Spottiswoode, W.  On the polarisation
of light.—Chisholm, H.W.  On standard weights and measures.

PROCTOR, Richard Anthony.

Light science for leisure hours.  1895........................504 P96

Pleasant ways in science.  1893.............................504 P96p

TAIT, Peter Guthrie.

Scientific papers.  v.1-2.  1898-1900.....................qr504 T14
Chiefly reprinted from the proceedings and transactions of learned so-
cieties of Great Britain.

TISSANDIER, Gaston.

Popular scientific recreations.  [1890.]....................504 T52

TYNDALL, John.

Fragments of science; a series of detached essays, addresses

and reviews. 2v. 1897...............................504 T98f

v.1. The constitution of nature.—Radiation.—On radiant heat in rela-
tion to the colour and chemical constitution of bodies.—New
chemical reactions produced by light.—The sky.—Voyage to Al-
geria to observe the eclipse.—Niagara.—The parallel roads of Glen
Roy.—Alpine sculpture.—Recent experiments on fog-signals.—On
the study of physics.—On crystalline and slaty cleavage.—On para-
magnetic and diamagnetic forces.—Physical basis of solar chem-
istry.—Elementary magnetism.—On force.—Contributions to molec-
ular physics.—Life and letters of Faraday.—The Copley medalist of
1870; J. P. Joule.—The Copley medalist of 1871; J. R. Mayer.—
Death by lightning.—Science and the spirits.

v.2. Reflections on prayer and natural law.—Miracles and special
providences.—On prayer as a form of physical energy.—Vitality.—
Matter and force.—Scientific materialism.—An address to students
on secular growth.—Scientific use of the imagination.—The Belfast
address.—Apology for the Belfast address.—Rev. James Martineau
and the Belfast address.—Fermentation and its bearings on sur-
gery and medicine.—Spontaneous generation.—Science and man.—
Professor Virchow and evolution.—The electric light.

*The same.* 2v. 1892...................................r504 T98

New fragments. 1892......................................504 T98

*Contents:* The Sabbath.—Goethe's "Farbenlehre."—Atoms, molecules and
ether waves.—Count Rumford.—Louis Pasteur, his life and labours.—
The rainbow and its congeners.—Address delivered at the Birbeck
institution on Oct. 22, 1884.—Thomas Young.—Life in the Alps.—
About common water.—Personal recollections of Thomas Carlyle.—On
unveiling the statute of Thomas Carlyle.—On the origin, propagation
and prevention of phthisis.—Old Alphine jottings.—A morning on Alp
Lusgen.

# 505   Periodicals

AMERICAN journal of science and arts. v.1-date. 1819-date...r505 A51
————Index, v.1-49. 1847. (Being v.50.)
Often called Silliman's journal.

L'ANNÉE industrielle; découvertes scientifiques, et inven-
tions nouvelles. v.11-15. 1897-1901................r505 A6131
Publication ceased with v.15.

L'ANNÉE scientifique et industrielle, fondée par Louis Figuier;
ed. by Émile Gautier, 1856-date.   Première année-
date. 1857-date....................................r505 A613

ANNUAL of scientific discovery; or, Year-book of facts in
science and art (1st-21st), 1850-71. 1850-71...........r505 A615
No more published.
Bibliography at the end of each volume.

BAIRD, Spencer Fullerton, *and others, ed.*
Annual record (2d) of science and industry, 1872. 1873....r505 B16
"References," p.624-627.

BOSTON journal of chemistry; monthly. 36v. 1866-1902...qr505 B64
v.18-29 title reads Popular science news and Boston journal of chemistry.
v.31-36 title reads Popular science; or, Popular science news.
v.30 wanting.
Jan. 15, 1903 absorbed by the "American inventor."

HARDWICKE'S science-gossip; monthly. 37v. 1866-1902..qr505 H25
v.30-37 title reads Science gossip.
No more published.

INTELLECTUAL observer, review of natural history,
microscopic research and recreative science; monthly.
12v. 1862-68......................................r505 I24
Continued under the title "The student and intellectual observer."

KNOWLEDGE; an illustrated magazine of science; weekly
  and monthly, 1881–date. v.1–date. 1882–date........qr505 K35
MAGAZINE of natural history and journal of zoology,
  botany, mineralogy, geology and meteorology, May
  1828–Dec. 1838. v.1–11. 1829–38......................r505 M24
  May 1828–July 1834 published bimonthly.
  Sept. 1834–Dec. 1838 published monthly.
  v.10–11 are new series v.1–2.
  New series v.2 title reads Magazine of natural history.
  United in 1841 with Annals of natural history, which was published
    from 1838 to 1840, to form the Annals and magazine of natural history,
    r570.5 A612.
NATURAL science journal; monthly, March 1897. v.1, no.1.
  1897 ..............................................r505 N158
  No more published.
NATURE; a weekly illustrated journal of science, Nov. 1869-
  date. v.1-date. 1870-date............................qr505 N15
La NATURE; revue des sciences et de leurs applications aux
  arts et à l'industrie; weekly. v.1-date. 1873-date.......qr505 N1581
  ————Table des matières, 1873-1882, v.1-19.
  ————Table des matières, 1883-1892, v.20-32.
  v.50-53 wanting.
NEW science review; quarterly, July 1894–Jan. 1896. v.1–2,
  no.3. 1894–96.....................................qr505 N26
  No more published.
PHILOSOPHICAL magazine, comprehending the branches
  of science, the liberal and fine arts, agriculture, manufac-
  tures and commerce; monthly. v.1-date. 1798-date.......r505 P52
  v.43–68 title reads Philosophical magazine and journal.
  v.69–79 title reads Philosophical magazine; or, Annals of chemistry,
    mathematics, astronomy, natural history and general science.
  v.80–95 title reads London and Edinburgh philosophical magazine and
    journal of science.
  v.96–date title reads London, Edinburgh and Dublin philosophical maga-
    zine and journal of science.
  v.78 contains general index for v.69–79.
  v.91 contains general index for v.80–91.
POPULAR science monthly. v.1-date. 1872-date.............r505 P81
  ————Index, v.1–40. 1893.
  v.48–57, no.1 title reads Appletons' popular science monthly.
POPULAR science monthly, supplement. 4v. in 3. 1878......r505 -P81s
POPULAR science news and Boston journal of chemistry;
  monthly, Jan. 1884–Dec. 1895, 1897–1902. v.18–29, 31–36.
  1884–1902 ........................................qr505 B64
  Being v.18–29, 31–36 of "Boston journal of chemistry."
  v.31–36 title reads "Popular science; or, Popular science news."
  No more published.
  Jan. 15, 1903, consolidated with the "American inventor."
POPULAR science review; quarterly. 20v. 1862–81........r505 P819
  No more published.
QUARTERLY journal of science. 22v. 1864–85............r505 Q19
  v.16–22 title reads Journal of science.
  No more published.
REVUE générale des sciences pures et appliquées; semi-monthly.
  v.1-date. 1890-date...............................qr505 R37
SCIENCE; weekly. v.1-date. 1883-date........................qr505 S41
  Discontinued from March 23, 1894 to Jan. 4, 1895.
SCIENCE abstracts, physics and electrical engineering; issued
  under the direction of the Institution of electrical engi-
  neers [and the] Physical society of London; monthly.

v.1–date. 1898–date............................r505 S4162

A continuation of the Abstracts of Physical papers from foreign sources, published by the Physical society of London.

SCIENCE progress; a monthly review of current scientific in-
vestigation, March 1894-Oct. 1898.- 7v. 1894-98 .......qr505 S4163

Beginning with v.6 the periodical was published quarterly.
No more published.

SCIENCE record; a monthly magazine. v.2. 1883-84........r505 S416

v.1 appeared under the title Scientific and literary gossip.

TIMBS, John, *comp.*

Year-book of facts in science and art; the most important
discoveries and improvements of the past year, 1869.
1869 ...................................................r505 T47

WISCONSIN UNIVERSITY.

Bulletin; science series. v.1-2. 1896-1901 .................r505 W81

v.1. On the speed of liberation of iodine in solutions of hydrochloric acid, potassium chlorate, and potassium iodide, by Herman Schlundt. —On the quartz keratophyre and associated rocks of the north range of the Baraboo bluffs, by Samuel Weidman.—Studies in spherical and practical astronomy, by G. C. Comstock.—A contribution to the mineralogy of Wisconsin, by W. H. Hobbs.—Analytic keys to the genera and species of North American mosses, by C. R. Barnes.

v.2. Action of solutions on the sense of taste, by Louis Kahlenberg.— Aspects of mental economy, by M. V. O'Shea.—Contributions from the anatomical laboratory of the University of Wisconsin, by W. S. Miller.—Anomalous dispersion of cyanin, by C. E. Magnusson.— Theory of electrolytic dissociation as viewed in the light of facts recently ascertained, by Louis Kahlenberg.—On the dielectric constants of pure solvents, by Herman Schlundt.

YALE scientific monthly. v.6-date. 1899-date ...............r505 Y13

Published by the senior class of the Sheffield scientific school, Yale university.

## 506 Societies

AMERICAN ASSOCIATION FOR THE ADVANCEMENT OF SCIENCE.

Proceedings (1st meeting–date), 1848–date. 1849–date.....r506 A51

AMERICAN PHILOSOPHICAL SOCIETY.

Proceedings, 1869–date. v.11–date. 1869–date............r506 A512

BERLIN, KÖNIGLICHE AKADEMIE DER WISSEN-SCHAFTEN.

Abhandlungen, 1804-date. v.1-date. 1815-date.............qr506 B45

v.16 contains a supplement in 3 parts, entitled Ueber die Kawi-sprache auf der insel Java, von Wilhelm von Humboldt.

v.25 contains 2 supplements, entitled Die gesetze der doppelbrechung des lichts in comprimirten oder ungleichförmig erwärmten unkrystallinischen körpern, von F. E. Neumann, and Darstellung der bevölkerungs-, geburts-, ehe- und sterblichkeits-verhältnisse, von J. G. Hoffmann.

v.38 contains 2 supplements, entitled Darstellung der wärme-erscheinungen durch fünftägige mittel von 1782 bis 1855, mit besonderer berücksichtigung strenger winter, von H. W. Dove, and Die spuren der aztekischen sprache im nördlichen Mexico und höheren amerikanischen norden, von J. C. E. Buschmann.

BRITISH ASSOCIATION FOR THE ADVANCEMENT OF SCIENCE.

Report of the meeting (1st–date), 1831–date. 1833–date....r506 B75

———Index to the reports and transactions of the association, 1861-1890.

## CHICAGO ACADEMY OF SCIENCES.

Bulletin. v.1-date. 1883-date..............................r506 C43
Published irregularly.

Bulletin of the geological and natural history survey. no.1–
date. 1896-date .....................................r506 C43b
no.1–2. Calkins, W. W. The lichen-flora of Chicago and vicinity.—
Leverett, Frank. The pleistocene features and deposits of the Chicago
area.
no.3. Baker, F. C. The mollusca of the Chicago area. 2 pts.
no.4. Weller, Stuart. The paleontology of the Niagaran limestone in
the Chicago area, pt.1.
no.5. Crook, A. R. The mineralogy of the Chicago area.

## DUHAMEL, Jean Baptiste.

Regiæ scientiarum academiæ historia, in qua præter ipsius
academiæ originem & progressus, variasque disserta-
tiones & observationes per triginta quatuor annos
factas, quam plurima experimenta & inventa, cum
physica, tum mathematica in certum ordinem digerun-
tur. 1701.......................................qr506 D88

## GOODE, George Brown, *ed.*

The Smithsonian institution, 1846-1896; the history of its first
half century. 1897:...............................qr506 G62
Smithsonian publication, no. 1086.

## GRANVILLE, Augustus Bozzi.

The Royal society in the 19th century; a statistical summary of
its labours. 1836.................................r506 G79

## HILL, Sir John.

Review of the works of the Royal society of London, con-
taining animadversions on such of the papers as deserve
particular observation. 1751.......................qr506 H55

## INSTITUT DE FRANCE—Académie des sciences.

Comptes rendus hebdomadaires des séances de l'Académie des
sciences. v.1–date. 1835–date......................qr506 I24
———Table générale, v.1–31. 1855.
———Table générale, v.32–61. 1870.
———Table générale, v.62–91. 1888.

*The same*; supplément. v.1-2. 1856-61................qr506 I24s

Histoire de l'Académie royale des sciences, avec les mémoires
de mathématique & de physique, 1699-1790. 92v. in 93.
1702-1797 .........................................qr506 I24h
v.92, 1790, title reads Mémoires de l'Académie des sciences. The year
1772 has 2v.
Continued as Mémoires de l'Institut national des sciences et arts.

Histoire de l'Académie royale des sciences, depuis son étab-
lissement en 1666 jusqu'à 1699. 11v. in 14. 1729-34....qr506 I24m
v.3–11 title reads Mémoires de l'Académie royale des sciences.

Mémoires, 1816-date. v.1-date. 1818-date ..............qr506 I24h3
Continuation of Mémoires de l'Institut national des sciences et arts;
sciences mathématiques et physiques.
v.41-date called 2me série.
Changes in title to correspond with changes in form of government.
These Mémoires are indexed in the Royal society's Catalogue of scien-
tific papers, qr016.5 R81.
———Tables générales des travaux contenus dans les Mémoires; 1re
série, v.1-14 (1795-1815); 2me série, v.1-40 (1816-1878), qr506 I24h2

Mémoires de l'Institut national des sciences et arts; sciences
mathématiques et physiques, 1795-1815. 14v. 1798-1818..qr506 I24h2
v.6 title reads Mémoires de l'Institut des sciences, lettres et arts; v.7-14

title reads Mémoires de la classe des sciences, mathématiques et physi-
ques de l'Institut national de France.
Continued as Mémoires de l'Académie royale des sciences de l'Institut
de France.
These Mémoires are indexed in the Royal society's Catalogue of scienti-
fic papers,       qr016.5 R81.
————Tables générales des travaux contenus dans les Mémoires; 1re
série, v.1–14 (1795–1815); 2me série, v.1–40 (1816–1878).

Mémoires de mathématique et de physique, présentés par
divers sçavans & îus dans ses assemblées. 11v. 1750-
86 ..................................................qr506 I24me
For contents see Catalogue of the Boston Athenæum, v.4, p.2236,
qr019.1 B64.

Mémoires, présentés à l'Institut des sciences, lettres et arts
par divers savans et lus dans ses assemblées; sciences
mathématiques et physiques. 2v. 1806-11 ...........qr506 I24me2

*The same;* présentés par divers savans à l'Académie royale
des sciences de l'Institut de France; sciences mathématiques
et physiques. 2me sér. v.1-31. 1827-94 .............qr506 I24me3
————Tables générales; 1re sér., v.1–2 (1806–1811), 2me sér., v.1–25
(1827–1877). 1881,       qr506 I24me2.
These Mémoires are indexed in the Royal society's Catalogue of scien-
tific papers,       qr016.5 R81.

Nouvelle table des articles contenus dans les volumes de l'A-
cadémie royale des sciences de Paris, 1666-1770, dans ceux
des arts et métiers publiés par cette académie & dans la
collection académique. 4v. 1775-76 ...................qr506 I24n
v.1. A–D.      v.2. E–L.      v.3. M–S.      v.4. T–Z.

Recueil des pièces qui ont remporté les prix de l'Académie
royale des sciences, 1720-1772. 9v. 1752-77.........qr506 I24r
Binder's title reads Prix de l'Académie.
For contents see Catalogue of the Boston Athenæum, v.4, p.2238,
qr019.1 B64.

Table alphabétique des matières contenues dans l'Histoire &
les Mémoires de l'Académie royale des sciences, publiée
par son ordre et dressée par M. Godin, 1666-1790. 10v.
1734-1809 .........................................qr506 I24t
v.1. 1666–1698.       v.2. 1699–1710.       v.3. 1711–1720.
v.4. 1721–1730.       v.5. 1731–1740.       v.6. 1741–1750.
v.7. 1751–1760.       v.8. 1761–1770.       v.9. 1771–1780.
v.10. 1781–1790.
v.5–10 title reads Table générale.
v.5–9 ed. by P. Demours, v.10 by L. Cotte.

MICHIGAN ACADEMY OF SCIENCE.
Report (1st), covering the time from the organization of the
academy in 1894 to June 1899; prepared by W. B. Bar-
rows. 1900.......................................r506 M66
"List of members," p.155-159.

NATIONAL ACADEMY OF SCIENCES.
Memoirs. v.2-date. 1884-date...........................qr506 N15

NEW YORK (city) ACADEMY OF SCIENCES.
Annals, 1877-1895. v.1-8. 1879-95 .......................r506 N261a
Until Jan. 1876 the name of the Academy was the Lyceum of natural
history in the city of New York.
Transactions. v.1-date. 1882-date.........................r506 N261
Until Jan. 1876 the name of the Academy was the Lyceum of natural
history in the city of New York.

NEW YORK (city), LYCEUM OF NATURAL HISTORY.
Proceedings, Apr. 1870–June 1874. v.1-2, in 1............r506 N26
In Jan. 1876 the name was changed to New York academy of sciences.

PENNSYLVANIA UNIVERSITY — Free museum of science
and art.

    Bulletin, May 1897-date.  v.1-date.  1897-date ...............r506 P39
        Published irregularly.

RHEES, William Jones, *comp*.

    Smithsonian institution; documents relative to its origin and
history, 1835–1899.  2v.  1901.  (In Smithsonian insti-
tution.  Miscellaneous collections, v.42–43.)....r506 S66m v.42–43
        v.1.  1835-1887.
        v.2.  1887-1899.

ROYAL SOCIETY OF EDINBURGH.

    Transactions, 1783-date.  v.1-date.  1788-date..............qr506 R813
        ————General index, 1783–1888, v.1–34.  1890.

ROYAL SOCIETY OF LONDON.

    Authentic narrative of the dissensions and debates in the so-
ciety; containing the speeches at large of Dr Horsley, Dr
Maskelyne, Mr Maseres, Mr Poore, Mr Glenie, Mr Wat-
son and Mr Maty.  1784................................r506 R81au

    Philosophical transactions.  v.91-date.  1801-date..........qr506 R81p
        ————Index, v.71–110.  1821.
        v.168 is an extra volume, being An account of the petrological, botani-
        cal and zoological collections made in Kerguelen's Land and Rodri-
        guez during the transit of Venus expeditions, 1874-75.
        v.188 contains Rücker and Thorpe's Magnetic survey of the British
        Isles for the epoch Jan. 1, 1891.

    Philosophical transactions and collections, abridg'd and dis-
pos'd under general heads; 1665-1720.  5v.  1705-1721.....qr506 R81
        v.1–3.  To the end of 1700; by John Lowthorp.
        v.4–5.  1701-1720; by Benjamin Motte.

    Philosophical transactions, from 1665 to 1800; abridged, with
notes and biographic illustrations, by Charles Hutton,
George Shaw and Richard Pearson.  18v.  1809.........qr506 R81a

    Proceedings, 1800-date.  v.1-date.  1832-date...............r506 R81pr
        v.1–6 title reads "Abstracts of the papers printed in the Philosophical
        transactions of the Royal society of London."

SMITHSONIAN INSTITUTION.

    Annual report (8th–date) of the board of regents, 1853–
date.  1854–date....................................r506 S66
        The eighth annual report containing the report for 1853, embraces the
        essential portions of the preceding seven reports, which were origin-
        ally published in pamphlet form.
        From 1884 the report is in 2 volumes, v.2 being the report of the United
        States national museum.
        1st–35th reports, 1846–80, are indexed in Catalogue of publications of
        the Smithsonian institution (1846–1882),      r506 S66ca.

    Contributions to knowledge.  v.1-date.  1848-date.........qr506 S66c
        For contents see contents book, p.48; kept at the reference desk.
        v.1–23, 1848–81, are indexed in Catalogue of publications of the Smith-
        sonian institution (1846–1882),      r506 S66ca.

    Miscellaneous collections.  v.1-date.  1862-date............r506 S66m
        For contents see contents book, p.148; kept at the reference desk.
        v.10–12 wanting.
        v.1–23, 1862–82, are indexed in Catalogue of publications of the Smith-
        sonian institution (1846–1882),      r506 S66ca.

THOMSON, Thomas.

    History of the Royal society from its institution to the end of
the eighteenth century.  1812..........................qr506 T38

WASHINGTON, (D. C.), PHILOSOPHICAL SOCIETY.

Bulletin, 1871-date.  v.1-date.  1874-date ....................r506 W27
> v.1-10 published by the Smithsonian institution in its Miscellaneous col-
> lections,     r506 S66m.  v.1-3 will be found in v.20, v.4-5 in v.25,
> and v.6-10 in v.33.
> v.10 of the Bulletin contains an index to v.1-10.

YEAR-book of the scientific and learned societies of Great

> Britain and Ireland.  1st annual issue-date.  1884-date..r506 Y21

## 507   Study and teaching

BOSTON SOCIETY OF NATURAL HISTORY.

Guides for science teaching.  v.1-3.  1896-98.................507 B64
> v.1.  Goodale, G.L.  Concerning a few common plants.—Phenix, G.P.
> First lessons in chemistry.—Bowditch, H.P.  Hints for teachers
> of physiology.—Hyatt, Alpheus.  About pebbles.—Richards, Mrs
> E.H.S.  First lessons on minerals.—Clapp, H.L.  Thirty-six ob-
> servation lessons on common minerals.—Crosby, W.O.  Common
> minerals and rocks.
> v.2.  Agassiz, Mrs E.C.  First lesson in natural history.—Hyatt, Al-
> pheus.  Common hydroids, corals and echinoderms.  Commercial
> and other sponges.  The oyster, clam and other common mollusks.
> Worms and crustacea.
> v.3.  Hyatt, Alpheus, & Arms, J.M.  Insecta.

*The same.*  1896-98....................................r507 B64

CRAMER, Frank.

The method of Darwin; a study in scientific method.  1896..507 C86

GOODE, George Brown.

Origin of the national scientific and educational institutions

> of the United States.  1890 ............................r507 G62
> Reprinted from the Annual report of the American historical association,
> v.1, p.53-161.

GORE, George.

Art of scientific discovery.  1878.........................507 G66

## Museums

CARNEGIE INSTITUTE, Pittsburgh—Museum.

Annals.  v.1-date.  1901-date...........................r507 C21a

Annual report (1st-date) of the director, 1898-date.  1898-

> date.  (Publications.).................................r507 C21

Memoirs.  v.1-date.  1901-date.......................qr507 C21m
> v.1.  Diplodocus (Marsh); its osteology, taxonomy and probable habits,
> with a restoration of the skeleton, by J. B. Hatcher.—Oligocene
> canidæ, by J. B. Hatcher.

Prize essay contest (1st-date), 1896-date.  1896-date.

> (Publications.). ....................................r507 C21p

FIELD COLUMBIAN MUSEUM.

Annual report (1st-date) of the director, 1894/95-date.

> 1895-date.  (Publications; report series.).............r507 F45

LONDON, SOUTH KENSINGTON MUSEUM.

Handbook to the special loan collection of scientific appar-

> atus, 1876...........................................r507 L82

MUSEUMS ASSOCIATION.

Report of proceedings (1st-date), with the papers read at

> the annual general meeting, 1890-date.  1890-date......r507 M98

NEW YORK (state)—Museum.

Annual report (41st–date) of the trustees, 1887–date.

1888–date ............................................qr507 N26

Reports (1st–54th), 1847–1900, are indexed in Bulletin no.66 of the
New York state museum,         qr507 N26b.

This report contains the reports of the state geologist and paleontologist,
the state botanist, and the state entomologist.

For partial contents see contents book, p.206; kept at the reference desk.

New York state museum was called State cabinet of natural history until
1871, and State museum of natural history until 1888.

The Reports on the state geological survey which were begun in 1837
are continued in the Reports and Bulletins of the Museum.

Bulletin, May 1887–date. v.1, no.1–date. 1888–date.....qr507 N26b

Bulletins no.1–69, 1887–1902, are indexed in Bulletin no.66.

v.1, no.1–6.  Preliminary list of New York unionidæ, by W. B. Mar-
shall.—Contributions to the botany of the state of New York, by C. H.
Peck.—Building stone in the state of New York, by J. C. Smock.—
Some New York minerals and their localities, by F. L. Nason.—The
white grub of the May beetle, by J. A. Lintner.—Cut-worms, by J.
A. Lintner.

v.2, no.7–10.  First report on the iron mines and iron-ore districts in
the state of New York, by J. C. Smock.—Boleti of the United S.tes,
by C. H. Peck.—Beaks of unionidæ inhabiting the vicinity of Albany,
N. Y., by W. B. Marshall.—Building stone in New York, by J. C. Smock.

v.3, no.11–12.  Salt and gypsum industries of New York, by F. J. H.
Merrill.—Clay industries of New York, by Heinrich Ries.

no.13.  San José scale, aspidiotus perniciosus, and some other destruc-
tive scale-insects of the state of New York, by J. A. Lintner.  (In
qr507 N26 v.48 pt.1 apx.)

no.14.  Geology of Moriah and Westport townships, Essex county, N. Y.,
by J. F. Kemp.  (In qr507 N26 v.48 pt.1 apx.)

no.15.  Mineral resources of New York state, by F. J. H. Merrill.
(In qr507 N26 v.48 pt.1 apx.)

no.16.  Aboriginal chipped stone implements of New York, by W. M.
Beauchamp.  (In qr507 N26 v.50 pt.1 apx.)

no.17.  Road materials and road building in New York, by F. J. H.
Merrill.  (In qr507 N26 v.50 pt.1 apx.)

no.18.  Polished stone articles used by the New York aborigines before
and during European occupation, by W. M. Beauchamp.  (In qr507
N26 v.51 pt.1 apx.1.)

no.19.  Guide to the study of the geological collections of the New
York state museum, by F. J. H. Merrill.  (In qr507 N26 v.51 pt.1
apx.1.)

no.20.  Elm-leaf beetle in New York state, by E. P. Felt.  (In qr507
N26 v.52 pt.1 apx.)

no.21.  Geology of the Lake Placid region, by J. F. Kemp.  (In qr507
N26 v.52 pt.1 apx.)

no.22.  Earthenware of the New York aborigines, by W. M. Beauchamp.
(In qr507 N26 v.52 pt.1 apx.)

no.23.  Fourteenth report on the injurious and other insects of the
state of New York, by E. P. Felt.  (In qr507 N26 v.52 pt.1 apx.)

no.24.  Memorial of life and entomologic work of J. A. Lintner, by
E. P. Felt.  (In qr507 N26 v.52 pt.1 apx.)

no.25.  Report of the state botanist, 1898.  (In qr507 N26 v.52 pt.1
apx.)

no.26.  Collection, preservation and distribution of New York insects,
by E. P. Felt.  (In qr507 N26 v.53 pt.1 apx.1.)

no.27.  Shade tree pests in New York state, by E. P. Felt.  (In qr507
N26 v.53 pt.1 apx.1.)

no.28.  Plants of North Elba, Essex county, N. Y., by C. H. Peck.  (In
qr507 N26 v.53 pt.1 apx.1.)

no.29.  Preliminary list of the mammals of New York, by G. S. Miller.
(In qr507 N26 v.53 pt.1 apx.1.)

no.30.  Petroleum and natural gas in New York, by Edward Orton.  (In
qr507 N26 v.53 pt.1 apx.1.)

no.31.  Fifteenth report of the state entomologist on injurious and other
insects of the state of New York, 1899, by E. P. Felt.  (In qr507 N26
v.53 pt.1 apx.1.)

v.7, no.32–36.  Aboriginal occupation of New York, by W. M. Beau-
champ.—Check list of New York birds, by M. S. Farr.—Lower Silu-
rian system of eastern Montgomery county, New York, by E. R.
Cumings; Notes on stratigraphy of Mohawk valley and Saratoga

county, New York, by C. S. Prosser.—Clays of New York, by Hein-
rich Ries.—Sixteenth report of the state entomologist on injurious and
other insects of the state of New York, by E. P. Felt.
v.8, no.37–44. Illustrated descriptive catalogue of some of the more
important injurious and beneficial insects of New York state, by
E. P. Felt.—Key to the land mammals of northeastern North America,
by G. S. Miller.—Paleontologic papers, by J. M. Clarke.—Anatomy and
physiology of polygyra albolabris and limax maximus and embryology of
limax maximus, by G. B. Simpson.—Wampum and shell articles used
by the New York Indians, by W. M. Beauchamp.—Hudson river beds
near Albany and their taxonomic equivalents, by Rudolf Ruedemann.
—Clam and scallop industries of New York state, by J. L. Kellogg.—
Lime and cement industries of New York, by Heinrich Ries; Chapters
on the cement industry in New York, by E. C. Eckel.
v.9, no.45–48.  Guide to the geology and paleontology of Niagara Falls
and vicinity, by A. W. Grabau; with a chapter on Post-pliocene fossils
of Niagara, by E. J. Letson.—Scale insects of importance and list of
the species in New York state, by E. P. Felt.—Aquatic insects in the
Adirondacks, by J. G. Needham and Cornelius Betten.—Pleistocene
geology of portions of Nassau county and borough of Queens, by
J. B. Woodworth.
v.10, no.49–54.  Paleontologic papers 2.—Horn and bone implements
of the New York Indians, by W. M. Beauchamp.—Catalogue of New
York reptiles and batrachians, by E. C. Eckel and F. C. Paulmier.—
Report of the state paleontologist, 1901.—17th report of the state
entomologist on injurious and other insects of the state of New York,
1901.—Report of the state botanist, 1901, by C. H. Peck.
no.56. Description of the state geologic map of 1901, by F. J. H. Merrill.
no.60. Catalogue of the fishes of New York, by T. H. Bean.
no.61. Quarries of bluestone and other sandstones in the Upper De-
vonian of New York state, by H. T. Dickinson.
no.62. Natural history museums of the United States and Canada, by
F. J. H. Merrill.
no.64. Report of the state entomologist on injurious and other insects
of the state of New York, 1902.
no.65. Catalogue of type specimens of paleozoic fossils in New York
state museum, by J. M. Clarke.
no.66. Index to publications of the New York state natural history
survey and New York state museum, 1837–1902, also including other
New York publications on related subjects, by Mary Ellis.
no.67. Report of the state botanist, 1902.
no.68. Aquatic insects in New York state, by J. G. Needham and others.
no.69. Report of the state paleontologist, 1902.
no.70. List of New York mineral localities, by H. P. Whitlock.
no.71. Feeding habits and growth of Venus mercenaria, by J. L. Kel-
logg.

UNITED STATES—National museum.

Bulletin. no.33–date. 1889–date.......................r507 U25b
v.1–3 containing no.1–16 may be found in Miscellaneous collections of
the Smithsonian institution, v.13, 23–24,      r506 S66m.
no.39 is not yet finished; the library has pts.A–P.
Bulletins no.1–50 are indexed in Bulletin no.51.

Proceedings, 1878–date. v.1–date.  1879–date............r507 U25
v.1–23, 1878–1900, are indexed in Bulletin no.51 of the Museum,
r507 U25b.

# 508  Collected works

BOYLE, Robert.

Works. 6v. 1772........................................qr508 B67
Life of Robert Boyle, by Thomas Birch, v.1, p.6-218.

BUFFON, Georges Louis Leclerc, comte de.

Œuvres complètes, avec les descriptions anatomiques de Dau-

benton. 44v. 1824-32 ..................................r508 B86
v.1-11.  Théorie de la terre.
v.12.   Histoire générale des animaux.

v.13-15.  Histoire naturelle de l'homme.
v.16-29.  Mammifères.
v.30-40.  Oiseaux.
v.41.     Planches: Théorie de la terre.—Histoire des minéraux.—His-
          toire naturelle de l'homme.—Histoire naturelle des animaux.
v.42-43.  Planches: Mammifères.
v.44.     Planches: Oiseaux.

DAVY, Sir Humphry.

Collected works; ed. by his brother John Davy. 9v. 1839-40..r508 D32
v.1.  Memoirs of his life, by John Davy.
v.2.  Early miscellaneous papers.
v.3.  Researches, chiefly concerning nitrous oxide.
v.4.  Elements of chemical philosophy.
v.5.  Bakerian lectures and miscellaneous papers from 1806 to 1815.
v.6.  Miscellaneous papers and researches.
v.7.  Discourses delivered before the Royal society, and Agricultural
      lectures, pt.1.
v.8.  Agricultural lectures, pt.2; and other lectures.
v.9.  Salmonia, and Consolation in travel.


# 509  History of science

BUCKLEY, Arabella Burton, *afterward* Mrs Fisher.

Short history of natural science, and of the progress of dis-
covery from the time of the Greeks to the present day.
1892 .....................................................j509 B85
"This simply written and admirable little work gives to chemistry its
share of space in the history of science. It can be cordially recom-
mended to all who wish to read of the mutual relations of the
sciences, and their growth from earliest times." *H. C. Bolton.*

GRIMSHAW, Robert.

Record of scientific progress for 1891. 1892..................509 G92

HOFF, Jacob Hendrik van't.

Ueber die entwickelung der exakten naturwissenschaften im
19. jahrhundert und die betheiligung der deutschen gelehr-
ten an dieser entwickelung. 1900 .......................r509 H67

HUXLEY, Thomas Henry.

Advance of science in the last half-century. 1901 ............509 H98
Reprinted from "The reign of Queen Victoria, a survey of fifty years
of progress;" ed. by T. H. Wood.

LUBBOCK, Sir John, baron Avebury.

Fifty years of science; being the address delivered at York
to the British association, 1881. 1895......................509 L96

WHEWELL, William.

History of the inductive sciences. 2v. 1894.................509 W62
"One of the great books of the last half century...'The Relations of
Greek Philosophy to the Physical Sciences;' the 'Physical Sciences in
Antiquity;' the 'Physical Sciences in the Middle Ages;' the 'Mechani-
cal Sciences;' the 'Analytical Sciences,' and the 'Organical Sciences,'
are the titles under which the eighteen books of this remarkable work
are grouped." *C. K. Adams.*

WILLIAMS, Henry Smith.

Story of 19th century science. 1900.........................509 W74
"A serious work, written by a man who, if he does not everywhere show
himself a master of the particular branch of science of which he is
treating...yet does show that he knows what science really is better
than a good many men who go by the name of scientists." *Nation,*
1900.

# 510   Mathematics

CASTLE, Frank.

Workshop mathematics. 2v. 1900 .........................510 C27
> Treats of arithmetic, algebra and mensuration in a simple, practical
> manner. Written for workmen desiring a knowledge of such mathe-
> matical subjects as may be of use in the workshop.

CHICAGO RECORD, *pub.*

Mathematics. 1899. (Home study circle; ed. by Seymour

Eaton.) ...................................................510 C43
> *Contents:* Mechanics' bids and estimates.—Mensuration for beginners.—
> Easy lessons in geometrical drawing.—Elementary algebra.—A first
> course in geometry.

HOUSTON, Edwin James, & Kennelly, A.E.

Interpretation of mathematical formulæ. 1898................510 H83

LÜBSEN, Heinrich Borchert.

Mathematics self-taught; adapted from the German by H. H.

Suplee. v.1. 1897.......................................510 L96
> v.1. Arithmetic and algebra.

MERRIMAN, Mansfield, & Woodward, R.S. *ed.*

Higher mathematics; a text-book for colleges. 1896..........510 M63
> *Contents:* Merriman, Mansfield. Solution of equations.—Weld, L. G.
> Determinants.—Halsted, G.B. Projective geometry.—McMahon,
> James. Hyperbolic functions.—Byerly, W.E. Harmonic functions.—
> Fiske, T.S. Functions of a complex variable.—Johnson, W.W. Differ-
> ential equations.—Hyde, E.W. Grassman's space analysis.—Macfar-
> lane, Alexander. Vector analysis and quaternions.—Woodward, R.S.
> Probability and theory of errors.—Smith, D.E. History of modern
> mathematics.

ORMSBY, M.T.

Elementary practical mathematics. 1900 ..................... 510 O28
> *Contents:* Arithmetic.—Algebra.—Geometry.—Trigonometry.—Solid ge-
> ometry.—Mensuration.—Differential and integral calculus.
> Includes the parts of various branches of mathematics which are fre-
> quently employed in the workshop, paying special attention to the use
> of mathematical knowledge for practical calculations.

PERRY, John, *b.* 1850.

Practical mathematics; summary of six lectures delivered to

workingmen, with exercises supposed to be worked after

every lecture. 1899 ....................................510 P44
> Published by the Department of science and art of the committee of
> council on education, London.

CLIFFORD, William Kingdon.

Common sense of the exact sciences. 1894. (International

scientific series.)....................................510.1  C58
> *Contents:* Number.—Space.—Quantity.—Position.—Motion.

DE MORGAN, Augustus.

On the study and difficulties of mathematics. 1898......510.1 D42

DAVIES, Charles, & Peck, W. G. *comp.*

Mathematical dictionary. 1883.........................r510.3 D31

CAYLEY, Arthur.

Collected mathematical papers. 14v. 1889–98.........qr510.4 C29
> v.14 contains an index.
> "Ten years ago Cayley commenced the gathering together of his numer-
> ous contributions to the leading mathematical journals of Europe and
> America. They date from 1841 while he was yet a Cambridge under-
> graduate, and were 900 in number when the work of collective publica-
> tion commenced...We have before us the thirteen huge volumes of

mathematical essays, reviews, and criticisms testifying to the amazing zeal and untiring industry of the greatest mathematical intellect of the present century." *Literature,* 1898.

LAGRANGE, Joseph Louis, comte.

Lectures on elementary mathematics; tr. by T. J. McCormack. 1898. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .510.4 L15
Biographical sketch of the author, p.7-13.

PENNSYLVANIA UNIVERSITY.

Publications; mathematics. v.1-date. 1897-date. . . . . . . . .r510.5 P39
v.1. Aley, R.J. Contributions to the geometry of the triangle.—Heyl, P.R. Properties of the locus r=constant, in space of n dimensions.

SCHUBERT, Hermann.

Mathematical essays and recreations. 1898. . . . . . . . . . . . . . .510.7 S38
*Contents:* Notion and definition of number.—Monism in arithmetic.— On the nature of mathematical knowledge.—The magic square.—The fourth dimension.—The squaring of the circle.

SMITH, David Eugene.

Teaching of elementary mathematics. 1900. (Teachers' professional library.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .510.7 S64
"Teacher's book-shelf," p.297-305.

## 510.8   Tables and instruments

BABBAGE, Henry Prevost, *ed.*

Babbage's calculating engines; a collection of papers relating to them, their history and construction. 1889. . . .qr510.8 B11

ELLWOOD, J.K.

Table book and test problems in mathematics. 1892. . . . . .510.8 E53

HALL, John L. *comp.*

Tables of squares; containing the true square of every foot and fraction thereof from 0 to 100 feet advancing by one-sixteenth of an inch. 1899. . . . . . . . . . . . . . . . . . . . . . . . . . . . .r510.8 H17

HALSEY, Frederic Arthur.

Use of the slide rule. 1899. . . . . . . . . . . . . . . . . . . . . . . . . . . . .510.8 H18
Mainly a reprint of a series of articles which originally appeared in the "American machinist."

TAYLOR, F. Glanville.

Introduction to the practical use of logarithms, with examples in mensuration. 1901 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .510.8 T25
Thorough explanation in simple language of the methods of calculation by the use of logarithms.

## 510.9   History of mathematics

CAJORI, Florian.

History of mathematics. 1895. . . . . . . . . . . . . . . . . . . . . . . . . .510.9 C12

FINK, Karl.

Brief history of mathematics. 1900. . . . . . . . . . . . . . . . . . . . . .510.9 F49

GOW, James.

Short history of Greek mathematics. 1884. . . . . . . . . . . .510.9 G75

## 511   Arithmetic

COLBURN, Warren.

Intellectual arithmetic upon the inductive method. 1884. . . .511 C67

CONANT, Levi Leonard.
    The number concept; its origin and development.  1896.......511 C74
DEAN, Philotus.
    Intermediate arithmetic; for public schools and academies.
        1865. .............................................r511 D34
GOFF, Milton B.
    First book in arithmetic.  1876..............................r511 G56
HOW to become quick at figures.  1885......................511 H84
LANDER, S.
    Our own primary arithmetic.  1863.........................r511 L22
      This is a Confederate publication with some curious propositions.
    Our own school arithmetic.  1863..........................r511 L22o
      This is a Confederate publication with some curious propositions.
LANGLEY, Edward Mann.
    Treatise on computation; methods for contracting and abbre-
        viating arithmetical calculations.  1895....................511 L25

McLELLAN, James Alexander, & Dewey, John.
    Psychology of number and its applications to methods of
        teaching arithmetic.  1895.  (International education
        series.) .............................................511 M19
      For teachers in elementary schools.
      "Knowing the nature and origin of number and numerical properties
      as psychological facts, the teacher knows how the mind works in the
      construction of number, and is prepared to help the child think
      number; is prepared to use a method, helpful to the normal move-
      ment of the mind.  In other words, rational method in arithmetic
      must be based on the psychology of number."  Authors.

MERRIFIELD, Charles Watkins.
    Technical arithmetic and mensuration.  1896.  (Text-books
        of science.) ...........................................511 M63
    The same; Key, by John Hunter.  1889.  (Text-books of
        science.) .........................................511 M63h
      Assumes some previous knowledge of the subject.  Reviews carefully
      the elementary part, and gives a plain, thorough treatment of the
      more advanced portions.

SEELEY, Levi.
    Grubé's method of teaching arithmetic.  1891................511 S45
      Authorities, p.4; sketch of Grubé, p.5-6.
SOLDAN, F.Louis.
    How to teach elementary arithmetic; Grubé's method of teach-
        ing arithmetic explained, with practical hints and illustra-
        tions.  1878 ...........................................511 S68
SONNENSCHEIN, Adolf, & Nesbitt, H.A.
    Science and art of arithmetic, for the use of schools.  2v. in 1.
        1870 ................................................ 511 S69
STOCKTON, Joseph.
    Western calculator; or, A new system of practical arithme-
        tic.  1839..............................................r511 S86
        ——Key to the Western calculator, by John Armstrong.
        1836. ..............................................r511 S86k
WENTWORTH, George Albert, & Hill, Thomas.
    High school arithmetic.  1893.............................511 W52

## 512   Algebra

FINE, Henry Burchard.
    Number-system of algebra treated theoretically and historic-
        ally.  1890...........................................512 F49
GRIFFIN, William Nathaniel.
    Elements of algebra and trigonometry.  ·1892.  (Text-books of
        science.) ..............................................512 G89
        "The purpose of this book is to explain the rudiments of Algebra and
        Trigonometry to artisans and others, who may wish to be acquainted
        with them so far as to make the computations which arise in practice,
        and to read books in which science is treated mathematically."
        *Preface.*

    Notes on the elements of algebra and trigonometry, with so-
        lutions of the more difficult questions.  1892.  (Text-books
        of science.) .........................................512 G89n
HIGGS, W. Paget.
    Algebra self-taught, for the use of mechanics, young engineers
        and home students.  1898 ..............................512 H53
        A brief outline of elementary algebra, intended to give a practical work-
        ing knowledge sufficient to enable students to use the formulæ ordi-
        narily found in technical writings.
LAGNY, Thomas Fantet de.
    Analyse générale; ou, Méthodes nouvelles pour re'soudre les
        problêmes de tous les genres & de tous les degrez à l'in-
        fini.  1733 ..........................................qr512 L15
        Suite des Mémoires de l'Académie royale des sciences, 1733.
NEWCOMB, Simon.
    Algebra for schools and colleges.  1888......................512 N26
TODHUNTER, Isaac.
    Algebra.  1889..........................................512 T55
WENTWORTH, George Albert.
    Elements of algebra.  1898..............................512 W52
    *The same.*  1901.....................................r512 W52
WILSON, Edwin Bidwell.
    Vector analysis; a text-book for the use of students of mathe-
        matics and physics, founded upon the lectures of J. W.
        Gibbs.  1901.  (Yale bicentennial publications.)......512.24 W76
        *Contents:* Addition and scalar multiplication.—Direct and skew products
        of vectors.— The differential calculus of vectors.— The integral cal-
        culus of vectors.—Linear vector functions.—Rotations and strains.—
        Miscellaneous applications.
        A system designed to be of especial value in its application to physics
        and geometry.

### 512.8   Higher algebra

MUIR, Thomas.
    Treatise on the theory of determinants, with graduated sets
        of exercises; for use in colleges and schools.  1882....512.83 M95
McGINNIS, M.A.
    Universal solution for numerical and literal equations, by
        which the roots of equations of all degrees can be ex-
        pressed in terms of their coefficients.  1900..........512.84 M16
        Binder's title reads Functions of squares.

LAURENT, Hermann.
    L'élimination. 1900. (Scientia; série physico-mathé-
        matique.). ....................................... r512.85 L37

## 513 Geometry

BEMAN, Wooster Woodruff, & Smith, David Eugene.
    Plane and solid geometry. 1898............................513 B42
EUCLID.
    Elements; first six books and portions of the eleventh and
        twelfth. 1891...........................................513 E91
LARMOR, Alexander.
    Geometrical exercises from Nixon's "Euclid revised," with
        solutions. 1901 ....................:................. 513 L32
NEWCOMB, Simon.
    Elements of geometry. 1889...............................513 N26
SCHULTZE, Arthur, & Sevenoak, F.L.
    Plane and solid geometry. 1901 ...........................513 S38
WATSON, Henry William.
    Elements of plane and solid geometry. 1890. (Text-books of
        science.) ...............................................513 W31
WENTWORTH, George Albert.
    Text-book of geometry. 1898..............................513 W52
    Includes both plane and solid geometry.
LOBATSCHEWSKY, Nicholaus.
    Geometrical researches on the theory of parallels. 1892......513.8 L75
MANNING, Henry Parker.
    Non-Euclidean geometry. 1901 ..........................513.8 M33
WILLINK, Arthur.
    The world of the unseen; an essay on the relation of higher
        space to things eternal. 1893.........................513.8 W75
KLEIN, Felix.
    Famous problems of elementary geometry; the duplication
        of the cube, the trisection of an angle, the quadrature
        of the circle. 1897..................................513.9 K31
SPENCER, William George.
    Inventional geometry; a series of problems. 1876.
        (Science primers.)..................................513.9 S74

## 514 Trigonometry

NEWCOMB, Simon.
    Elements of plane and spherical trigonometry. 1889..........514 N26
    *The same*, with logarithmic and other mathematical tables.
        1889 ................................................514 N26e
WENTWORTH, George Albert.
    Plane and spherical trigonometry and tables. 1897...........514 W52
TODHUNTER, Isaac.
    Plane trigonometry. 1890.................................514.5 T55

## 515   Descriptive geometry

WILLSON, Frederick Newton.
  Descriptive geometry, pure and applied; with a chapter on
    higher plane curves and the helix; a theoretical and practi-
    cal treatise prepared for courses in general science, engi-
    neering and architecture.  1898..........................q515 W76
PILLET, Jules.
  Shades and shadows; an exposition of short and con-
    venient methods for determining the shades and
    shadows of objects illuminated by the conventional
    parallel rays.  1896....:..............................qb515.7 P59

### 515.8   Stereotomy

BUCK, Joseph Haywood Watson.
  Construction of large tunnel shafts.  1880...............515.8 B85
DOBSON, Edward.
  Rudiments of masonry and stonecutting; the principles of
    masonic projection and their application to the con-
    struction of curved wing-walls and domes, oblique
    bridges and Roman and Gothic vaulting.  1895........515.8 D65
    "Devoted...to the scientific operations of stone-cutting, and to the ex-
      planation of the methods by which the mason obtains, from the de-
      signs of the architect, the exact shape of each stone in a building."
      Introduction.
MAHAN, Dennis Hart.
  Descriptive geometry, as applied to the drawing of fortifica-
    tion and stereotomy; for the use of the cadets of the U. S.
    military academy.  1900 ................................. 515.8 M25
SIEBERT, John Selmar, & Biggin, F. C.
  Modern stone-cutting and masonry.  1896.................515.8 S57
WARREN, Samuel Edward.
  Stereotomy; problems in stone cutting, for students of engi-
    neering and architecture.  1898 .........................515.8 W24
    Contents: Plane-sided structures.—Structures containing developable sur-
      faces.—Structures containing warped surfaces.—Structures containing
      double-curved surfaces.

## 516   Analytical geometry

FONTENELLE, Bernard le Bovier de.
  Élemens de la géométrie de l'infini.  1727...............qr516 F74
    Suite des Mémoires de l'Académie royale des sciences, 1727.
NEWCOMB, Simon.
  Elements of analytic geometry.  1889...:....................516 N26
    "The author has endeavored so to arrange the present work that it shall
      be adapted both to those who do and those who do not desire to make
      a special study of advanced mathematics."  Preface.
TANNER, John Henry, & Allen, Joseph.
  Elementary course in analytic geometry.  1898.  (Cornell
    mathematical series.)  ...................................516 T18

594 **CALCULUS**

ALDIS, William Steadman.

Elementary treatise on solid geometry. 1886............516.5 A36
*Partial contents:* Transformation of co-ordinates.—On generating lines
and sections of quadrics.—On the surfaces represented by the general
equation of the second degree.—On tangent lines and planes.—On
curves in space.—On envelopes.—On curvature of surfaces.

FROST, Percival.

Solid geometry. 2v. 1886-87.............................516.5 F95
*Partial contents:*
v.1. On coordinate systems.—General description of loci of equations.—
Projections of lines and areas.—General equation of the first degree.
—Quadriplanar and tetrahedral coordinates. — Four-point coordi-
nate system.—Loci of equations.—Transformation of coordinates.—
On certain surfaces of the second degree. — On generation by
straight lines.—Tangents.—Confocal conicoids.—General equation
of the second degree.—Reciprocal polars.—Clusters of conicoids.—
Tortuous curves.—Geodesic lines.—Curvilinear coordinates.
v.2. Hints for the solution of problems.

REYE, Theodor.

Lectures on the geometry of position. v.1. 1898........516.5 R37

TODHUNTER, Isaac, *comp.*

Examples of analytical geometry of three dimensions. 1878..516.5 T55e

TODHUNTER, Isaac.

Treatise on plane co-ordinate geometry and conic sections.
1888......................................................516.5 T55

HAMILTON, Sir William Rowan.

Elements of quaternions; ed. by C. J. Joly. 2v. 1899-1901..qr516.8 H21

McAULAY, Alexander.

Octonions; a development of Clifford's bi-quaternions.
1898 ....................................................516.8 M11

TAIT, Peter Guthrie.

An elementary treatise on quaternions. 1890...............516.8 T14

## 517  Calculus

DE MORGAN, Augustus.

Elementary illustrations of the differential and integral calcu-
lus. 1899.........................................517.1 D42
Bibliography, p.135-142.

EDSER, Edwin.

Differential and integral calculus for beginners; adapted to
the use of students of physics and mechanics. 1901....517.1 E29
Requires only a thorough knowledge of elementary algebra and geome-
try.

FONTAINE, Alexis.

Mémoires donnés à l'Académie royale des sciences, non im-
primés dans leur temps. 1764.....................qr517.1 F73

GOULD, Edward Sherman, *civil engineer.*

Primer of the calculus. 1899............................517.1 G73

LAMBERT, Preston Albert.

Differential and integral calculus for technical schools and
colleges. 1898....................................517.1 L18

NEWCOMB, Simon.

Elements of the differential and integral calculus. 1889...517.1 N26

PERRY, John, *b.* 1850.

Calculus for engineers. 1897............................517.1 P44

SMITH, Robert Hy.
   The calculus for engineers and physicists. 1897...........517.1 S65
JOHNSON, William Woolsey.
   Treatise on ordinary and partial differential equations.
      1896. ................................................517.2 J36
TANNENBERG, W. de.
   Leçons nouvelles sur les applications géométriques du calcul
      différentiel. 1899..............................:.....qr517.2 T18
WILLIAMSON, Benjamin.
   Elementary treatise on the differential calculus, containing
      the theory of plane curves. 1895.......................517.2 W75
GAUSS, Karl Friedrich.
   General investigations of curved surfaces of 1827 and 1825; tr.
      with notes by J. C. Morehead and A. M. Hiltebeitel.
      1902. ..............................................qr517.26 G24
      Bibliography, p.117-126.
TODHUNTER, Isaac.
   Treatise on the integral calculus and its applications, with nu-
      merous examples. 1895 ...............................517.3 T55
WILLIAMSON, Benjamin.
   Elementary treatise on the integral calculus, containing ap-
      plications to plane curves and surfaces and a chapter on
      the calculus of variations. 1896.......................517.3 W75
FORSYTH, Andrew Russell.
   Treatise on differential equations. 1888.................517.38 F78

## 519   Probabilities

VENN, John.
   The logic of chance; an essay on the theory of probability,
      with especial reference to its application to moral and
      social science and to statistics. 1888..................519.1 V26
HOLMAN, Silas Whitcomb.
   Discussion of the precision of measurements. 1894..........519.6 H73
CHAUVENET, William.
   Treatise on the method of least squares, or the application of
      the theory of probabilities in the combination of observa-
      tions. 1888........................................519.8 C41
MERRIMAN, Mansfield.
   Text-book on the method of least squares. 1891..........519.8 M63

# 520   Astronomy

BALL, Sir Robert Stawell.
   Elements of astronomy. 1896. (Text-books of science.)......520 B21
CLERKE, Agnes Mary, *and others.*
   The concise knowledge astronomy. 1898....................520 C57
      *Contents:* Clerke, A.M. History.—Fowler, A. Geometrical astronomy
      and astronomical instruments.—Clerke, A.M. The solar system.—
      Gore, J.E. The sidereal heavens.