| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>101 California Street. 5th Floor<br>San Francisco, CA  94111-5800<br>Telephone:     (415) 693-2000<br>Facsimile:      (415) 693-2222<br><br>PHILLIP E. MORTON (*pro hac vice*)<br>(pmorton@cooley.com)<br>Reston Town Center, 11951 Freedom Drive<br>Reston, VA 20190-5656<br>Telephone: (703) 456-8000 | HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>MARK R. WEINSTEIN (193043)<br>(mweinstein@cooley.com)<br>ANDREW C. MACE (284484)<br>(amace@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone:     (650) 843-5000<br>Facsimile:      (650) 849-7400 |

Attorneys for Defendant
ServiceNow, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br><br>                   Plaintiff,<br><br>     v.<br><br>SERVICENOW, INC., a Delaware Corporation,<br><br>                   Defendant. | Case No.  14-cv-00570-BLF<br><br>**NOTICE OF APPEARANCE OF ANDREW MACE AS COUNSEL FOR DEFENDANT SERVICENOW, INC.** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Andrew C. Mace of Cooley LLP, 3175 Hanover Street, Palo Alto, CA 94304, email: amace@cooley.com, telephone: (650) 843-5000, hereby appears as counsel on behalf of Defendant ServiceNow, Inc. in the above-referenced matter.  Copies of all pleadings and notices pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

112636690 v1

NOTICE OF APPEARANCE OF ANDREW MACE
CASE NO. 14-CV-00570-BLF

Andrew Mace
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304

Dated:  December 18, 2014            COOLEY LLP


*/s/ Andrew C. Mace*
ANDREW C. MACE
Attorneys for Defendant
SERVICENOW, INC.