Mark D. Flanagan (SBN 130303)
  mark.flanagan@wilmerhale.com
Mark D. Selwyn (SBN 244180)
  mark.selwyn@wilmerhale.com
Joseph F. Haag (SBN 248749)
  joseph.haag@wilmerhale.com
Nathan L. Walker (SBN 206128)
  Nathan.walker@wilmerhale.com
Evelyn C. Mak (SBN 258086)
  evelyn.mak@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff*
HEWLETT-PACKARD COMPANY

Michael G. Rhodes (SBN 116127)
  rhodesmg@cooley.com
COOLEY LLP
101 California Street. 5th Floor
San Francisco, CA 94111-5800
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

Heidi L. Keefe (SBN 178960)
  hkeefe@cooley.com
Mark R. Weinstein (SBN 193043)
  mweinstein@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:  (650) 843-5000
Facsimile:  (650) 849-7400

*Attorneys for Defendant*
SERVICENOW, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SERVICENOW, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 14-cv-00570-BLF<br><br>**HEWLETT-PACKARD CO.'S STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND THE FILING DEADLINES FOR: (A) HEWLETT-PACKARD'S OPPOSITION TO SERVICENOW'S MOTION FOR SUMMARY JUDGMENT (DKT. 70); AND (B) SERVICENOW'S REPLY** |

CASE NO. 14-CV-00570-BLF   HP'S STIP. REQUEST AND [PROPOSED] ORDER RE:
SCHEDULE FOR BRIEFING OF SERVICENOW'S MSJ

In accordance with Civil Local Rules 6-2 and 7-12, plaintiff Hewlett-Packard Co. ("HP") requests that the Court extend by two weeks the deadlines for (a) HP's Opposition to ServiceNow, Inc.'s ("ServiceNow") Motion for Summary Judgment of Invalidity Under 35 U.S.C. Section 101 (Dkt. No. 70) (the "Summary Judgment Motion"); and (b) ServiceNow's Reply in support of its Summary Judgment Motion. If this request is granted, these briefs will be due on January 14, 2015 and January 21, 2015 respectively. The hearing on the motion currently is set for January 29, 2015. ServiceNow stipulates that it does not oppose the relief sought by HP in this request.

Good cause exists for the requested extension.

<u>First</u>, an extension is warranted in view of the upcoming, intervening holiday period. ServiceNow filed its Summary Judgment Motion on December 17, 2014 (Dkt. No. 70.). HP's Opposition currently is due on New Year's Eve (December 31, 2014). Moreover, HP is scheduled to engage in a company-wide shut during the holiday period (from December 24, 2014 through January 5), in view of the holidays. An extension of the briefing schedule is needed in order to avoid these holiday conflicts.

<u>Second</u>, the requested extension will not alter the noticed hearing date for the Summary Judgment Motion (January 29, 2015), nor will it alter any other date in the case schedule.

<u>Third</u>, this is the first extension of time that either party has requested for briefing on the Summary Judgment Motion.

<u>Fourth</u>, consistent with the applicable Guidelines of Professional Conduct, the parties have agreed to the two-week extension requested herein. *Guidelines for Professional Conduct*, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, ¶ 4.b., *available at* http://www.cand.uscourts.gov/professional_conduct_guidelines ("[u]nless time is of the essence, a lawyer should agree as a matter of courtesy to first requests for reasonable extensions of time.").

Accordingly, HP hereby requests that the Court, by signing below, modify the briefing schedule, as set forth below:

1. HP shall file its Opposition to ServiceNow's Motion on or before January 14, 2015.
2. ServiceNow's Reply to HP's Opposition shall be filed on or before January 21, 2015.

1

CASE NO. 14-CV-00570-BLF          HP'S STIP. REQUEST AND [PROPOSED] ORDER RE:
                                  SCHEDULE FOR BRIEFING OF SERVICENOW'S MSJ

1

2  Dated: December 19, 2014                    HEWLETT-PACKARD COMPANY
                                               By its attorneys,
3

4                                               /s/ Mark D. Flanagan
                                               Mark D. Flanagan (SBN 130303)
5                                                mark.flanagan@wilmerhale.com
                                               Mark D. Selwyn (SBN 244180)
6                                                mark.selwyn@wilmerhale.com
                                               Joseph F. Haag (SBN 248749)
7                                                joseph.haag@wilmerhale.com
                                               Nathan L. Walker (SBN 206128)
8                                                nathan.walker@wilmerhale.com
                                               Evelyn C. Mak (SBN 258086)
9                                                evelyn.mak@wilmerhale.com
                                               WILMER CUTLER PICKERING
10                                                HALE AND DORR LLP
                                               950 Page Mill Road
11                                             Palo Alto, CA  94304
                                               Telephone:  (650) 858-6000
12
                                               Facsimile:   (650) 858-6100
13

14                                             *Attorneys for Plaintiff*
                                               HEWLETT-PACKARD COMPANY
15
                                               SERVICENOW, INC.
16  Dated: December 19, 2014
                                               By their attorneys,
17
                                                /s/ Mark Weinstein
18
                                               Michael G. Rhodes (SBN 116127)
19                                               rhodesmg@cooley.com
                                               COOLEY LLP
20                                             101 California Street. 5th Floor
                                               San Francisco, CA 94111-5800
                                               Telephone:   (415) 693-2000
21                                             Facsimile:    (415) 693-2222

22                                             Heidi L. Keefe (SBN 178960)
                                                 hkeefe @cooley.com
23                                             Mark R. Weinstein (SBN 193043)
                                                 mweinstein@cooley.com
24                                             COOLEY LLP
                                               3175 Hanover Street
25                                             Palo Alto, CA 94304-1130
                                               Telephone:   (650) 843-5000
26                                             Facsimile:    (650) 849-7400

27

28
                                               2

CASE NO. 14-CV-00570-BLF            HP'S STIP. REQUEST AND [PROPOSED] ORDER RE:
                                    SCHEDULE FOR BRIEFING OF SERVICENOW'S MSJ

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: December 19, 2014          */s/ Mark Flanagan*
                                                Mark Flanagan

3

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.
2 | Dated: _____, 2014                      _____
3 |                                                                                        THE HONORABLE BETH LABSON FREEMAN
  |                                                                                        UNITED STATES DISTRICT JUDGE

4