Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Hewlett-Packard Company,

Plaintiff(s),

v.

ServiceNow, Inc.,

Defendant(s).

Case No: 14-cv-00570–LBF

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jeffrey D. Wilson, an active member in good standing of the bar of the State of Michigan, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant, ServiceNow, in the above-entitled action. My local co-counsel in this case is Heidi L. Keefe, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 3001 W. Big Beaver Road, Suite 624<br>Troy, MI 48084 | Cooley LLP, 3175 Hanover Street<br>Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (248) 649-3333 | (650) 843-5000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| wilson@youngbasile.com | hkeefe@cooley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: P56376.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/22/14

/s/ Jeffrey D. Wilson
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jeffrey D. Wilson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: Ö^&^{ à^¦ÁGGÊGFI

[signature]
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE