Mark D. Flanagan (SBN 130303)
  mark.flanagan@wilmerhale.com
Mark D. Selwyn (SBN 244180)
  mark.selwyn@wilmerhale.com
Joseph F. Haag (SBN 248749)
  joseph.haag@wilmerhale.com
Nathan L. Walker (SBN 206128)
  Nathan.walker@wilmerhale.com
Evelyn C. Mak (SBN 258086)
  evelyn.mak@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff*
HEWLETT-PACKARD COMPANY

Michael G. Rhodes (SBN 116127)
  rhodesmg@cooley.com
COOLEY LLP
101 California Street. 5th Floor
San Francisco, CA 94111-5800
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

Heidi L. Keefe (SBN 178960)
  hkeefe@cooley.com
Mark R. Weinstein (SBN 193043)
  mweinstein@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:  (650) 843-5000
Facsimile:  (650) 849-7400

*Attorneys for Defendant*
SERVICENOW, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br>v.<br><br>SERVICENOW, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 14-cv-00570-BLF<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXCEED PAGE LIMITATIONS FOR:  (A) HEWLETT-PACKARD'S OPPOSITION TO SERVICENOW'S MOTION FOR SUMMARY JUDGMENT (DKT. 70); AND (B) SERVICENOW'S REPLY** |

Pursuant to Civil Local Rules 7-11 and 7-12, the parties respectfully request that the Court permit plaintiff Hewlett-Packard Company ("HP") and defendant ServiceNow, Inc. ("ServiceNow") to exceed—by 10 pages and 5 pages—the page limitations that would otherwise apply, under the Civil Local Rules, to the following two briefs: (i) HP's Opposition to ServiceNow's Motion for Summary Judgment of Invalidity Under 35 U.S.C. Section 101 (Dkt. No. 70), due on January 14, 2015; and (ii) ServiceNow's Reply in support of its Summary Judgment Motion, due on January 21, 2015. If this request is granted, the page limit for HP's Opposition will be 35 pages, and the page limit for ServiceNow's Reply will be 20 pages.

HP sought consent from ServiceNow for an extended opposition brief because ServiceNow's motion seeks summary judgment of invalidity on four HP patents, and HP needs additional pages to respond to the arguments made by ServiceNow. ServiceNow has agreed to HP's request, provided that ServiceNow can file an extended reply brief, if necessary, to address the arguments in HP's extended opposition brief.

Neither party has made any prior request to exceed page limitations for any briefing in this case.

Accordingly, the parties hereby respectfully request that the Court, by signing below, modify the applicable page limitations, as set forth below:

1. The page limit for HP's Opposition to ServiceNow's Summary Judgment Motion shall be extended from 25 pages to 35 pages.

2. The page limit for ServiceNow's Reply to HP's Opposition shall be extended from 15 pages to 20 pages.

///
///
///

Respectfully submitted,

Dated: December 31, 2014

HEWLETT-PACKARD COMPANY
By its attorneys,

 */s/ Mark Flanagan*
Mark D. Flanagan (SBN 130303)
  mark.flanagan@wilmerhale.com
Mark D. Selwyn (SBN 244180)
  mark.selwyn@wilmerhale.com
Joseph F. Haag (SBN 248749)
  joseph.haag@wilmerhale.com
Nathan L. Walker (SBN 206128)
  nathan.walker@wilmerhale.com
Evelyn C. Mak (SBN 258086)
  evelyn.mak@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

*Attorneys for Plaintiff*
HEWLETT-PACKARD COMPANY


Dated: December 31, 2014

SERVICENOW, INC.

By their attorneys,

 */s/ Mark Weinstein*
Michael G. Rhodes (SBN 116127)
  rhodesmg@cooley.com
COOLEY LLP
101 California Street. 5th Floor
San Francisco, CA 94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

Heidi L. Keefe (SBN 178960)
  hkeefe @cooley.com
Mark R. Weinstein (SBN 193043)
  mweinstein@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

2

CASE NO. 14-CV-00570-BLF

STIP. AND [PROPOSED] ORDER RE:
REQUEST TO EXCEED PAGE LIMITATIONS

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: December 31, 2014             */s/ Mark Flanagan*
                                      Mark Flanagan

3

CASE NO. 14-CV-00570-BLF                    STIP. AND [PROPOSED] ORDER RE:
                                            REQUEST TO EXCEED PAGE LIMITATIONS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2014

_____
THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE