United States District Court
Northern District of California

1
2
3   **UNITED STATES DISTRICT COURT**
4   **NORTHERN DISTRICT OF CALIFORNIA**
5   **SAN JOSE DIVISION**
6
7   HEWLETT PACKARD COMPANY,
        Plaintiff,
    v.
    SERVICENOW, INC.,
        Defendant.

Case No.  14-cv-00570-BLF

**ORDER DENYING STIPULATED REQUEST TO EXCEED PAGE LIMITS**

The parties' stipulated request to exceed page limits with respect to the briefing of Defendant's motion for summary judgment of invalidity is DENIED.  The parties shall comply with the page limits set forth in the Civil Local Rules.  The parties shall not use excessive footnotes in order to expand their briefing.

**IT IS SO ORDERED.**

Dated: January 6, 2015

_____
BETH LABSON FREEMAN
United States District Judge