COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street. 5th Floor
San Francisco, CA  94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

PHILLIP E. MORTON (*pro hac vice*)
(pmorton@cooley.com)
Reston Town Center, 11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000

HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
ANDREW C. MACE (284484)
(amace@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendant ServiceNow, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>SERVICENOW, INC., a Delaware Corporation,<br><br>              Defendant. | Case No.  14-cv-00570-BLF<br><br>**SUPPLEMENTAL DECLARATION OF PHILLIP E. MORTON IN SUPPORT OF DEFENDANT SERVICENOW, INC'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. SECTION 101**<br><br>DATE:    January 29, 2015<br>TIME:    9:00 a.m.<br>CTRM:   3<br>JUDGE:  Beth Labson Freeman |

I, Phillip E. Morton, declare as follows:

1. I am an attorney with the law firm of Cooley LLP, counsel for Defendant ServiceNow, Inc. ("ServiceNow"). I am duly licensed to practice law in the State of Virginia. I have personal knowledge of the following facts and, if called upon to testify, I could and would testify competently thereto.

2. Attached as **Exhibit 17** is a true and correct copy of an excerpt from the Workflow Handbook 2002 (*available at* http://www.wfmc.org/information/handbook02.htm)) entitled *Introduction to Workflow* downloaded from http://www.wfmc.org/information/introduction_to_workflow02.pdf.

3. Attached as **Exhibit 18** is a true and correct copy of an article entitled *Workflow Management: State of the Art vs. State of the Products* downloaded from http://www.hpl.hp.com/techreports/97/HPL-97-90.pdf.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 21st day of January, 2015 at Reston, Virginia.

*/s/ Phillip E. Morton*
Phillip E. Morton

2.

**SUPPL. MORTON DECL ISO MSJ OF INVALIDITY**
**CASE NO. 14-CV-00570-BLF**