Mark D. Flanagan (SBN 130303)
  mark.flanagan@wilmerhale.com
Mark D. Selwyn (SBN 244180)
  mark.selwyn@wilmerhale.com
Joseph F. Haag (SBN 248749)
  joseph.haag@wilmerhale.com
Nathan L. Walker (SBN 206128)
  nathan.walker@wilmerhale.com
Evelyn C. Mak (SBN 258086)
  evelyn.mak@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br><br>            Plaintiff,<br>v.<br><br>SERVICENOW, INC., a Delaware Corporation,<br>            Defendant. | Civil Action No.  14-cv-00570 (BLF)<br><br>**PLAINTIFF HEWLETT-PACKARD COMPANY'S PROPOSED CLAIM CONSTRUCTIONS IN SUPPORT OF HP'S OPPOSITION TO SERVICENOW'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 101 [ECF NO. 70]** |

Pursuant to the Court's January 30, 2015 Order (ECF No. 84), Plaintiff Hewlett-Packard Company respectfully submits the following proposed claim constructions that, if adopted by the Court, would preclude a summary judgment of invalidity under 35 U.S.C. § 101.

A.   **U.S. Patent No. 7,610,512**

| '512 Patent Claim(s) | Terms | Proposed Construction |
|---|---|---|
| 1, 3, 4, 5, 7 | repair workflow | A repair workflow is a set of instructions used by the system to resolve incidents. The repair workflow is constructed from <u>steps</u>, <u>operations</u> and <u>transitions</u>.<br><br>[The underlined terms are separately defined in the specification. The proposed constructions for "step," "operation," and "transition" are separately set forth herein.] |
| 1, 3, 4, 5, 7 | operation | An operation is a unit of work to be performed in context of a <u>repair workflow</u>. Operations contain inputs, results, and responses. Inputs define the necessary information required to perform a task. Results are the information produced by executing the task. Responses define a finite set of possible outcomes from the execution of the operation. <u>Steps</u> and <u>transitions</u> use responses to link operations together in a <u>repair workflow</u>.<br><br>[The underlined terms are separately defined in the specification. The proposed constructions for "repair workflow," "step," and "transition" are separately set forth herein.] |
| 1, 3, 4, 5, 7 | step | A step is an invocation of an <u>operation</u> in the context of a <u>repair workflow</u>. The step has a reference to the <u>operation</u> that it invokes. The step defines how the inputs of the <u>operation</u> are supplied data values at the time of repair matching of each input with a <u>binding</u>.<br><br>[The underlined terms are separately defined in the specification. The proposed constructions for "operation, "repair workflow," and "binding" are separately set forth herein.] |
| 1, 3, 4, 5, 7 | transition | A transition links various <u>steps</u> together. The transition has a source <u>step</u> and a destination <u>step</u> and a link to an <u>operation</u> <u>response</u> called the 'transition trigger'. A <u>step</u> has only one transition for each <u>response</u> that is defined by its <u>operation</u>. After a <u>step</u> executes its <u>operation</u> at repair time, the <u>response</u> is used to select the transition to go to the next <u>step</u>.<br><br>[The underlined terms are separately defined in the |

| | | |
|---|---|---|
| | | specification. The proposed constructions for "step," operation," and "response" are separately set forth herein.] |
| 1, 3, 4, 5, 7 | binding | A binding defines a mapping of data values to the inputs of an <u>operation</u> in the context of a <u>step</u> within a <u>repair workflow</u>. Various types of bindings exist, with each having a unique method of supplying values to <u>operation</u> inputs.<br><br>[The underlined terms are separately defined in the specification. The proposed constructions for "operation," "step," and "repair workflow" are separately set forth herein.] |
| 3 | repair run | An execution of a <u>repair workflow</u>.<br><br>[The underlined term is separately defined in the specification. The proposed construction for "repair workflow" is separately set forth herein.] |
| 1, 3, 4, 5, 7 | repair context | A set of key-value pairs containing data values discovered during a <u>repair run</u> can be pushed into a repair context. The subsequent <u>steps</u> of the <u>repair run</u> use the data values stored in the repair context.<br><br>[The underlined terms are separately defined in the specification. The proposed constructions for "repair run" and "step" are separately set forth herein.] |
| 1, 3, 4, 5, 7 | repair frame | A frame of execution in a repair is referred to as a repair frame. Each <u>repair workflow</u> is assigned a repair frame during execution. A frame stack is created during repair execution. Repairs which contain subflows will have a frame for each subflow. During execution, the flow of control will 'step into' and 'step out' of frames as repair <u>steps</u> are executed.<br><br>[The underlined terms are separately defined in the specification. The proposed constructions for "repair workflow" and "step" are separately set forth herein.] |

B.   **U.S. Patent No. 7,890,802**

| '802 Patent Claim(s) | Terms | Proposed Construction |
|---|---|---|
| 1, 2, 3, 5, 15 | repair workflow | [See '512 patent above] |
| 1, 2, 3, 5, 15 | operation | [See '512 patent above] |

| | | |
|---|---|---|
| 1, 2, 3, 5, 15 | step | [See '512 patent above] |
| 1, 2, 3, 5, 15 | response | A response defines a finite set of possible outcomes from the execution of the <u>operation</u>.  <u>Steps</u> and <u>transitions</u> use responses to link <u>operations</u> together in a <u>repair workflow</u>.<br><br>[The underlined terms are separately defined in the specification.  The proposed constructions for "operation," "step," "transition," and "repair workflow" are separately set forth herein.] |

C.   **U.S. Patent No. 6,321,229**

| '229 Patent Claim(s) | Terms | Proposed Construction |
|---|---|---|
| 8, 9, 10, 13, 15, 17, 18, 19, 20 | container definition node | Data structure having one or more attributes for accessing an information repository and related to creating a hierarchy of information |
| 8, 9, 10, 13, 15, 17, 18, 19, 20 | derived container | Data structure capable of executing a query based on an attribute from one or more corresponding container definition nodes |

D.   **U.S. Patent No. 8,224,683**

| '683 Patent Claim(s) | Terms | Proposed Construction |
|---|---|---|
| 32, 35 | monitoring server | A server specifically configured to monitor tickets in the database, determine when times for actions are approaching, and send alerts to the help desk client alerting the help desk user that a time to take a specified action is approaching |
| 12, 32, 35 | database | A structured set of data specifically configured to store tickets and information regarding ticket types, ticket severities based on the contract, and corresponding contractually required times for actions to be performed for each of the ticket types and ticket severities |
| 32, 35 | help desk client | A client used by a help desk user specifically configured to display active tickets to the help desk user and provide alerts received from the monitoring server to the help desk user |

Dated:  February 6, 2015

Respectfully submitted,

HEWLETT-PACKARD COMPANY

By their attorneys,

*/s/ Mark D. Flanagan*

Mark D. Flanagan (SBN 130303)
  mark.flanagan@wilmerhale.com
Mark D. Selwyn (SBN 244180)
  mark.selwyn@wilmerhale.com
Joseph F. Haag (SBN 248749)
  joseph.haag@wilmerhale.com
Nathan L. Walker (SBN 206128)
  nathan.walker@wilmerhale.com
Evelyn C. Mak (SBN 258086)
  evelyn.mak@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100