1   COOLEY LLP
    MICHAEL G. RHODES (116127)
2   (rhodesmg@cooley.com)
    101 California Street. 5th Floor
3   San Francisco, CA  94111-5800
    Telephone:     (415) 693-2000
4   Facsimile:     (415) 693-2222

5   PHILLIP E. MORTON (*pro hac vice*)
    (pmorton@cooley.com)
6   Reston Town Center, 11951
7   Freedom Drive
    Reston, VA 20190-5656
8   Telephone: (703) 456-8000

HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
ANDREW C. MACE (284484)
(amace@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:     (650) 843-5000
Facsimile:     (650) 849-7400

9   Attorneys for Defendant ServiceNow, Inc.

10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                        SAN JOSE DIVISION

14

15

16   HEWLETT-PACKARD COMPANY, a
     Delaware Corporation,

17                     Plaintiff,

18            v.

19   SERVICENOW, INC., a Delaware
     Corporation,

20                     Defendant.

21

22

23

Case No.  14-cv-00570-BLF

**DECLARATION OF PHILLIP MORTON IN SUPPORT OF DEFENDANT SERVICENOW, INC.'S MOTION TO STAY PENDING *INTER PARTES* REVIEW AND COVERED BUSINESS METHOD REVIEW**

DATE:      April 2, 2015
TIME:      9:00 a.m.
CTRM:      3
JUDGE:     Beth Labson Freeman

24

25

26

27

28

MORTON DECL ISO MOTION TO STAY
CASE NO. 14-CV-00570-BLF

1   I, Phillip E. Morton, declare as follows:

2   1. I am an attorney with the law firm of Cooley LLP, counsel for Defendant

3   ServiceNow, Inc. ("ServiceNow"). I am duly licensed to practice law in the Commonwealth of

4   Virginia. I have personal knowledge of the following facts and, if called upon to testify, I could

5   and would testify competently thereto.

6   2. Attached as **Exhibit A** is a true and correct copy of AIA trial statistics, as of

7   February 5, 2015 available from

8   http://www.uspto.gov/sites/default/files/documents/020515_aia_stat_graph.pdf.

9

10   I declare under penalty of perjury, under the laws of the United States of America, that the

11   foregoing is true and correct. Executed this 13th day of February, 2015 at Reston, Virginia.

12

13

14   */s/ Phillip E. Morton*
     Phillip E. Morton

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.