# EXHIBIT A





# AIA Progress (for FY15 through February 5, 2015)

- AIA Petition Technology Breakdown



# AIA Progress (as of February 5, 2015)

- Cumulative Patent Owner Preliminary Responses

|     | Filed | Waived |
|-----|-------|--------|
| **IPR** | 1,525 | 349 |
| **CBM** | 203 | 26 |
| **PGR** | 1 | - |



# AIA Progress (as of February 5, 2015)

- AIA Petition Dispositions

|     |      | Trials Instituted | Joinders | Percent Instituted | Denials | Total No. of Decisions on Institution |
|-----|------|-------------------|----------|--------------------|---------|---------------------------------------|
| IPR | FY13 | 167 | 10+ | 87% | 26 | 203 |
|     | FY14 | 557 | 15+ | 75% | 193 | 765 |
|     | FY15 | 286 | 78+ | 77% | 111 | 475 |
| CBM | FY13 | 14 | 0 | 82% | 3 | 17 |
|     | FY14 | 91 | 1+ | 75% | 30 | 122 |
|     | FY15 | 22 | - | 65% | 12 | 34 |
| DER | FY14 | 0 | 0 | 0% | 3 | 3 |



# AIA Progress (as of February 5, 2015)

- AIA Final Dispositions

|  |  | Settlements | Adverse Judgments | Final Written Decisions |
|---|---|---|---|---|
| **IPR** | FY13 | 38 | 2 | 0 |
|  | FY14 | 210 | 39 | 130 |
|  | FY15 | 137 | 14 | 94 |
| **CBM** | FY13 | 3 | 0 | 1 |
|  | FY14 | 27 | 3 | 13 |
|  | FY15 | 19 | 2 | 16 |
| **PGR** | FY15 | 2 | - | - |