| | |
|---|---|
| COOLEY LLP | HEIDI L. KEEFE (178960) |
| MICHAEL G. RHODES (116127) | (hkeefe@cooley.com) |
| (rhodesmg@cooley.com) | MARK R. WEINSTEIN (193043) |
| 101 California Street. 5th Floor | (mweinstein@cooley.com) |
| San Francisco, CA  94111-5800 | ANDREW C. MACE (284484) |
| Telephone:     (415) 693-2000 | (amace@cooley.com) |
| Facsimile:     (415) 693-2222 | 3175 Hanover Street |
| | Palo Alto, CA  94304-1130 |
| PHILLIP E. MORTON (*pro hac vice*) | Telephone:     (650) 843-5000 |
| (pmorton@cooley.com) | Facsimile:     (650) 849-7400 |
| Reston Town Center, 11951 | |
| Freedom Drive | |
| Reston, VA 20190-5656 | |
| Telephone: (703) 456-8000 | |

Attorneys for Defendant ServiceNow, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>SERVICENOW, INC., a Delaware Corporation,<br><br>                Defendant. | Case No.  14-cv-00570-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SERVICENOW, INC.'S MOTION TO STAY PENDING *INTER PARTES* REVIEW AND COVERED BUSINESS METHOD REVIEW**<br><br>DATE:      April 2, 2015<br>TIME:       9:00 a.m.<br>CTRM:     3<br>JUDGE:    Beth Labson Freeman |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

**PROPOSED ORDER GRANTING MOTION TO STAY
CASE NO. 14-CV-00570-BLF**

1    Defendant ServiceNow, Inc.'s Motion to Stay Pending *Inter Partes* Review and Covered
2    Business Method Review ("Motion") came on for hearing before this Court on April 2, 2015.
3    Based on the papers submitted by the parties and the arguments made by counsel at the hearing,
4    IT IS HEREBY ORDERED that the Motion is **GRANTED.**

5    Accordingly, the Court orders that:

6    1.   The above-captioned actions shall be stayed pending final, non-appealable
7    resolution of all proceedings upon any of Petitions for *Inter Partes* Reviews and Covered
8    Business Method Review, filed before the Patent Trial and Appeal Board ("the Board"), including
9    any decision to institute *inter partes* review, any final written decision by the Board, and all
10   review and any appeals therefrom;

11   2.   All proceedings in the above-captioned actions are stayed;

12   3.   All pending conferences and hearings are taken off calendar;

13   4.   All pending deadlines are vacated; and

14   5.   Following the expiration of the stay, the parties shall meet and confer and contact
15   the Court for purpose of dismissing the actions or lifting the stay, as may be appropriate.

16   **IT IS SO ORDERED.**

18   DATED: _____

     HONORABLE BETH LABSON FREEMAN
     UNITED STATES DISTRICT JUDGE