Mark D. Flanagan (SBN 130303)
  mark.flanagan@wilmerhale.com
Mark D. Selwyn (SBN 244180)
  mark.selwyn@wilmerhale.com
Joseph F. Haag (SBN 248749)
  joseph.haag@wilmerhale.com
Nathan L. Walker (SBN 206128)
  Nathan.walker@wilmerhale.com
Evelyn C. Mak (SBN 258086)
  evelyn.mak@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

*Attorneys for Plaintiff*
HEWLETT-PACKARD COMPANY

Michael G. Rhodes (SBN 116127)
  rhodesmg@cooley.com
COOLEY LLP
101 California Street. 5th Floor
San Francisco, CA 94111-5800
Telephone:  (415) 693-2000
Facsimile:   (415) 693-2222

Heidi L. Keefe (SBN 178960)
  hkeefe@cooley.com
Mark R. Weinstein (SBN 193043)
  mweinstein@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:  (650) 843-5000
Facsimile:   (650) 849-7400

*Attorneys for Defendant*
SERVICENOW, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br><br>    Plaintiff,<br> v.<br><br>SERVICENOW, INC., a Delaware Corporation,<br><br>    Defendant. | Case No. 14-cv-00570-BLF<br><br>**HEWLETT-PACKARD CO.'S STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND THE FILING DEADLINES FOR: (A) HEWLETT-PACKARD'S OPPOSITION TO SERVICENOW'S MOTION TO STAY (DKT. 92); AND (B) SERVICENOW'S REPLY** |

1  In accordance with Civil Local Rules 6-2 and 7-12, plaintiff Hewlett-Packard Co. ("HP")
2  requests that the Court extend by one week the deadline for HP's Opposition to ServiceNow, Inc.'s
3  ("ServiceNow") Motion to Stay Pending *Inter Partes* Review and Covered Business Method Review
4  (Dkt. No. 92) (the "Motion to Stay").  If this request is granted, HP's Opposition will be due on March
5  6, 2015, and ServiceNow's reply will be due on March 13, 2015.  The hearing on the motion currently
6  is set for April 2, 2015.

7  HP requests this one-week extension of time because the Motion to Stay seeks to stay the entire
8  case, and HP would like additional time to prepare its Opposition.

9  ServiceNow stipulates that it does not oppose the time extension sought by HP in this request.

10  The requested extension will not alter the noticed hearing date for the Motion to Stay (April 2,
11  2015), nor will it alter any other date in the case schedule.

12  Neither party has made any prior request to extend the time for briefing on the Motion to Stay.

13  Accordingly, the parties hereby request that the Court, by signing below, modify the briefing
14  schedule, to provide that HP's Opposition to ServiceNow's Motion to Stay shall be filed on or before
15  March 6, 2015, and consistent with Civil Local Rule 7-3(c), ServiceNow's Reply to HP's Opposition
16  shall be filed on or before March 13, 2015.

1

CASE NO. 14-CV-00570-BLF    HP'S STIP. REQUEST AND [PROPOSED] ORDER RE: SCHEDULE FOR BRIEFING OF SERVICENOW'S MOTION TO STAY

1  Dated: February 20, 2015                    HEWLETT-PACKARD COMPANY
2                                              By its attorneys,

3                                               /s/ Mark D. Flanagan
                                               Mark D. Flanagan (SBN 130303)
4                                                mark.flanagan@wilmerhale.com
                                               Mark D. Selwyn (SBN 244180)
5                                                mark.selwyn@wilmerhale.com
                                               Joseph F. Haag (SBN 248749)
6                                                joseph.haag@wilmerhale.com
                                               Nathan L. Walker (SBN 206128)
7                                                nathan.walker@wilmerhale.com
                                               Evelyn C. Mak (SBN 258086)
8                                                evelyn.mak@wilmerhale.com
                                               WILMER CUTLER PICKERING
9                                                HALE AND DORR LLP
                                               950 Page Mill Road
10                                             Palo Alto, CA  94304
                                               Telephone:  (650) 858-6000
11                                             Facsimile:   (650) 858-6100
12
13                                             *Attorneys for Plaintiff*
                                               HEWLETT-PACKARD COMPANY
14
15 Dated: February 20, 2015                    SERVICENOW, INC.

16                                             By their attorneys,

17                                              /s/ Mark Weinstein
                                               Michael G. Rhodes (SBN 116127)
18                                               rhodesmg@cooley.com
                                               COOLEY LLP
19                                             101 California Street. 5th Floor
                                               San Francisco, CA 94111-5800
20                                             Telephone:   (415) 693-2000
                                               Facsimile:    (415) 693-2222
21
                                               Heidi L. Keefe (SBN 178960)
22                                               hkeefe @cooley.com
                                               Mark R. Weinstein (SBN 193043)
23                                               mweinstein@cooley.com
                                               COOLEY LLP
24                                             3175 Hanover Street
                                               Palo Alto, CA 94304-1130
25                                             Telephone:   (650) 843-5000
                                               Facsimile:    (650) 849-7400
26
27
28                                             2

---

CASE NO. 14-CV-00570-BLF                       HP'S STIP. REQUEST AND [PROPOSED] ORDER RE:
                                               SCHEDULE FOR BRIEFING OF SERVICENOW'S
                                                                        MOTION TO STAY

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: February 20, 2015            /s/ Mark Flanagan
                                    Mark Flanagan

3

CASE NO. 14-CV-00570-BLF                HP'S STIP. REQUEST AND [PROPOSED] ORDER RE:
                                        SCHEDULE FOR BRIEFING OF SERVICENOW'S
                                        MOTION TO STAY

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: __Feb. 20__, 2015          _____
                                     THE HONORABLE BETH LABSON FREEMAN
                                     UNITED STATES DISTRICT JUDGE

4