COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street. 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

PHILLIP E. MORTON (*pro hac vice*)
(pmorton@cooley.com)
Reston Town Center, 11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000

HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
ANDREW C. MACE (284484)
(amace@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
ServiceNow, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SERVICENOW, INC., a Delaware Corporation,<br><br>    Defendant. | Case No. 14-cv-00570-BLF<br><br>**DEFENDANT SERVICENOW, INC.'S STATEMENT REGARDING THE CONSTRUCTION OF MORE THAN TEN TERMS** |

As required by the Case Management Order (ECF No. 54), Defendant ServiceNow, Inc. ("ServiceNow") provides the following statement regarding the Court's deadline for requesting the construction of more than ten claim terms.

At present, Plaintiff Hewlett-Packard Company ("HP") and ServiceNow have narrowed the number of currently disputed terms to 24 distributed among the eight patents-in-suit:

| Patent[1] | Total Number of Unique Disputed Terms | Total Number of Unique Terms Construed by HP for §101 Motion[2] |
|---|---|---|
| U.S. Pat. No. 6,321,229 | 5 | 2 |
| U.S. Pat. No. 7,027,411 | 1 | N/A |
| U.S. Pat. No. 7,392,300 | 1 | N/A |
| U.S. Pat. No. 7,610,512 | 11 | 8 |
| U.S. Pat. No. 7,890,802 | 0[3] | 1 |
| U.S. Pat. No. 7,925,981 | 2 | N/A |
| U.S. Pat. No. 7,945,860 | 1 | N/A |
| U.S. Pat. No. 8,224,683 | 3 | 3 |
|  | 24 | 14 |

The parties are continuing to meet and confer in an effort to narrow down the number of disputed terms, but given the parties' current positions it appears unlikely that the disputes can be narrowed down to ten terms given that: (1) HP is seeking construction of a total of 14 terms purely for the purposes of opposing ServiceNow's Section 101 Motion and (2) the proposed constructions for those 14 terms will remain disputed given the lengthy and tangled constructions proposed by HP.[4]  Notably, 19 of the 24 disputed terms arise from the four patents that are the

---

[1] The blue highlighted patents are currently the subject of ServiceNow's Motion for Summary Judgment of Invalidity Under 35 U.S.C. Section 101 ("ServiceNow's Section 101 Motion") (ECF No. 70).

[2] In response to the Court's January 30, 2015 Order (ECF No. 84), HP proposed a total of fourteen terms from the four patents at issue in ServiceNow's Section 101 Motion that, if adopted, HP asserts would preclude summary judgment of invalidity.  (ECF No. 89).

[3] All terms proposed for construction from the '802 Patent were also proposed for construction in the '512 Patent.

[4] For example, HP proposes the following construction for the term *operation*: "An operation is a unit of work to be performed in context of a repair workflow. Operations contain inputs, results, and responses. Inputs define the necessary information required to perform a task. Results are the information produced by executing the task. Responses define a finite set of possible outcomes from the execution of the operation. Steps and transitions use responses to link operations together in a repair workflow."  (ECF No. 89 at 1).   In contrast, ServiceNow proposes that operation be construed as "a unit of work to be performed in the context of a repair workflow."

subject of ServiceNow's Section 101 Motion.

    ServiceNow anticipates that it may be necessary to request that the Court construe additional terms, depending on the outcome of ServiceNow's Section 101 Motion and the continued negotiations of the parties.

Dated:  February 23, 2015        COOLEY LLP

*/s/ Heidi L. Keefe*
Heidi L. Keefe
Attorneys for Defendant
ServiceNow, Inc.

2.    **SERVICENOW'S STATEMENT REGARDING THE CONSTRUCTION OF MORE THAN TEN TERMS**
**14-CV-00570-BLF**