Mark D. Flanagan (SBN 130303)
  mark.flanagan@wilmerhale.com
Mark D. Selwyn (SBN 244180)
  mark.selwyn@wilmerhale.com
Joseph F. Haag (SBN 248749)
  joseph.haag@wilmerhale.com
Nathan L. Walker (SBN 206128)
  Nathan.walker@wilmerhale.com
Evelyn C. Mak (SBN 258086)
  evelyn.mak@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff*
HEWLETT-PACKARD COMPANY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SERVICENOW, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 14-cv-00570-BLF<br><br>**PROOF OF SERVICE** |

1 | I, Jana Schneider, hereby declare:

2 |     I am employed in Santa Clara County, California. I am over the age of eighteen years and am not a party to the above-captioned action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304. My email address is jana.schneider@wilmerhale.com.

    On March 6, 2015, I served unredacted copies of the following documents filed on March 6, 2015:

- **HEWLETT-PACKARD COMPANY'S OPPOSITION TO SERVICENOW, INC.'S MOTION TO STAY PENDING *INTER PARTES* REVIEW AND COVERED BUSINESS METHOD REVIEW**

- **DECLARATION OF JEAN-MARC BRONOEL IN SUPPORT OF HEWLETT-PACKARD COMPANY'S OPPOSITION TO SERVICENOW, INC.'S MOTION TO STAY PENDING *INTER PARTES* REVIEW AND COVERED BUSINESS METHOD REVIEW**

- **EXHIBIT B TO THE DECLARATION OF JEAN-MARC BRONOEL IN SUPPORT OF HEWLETT-PACKARD COMPANY'S OPPOSITION TO SERVICENOW, INC.'S MOTION TO STAY PENDING *INTER PARTES* REVIEW AND COVERED BUSINESS METHOD REVIEW**

- **EXHIBITS B-G TO THE DECLARATION OF MARK D. FLANAGAN IN SUPPORT OF HEWLETT-PACKARD COMPANY'S OPPOSITION TO SERVICENOW, INC.'S MOTION TO STAY PENDING *INTER PARTES* REVIEW AND COVERED BUSINESS METHOD REVIEW**

CASE NO. 14-CV-00570-BLF      1      PROOF OF SERVICE

1  **BY ELECTRONIC SERVICE**: I caused the documents listed above to be sent by E-Mail to
2  Counsel for ServiceNow, Inc.:

| | |
|---|---|
| Heidi L. Keefe | Michael Graham Rhodes |
| Andrew C. Mace | Cooley LLP |
| Lowell D. Mead | 101 California Street, 5th Floor |
| Priya B. Viswanath | San Francisco, CA  94111 |
| Mark R. Weinstein | zservicenow@cooley.com |
| Cooley LLP | |
| 3175 Hanover Street | |
| Palo Alto, CA  94304 | |
| zservicenow@cooley.com | |

Phillip E. Morton
Cooley LLP
11951 Freedom Drive
Reston, VA  20190
zservicenow@cooley.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2015 at Palo Alto, California.

*Jana Schneider*
Jana Schneider