Mark D. Flanagan (SBN 130303)
mark.flanagan@wilmerhale.com
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
Joseph F. Haag (SBN 248749)
joseph.haag@wilmerhale.com
Nathan L. Walker (SBN 206128)
Nathan.walker@wilmerhale.com
Evelyn C. Mak (SBN 258086)
evelyn.mak@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff*
HEWLETT-PACKARD COMPANY

Michael G. Rhodes (SBN 116127)
rhodesmg@cooley.com
COOLEY LLP
101 California Street. 5th Floor
San Francisco, CA 94111-5800
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

Heidi L. Keefe (SBN 178960)
hkeefe@cooley.com
Mark R. Weinstein (SBN 193043)
mweinstein@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:  (650) 843-5000
Facsimile:  (650) 849-7400

*Attorneys for Defendant*
SERVICENOW, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br><br>    Plaintiff,<br>    v.<br><br>SERVICENOW, INC., a Delaware Corporation,<br><br>    Defendant. | Case No. 14-cv-00570-BLF<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND THE FILING DEADLINE FOR JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |

In accordance with Civil Local Rules 6-2 and 7-12, plaintiff Hewlett-Packard Co. ("HP") and defendant ServiceNow, Inc. ("ServiceNow") request that the Court extend the deadline for filing the Joint Claim Construction and Prehearing Statement ("JCCS") by one day, until Wednesday March 11, 2015.

The parties request this extension of time in order to allow the parties to account for the effect of the Court's March 10, 2015 order granting ServiceNow's Motion for Summary Judgment of Invalidity Under 35 U.S.C. Section 101 on the parties' claim construction proposals. (Dkt. No. 101.) Given the ongoing negotiations between the parties, one or both parties may later determine it is necessary to seek additional time beyond the one day requested in this stipulation to file the JCCS.

The requested extension will not alter the claim construction hearing date, currently scheduled for June 12, 2015, nor will it alter any other date in the case schedule.

In accordance with Civil Local Rule 6-2(b), the parties identify the following previous time modifications in this case:

- On February 21, 2014, the parties stipulated to an extension of time for ServiceNow to respond to HP's complaint. (Dkt. No. 16.)
- On May 1, 2014, the Court granted the parties' request to reschedule the initial case management conference. (Dkt. No. 36.)
- On August 29, 2014, the Court granted the parties' request to extend the deadline to submit a Case Management Statement. (Dkt. No. 51.)
- On December 22, 2014, the Court granted HP's request to extend certain deadlines related to ServiceNow's pending Motion for Summary Judgment of Invalidity Under 35 U.S.C. Section 101. (Dkt. No. 74.)
- On February 20, 2015, the Court granted HP's request to extend certain deadlines related to ServiceNow's pending Motion to Stay Pending *Inter Partes* Review and Covered Business Method Review. (Dkt. No. 96.)

Accordingly, the parties hereby request that the Court, by signing below, modify the schedule to provide that the JCCS shall be filed on March 11, 2015.

1

CASE NO. 14-CV-00570-BLF    STIP. REQUEST AND [PROPOSED] ORDER RE: FILING DEADLINE FOR JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 10, 2015 | HEWLETT-PACKARD COMPANY<br>By its attorneys, |
| 3 | | |
| 4 | |  /s/ Mark D. Flanagan<br>Mark D. Flanagan (SBN 130303) |
| 5 | |   mark.flanagan@wilmerhale.com<br>Mark D. Selwyn (SBN 244180) |
| 6 | |   mark.selwyn@wilmerhale.com<br>Joseph F. Haag (SBN 248749) |
| 7 | |   joseph.haag@wilmerhale.com<br>Nathan L. Walker (SBN 206128) |
| 8 | |   nathan.walker@wilmerhale.com<br>Evelyn C. Mak (SBN 258086) |
| 9 | |   evelyn.mak@wilmerhale.com |
| 10 | | WILMER CUTLER PICKERING<br> HALE AND DORR LLP |
| 11 | | 950 Page Mill Road<br>Palo Alto, CA  94304 |
| 12 | | Telephone:  (650) 858-6000<br>Facsimile:   (650) 858-6100 |
| 13 | | |
| 14 | | *Attorneys for Plaintiff*<br>HEWLETT-PACKARD COMPANY |
| 15 | Dated: March 10, 2015March 11, 2015 | SERVICENOW, INC. |
| 16 | | By its attorneys, |
| 17 | |  /s/ Phillip E. Morton |
| 18 | | Michael G. Rhodes (SBN 116127)<br>  rhodesmg@cooley.com |
| 19 | | COOLEY LLP<br>101 California Street. 5th Floor |
| 20 | | San Francisco, CA 94111-5800<br>Telephone:   (415) 693-2000 |
| 21 | | Facsimile:   (415) 693-2222 |
| 22 | | Heidi L. Keefe (SBN 178960)<br>  hkeefe @cooley.com |
| 23 | | Mark R. Weinstein (SBN 193043)<br>  mweinstein@cooley.com |
| 24 | | COOLEY LLP<br>3175 Hanover Street |
| 25 | | Palo Alto, CA 94304-1130<br>Telephone:   (650) 843-5000 |
| 26 | | Facsimile:   (650) 849-7400 |
| 27 | | Phillip E. Morton (pro hac vice) |
| 28 | | 2 |

| | |
|---|---|
| CASE NO. 14-CV-00570-BLF | STIP. REQUEST AND [PROPOSED] ORDER RE:<br>FILING DEADLINE FOR JOINT CLAIM CONSTRUCTION<br>AND PREHEARING STATEMENT |

| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | 11951 Freedom Drive |
| | Reston, VA 20190 |
| 3 | Telephone: (703) 456-8000 |
| | Facsimile: (703) 456-8100 |

3

## **ATTESTATION**

I, Phillip E. Morton, do hereby attest that on March 10, 2015, I obtained the concurrence of counsel for Plaintiff Hewlett-Packard Company, to file this document on behalf of both parties.

Dated: March 10, 2015

*/s/ Phillip E. Morton*
Phillip E. Morton
COOLEY LLP
11951 Freedom Drive
Reston, VA 20190
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

4

CASE NO. 14-CV-00570-BLF

STIP. REQUEST AND [PROPOSED] ORDER RE: FILING DEADLINE FOR JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  Dated: _____, 2015    _____
3                              THE HONORABLE BETH LABSON FREEMAN
                                UNITED STATES DISTRICT JUDGE

5

CASE NO. 14-CV-00570-BLF                    STIP. REQUEST AND [PROPOSED] ORDER RE:
                                            FILING DEADLINE FOR JOINT CLAIM CONSTRUCTION
                                            AND PREHEARING STATEMENT