Mark D. Flanagan (SBN 130303)
   mark.flanagan@wilmerhale.com
Mark D. Selwyn (SBN 244180)
   mark.selwyn@wilmerhale.com
Joseph F. Haag (SBN 248749)
   joseph.haag@wilmerhale.com
Nathan L. Walker (SBN 206128)
   nathan.walker@wilmerhale.com
Evelyn C. Mak (SBN 258086)
   evelyn.mak@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br><br>              Plaintiff,<br>     v.<br><br>SERVICENOW, INC., a Delaware Corporation,<br><br>              Defendant. | Civil Action No.  14-cv-00570 (BLF)<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF HEWLETT-PACKARD COMPANY'S STIPULATED ADMINISTRATIVE MOTION TO SEAL HP'S OPPOSITION TO SERVICENOW, INC.'S MOTION TO STAY PENDING *INTER PARTES* REVIEW AND COVERED BUSINESS METHOD REVIEW** |

CASE NO. 14-CV-00570-BLF                                                                                                      [PROPOSED ORDER]

Plaintiff Hewlett-Packard Company ("HP") has moved to file under seal portions of HP's Opposition to ServiceNow, Inc.'s Motion to Stay Pending *Inter Partes* Review and Covered Business Method Review ("Opposition"), the supporting Declaration of Jean-Marc Bronoel ("Bronoel Declaration"), exhibits to the Bronoel Declaration, and exhibits to the supporting Declaration of Mark Flanagan ("Flanagan Declaration").

Having considered HP's motion and declaration cited therein, and finding good cause therefore, the Court hereby GRANTS HP's Stipulated Administrative Motion to Seal HP's Opposition to ServiceNow, Inc.'s Motion to Stay Pending *Inter Partes* Review and Covered Business Method Review and ORDERS sealed the following portions of the following documents.

| **Document to be Sealed** | **Portion to be Sealed** |
|---|---|
| HP's Opposition | Highlighted Portions |
| Bronoel Declaration | Highlighted Portions |
| Exhibit B of the Bronoel Declaration | Entire Document |
| Exhibit B of the Flanagan Declaration (SERV00120644-SERV00120647) | Entire Document |
| Exhibit C of the Flanagan Declaration (SERV00107710-SERV00107718) | Entire Document |
| Exhibit D of the Flanagan Declaration (SERV00108936-SERV00108937) | Entire Document |

| Document to be Sealed | Portion to be Sealed |
|---|---|
| Exhibit E of the Flanagan Declaration (SERV00108987) | Entire Document |
| Exhibit F of the Flanagan Declaration (SERV00126190-SERV00126264) | Entire Document |
| Exhibit G of the Flanagan Declaration (SERV00108751-SERV00108771.002) | Entire Document |

**IT IS SO ORDERED.**

Dated: March 34, 2015         By: _____

THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

CASE NO. 14-CV-00570-BLF                                   [PROPOSED ORDER]