Mark D. Flanagan (SBN 130303)
  mark.flanagan@wilmerhale.com
Mark D. Selwyn (SBN 244180)
  mark.selwyn@wilmerhale.com
Joseph F. Haag (SBN 248749)
  joseph.haag@wilmerhale.com
Nathan L. Walker (SBN 206128)
  Nathan.walker@wilmerhale.com
Evelyn C. Mak (SBN 258086)
  evelyn.mak@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff*
HEWLETT-PACKARD COMPANY

Michael G. Rhodes (SBN 116127)
  rhodesmg@cooley.com
COOLEY LLP
101 California Street. 5th Floor
San Francisco, CA 94111-5800
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

Heidi L. Keefe (SBN 178960)
  hkeefe@cooley.com
Mark R. Weinstein (SBN 193043)
  mweinstein@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:  (650) 843-5000
Facsimile:  (650) 849-7400

*Attorneys for Defendant*
SERVICENOW, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br>v.<br><br>SERVICENOW, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 14-cv-00570-BLF<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO MODIFY THE SCHEDULE FOR CLAIM CONSTRUCTION AND EXTEND THE FILING DEADLINE FOR JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |

In accordance with Civil Local Rules 6-2 and 7-12, plaintiff Hewlett-Packard Co. ("HP") and defendant ServiceNow, Inc. ("ServiceNow") jointly request that the Court modify certain dates relating to claim construction and extend the deadline for filing the Joint Claim Construction and Prehearing Statement ("JCCS") until Friday, March 20, 2015.  The proposed extension will not affect the claim construction briefing schedule, the claim construction hearing or any other subsequent date in the case calendar.

### I.     Background

Prior to the Court's March 10, 2015 Summary Judgment Order (Dkt. No. 101), and pursuant to Patent L.R. 4-3(c), HP and ServiceNow had identified nine claim terms as terms whose construction will be most significant to the resolution of this case.  However, six of the nine terms were from patents on which the Court thereafter granted summary judgment in its March 10 order.  Only three of the nine—"Web service," "service managed object," and "conversation managed object"—were from patents on which the Court did not grant summary judgment.  (*See* '981 and '860 patents.)

### II.    Basis for Requested Extension

HP and ServiceNow jointly request the extension of time and modification of the schedule for claim construction set forth below in order to allow the parties an opportunity, in view of the Court's March 10, 2015 order granting ServiceNow's Motion for Summary Judgment of Invalidity Under 35 U.S.C. Section 101 (Dkt. No. 101), to identify additional terms for construction, and to exchange proposed constructions and identification of intrinsic and extrinsic evidence for those terms.  Apart from the three terms listed above—"web service," "service managed object," and "conversation managed object"—the only term remaining on the parties' Patent Local Rule 4-2 proposed claim constructions that is found in a patent for which the Court did not grant summary judgment (the '300 patent) is "network representation," which was on ServiceNow's list of proposed claim terms.[1]  The

---

[1] ServiceNow and HP identified a number of additional terms in their Patent Local Rule 4-1 exchange, but subsequently reduced the number of terms in an effort to streamline the exchange under Patent Local Rule 4-2 in order to facilitate identification of 10 terms from the eight patents at issue at that time.

1

CASE NO. 14-CV-00570-BLF                    STIP. REQUEST AND [PROPOSED] ORDER RE:
                                            FILING DEADLINE FOR JOINT CLAIM CONSTRUCTION
                                            AND PREHEARING STATEMENT

parties thus respectfully propose an expedited schedule to allow them the opportunity to identify additional terms for construction, and to exchange claim constructions, intrinsic evidence, and extrinsic evidence for those new terms.

### III. The Requested Extension

The parties respectfully request that the Court enter the following schedule for exchange of claim terms and filing of the Joint Claim Construction and Prehearing Statement:

- March 13, 2015: Each party may identify up to three additional terms for construction;
- March 18, 2015: The parties will exchange proposed claim constructions and intrinsic and extrinsic evidence for those additional terms identified on March 13, 2015;[2]
- March 20, 2015: The parties will file the Joint Claim Construction and Prehearing Statement.

The requested modification of the claim construction schedule and extension will not alter the briefing schedule for claim construction, the claim construction hearing date currently scheduled for June 12, 2015, or any other subsequent date in the case schedule.

### IV. Prior Extensions in the Case

In accordance with Civil Local Rule 6-2(b), the parties identify the following previous time modifications in this case:

- On February 21, 2014, the parties stipulated to an extension of time for ServiceNow to respond to HP's complaint. (Dkt. No. 16.)

---

[2] To the extent there is any overlap or commonality between the terms identified by HP and ServiceNow on March 13, 2015 such that fewer than six unique terms are identified, the parties agree to meet and confer at that time regarding whether additional terms should be identified, and if they agree additional terms should be identified, the process for doing so.  The parties further agree that there will be no further modifications, except upon written agreement or order of the Court, to the March 18, 2015 date for exchanging proposed claim constructions and intrinsic and extrinsic evidence for newly identified terms or the March 20, 2015 date for filing a Joint Claim Construction and Prehearing Statement.  In the event the parties are unable to select ten total unique, disputed terms for inclusion in the Joint Claim Construction Statement, either party may file an administrative motion with the Court under Local Rule 7-11 to request that additional terms be construed.

2

CASE NO. 14-CV-00570-BLF                              STIP. REQUEST AND [PROPOSED] ORDER RE:
FILING DEADLINE FOR JOINT CLAIM CONSTRUCTION
AND PREHEARING STATEMENT

- On May 1, 2014, the Court granted the parties' request to reschedule the initial case management conference. (Dkt. No. 36.)
- On August 29, 2014, the Court granted the parties' request to extend the deadline to submit a Case Management Statement. (Dkt. No. 51.)
- On December 22, 2014, the Court granted HP's request to extend certain deadlines related to ServiceNow's pending Motion for Summary Judgment of Invalidity Under 35 U.S.C. Section 101.  (Dkt. No. 74.)
- On February 20, 2015, the Court granted HP's request to extend certain deadlines related to ServiceNow's pending Motion to Stay Pending *Inter Partes* Review and Covered Business Method Review. (Dkt. No. 96.)
- On March 12, 2015, the Court granted the parties' request to extend the deadline by one day to submit the Joint Claim Construction and Prehearing Statement. (Dkt. No. 104.)

Accordingly, the parties hereby request that the Court, by signing below, modify the schedule to provide that each party may identify up to 3 additional terms for construction on March 13, 2015, the parties will exchange proposed claim constructions and intrinsic and extrinsic evidence for those additional terms on March 18, 2015 and the parties will file the Joint Claim Construction and Prehearing Statement on March 20, 2015.

Dated: March 12, 2015

HEWLETT-PACKARD COMPANY
By its attorneys,

 */s/ Mark D. Flanagan*
Mark D. Flanagan (SBN 130303)
  mark.flanagan@wilmerhale.com
Mark D. Selwyn (SBN 244180)
  mark.selwyn@wilmerhale.com
Joseph F. Haag (SBN 248749)
  joseph.haag@wilmerhale.com
Nathan L. Walker (SBN 206128)
  nathan.walker@wilmerhale.com
Evelyn C. Mak (SBN 258086)
  evelyn.mak@wilmerhale.com

3

|   |   |   |
|---|---|---|
| 1 |   | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 2 |   | 950 Page Mill Road<br>Palo Alto, CA  94304 |
| 3 |   | Telephone:  (650) 858-6000<br>Facsimile:   (650) 858-6100 |
| 4 |   |   |
| 5 |   | *Attorneys for Plaintiff*<br>HEWLETT-PACKARD COMPANY |
| 6 | Dated: March 12, 2015 | SERVICENOW, INC. |
| 7 |   | By their attorneys, |
| 8 |   | */s/ Mark R. Weinstein* |
| 9 |   | Michael G. Rhodes (SBN 116127)<br>  rhodesmg@cooley.com |
| 10 |   | COOLEY LLP<br>101 California Street. 5th Floor |
| 11 |   | San Francisco, CA 94111-5800<br>Telephone:  (415) 693-2000 |
| 12 |   | Facsimile:   (415) 693-2222 |
| 13 |   | Heidi L. Keefe (SBN 178960)<br>  hkeefe @cooley.com |
| 14 |   | Mark R. Weinstein (SBN 193043)<br>  mweinstein@cooley.com |
| 15 |   | COOLEY LLP<br>3175 Hanover Street |
| 16 |   | Palo Alto, CA 94304-1130<br>Telephone:  (650) 843-5000 |
| 17 |   | Facsimile:   (650) 849-7400 |

4

## **ATTESTATION**

I, Mark D. Flanagan, do hereby attest that on March 12, 2015, I obtained the concurrence of counsel for Plaintiff Hewlett-Packard Company to file this document on behalf of both parties.

Dated:  March 12, 2015

*/s/ Mark D. Flanagan*
Mark D. Flanagan
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

5

CASE NO. 14-CV-00570-BLF    STIP. REQUEST AND [PROPOSED] ORDER RE: FILING DEADLINE FOR JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2
3  Dated: _____, 2015                    _____
                                              THE HONORABLE BETH LABSON FREEMAN
4                                             UNITED STATES DISTRICT JUDGE

6

CASE NO. 14-CV-00570-BLF                    STIP. REQUEST AND [PROPOSED] ORDER RE:
                                            FILING DEADLINE FOR JOINT CLAIM CONSTRUCTION
                                            AND PREHEARING STATEMENT