# Exhibit A

JOINT CLAIM CONSTRUCTION STATEMENT

I.      U.S. Patent No. 7,925,981

| Claim Term (relevant claims) | HP's Proposed Construction and Support[1] | ServiceNow's Proposed Construction and Support[2] |
|---|---|---|
| Web service (claims 1 and 22) | A computing service with a discoverable public interface that is programmatically accessible using Web protocols through the exchange of messages<br><br>* * *<br><br>"The term Web services, also referred to herein as "services", describes an approach to distributed computing in which interactions are carried out through the exchange of eXtensible Markup Language (XML) messages. Web services can perform any task that can be described and contained within one or more modules of code. For example, functions such as language translation or currency conversion, performing calculations for medical claims processing, and handling certain aspects of travel planning can be implemented in a Web service. Essentially any transaction or bit of business logic can become a Web service if it can be accessed and used by another system over a network such as the Internet.<br><br>"A Web service is a software system identified by a Universal Resource Identifier (URI) whose public interfaces and bindings are typically defined and described in an XML document. The | A service or system that interacts with another system through the exchange of eXtensible Markup Language (XML) messages<br><br>* * *<br><br>*See, e.g.*, '981, 1:55-67<br><br>David A. Chappell et al., *Java Web Services* (2002), pp.1-12<br><br>Kenn Scribner et al., *Applied SOAP: Implementing .NET XML Web Services* (2001), pp.1-48<br><br>Bill Evjen, XML Web Services for ASP.NET (2002), pp.49-79<br><br>Microsoft Computer Dictionary (Fifth Ed.) (2002), p.564 (definition of "Web services") |

---

[1]     HP reserves the right to rely on any intrinsic or extrinsic evidence identified by ServiceNow to support HP's proposed constructions or to oppose ServiceNow's proposed constructions.

[2]     ServiceNow reserves the right to rely on any intrinsic or extrinsic evidence identified by HP to support ServiceNow's proposed constructions or to oppose HP's proposed constructions.

JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support[1] | ServiceNow's Proposed Construction and Support[2] |
|---|---|---|
| | description can be discovered by other software systems. These systems may then interact with the Web service in a manner prescribed by its definition, using XML based messages conveyed by Internet protocols." ('981 patent, 1:55-2:7)<br><br>"The XML messages can be described using the Web Services Description Language (WSDL) specification, which, along with the Universal Description Discovery and Integration (UDDI) registry, provides a definition of the interface to a Web service and identifies service providers in a network.  The WSDL specification is an XML-based language used to define Web services and describe how to access them. An application trying to use a particular Web Service uses WSDL to find the location of the Web service, the function calls available, and the format that the client must follow to access the Web service. Therefore, the client first obtains a copy of the WSDL file and then uses the information in this file to format a request, often using SOAP." ('981 patent, 2:22-34)<br><br>"Another characteristic that presents management challenges is that Web services have been designed to be extensible at all levels. The SOAP protocol standard provides a very flexible mechanism to extend the processing of messages by adding headers to the message. Additionally, the body of the message may be any XML document that is understood by the Web service. The WSDL and XML-schema description standards provide a means to define arbitrary data types, and to extend or restrict previously defined data types. An XML-schema is a document that describes the valid format of an XML data-set, such as elements that are (and are not) | |

JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support[1] | ServiceNow's Proposed Construction and Support[2] |
|---|---|---|
| | allowed at any point; what the attributes for any element may be; and the number of occurrences of elements.<br><br>"It is also possible for a Web service to provide several interfaces into its functionality. There are also discovery standards that provide their own extensibility mechanisms. The management challenges with such an extensible system include determining the type of a managed object and how to communicate with the object.<br><br>"The UDDI standard allows WSDL documents to be discovered at run time. This discovery mechanism is not limited to use only within an enterprise, but is available wherever the Web service is available, including the Internet. Furthermore, it is possible to discover not only the basic capabilities of a Web service, but also the advanced capabilities that are specified by this standard. One management challenge with such a powerful discovery mechanism is to ensure that provided services are protected with the proper type of security. Another management challenge is identifying users accessing the provided Web services. Yet another more complex management challenge is to ensure that all appropriate service agreements are not only discoverable but also enforced." ('981 patent, 3:5-37)<br><br>*See* '981 patent, FIG. 1A: | |

**JOINT CLAIM CONSTRUCTION STATEMENT**

| Claim Term (relevant claims) | HP's Proposed Construction and Support[1] | ServiceNow's Proposed Construction and Support[2] |
|---|---|---|
| | *See '981 patent, FIG. 1A:*<br><br><br><br>*FIG. 1A*<br><br>"Web services: A repertoire of Web-based data and procedural resources made available by a resource description language, the Web Services Description Language (WSDL).  Each described service is conceptualized as a point-to-point communication channel in which XML-based messages are exchanged. Independent of messaging protocols, Web Services can be implemented using HTTP and SOAP."  (Webster's New World Computer Dictionary (10th ed. 2003)) | |
| conversation (claims 1, 22, 23 | A set of related messages sent and received by a particular conversation<br><br>* * *<br><br>"Billing service 210 can be implemented by a third party in payment processor 212.  Information regarding transactions, such as items added to a shopping cart and credit card charge | "a set of related messages for exchange of information"<br><br>* * *<br><br>*See*, e.g., '981, 1:7-12, 12:63- 13:6, 14:38-41, Figs. 1C, 1D, 2 |

## JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support[1] | ServiceNow's Proposed Construction and Support[2] |
|---|---|---|
| | authorizations, can be exchanged via conversations 214, 216 between online ordering service 204 and billing service 210. Authentication service 208 authenticates user identification information and enables users to access information previously supplied to make purchases.  Billing service 210 allows the purchaser to pay with a credit card, checking account, or other suitable payment means for one or more items.  Payment processor 212 then sends the payment to the vendor's account. Manager 102 can be configured to manage one or more of services 204, 208, 210 and conversations 214, 216." ('981 patent, 14:3749.)<br><br>*See* '981 patent, Figs. 2, 7.<br><br>"The term "conversation" is a set of related messages sent and received by a particular conversation.  Conversations 104, 106 are typically invoked by other resources, such as Web services (not shown).  The messages received by a particular conversation 104, 106 may be sent by more than one other conversation, and a particular resource, such as a Web service, can invoke multiple conversations that may or may not be related to the resource's other conversations." ('860 patent, 4:45-52.)<br><br>*See* '860 patent, Fig. 2. | '860, 4:45-52 |
| manager (claim 1) | A software process that uses the interface of the managed object to access management features for the Web service<br><br>* * * | "software process or system for accessing management features"<br><br>* * * |

5

**JOINT CLAIM CONSTRUCTION STATEMENT**

| Claim Term (relevant claims) | HP's Proposed Construction and Support[1] | ServiceNow's Proposed Construction and Support[2] |
|---|---|---|
| | "Referring to FIG. 1A, an embodiment of a Web service management system 100 that allows manager 102 to monitor and control one or more services 104, 106 is shown.  Service managed objects 108, 110 represent the management features of resource(s) that perform services 104, 106. Interfaces in one or more categories can be included in service interfaces 112, 114 for each service managed object 108, 110.  Service interfaces 112, 114 can allow manager 102 to access information regarding the state of services 104, 106, as well as to control the operation of services 104, 106." ('981 patent, 4:51-60.)<br><br>*See* '981 patent, Figs. 1A, 1B, 1C, 1D, 2, 3.<br><br>"Referring now to FIG. 1A, an embodiment of a conversation management system 100 that allows manager 102 to monitor and control one or more conversations 104, 106 is shown. Conversation managed objects 108, 110 represent the management features of resource(s) that conduct conversations 104, 106. Interfaces in one or more categories can be included in conversation interfaces 112, 114 for each conversation managed object 108, 110. Conversation interfaces 112, 114 allow manager 102 to access information regarding the state of messages related to corresponding conversations 104, 106." ('860 patent, 4:23-33.)<br><br>*See* '860 patent, Figs. 1A, 1B, 2. | *See*, e.g., '981, 1:7-12, 3:43-47, 4:51-53, 4:57-60, 11:50-53, 12:43-45, Fig. 1A<br><br>'860, 8:57-62 |
| interface (claims 1, 22, 23 | "software interaction point"<br><br>        * * * | "a connection point for communication and/or exchange of information"<br><br>        * * * |

JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support[1] | ServiceNow's Proposed Construction and Support[2] |
|---|---|---|
| | "In one embodiment, a system for managing a Web service comprises a computer processor and a service managed object executable on the computer processor. The service managed object is associated with the Web service and includes at least one interface configured to allow a manager to access management features for the Web service, such as a list of conversations associated with the Web service." ('981 patent, 3:41-47.) "Referring to FIG. 1A, an embodiment of a Web service management services 104, 106 is shown. Service managed objects 108, 110 represent the management features of resource(s) that perform services 104, 106. Interfaces in one or more categories can be included in service interfaces 112, 114 for each service managed object 108, 110. Service interfaces 112, 114 can allow manager 102 to access information regarding the state of services 104, 106, as well as to control the operation of services 104, 106." ('981 patent, 4:51-60.)<br><br>"Interfaces shown in the embodiment of Managed Object Interface Collection 132 of FIG. 1B include Managed Object Identity Interface, Managed Object Configuration Interface, Managed Object Monitoring Interface, Managed Object Discovery Interface, Managed Object Control Interface, Managed Object Collection Interface, Event Push Interface, Event Pull Interface. An Event Callback Interface can be implemented by a subscriber, such as manager 102, to receive push events." ('981 patent, 8:23-31.)<br><br>"Interface descriptions 118 implemented in WSDL typically define schemas for messages and corresponding WSDL parts; port types; | *See*, *e.g*., '981, 3:43-46<br><br>Microsoft Computer Dictionary (5th Ed. 2002), p.279 (definition of "interface") |

JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support[1] | ServiceNow's Proposed Construction and Support[2] |
|---|---|---|
| | marker attributes; and namespaces. Port types describe a list of potential management capabilities for manager 102. Ports that implement some or all of the port types defined in interface descriptions 118 allow managed objects 128 to expose their management capabilities and provide manager 102 with instructions for using the management capabilities." ('981 patent, 13:38-46.)<br><br>*See* '981 patent, Fig. 1B.<br><br>"In one embodiment, a system for managing a conversation in a Web service includes a conversation managed object executable on a computer processor. The conversation managed object includes one or more interfaces configured to provide management information about the conversation to a manager. The interface is configured to provide information regarding the Web service that contains the conversation." ('860 patent, 3:24-30.)<br><br>"In a still further embodiment, a method for managing a conversation for a Web  service includes creating a conversation object representing the conversation, exposing management capabilities for the conversation via a plurality of interfaces; and allowing a manager to subscribe with the conversation object to receive  notification of events regarding the conversation." ('860 patent, 3:61-67.)<br><br>"Referring now to FIG. 1A, an embodiment of a conversation management system 100 that allows manager 102 to monitor and control one or more conversations 104, 106 is shown. | |

JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support[1] | ServiceNow's Proposed Construction and Support[2] |
|---|---|---|
| | Conversation managed objects 108, 110 represent the management features of resource(s) that conduct conversations 104, 106. Interfaces in one or more categories can be included in conversation interfaces 112, 114 for each conversation managed object 108, 110. Conversation interfaces 112, 114 allow manager 102 to access information regarding the state of messages related to corresponding conversations 104, 106." ('860 patent, 4:23-33.)<br><br>"Further, in some embodiments, manager 102 can discover interface descriptions 118 for conversation interfaces 112, 114 via a suitable discovery agency 120, such as UDDI or other suitable method. Interface descriptions 118 can be configured to reveal selected management information to manager 102 by exposing only selected interfaces in conversation interfaces 112, 114. For example, a description for conversation interfaces 114 may expose only the Conversation Monitoring Interface to manager 102." ('860 patent, 5:25-33.)<br><br>*See* '860 patent, Figs. 1A, 1B.<br><br>"The point at which a connection is made between two elements so that they can work with each other or exchange information." (Microsoft Computer Dictionary, 5th Ed., 2002.)<br><br>"The connection between two hardware devices, between two applications, or between different sections of a computer network." (Webster's New World Computer Dictionary, 10th Ed., 2003.) | |

### JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support[1] | ServiceNow's Proposed Construction and Support[2] |
|---|---|---|
| service managed object (claim 1) | Software associated with a Web service that includes at least one interface specifically configured to allow a manager to access management features of the Web Service<br><br>* * *<br><br>"In one embodiment, a system for managing a Web service comprises a computer processor and a service managed object executable on the computer processor. The service managed object is associated with the Web service and includes at least one interface configured to allow a manager to access management features for the Web service, such as a list of conversations associated with the Web service." ('981 patent, 3:41-47)<br><br>"FIG. 1A also shows managed object interfaces 122 associated with service managed object 108, and managed object interfaces 124 associated with service managed object 110. Referring to FIG. 1B, an embodiment of managed object 128 with managed object interfaces 130 is shown.  Managed object 128 is a management representation of a resource. For example, service managed objects 108, 110 in FIG. 1A can be considered managed objects 128.<br><br>"Managed object 128 implements managed object interfaces 130 to provide a common set of basic management capabilities that allow manager 102 to monitor and/or control the underlying resource(s) represented by managed objects 128 through various features such as attributes, operations, and event notifications. Various implementations of managed object interfaces 130 can hide some or all of the management capabilities from managers | An object for managing a resource that is associated with a service<br><br>* * *<br><br>*See, e.g.,* '981, 4:53-60, 4:67-5:3, 5:8-11, 5:67-6:2, 7:27-35, Figs. 1A, 1B, Claim 1 |

JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support[1] | ServiceNow's Proposed Construction and Support[2] |
|---|---|---|
| | 102 that are not authorized to access specific management capabilities." ('981 patent, 7:22-38)<br><br>"FIG. 2 shows a diagram of components included in an embodiment of an online shopping service system 200 that can utilize service management system 100 (FIG. 1A). A computer system associated with a purchaser, referred to as client 202, accesses online ordering service 204 at online store 206 via a suitable interface through a network, such as a Web browser interface over the Internet. Online store 206 includes authentication service 208 and online ordering service 204. Online ordering service 204 accesses authentication service 208 and billing service 210.<br><br>"Billing service 210 can be implemented by a third party in payment processor 212. Information regarding transactions, such as items added to a shopping cart and credit card charge authorizations, can be exchanged via conversations 214, 216 between online ordering service 204 and billing service 210. Authentication service 208 authenticates user identification information and enables users to access information previously supplied to make purchases. Billing service 210 allows the purchaser to pay with a credit card, checking account, or other suitable payment means for one or more items. Payment processor 212 then sends the payment to the vendor's account. Manager 102 can be configured to manage one or more of services 204, 208, 210 and conversations 214, 216.<br><br>"Referring to FIGS. 2 and 3, FIG. 3 shows online store 206 and | |

JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support[1] | ServiceNow's Proposed Construction and Support[2] |
|---|---|---|
| | payment processor 212 configured with managed objects and management interfaces. Online ordering service 204 and authentication service 208 operate in WSEE 302. WSEE 302 can be configured with WSEE managed object 304, WSEE interfaces 306, and managed object interfaces 308. Online ordering service 204 includes service managed object 302 and conversation 214. Service managed object 309 includes service interfaces 310, and managed object interfaces 312, while conversation managed object 316, conversation interfaces 318, and managed object interface 320 are associated with conversation 214. A suitable set of managed objects and management interfaces can be configured for authentication service 208<br><br>"With regard to payment processor 212, billing service 210 operates in WSEE 322. WSEE 322 is configured with WSEE managed object 324, WSEE interfaces 326, and managed object interfaces 328. Billing service 204 includes service managed object 332 and conversation 216. Service managed object 332 includes service interfaces 334 and managed object interfaces 336, while conversation managed object 340, conversation interfaces 342, and managed object interface 344 are associated with conversation 216.<br><br>"Manager 102 can discover interface descriptions 118 to learn about the management capabilities available via the management interfaces. The management capabilities can include features discussed herein for the embodiments of Service Interface Collection 116 (FIG. 1A), Managed Object Interface Collection 132 (FIG. 1B), WSEE Interface Collection 162 (FIG. 1C), and | |

**JOINT CLAIM CONSTRUCTION STATEMENT**

| Claim Term (relevant claims) | HP's Proposed Construction and Support[1] | ServiceNow's Proposed Construction and Support[2] |
|---|---|---|
| | Conversation Interface Collection 116 (FIG. 1D), as well as any extended resource management capabilities that can be included in an implementation.<br><br>"Manager 102 can be configured to discover interface descriptions 118 for the management interfaces. In some embodiments, manager 102 includes a configuration file with a list of URIs of the locations of interface descriptions 118 for the management interfaces associated with a particular service. Manager 102 can alternatively discover interface descriptions 118 with a UDDI lookup or other suitable discovery method. Once manager 102 discovers a managed object, manager 102 can access the Relationships attribute in the corresponding managed object interface to discover other managed objects that are related to the particular managed object. Manager 102 can access the Container attribute in the service interfaces to retrieve the execution environment interfaces for WSEE managed objects.<br><br>"FIG. 4 shows a topological diagram 400 of the managed objects 304, 309, 316, 324, 332, 340 of FIG. 3, as developed by manager 102. Online store 206 is a root object with respect to other components in online shopping service 200 (FIGS. 2 and 3). Managed objects included on one branch of online store 206 are shown as WSEE 304, authentication service 402, online ordering service 302, and conversation 316. The managed objects on the other branch of online store 206 include WSEE 322, billing service 210, and conversation 340." ('981 patent, 14:27-15:39)<br><br>"…the service managed object is associated with the Web service | |

JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support[1] | ServiceNow's Proposed Construction and Support[2] |
|---|---|---|
| | and includes at least one interface configured to allow a manager to access management features for the Web service…" ('981 patent, claim 1)<br><br>*See* '981 patent, FIG. 1A:<br><br><br>*FIG. 1A*<br><br>"To the extent that the Examiner is reading the claimed "service managed object" on Bowman-Amuah's disclosure of a "Netcentric architecture Framework"… we find the Examiner has not fully developed the record regarding the claim construction required to clearly establish how a framework is a "service managed object" that includes an *interface* to access management features where the interface further provides a list of conversations associated with the Web service, within the meaning of Appellants' independent claim 1." ('981 Patent Appeal No. 2009-006178, p. 4) | |

JOINT CLAIM CONSTRUCTION STATEMENT

II.      U.S. Patent No. 7,945,860

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| Web service (claim 1) | A computing service with a discoverable public interface that is programmatically accessible using Web protocols through the exchange of messages<br><br>* * *<br><br>"The term Web services describes an approach to distributed computing in which interactions are carried out through the exchange of eXtensible Markup Language (XML) messages. Web services can perform any task that can be described and contained within one or more modules of code. For example, functions such as language translation or currency conversion, performing calculations for medical claims processing, and handling certain aspects of travel planning can be implemented in a Web service. Essentially any transaction or bit of business logic can become a Web service if it can be accessed and used by another system over a network such as the Internet.<br><br>"A Web service is a software system identified by a Universal Resource Identifier (URI) whose public interfaces and bindings are typically defined and described in an XML document. The description can be discovered by other software systems. These systems may then interact with the Web service in a manner prescribed by its definition, using XML based messages conveyed by Internet protocols." ('860 patent, 1:32-50)<br><br>"The XML messages are described using the Web Services Description Language (WSDL) specification, which, along with | "A service or system that interacts with another system through the exchange of eXtensible Markup Language (XML) messages"<br><br>* * *<br><br>*See, e.g.*, '860, 1:32-43<br><br>David A. Chappell et al., *Java Web Services* (2002), pp.1-12<br><br>Kenn Scribner et al., *Applied SOAP: Implementing .NET XML Web Services* (2001), p.1-48<br><br>Bill Evjen, XML Web Services for ASP.NET (2002), pp.49-79<br><br>Microsoft Computer Dictionary (Fifth Ed.) (2002), p.564 (definition of "Web Services") |

JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | the optional Universal Description Discovery and Integration (UDDI) registry, provides a definition of the interface to a Web service and identifies service providers in a network. The WSDL specification is an XML-based language used to define Web services and describe how to access them. An application trying to use a particular Web Service uses WSDL to find the location of the Web service, the function calls available, and the format that the client must follow to access the Web service. Therefore, the client first obtains a copy of the WSDL file and then uses the information in this file to format a request, often using SOAP." ('860 patent, 1:65-2:10)<br><br>"Another characteristic that presents management challenges is that Web services have been designed to be extensible at all levels. The SOAP protocol standard provides a very flexible mechanism to extend the processing of messages by adding headers to the message. Additionally, the body of the message may be any XML document that is understood by the Web service. The WSDL and XML-schema description standards provide a means to define arbitrary data types, and to extend or restrict previously defined data types. An XML-schema is a document that describes the valid format of an XML data-set, such as elements that are (and are not) allowed at any point; what the attributes for any element may be; and the number of occurrences of elements.<br><br>"It is also possible for a Web service to provide several interfaces into its functionality. There are also discovery standards that provide their own extensibility mechanisms. The management challenges with such an extensible system include | |

JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | determining the type of a managed object and how to communicate with the object.<br><br>"The UDDI standard allows WSDL documents to be discovered at run time. This discovery mechanism is not limited to use only within an enterprise, but is available wherever the Web service is available over a network, such as the Internet. Furthermore, it is possible to discover not only the basic capabilities of a Web service, but also the advanced capabilities that are specified by these standards. One management challenge with such a powerful discovery mechanism is to ensure that provided services are protected with the proper type of security. Another management challenge is identifying users accessing the provided Web services. Yet another more complex management challenge is that all appropriate service agreements are not only discoverable but also enforced." ('860 patent, 2:49-3:15)<br><br>*See* '860 patent, FIG. 1A: | |

JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| |  FIG. 1A "Web services: A repertoire of Web-based data and procedural resources made available by a resource description language, the Web Services Description Language (WSDL).  Each described service is conceptualized as a point-to-point communication channel in which XML-based messages are exchanged.  Independent of messaging protocols, Web Services can be implemented using HTTP and SOAP."  (Webster's New World Computer Dictionary (10th ed. 2003)) | |
| conversation (claims 1, 5, 7, 8, 9, 10, 12, 15, 24,25, 26) | A set of related messages sent and received by a particular conversation<br><br>* * *<br><br>"The term "conversation" is a set of related messages sent and received by a particular conversation. Conversations 104, 106 | "a set of related messages for exchange of information"<br><br>* * *<br><br>See, e.g., '860, 4:45-52 |

**JOINT CLAIM CONSTRUCTION STATEMENT**

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | are typically invoked by other resources, such as Web services (not shown). The messages received by a particular conversation 104, 106 may be sent by more than one other conversation, and a particular resource, such as a Web service, can invoke multiple conversations that may or may not be related to the resource's other conversations." ('860 patent, 4:45-52.) *See* '860 patent, Fig. 2. | |
| manager (claims 1, 5, 7, 8, 9, 10, 12, 15) | A software process that uses the interface of the managed object to access management features for the Web service<br><br>* * *<br><br>"Referring now to FIG. 1A, an embodiment of a conversation management system 100 that allows manager 102 to monitor and control one or more conversations 104, 106 is shown. Conversation managed objects 108, 110 represent the management features of resource(s) that conduct conversations 104, 106. Interfaces in one or more categories can be included in conversation interfaces 112, 114 for each conversation managed object 108, 110. Conversation interfaces 112, 114 allow manager 102 to access information regarding the state of messages related to corresponding conversations 104, 106." ('860 patent, 4:23-33.)<br><br>*See* '860 patent, Figs. 1A, 1B, 2.<br><br>"Referring to FIG. 1A, an embodiment of a Web service management system 100 that allows manager 102 to monitor | "software process or system for accessing management features"<br><br>* * *<br><br>*See, e.g.*, '860, 4:23-26, 8:57-62, Fig. 1A |

## JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | and control one or more services 104, 106 is shown. Service managed objects 108, 110 represent the management features of resource(s) that perform services 104, 106. Interfaces in one or more categories can be included in service interfaces 112, 114 for each service managed object 108, 110. Service interfaces 112, 114 can allow manager 102 to access information regarding the state of services 104, 106, as well as to control the operation of services 104, 106." ('981 patent, 4:51-60.)<br><br>*See* '981 patent, Figs. 1A, 1B, 1C, 1D, 2, 3. | |
| interface (claims 1, 5, 7, 8, 9, 10, 12, 15, 24, 25, 26) | "software interaction point"<br><br>* * *<br><br>"In one embodiment, a system for managing a conversation in a Web service includes a conversation managed object executable on a computer processor. The conversation managed object includes one or more interfaces configured to provide management information about the conversation to a manager. The interface is configured to provide information regarding the Web service that contains the conversation." ('860 patent, 3:24-30.)<br><br>"In a still further embodiment, a method for managing a conversation for a Web service includes creating a conversation object representing the conversation, exposing management capabilities for the conversation via a plurality of interfaces; and allowing a manager to subscribe with the conversation object to receive notification of events regarding the | "a connection point for communication and/or exchange of information"<br><br>* * *<br><br>*See, e.g.,* '860, 3:26-29, 3:51-60<br><br>Microsoft Computer Dictionary (5th Ed. 2002), p.279 (definition of "interface") |

**JOINT CLAIM CONSTRUCTION STATEMENT**

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | conversation." ('860 patent, 3:61-67.)<br><br>"Referring now to FIG. 1A, an embodiment of a conversation management system 100 that allows manager 102 to monitor and control one or more conversations 104, 106 is shown. Conversation managed objects 108, 110 represent the management features of resource(s) that conduct conversations 104, 106. Interfaces in one or more categories can be included in conversation interfaces 112, 114 for each conversation managed object 108, 110. Conversation interfaces 112, 114 allow manager 102 to access information regarding the state of messages related to corresponding conversations 104, 106." ('860 patent, 4:23-33.)<br><br>"Further, in some embodiments, manager 102 can discover interface descriptions 118 for conversation interfaces 112, 114 via a suitable discovery agency 120, such as UDDI or other suitable method. Interface descriptions 118 can be configured to reveal selected management information to manager 102 by exposing only selected interfaces in conversation interfaces 112, 114. For example, a description for conversation interfaces 114 may expose only the Conversation Monitoring Interface to manager 102." ('860 patent, 5:25-33.)<br><br>*See* '860 patent, Figs. 1A, 1B.<br><br>"In one embodiment, a system for managing a Web service comprises a computer processor and a service managed object executable on the computer processor. The service managed object is associated with the Web service and includes at least | |

**JOINT CLAIM CONSTRUCTION STATEMENT**

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | one interface configured to allow a manager to access management features for the Web service, such as a list of conversations associated with the Web service." ('981 patent, 3:41-47.)<br><br>"Referring to FIG. 1A, an embodiment of a Web service management system 100 that allows manager 102 to monitor and control one or more services 104, 106 is shown. Service managed objects 108, 110 represent the management features of resource(s) that perform services 104, 106. Interfaces in one or more categories can be included in service interfaces 112, 114 for each service managed object 108, 110. Service interfaces 112, 114 can allow manager 102 to access information regarding the state of services 104, 106, as well as to control the operation of services 104, 106." ('981 patent, 4:51-60.)<br><br>"Interfaces shown in the embodiment of Managed Object Interface Collection 132 of FIG. 1B include Managed Object Identity Interface, Managed Object Configuration Interface, Managed Object Monitoring Interface, Managed Object Discovery Interface, Managed Object Control Interface, Managed Object Collection Interface, Event Push Interface, Event Pull Interface. An Event Callback Interface can be implemented by a subscriber, such as manager 102, to receive push events." ('981 patent, 8:23-31.)<br><br>"Interface descriptions 118 implemented in WSDL typically define schemas for messages and corresponding WSDL parts; port types; marker attributes; and namespaces. Port types describe a list of potential management capabilities for | |

**JOINT CLAIM CONSTRUCTION STATEMENT**

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | manager 102. Ports that implement some or all of the port types defined in interface descriptions 118 allow managed objects 128 to expose their management capabilities and provide manager 102 with instructions for using the management capabilities." ('981 patent, 13:38-46.) *See* '981 patent, Fig. 1B. "The point at which a connection is made between two elements so that they can work with each other or exchange information." (Microsoft Computer Dictionary, 5th Ed., 2002.) "The connection between two hardware devices, between two applications, or between different sections of a computer network." (Webster's New World Computer Dictionary, 10th Ed., 2003.) | |
| Conversation managed object (claims 1 and 15) | Software associated with a Web service that includes at least one interface specifically configured to allow a manager to access management features for conversations of the Web service<br><br>* * *<br><br>"In one embodiment, a system for managing a conversation in a Web service includes a conversation managed object executable on a computer processor. The conversation managed object includes one or more interfaces configured to provide management information about the conversation to a manager. The interface is configured to provide information regarding the Web service that contains the conversation." ('860 patent, 3:24- | "An object for managing a resource that is associated with a conversation"<br><br>* * *<br><br>*See, e.g.,* '860, 4:26-33, 4:40-52, 5:1-4, 5:58-60, 6:58-67, Figs. 1A, 1B, Claim 1 |

JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | 30)<br><br>"Referring now to FIG. 1A, an embodiment of a conversation management system 100 that allows manager 102 to monitor and control one or more conversations 104, 106 is shown. Conversation managed objects 108, 110 represent the management features of resource(s) that conduct conversations 104, 106. Interfaces in one or more categories can be included in conversation interfaces 112, 114 for each conversation managed object 108, 110. Conversation interfaces 112, 114 allow manager 102 to access information regarding the state of messages related to corresponding conversations 104, 106.<br><br>"In some embodiments, management capabilities provided via conversation interfaces 112, 114 include attributes that represent information about the messages; operations to support the management of conversations 104, 106; and events representing information, exceptions, and state changes that can be reported by conversation managed objects 108, 110 to manager 102. Conversation managed objects 108, 110 can be implemented as part of the implementation for conversations 104, 106, such as shown for conversation managed object 108, or in a layer external to conversations 104, 106, as shown for conversation managed object 110." ('860 patent, 4:26-44)<br><br>"FIG. 1A also shows managed object interfaces 122 associated with conversation managed object 108, and managed object interfaces 124 associated with conversation managed object 110. Referring to FIG. 1B, an embodiment of managed object 148 with managed object interfaces 150 is shown. Managed | |

JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | object 148 is a management representation of a resource.  For example, conversation managed objects 108, 110 in FIG. 1A can each be considered managed objects 148." ('860 patent, 6:55-62)<br><br>"Each managed object 148 inherits managed object interfaces 150, which can be implemented as part of each managed object 148, or in another layer outside of managed object 148. Each managed object 148 can also include one or more additional interfaces, based on the associated resources, that expose relevant information to manager 102. For example, conversation managed objects 108, 110 implement conversation interfaces 112, 114, as well as managed object interfaces 122, 124 (FIG. 1A)." ('860 patent, 7:5-14)<br><br>"Referring to FIGS. 2 and 3, FIG. 3 shows a block diagram of conversations 214, 216 containing conversation managed objects 302, 306. Conversation managed objects 302, 306 are configured with conversation interfaces 308, 312, and managed object interfaces 314, 318, respectively. Manager 102 can discover interface descriptions 118 to learn about the management capabilities available for conversation interfaces 308, 312, and managed object interfaces 314, 318. The management capabilities can include features discussed herein for the embodiments of conversation interface collection 116 (FIG. 1A) and managed object interface collection 152 (FIG. 1B), as well as any extended resource management capabilities that can be included in an implementation." ('860 patent, 9:48-56) | |

**JOINT CLAIM CONSTRUCTION STATEMENT**

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | "…the conversation managed object includes at least one interface configured to provide management information about the conversation to at least one manager…" ('860 patent, claim 1)<br><br>*See* '860 patent, FIG. 1A:<br><br><br><br>*FIG. 1A*<br><br>"To the extent that the Examiner is reading the claimed "conversation managed object" on Bowman-Amuah's disclosure of a "Netcentric architecture Framework"… the Examiner has not developed the claim construction required to establish how the Framework discloses the "conversation | |

JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | managed object" that includes an interface to provide management information about a conversation to a manager, wherein the at least one interface provides information regarding the Web service that contains the conversation as required by independent claim 1." ('860 Patent Appeal No. 2009-006177, p. 4) | |

## III.     U.S. Patent No. 7,392,300

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| network representation | Computer data that represents objects in a network and the relationships between them<br><br>* * *<br><br>"The communications network representation may include, but is not limited to, one or more of the following elements in any suitable combination: circuit level index, circuit type identification, order of operation indication, delete circuit identification, underlying circuit index, underlying link index, delete object identification, parent circuit identification, and child circuit identification. The network representation may be generated at startup or reconfiguration or at any other determined time." ('300 patent, 2:42-50)<br><br>"A representation of the network inventory may be created using | "information about at least one object in the network"<br><br>* * *<br><br>*See, e.g.*, '300, 2:42-48, 6:35-44 |

JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | extensible markup language (XML). An XML document representing the network inventory may be generated automatically by a computer application that queries objects on the network or manually by a user of the system." ('300 patent, 4:8-13)<br><br>"In one embodiment, the network representation is an XML document but may be created and/ or stored in memory in any suitable format including, but not limited to, text, markup languages, programming languages, database languages, graphical representation, and any other computer- readable format. The network representation may be generated automatically by a computer application or manually by a user of the system. The network representation may include a representation of objects in the network and their relationships." ('300 patent, 6:35-44)<br><br>"Additionally, XML is one exemplary language that may be used to create such the representation of objects on the network. ('300 patent, 9:18-20)<br><br>Network:  A communications, data exchange, and resource-sharing system created by linking two or more computers and establishing standards, or protocols, so that they work together.  The three main types of computer networks are local area networks (LANs), metropolitan area networks (WANs), and wide area networks (WANs).  (Webster's New World Computer Dictionary, 10th Edition (2003) at 251)<br><br>Network:  (1) An arrangement of nodes and connecting branches. (3) A group of nodes and the links interconnecting them.  (IBM | |

JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | Dictionary of Computing, Tenth Edition, McGraw-Hill (1993) at 454) | |
| network model (claim 1, 8, 10, 21, 22) | computer-based representation of a network comprising the objects in the network and the relationships between them<br><br>* * *<br><br>"the network model including a plurality of network objects and relationships between the plurality of network objects" *(See, e.g., '300 patent at claims 1, 10, 18, 21, Abstract ("Any type of network may be modeled."), 2:37-40 ("The communications network modeled may be any type of network such as, for example, a local area network, wide area network, virtual private network, or any other suitable network configuration."), 3:20-26 ("Network models provide a representation of the various objects that are modeled in the network inventory and also the relationships that exist between these objects. This network model view may depend on the user's particular business or services being provided and also the platform being used, such as DSL, Leased Line, and the like.4:13-15 ("A network model may be a logical model or a representation of objects in the network inventory."), 5:14-21 ("FIG. 2 is an object diagram of a network model for a local area network (LAN) dial-in access server in accordance with an embodiment. The network model is shown using an exemplary graphical illustration. For example, in the case of an ISP providing dial-in access as a service, the logical model would represent the various objects for this scenario, such as a remote access server (RAS) 40 and a customer edge router 36, 20 and the way that circuits are created between these objects."), 5:41-43 ("Using a graphical user interface (GUI)* | "information about objects in the network and the relationships between them"<br><br>* * *<br><br>*See, e.g.,* '300, 3:20-23, 4:13-15 |

JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | with the network inventory, it is possible to view the network model as a whole . . . .".) | |

Model: "(2) (software) A representation of a real world process, device, or concept." (IEEE Standard Dictionary of Electrical and Electronics Terms, Fourth Edition 594 (1988).)

"Network: A communications, data exchange, and resource-sharing system created by linking two or more computers and establishing standards, or protocols, so that they work together. The three main types of computer networks are local area networks (LANs), metropolitan area networks (WANs), and wide area networks (WANs)." (Webster's New World Computer Dictionary 251 (10th Ed. 2003).)

"Network: (1) An arrangement of nodes and connecting branches. (3) A group of nodes and the links interconnecting them." (IBM Dictionary of Computing 454 (Tenth Edition 1993).)

"Network: In general, a system of interrelated elements that are interconnected in a dedicated or switched linkage to provide local or remote communication (e.g., of voice, video, data) facilitating the exchange of information between end users with common interests. Also, the set of switches, circuits, trunks, and software that make up a telecommunications facility. Examples of well-known networks that provide a particular service are the PSTN and the PSDN." (Norris, Understanding Networking Technology: Concepts, Terms, and Trends, Second Edition at 156 (1999).)

**JOINT CLAIM CONSTRUCTION STATEMENT**

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | "Network: In general, a group of computers, peripherals, or other equipment connected to one another for the purpose of passing information and sharing resources. Networks may be local or remote. The topology of a network is the geographic arrangement of links and nodes, which may be arranged in the shape of a star, a tree, or a ring." (The Dictionary of Multimedia: Terms & Acronyms 153 (1998).) | |
| structured information (claim 1, 7, 8, 21, 22) | A collection of text elements, consisting of data units and tags, defining the meaning of the data units, following a syntax used by a parser to identify the text elements<br><br>* * *<br><br>"The computer-readable code may be any suitable language or instructions for representing structured information such as, for example, extensible mark-up language (XML)." ('300 patent at Abstract.)<br><br>"In one exemplary embodiment, the network inventory provides a mechanism to represent the network model using a standards compliant representation such as, for example, XML. The XML representation also allows the customer to specify the entire data model, define their own tags, and therefore define the model in such a way that the data model can be tailored to their particular use, and define the operations that are specified in the XML document." (*Id.* at 3:34-37.)<br><br>"Using the XML representation to arrive at a flexible and easily configurable data model, the system may provide the following | "information arranged in accordance with a particular organization or format"<br><br>* * *<br><br>*See, e.g.*, '300, Abstract, 1:40-43, 6:35-40, 9:18-25<br><br>American Heritage College Dictionary (4th ed. 2004), p.1370 (definitions of "structure" and "structured")<br><br>Websters II New College Dictionary (1995), p.1094 (definitions of "structure" and "structured")<br><br>C. Partridge & M. Rose, *A Comparison of External Data Formats* (1989), §§ 1, 2, 2.1, 3, 3.1, 4, 4.1, 5, in *Message Handling Systems and Distributed Applications* 233 (1989) (available at <http://www1.cs.columbia.edu/~hgs/papers/other |

31

**JOINT CLAIM CONSTRUCTION STATEMENT**

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | desirable outcomes: reduction in the customization time, reduction in the development/ customization cost for the user, and improvement in the performance of the network inventory adapter as the adapter becomes a thin adapter. Furthermore, compliance to the XML standards helps the system become more widely usable." (*Id.* at 3:55-62.)<br><br>"A representation of the network inventory may be created using extensible markup language (XML). An XML document representing the network inventory may be generated automatically by a computer application that queries objects on the network or manually by a user of the system." (*Id.* At 4:8-13.)<br><br>"The XML tags are interpreted upon input into the system." (*Id.* at 8:36.)<br><br>"In an exemplary rollback execution, the XML representation may used to identify the various objects that need to be deleted and/or rolled-back. Use of the XML representation helps ensure that the pre-provisioned data is not removed from the ISP. This pre-provisioned data may be defined as part of the network model. For example, the pre-provisioned data may include a third party cloud, which is used to offer dial-in access. In an exemplary embodiment, this type of object should not be deleted/rolled-back, as it is not provisioned as part of the process flow. This type of data is identified in the XML data file given below." (*Id.* at 6:61-7:5.)<br><br>"Exemplary XML code including specifications for the rollback activities is as follows:" | s/Part8810_Comparison.ps>) |

**JOINT CLAIM CONSTRUCTION STATEMENT**

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | ```xml<br><?xml version="1.0" encoding="ISO-8859-1"?><br><!DOCTYPE UpdateAndRollBack (View Source for full doctype. . .)><br><UpdateAndRollBack><br>    <Circuit index="3" Type="ISDN S0 Bearer" DeleteCircuit="YES"<br>    UnderlyingCircuitsIndex="NA" UnderlyingLinkIndex="NA"<br>    UseSame="NA" Delete="" /><br>    <Link Index="3" DeleteLink="Yes" ModifyPort="StartPortName"<br>    AssociatedNode="StartNodeName" DeleteDevice="NA" I><br>    <ISDN><br>        <Variant Type="GRE"><br>            <Circuit index="0" Type="GRE" DeleteCircuit="Yes"<br>            UnderLyingCircuitsIndex="1" UnderlyingLinkIndex="NA"<br>            UseSame="NA" Delete="Loopback" /><br>          <Circuit index="1" Type="IP Connectivity"<br>            DeleteCircuit="Yes" UnderlyingCircuitsIndex="2"<br>            UnderlyingLinkIndex="NA" UseSame="DestNodeName"<br>            Delete="NA" /><br>            <Circuit index="2" Type="PPP" DeleteCircuit="Yes"<br>            UnderlyingCircuitsIndex="3,4" UnderlyingLinkIndex="NA"<br>            UseSame="DestNodeName" Delete="NA" /><br>            <Circuit index="3" Type="RAS Connection"<br>            DeleteCircuit="NO" UnderlyingCircuitsIndex="NA"<br>            UnderlyingLinkIndex="NA" UseSame="SourceNodeName"<br>            Delete="NA" /><br>            <Circuit index="4" Type= "ISDN Connection"<br>            Deletecircuit="Yes" UnderlyingCircuitsIndex="PP"<br>            UnderlyingLinkIndex="NA" UseSame="DestNodeName"<br>            Delete="NA" /><br>        </Variant><br>    </ISDN><br></UpdateAndRollBack><br>```<br><br>(*Id.* at 7:6-37.)<br><br>"The above XML code captures the network model from the top | |

33

**JOINT CLAIM CONSTRUCTION STATEMENT**

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | most circuit level to link level. 'Circuit index' identifies the circuit level in terms of distance from the top level. In the model shown in FIG. 3, the GRE tunneling connection is the topmost level, therefore, having an index of zero (0). The Index field identifies the order in which the circuits are to be deleted. 'Type' is a reference field that may be used to identify the type of circuit. 'DeleteCircuit' identifies whether or not a particular circuit needs to be deleted. This field is used since certain circuits may not need to be deleted, such as circuits used in multiple models or circuits that may be part of a backbone. 'UnderlyingCircuitsindex' identifies the index of the underlying circuits. If multiple underlying circuits exist, commas may be used to separate them. In the model illustrated, there may be multiple ISDN bearer circuits, which are represented as parallel paths using 'PP.' 'UnderlyingLinkindex' identifies whether or not the circuit has an underlying link. If an underlying link exists, the underlying link index has numerical value identifying the order in which it is to be deleted. Otherwise, the field has the value 'NA' (Not Applicable). 'UseSame' identifies a common point for the child and parent circuit. The field may have values such as 'StartNodeName' or 'EndNodeName.' These values may be used to identify the correct child circuit or parent circuit. 'Delete' identifies the objects and attributes to be deleted when the particular circuit is deleted." (*Id.* at 7:37-63.)  ⏎ ⏎ "When the adapter receives an event to rollback a line, the adapter gets a Service Instance ID (SIID) as input. For this particular SID, the associated circuits are retrieved and the correct circuit is chosen. The XML file is parsed and the correct variant is identified using the input values. For this particular illustrated variant, the | |

JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | first circuit node index is retrieved and this will be the circuit with index zero (0). All of the circuits or links found are stored in a Hashtable with index as the key and the circuit or link name as the value. Similarly, underlying circuits are retrieved and, based on the 'UseSame' attributes value, they are stored with the appropriate index." (*Id.* at 7:64-8:7.)<br><br>"After all the circuits and links have been stored, the tree is traversed again and deletion starts." (*Id.* at 8:25-26.)<br><br>"Additionally, XML is one exemplary language that may be used to create such the representation of objects on the network." (*Id.* at 9:18-20.)<br><br>*See also* '300 patent at claims 1 and 7 (generating a networking representation using XML and then parsing it), 9:18-25 ("A method according to claim 1 wherein the computer-readable code is in extensible mark-up language (XML).")<br><br>"XML is a meta-markup language for text documents. Data is included in XML documents as strings of text, and the data is surrounded by text markup that describes the data. A particular unit of data and markup is called an element." (Harold and Scott, XML In A Nutshell at 15 (2001)).<br><br>"Although XML is flexible in the elements it allows to be defined, it is strict in many other respects. It provides a grammar for XML documents that regulates placement of tags, where tags appear, which element names are legal, how attributes are attached to | |

JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | elements, and so forth. This grammar is specific enough to allow development of XML parsers that can read and understand any XML document. Documents that satisfy this grammar are said to be well-formed. Documents that are not well-formed are not allowed any more than a C program containing a syntax error would be. XML processors reject documents that contain well-formedness errors." (*Id.* at 16.)<br><br>"The markup in an XML document describes the document's structure. It lets you see which elements are associated with which other elements. In a well-designed XML document, the markup also describes the document's semantics. For instance, the markup can indicate that an element is a date, a person, or a bar code. In well-designed XML applications, the markup says nothing about how the document should be displayed. That is, it does not say that an element is bold, italicized, or a list item. XML is a structural and semantic markup language, not a presentation language" *(Id.* at 16.)<br><br>"The markup permitted in a particular XML application can be documented in a document type definition (DTD). The DTD lists all legal markup and specifies where and how the markup may be included in a document. Particular document instances can be compared to the DTD. Documents that match the DTD are said to be valid. Documents that do not match are invalid. Validity depends on the DTD; whether a document is valid or invalid depends on which DTD you compare it to." (*Id.*)<br><br>"A traditional program, for example, may read a text config file and take different actions, depending on what it sees in the me. | |

**JOINT CLAIM CONSTRUCTION STATEMENT**

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | There's no reason why a config file can't be written in XML instead of unstructured text." (*Id.* at 17.)<br><br>"XML is an incredibly simple, well-documented, straightforward data format. XML documents are text, and any tool that can read a text file can read an XML document. Both XML data and markup are text, and the markup is present in the XML file as tags. You don't have to wonder whether every eighth byte is random padding, guess whether a four-byte quantity is a two's complement integer or an IEEE 754 floating point number, or try to decipher which integer codes map to which formatting properties. You can read the tag names directly to see exactly what's in the document. Similarly, since tags define element boundaries, you aren't likely to get tripped up by unexpected line ending conventions or the number of spaces mapped to a tab. All the important details about the document's structure are explicit. You don't have to reverse engineer the format or rely on questionable, and often unavailable, documentation." (*Id.* at 18.)<br><br>"Example 1-1 shows a simple XML document. This particular XML document might appear in an inventory control system or a stock database. It marks up the data with tags and attributes describing the color, size, bar code number, manufacturer, and product name." (*Id.* at 18.) | |

**JOINT CLAIM CONSTRUCTION STATEMENT**

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | *Example 1-1: An XML Document*<br><br>```<?xml version="1.0"?>```<br>```<product barcode="2394287410">```<br>```  <manufacturer>Verbatim</manufacturer>```<br>```  <name>DataLife MF 2HD</name>```<br>```  <quantity>10</quantity>```<br>```  <size>3.5"</size>```<br>```  <color>black</color>```<br>```  <description>floppy disks</description>```<br>```</product>```<br>*(Id.* at 18-19.)<br><br>"XML is a descendant of the Standard Generalized Markup Language (SGML). . . . SGML's biggest success was HTML, an SGML application. However, HTML is just one SG.ML application." (*Id.* at 20.)<br><br>"Many developers who knew they needed a structural markup language but couldn't bring themselves to accept SGML's complexity adopted XML wholeheartedly." (*Id.* at 21.)<br><br>"Programs that actually try to understand the contents of the XML document, that is, do not merely treat it as any other text file, use an *XML parser* to read the document. The parser is responsible for dividing the document into individual elements, attributes, and other pieces. It passes the contents of the XML document to the application piece by piece." (*Id.* at 7.)<br><br>Parse: To break down into components. For example, spreadsheet | |

**JOINT CLAIM CONSTRUCTION STATEMENT**

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | programs often have parsing features that will break ASCII data into parts that will fit into cells. (Webster's New World Computer Dictionary, 10th Edition (2003) at 274.)<br><br>Goldfarb and Prescod, The XML Handbook 39 (Second Ed. 2000) ("Parsing is about ripping apart the textual representation of a document and turning it into a set of conceptual objects. For example, a parser looking at the document in Example 2-1 would recognize the characters <QUESTION> to be a start-tag, and would know that they signal the start of a QUESTION element. The tag is part of the representation; the element is the conceptual object. . . . But without an XML parser, a computer program can only see the characters."). | |

## IV.   U.S. Patent No. 7,027,411

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| interface information (claims 1 and 3) | information identifying a network connection on a host computer<br><br>* * *<br><br>'411 patent, Abstract: "The nodal connections are represented by data tuples that store information such as a host identifier, a connector interface, and a port specification for each connection." | "information relating to a node and its connection to the network"<br><br>* * *<br><br>*See, e.g.,* '411, 4:23-27<br><br>Microsoft Computer Dictionary (5th Ed. 2002), p.279 (definition of "interface") |

JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | '411 patent, Fig. 18a.<br><br>'411 patent, Col. 3:6-9: "The nodal connections are represented by data tuples that store information such as a host identifier, a connector interface, and a port specification for each connection."<br><br>'411 patent, Col. 4:1-10: "The system provides an improved method for creating topological maps of communication networks based. Connectivity information is retrieved from the network nodes and stored as "tuples" to track specifically the desired information necessary to map the topology. These light weight data structures may store the host identifier, interface index, and a port. From this tuple information, the topology 10 may be determined."<br><br>'411 patent, Col. 4:26-27: "In one use, tuples may include a host identifier, interface information, and a port specification for each node."<br><br>'411 patent, Col. 6:47-51: "The tuple manager 300 gathers this data by accessing forwarding tables and other information sources for the nodes to determine such information as their physical address, interface information, and the port from which they "hear" other devices."<br><br>'411 patent, Col. 11:26-55: "FIG. 18a shows a flow chart for the "morph topo" phase 934. For each node in the topology 550, the topology converter 340 determines 552 whether the node is a | |

### JOINT CLAIM CONSTRUCTION STATEMENT

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | connector. If the node is a connector, then for each connected interface (conniface) of the connector (conn1) 554, the topology converter 340 determines 556 whether the conniface is connected to a star segment. If it is connected to a star segment, then for every other interface in the segment 558, the topology converter 340 determines 560 whether there is an existing shs tuple, referred to as the "topo tuple" for the segment. If there is no such tuple, then the topology converter 340 creates 562 a topo shs tuple. The tuco for the interface's host-to-topo shs is then added 564 to the topo shs tuple.<br><br>If the connector node is not connected to a star segment 556 and is connected to a bus segment 566, the topology converter 340 determines 568 whether there is an existing mhs tuple for conn1. If there is not an existing mhs tuple for conn1, then a topo mhs tuple is created 570. A tuco is added 572 for the host to the mhs tuple.<br><br>If the connector node is not connected to either a star segment 556 or to a bus segment 566, then the topology converter knows that it is connected to another connector (conn2). If such a connector does not already have an existing connLinks tuple for conn1 and conn2 576, then a connLinks tuple is created 578. After processing the bus segment, star segment, and conn-to-conn segment, for each conniface 554, the topology converter 340 proceeds to the next node 550."<br><br>**"Network Interface** The circuitry that connects a node to the network, usually in the form of a card fitted into one of the expansion slots in the back of the machine. It works with the | |

**JOINT CLAIM CONSTRUCTION STATEMENT**

| Claim Term (relevant claims) | HP's Proposed Construction and Support | ServiceNow's Proposed Construction and Support |
|---|---|---|
| | network software and operating system to transmit and receive messages on the network." (Understanding Networking Technology, 2nd Edition, 1999.)<br><br>**"interface** the connection between two systems through which information is exchanged. For example, in computer hardware, an interface is an electrical connection of the proper type. In software, it is a standard format for exchanging data. . . ." (Barron's Dictionary of Computer and Internet Terms, 7th Edition, 2000.) | |

42