Case5:14-cv-00570-BLF Document119 Filed07/22/15 Page1 of 2

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street. 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
SERVICENOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HEWLETT-PACKARD COMPANY, a Delaware corporation,

Plaintiff,

v.

SERVICENOW, INC., a Delaware Corporation,

Defendant.

Case No. 14-cv-00570-BLF

**NOTICE OF INSTITUTION OF *INTER PARTES* REVIEW OF U.S. PATENT NO. 6,321,229**

As requested by the Court at the April 2, 2015 Hearing, ServiceNow provides notice that, on July 21, 2015, the Patent Trial and Appeal Board ("PTAB") instituted *inter partes* review ("IPR") of all asserted claims (claims 8-10, 13, 15, 17-20) of U.S. Patent No. 6,321,229 ("the '229 patent"). A copy of the PTAB's

/ / /

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

NOTICE OF INSTITUTION OF *IPR* OF
U.S. PATENT NO. 6,321,229
CASE NO. 14-CV-00570-BLF

Case5:14-cv-00570-BLF Document119 Filed07/22/15 Page2 of 2

decision is attached hereto as **Exhibit A**.

Dated: July 22, 2015

COOLEY LLP

*/s/ Heidi L. Keefe*
Heidi L. Keefe ((178960)
Attorneys for Defendant
SERVICENOW, INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

NOTICE OF INSTITUTION OF *IPR* OF
U.S. PATENT NO. 6,321,229
CASE NO. 14-CV-00570-BLF