1 | Mark D. Flanagan (SBN 130303)
  |   mark.flanagan@wilmerhale.com
2 | Mark D. Selwyn (SBN 244180)
  |   mark.selwyn@wilmerhale.com
3 | Joseph F. Haag (SBN 248749)
  |   joseph.haag@wilmerhale.com
4 | Nathan L. Walker (SBN 206128)
  |   nathan.walker@wilmerhale.com
5 | Evelyn C. Mak (SBN 258086)
  |   evelyn.mak@wilmerhale.com
6 | WILMER CUTLER PICKERING
  |   HALE AND DORR LLP
7 | 950 Page Mill Road
  | Palo Alto, CA  94304
8 | Telephone:  (650) 858-6000
  | Facsimile:  (650) 858-6100

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br><br>            Plaintiff,<br>   v.<br><br>SERVICENOW, INC., a Delaware Corporation,<br><br>            Defendant. | Civil Action No. 14-cv-00570 (BLF)<br><br>**NOTICE OF NON-INSTITUTION OF *INTER PARTES* REVIEW OF U.S. PATENT NOS. 7,610,512 AND 7,890,802** |

---

Case No.  14-cv-00570 (BLF)                              HP'S NOTICE OF NON-INSTITUTION OF
                                                                          *INTER PARTES* REVIEW

As requested by the Court at the April 2, 2015 hearing (Dkt No. 116), Plaintiff Hewlett-Packard Company provides the following notices:

1. On August 20, 2015, the Patent Trial and Appeal Board ("PTAB") denied ServiceNow's petition to institute *inter partes* review ("IPR") for all challenged claims (i.e., claims 1-5 and 7) of U.S. Patent No. 7,610,512.  A copy of the PTAB's decision is attached hereto as Exhibit A.

2. On August 21, 2015, the PTAB denied ServiceNow's petition to institute IPR for all challenged claims (i.e., claims 1-3, 5, and 15) of U.S. Patent No. 7,890,802.  A copy of the PTAB's decision is attached hereto as Exhibit B.

Dated:  August 21, 2015

Respectfully submitted,

HEWLETT-PACKARD COMPANY

By its attorneys,

 */s/ Mark D. Flanagan*

Mark D. Flanagan (SBN 130303)
  mark.flanagan@wilmerhale.com
Mark D. Selwyn (SBN 244180)
  mark.selwyn@wilmerhale.com
Joseph F. Haag (SBN 248749)
  joseph.haag@wilmerhale.com
Nathan L. Walker (SBN 206128)
  nathan.walker@wilmerhale.com
Evelyn C. Mak (SBN 258086)
  evelyn.mak@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100