COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street. 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

PHILLIP E. MORTON (*pro hac vice*)
(pmorton@cooley.com)
Reston Town Center, 11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000

HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
LOWELL MEAD (223989)
(lmead@cooley.com)
PRIYA B. VISWANATH (238089)
(pviswanath@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
ServiceNow, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SERVICENOW, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 14-cv-00570-BLF<br><br>**NOTICE OF INSTITUTION OF *INTER PARTES* REVIEW OF U.S. PATENT NO. 7,027,411 AND NON-INSTITUTION OF *INTER PARTES* REVIEW OF U.S. PATENT NOS. 7,925,981 AND 7,945,860** |

As requested by the Court at the April 2, 2015 Hearing, ServiceNow provides the following notices:

1, On August 26, 2015, the Patent Trial and Appeal Board ("PTAB") instituted *inter partes* review ("IPR") of all asserted claims (claims 1 and 3) of U.S. Patent No. 7,027,411 ("the '411 patent"). A copy of the PTAB's decision is attached hereto as **Exhibit A**.

2 On August 26, 2015, the Patent Trial and Appeal Board ("PTAB") denied ServiceNow's petition to institute *inter partes* review ("IPR") for challenged claims 1, 22 and 23

of U.S. Patent No. 7,925,981 (the '981 patent"). A copy of the PTAB's decision is attached hereto as **Exhibit B**.

3, On August 26, 2015, the Patent Trial and Appeal Board ("PTAB") denied ServiceNow's petition to institute *inter partes* review ("IPR") for challenged claims 1, 5, 7-10, 12, 15 and 24-26 of U.S. Patent No. 7,945,860 (the '860 patent"). A copy of the PTAB's decision is attached hereto as **Exhibit C**.

Dated: August 26, 2015          COOLEY LLP

                                */s/ Heidi L. Keefe*
                                Heidi L. Keefe ((178960)
                                Attorneys for Defendant
                                SERVICENOW, INC.