1  Mark D. Flanagan (SBN 130303)
     mark.flanagan@wilmerhale.com
2  Mark D. Selwyn (SBN 244180)
     mark.selwyn@wilmerhale.com
3  Joseph F. Haag (SBN 248749)
     joseph.haag@wilmerhale.com
4  Nathan L. Walker (SBN 206128)
     nathan.walker@wilmerhale.com
5  Evelyn C. Mak (SBN 258086)
     evelyn.mak@wilmerhale.com
6  WILMER CUTLER PICKERING
     HALE AND DORR LLP
7  950 Page Mill Road
   Palo Alto, CA  94304
8  Telephone:  (650) 858-6000
   Facsimile:  (650) 858-6100

9
   Attorneys for Plaintiff
10 HEWLETT-PACKARD COMPANY

11

12                        **UNITED STATES DISTRICT COURT**

13                       **NORTHERN DISTRICT OF CALIFORNIA**

14                               **SAN JOSE DIVISION**

15 | HEWLETT-PACKARD COMPANY, a | Civil Action No.  14-cv-00570 (BLF)
16 | Delaware Corporation,
   |                                    | **NOTICE OF WITHDRAWAL OF**
17 |                Plaintiff,          | **APPEARANCE AND REQUEST FOR**
   |       v.                           | **REMOVAL FROM SERVICE LIST**
18 |
19 | SERVICENOW, INC., a Delaware Corporation,
   |
20 |                Defendant.

21

22

23

24

25

26

27

28

PLEASE TAKE NOTICE that David Yang of WILMER CUTLER PICKERING HALE AND DORR LLP hereby withdraws his appearance as counsel for Plaintiff Hewlett-Packard Company in the above-captioned matter.  Additionally, the undersigned request that he be removed from the service list of Plaintiff's counsel.

Dated:  September 3, 2015

Respectfully submitted,

HEWLETT-PACKARD COMPANY
By their attorneys,

*/s/ Mark D. Flanagan*

Mark D. Flanagan (SBN 130303)
  mark.flanagan@wilmerhale.com
Mark D. Selwyn (SBN 244180)
  mark.selwyn@wilmerhale.com
Joseph F. Haag (SBN 248749)
  joseph.haag@wilmerhale.com
Nathan L. Walker (SBN 206128)
  nathan.walker@wilmerhale.com
Evelyn C. Mak (SBN 258086)
  evelyn.mak@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

1

**CERTIFICATE OF SERVICE**

2   The undersigned hereby certifies that a true and correct copy of the above and foregoing

3   document has been served on September 3, 2015, to all counsel of record who are deemed to

4   have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1.

5

6                                                   /s/ Mark D. Flanagan
                                                    Mark D. Flanagan
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28