# TRANSCRIPT ORDER

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
CAND 435
(CAND Rev. 02/2015)

**COURT USE ONLY**
**DUE DATE:** _____

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Patricia Shore |
| 1b. ATTORNEY NAME (if different) | Mark Flanagan |
| 2a. CONTACT PHONE NUMBER | (650) 858-6023 |
| 2b. ATTORNEY PHONE NUMBER | (650) 858-6047 |
| 3. CONTACT EMAIL ADDRESS | patricia.shore@wilmerhale.com |
| 3. ATTORNEY EMAIL ADDRESS | mark.flanagan@wilmerhale.com |
| 4. MAILING ADDRESS | WilmerHale, 950 Page Mill Road, Palo Alto, CA 94304 |
| 5. CASE NAME | HP v. ServiceNow |
| 6. CASE NUMBER | 14-cv-0570 (BLF) |
| 7. COURT REPORTER NAME | ☑ FTR |

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL   ☐ CRIMINAL
☐ NON-APPEAL   ☑ CIVIL
☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED**

a. HEARING(S)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION |
|---|---|---|---|
| 09/17/2015 | BLF | CMC | Full hearing |

b. SELECT FORMAT(S)

| | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) |
|---|---|---|---|---|---|
| | ● | ● | ○ | ○ | ○ |

c. DELIVERY TYPE

| ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|
| ○ | ● | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE** /s/ Patricia Shore

**12. DATE** 09/17/2015

DISTRIBUTION:  ☐ COURT COPY   ☐ ORDER RECEIPT   ☐ TRANSCRIPTION COPY   ☐ ORDER COPY