UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| HEWLETT PACKARD COMPANY, | Case No. 14-cv-00570-BLF |
|---|---|
| Plaintiff, | |
| v. | **CASE MANAGEMENT ORDER** |
| SERVICENOW, INC., | |
| Defendant. | |

On 09/17/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 02/16/2017 at 9:00 am |
| Final Pretrial Conference | 05/04/2017 at 1:30 pm |
| Trial | 05/22/2017 at 9:00 am |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2   are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4   orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT the Parties are to meet, confer, and file a stipulated
6   proposed schedule regarding dates and deadlines to trial.
7   IT IS FURTHER ORDERED THAT the Motion to Stay taken under submission.

Dated: 09/17/2015

_____
BETH LABSON FREEMAN
United States District Judge