1  Mark D. Flanagan (SBN 130303)
     mark.flanagan@wilmerhale.com
2  Mark D. Selwyn (SBN 244180)
     mark.selwyn@wilmerhale.com
3  Joseph F. Haag (SBN 248749)
     joseph.haag@wilmerhale.com
4  Nathan L. Walker (SBN 206128)
     nathan.walker@wilmerhale.com
5  Evelyn C. Mak (SBN 258086)
     evelyn.mak@wilmerhale.com
6  WILMER CUTLER PICKERING
     HALE AND DORR LLP
7  950 Page Mill Road
   Palo Alto, CA  94304
8  Telephone:  (650) 858-6000
   Facsimile:  (650) 858-6100

10 Attorneys for Plaintiff
   HEWLETT-PACKARD COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br>v.<br><br>SERVICENOW, INC., a Delaware Corporation,<br><br>Defendant. | Civil Action No.  14-cv-00570 (BLF)<br><br>**HEWLETT-PACKARD CO.'S STIPULATED MOTION AND [PROPOSED] ORDER TO SUBSTITUTE PARTIES PURSUANT TO FED. R. CIV. P. 25(C)** |

Pursuant to Federal Rule of Civil Procedure 25(c) and Civil Local Rule 7-12, plaintiff Hewlett-Packard Company respectfully moves the Court for an Order substituting Hewlett Packard Enterprise Company for Hewlett-Packard Company as plaintiff in this action, and amending the case caption accordingly, for the reasons set forth below:

1. On or about November 1, 2015, Hewlett-Packard Company separated into two independent publicly-traded companies: (i) Hewlett Packard Enterprise Company, comprising its enterprise technology infrastructure, software, services and financing businesses, and (ii) and HP Inc., comprising its printing and personal systems businesses.

2. As part of the foregoing separation, Hewlett-Packard Company assigned to Hewlett Packard Enterprise Company all right, title, and interest in the patents Hewlett-Packard Company has asserted in this action (United States Patent Nos. 7,925,981; 7,945,860; 7,392,300; 7,027,411; 7,890,802; 7,610,512; 8,224,683; and 6,321,229 (collectively, "the Patents-in-Suit")), including the right to sue for past, present, and future infringement. A copy of the assignment is attached as Exhibit 1. Hewlett-Packard Company no longer holds any right, title or interest in the asserted patents.

3. Hewlett Packard Enterprise Company is accordingly the current and sole owner of the Patents-in-Suit, with standing to sue for past, present, and future infringement of the Patents-in-Suit, and should be substituted for Hewlett-Packard Company.

4. Rule 25(c) allows a court to substitute a party upon a transfer of interest. Specifically, Rule 25(c) provides: "if an interest is transferred, the action may be continued by or against the original party, unless the court upon motion directs the person to whom the interest is transferred to be substituted in the action or joined with the original party." Fed. R. Civ. P. 25(c).

5. Hewlett Packard Enterprise Company's substitution for Hewlett-Packard Company will have no impact on any deadline in this action.

6. ServiceNow stipulates to the relief sought by this Motion but states that it neither admits nor denies the statements in paragraphs 1 through 4 above.

1    For the foregoing reasons, Hewlett-Packard Company respectfully requests that the
2 Court enter an Order that:
3    a.   Hewlett Packard Enterprise Company is hereby substituted for Hewlett-Packard
4         Company as plaintiff in the above-captioned action.
5    b.   The caption of the action shall be amended to reflect such substitution.

Dated:  November 4, 2015                    Respectfully submitted,

                                            HEWLETT-PACKARD COMPANY
                                            By its attorneys,

                                              */s/ Mark D. Flanagan*
                                            Mark D. Flanagan (SBN 130303)
                                              mark.flanagan@wilmerhale.com
                                            Mark D. Selwyn (SBN 244180)
                                              mark.selwyn@wilmerhale.com
                                            Joseph F. Haag (SBN 248749)
                                              joseph.haag@wilmerhale.com
                                            Nathan L. Walker (SBN 206128)
                                              nathan.walker@wilmerhale.com
                                            Evelyn C. Mak (SBN 258086)
                                              evelyn.mak@wilmerhale.com
                                            WILMER CUTLER PICKERING
                                              HALE AND DORR LLP
                                            950 Page Mill Road
                                            Palo Alto, CA  94304
                                            Telephone:  (650) 858-6000
                                            Facsimile:  (650) 858-6100

                                            *Attorneys for plaintiff Hewlett-Packard Company*

|  |  |
|---|---|
| 1 | SERVICENOW, INC. |
| 2 | By its attorneys, |
| 3 | */s/ Michael G. Rhodes* |
|   | Michael G. Rhodes (SBN 116127) |
| 4 | rhodesmg@cooley.com |
|   | COOLEY LLP |
| 5 | 101 California Street. 5th Floor |
|   | San Francisco, CA 94111-5800 |
| 6 | Telephone: (415) 693-2000 |
| 7 | Facsimile: (415) 693-2222 |

Heidi L. Keefe (SBN 178960)
  hkeefe @cooley.com
Mark R. Weinstein (SBN 193043)
  mweinstein@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2015

_____
BETH LABSON FREEMAN
U.S. District Court Judge

ATTESTATION

I, Mark D. Flanagan, do hereby attest that I obtained the concurrence of counsel for the signatory for defendant ServiceNow, Inc. to file this document on behalf of both parties.

Dated:  November 4, 2015

*/s/ Mark D. Flanagan*
Mark D. Flanagan (SBN 130303)
   mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

# EXHIBIT 1

PATENT ASSIGNMENT Hewlett-Packard Company TO
Hewlett Packard Enterprise Company

# PATENT ASSIGNMENT
# FROM
## Hewlett-Packard Company
# TO
## Hewlett Packard Enterprise Company

WHEREAS, **Hewlett-Packard Company**, a Delaware corporation, with its principal place of business at 3000 Hanover Street, Palo Alto, California, 94304, U.S.A. (hereinafter referred to as "Assignor"), is the legal title holder of the patents and patent applications identified in the attached Schedule 1 (collectively referred to as "Assigned Patents and Patent Applications");

WHEREAS, **Hewlett Packard Enterprise Company**, a Delaware corporation, with its principal place of business at 3000 Hanover Street, Palo Alto, California, 94304, U.S.A. (hereinafter referred to as "Assignee") desires to acquire Assignor's entire right, title and interest, including the right of priority, in, to and under the Assigned Patents and Patent Applications; and

NOW THEREFORE, for good and valuable consideration, the adequacy of which is hereby acknowledged, Assignor and Assignee agree as follows:

Assignor hereby assigns, transfers, conveys and delivers to Assignee the entirety of Assignor's right, title and interest, including without limitation the right of priority, in, to and under the Assigned Patents and Patent Applications, and any inventions and improvements set forth therein, and any and all continuations, continuations-in-part (C-I-P's), divisionals, and renewals of and substitutes for any of the Assigned Patents and Patent Applications, and any and all patents and patent applications of the United States and of foreign countries thereto that may be granted thereon or therefor, and any reissues, or reexaminations, or extensions thereof and any goodwill of the business symbolized by the Assigned Patents and Patent Applications, and the registration thereof. Assignee shall have the right to sue, counterclaim and recover for past, present, and future infringement and collect any royalties to third parties, damages (including past damages), or other income relating to the Assigned Patents and Patent Applications.

In connection with the foregoing, Assignor hereby authorizes the respective patent office or governmental agency in each jurisdiction to record the transfer of the Assigned Patents to Assignee

PATENT ASSIGNMENT Hewlett-Packard Company TO
Hewlett Packard Enterprise Company

as assignee of Assignor's right, title and interest therein, and to issue any and all patents or certificates of invention or equivalent which may be granted upon any of the Assigned Patents in the name of Assignee, as the assignee to the entire interest therein.

IN WITNESS WHEREOF, Assignor and Assignee have caused this Assignment to be executed by their authorized representatives.

| FOR HEWLETT-PACKARD COMPANY | FOR HEWLETT PACKARD ENTERPRISE COMPANY |
|---|---|
| By: _[signature]_ <br> Signature | By: _[signature]_ <br> Signature |
| Robert D. Wasson <br> Name | Curtis G. Rose <br> Name |
| Vice President, Associate General Counsel, Intellectual Property <br> Title | Senior Vice President, Deputy General Counsel, Intellectual Property <br> Title |
| 2 Oct. 2015 <br> Date | 5 Oct 2015 <br> Date |

PATENT ASSIGNMENT Hewlett-Packard Company TO
Hewlett Packard Enterprise Company

## SCHEDULE 1

| Patent ID | Patent No. | Filed Date | App No. | Country | App Title |
|---|---|---|---|---|---|
| 81986897 | 7027411 | 31 Oct 2000 | 09/703942 | United States of America | Method And System For Identifying And Processing Changes To A Network Topology |
| 81995465 | 6941475 | 30 Mar 2001 | 09/821991 | United States of America | System And Method For Efficient Processing Of Service Requests |
| 82046120 | 6321229 | 26 Feb 1999 | 09/258576 | United States of America | Method And Apparatus For Using An Information Model To Organize An Information Repository Into A Hierarchy Of Information |
| 82171043 | 7945860 | 14 May 2003 | 10/438576 | United States of America | SYSTEMS AND METHODS FOR MANAGING CONVERSATIONS BETWEEN INFORMATION TECHNOLOGY RESOURCES |
| 82171046 | 7925981 | 14 May 2003 | 10/438716 | United States of America | SYSTEMS AND METHODS FOR MANAGING WEB SERVICES VIA A FRAMEWORK OF INTERFACES |
| 82173986 | 8005932 | 20 Nov 2003 | 10/716605 | United States of America | Network Discovery |
| 82246715 | 7610512 | 06 Jan 2006 | 11/327745 | United States of America | System And Method For Automated And Assisted Resolution Of IT Incidents |
| 82246724 | 7890802 | 18 Aug 2009 | 12/543387 | United States of America | System And Method For Automated And Assisted Resolution Of IT Incidents |
| 82255577 | 8224683 | 08 Jul 2003 | 10/615054 | United States of America | INFORMATION TECHNOLOGY SERVICE REQUEST LEVEL OF SERVICE MONITOR |
| 82281437 | 7392300 | 08 Jan 2004 | 10/753841 | United States of America | Method And System For Modelling A Communications Network |