# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

HEWLETT PACKARD COMPANY,

    Plaintiff,

v.

SERVICENOW, INC.,

    Defendant.

Case No.  14-cv-00570-BLF

**ORDER REQUESTING UPDATED JOINT CLAIM CHART**

The parties are directed to file an updated joint claim chart for purposes of the claim construction hearing scheduled for December 18, 2015.  The chart shall identify the claim terms at issue and the parties' current proposed constructions for those terms.  The chart shall be filed on or before December 7, 2015.

**IT IS SO ORDERED.**

Dated:  December 2, 2015

_____
BETH LABSON FREEMAN
United States District Judge