# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT PACKARD COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SERVICENOW, INC.,<br><br>Defendant. | Case No. 14-cv-00570-BLF<br><br>**ORDER SETTING DEADLINE FOR RESPONSE TO DEFENDANT'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>[Re: ECF 155] |

Plaintiff shall file a response to Defendant's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (ECF 155) on or before March 18, 2016. The matter thereafter will be submitted without further briefing and without oral argument unless the parties are notified otherwise by the Court.

**IT IS SO ORDERED.**

Dated: March 8, 2016

_____
BETH LABSON FREEMAN
United States District Judge