Mark D. Flanagan (SBN 130303)
  mark.flanagan@wilmerhale.com
Mark D. Selwyn (SBN 244180)
  mark.selwyn@wilmerhale.com
Joseph F. Haag (SBN 248749)
  joseph.haag@wilmerhale.com
Nathan L. Walker (SBN 206128)
  Nathan.walker@wilmerhale.com
Evelyn C. Mak (SBN 258086)
  evelyn.mak@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff*
HEWLETT PACKARD ENTERPRISE
COMPANY

Michael G. Rhodes (SBN 116127)
  rhodesmg@cooley.com
COOLEY LLP
101 California Street. 5th Floor
San Francisco, CA 94111-5800
Telephone:  (415) 693-2000
Facsimile:   (415) 693-2222

Heidi L. Keefe (SBN 178960)
  hkeefe@cooley.com
Mark R. Weinstein (SBN 193043)
  mweinstein@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:  (650) 843-5000
Facsimile:  (650) 849-7400

*Attorneys for Defendant*
SERVICENOW, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware Corporation,<br><br>             Plaintiff,<br>     v.<br><br>SERVICENOW, INC., a Delaware Corporation,<br><br>             Defendant. | Case No. 14-cv-00570-BLF (HRL)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Hewlett Packard Enterprise Company and defendant ServiceNow, Inc. stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action and all claims asserted in it may be and hereby are dismissed with prejudice in their entirety.  Each party shall bear its own costs, expenses and attorney fees.

The parties respectfully thank the Court for its work on this action.

Dated: March 8, 2016

HEWLETT PACKARD ENTERPRISE COMPANY
By its attorneys,

 */s/ Mark D. Flanagan*
Mark D. Flanagan (SBN 130303)
  mark.flanagan@wilmerhale.com
Mark D. Selwyn (SBN 244180)
  mark.selwyn@wilmerhale.com
Joseph F. Haag (SBN 248749)
  joseph.haag@wilmerhale.com
Nathan L. Walker (SBN 206128)
  nathan.walker@wilmerhale.com
Evelyn C. Mak (SBN 258086)
  evelyn.mak@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

*Attorneys for Plaintiff*
HEWLETT PACKARD ENTERPRISE COMPANY

Dated: March 8, 2016

SERVICENOW, INC.

By its attorneys,

 */s/ Mark Weinstein*
Michael G. Rhodes (SBN 116127)
  rhodesmg@cooley.com
COOLEY LLP
101 California Street. 5th Floor
San Francisco, CA 94111-5800
Telephone:   (415) 693-2000

1

Facsimile:   (415) 693-2222

Heidi L. Keefe (SBN 178960)
  hkeefe @cooley.com
Mark R. Weinstein (SBN 193043)
  mweinstein@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: March 8, 2016                    */s/ Mark Flanagan*
                                        Mark Flanagan

2

CASE NO. 14-CV-00570-BLF                    JOINT STIP. AND [PROPOSED] ORDER FOR
                                            DISMISSAL WITH PREJUDICE

1

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: _____, 2016           _____
                                      THE HONORABLE BETH LABSON FREEMAN
4                                     UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

CASE NO. 14-CV-00570-BLF                JOINT STIP. AND [PROPOSED] ORDER FOR
                                         DISMISSAL WITH PREJUDICE